```
Roberto Anguizola (IL Bar No. 6270874)
Frances Kern (MN Bar No. 395233)
Rebecca Plett (VA Bar No. 90988)
James Evans (VA Bar No. 83866)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> v. <br><br> **Intuit Inc.**, <br><br> Defendant. | No. 5:22-cv-01973 <br><br> **Notice of Appearance** |

Please take notice that I will appear on behalf of Plaintiff Federal Trade Commission in this action. I am authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of the FTC. My contact information is:

> Roberto Anguizola
> Federal Trade Commission
> 600 Pennsylvania Ave. NW
> Mail Stop CC-5201
> Washington, DC 20580
> (202) 326-3284
> ranguizola@ftc.gov

I am a member in good standing of the Illinois bar, the Florida bar, and the D.C. Bar. I am an inactive member of the Minnesota bar. I am authorized to appear before this Court on behalf of the FTC pursuant to Local Rule 11-2.

|    |                          |                                                    |
|----|--------------------------|----------------------------------------------------|
| 1  |                          |                                                    |
| 2  |                          | Respectfully submitted,                            |
| 3  | Dated: March 28, 2022    |                                                    |
| 4  |                          | /s/ Roberto Anguizola                              |
|    |                          | **Roberto Anguizola**, IL Bar No. 6270874          |
| 5  |                          | **Frances Kern**, MN Bar No. 395233                |
|    |                          | **Rebecca Plett**, VA Bar No. 90988                |
| 6  |                          | **James Evans**, VA Bar No. 83866                  |
| 7  |                          | Federal Trade Commission                           |
|    |                          | 600 Pennsylvania Ave., NW, CC-5201                 |
| 8  |                          | Washington, DC 20580                               |
|    |                          | (202) 326-3284 / ranguizola@ftc.gov                |
| 9  |                          | (202) 326-2391 / fkern@ftc.gov                     |
|    |                          | (202) 326-3664 / rplett@ftc.gov                    |
| 10 |                          | (202) 326-2026 / james.evans@ftc.gov               |
| 11 |                          | **Attorneys for Plaintiff**                        |
|    |                          | **Federal Trade Commission**                       |