| | |
|---|---|
| 1 | Roberto Anguizola (IL Bar No. 6270874) |
| | Frances Kern (MN Bar No. 395233) |
| 2 | Rebecca Plett (VA Bar No. 90988) |
| | James Evans (VA Bar No. 83866) |
| 3 | Federal Trade Commission |
| | 600 Pennsylvania Ave., NW, Mailstop CC-5201 |
| 4 | Washington, DC 20580 |
| | (202) 326-3284 / ranguizola@ftc.gov |
| 5 | (202) 326-2391 / fkern@ftc.gov |
| | (202) 326-3664 / rplett@ftc.gov |
| 6 | (202) 326-2026 / james.evans@ftc.gov |
| 7 | Attorneys for Plaintiff |
| | Federal Trade Commission |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Federal Trade Commission**, | No. 5:22-cv-1973 |
| Plaintiff, | **Notice of Appearance** |
| v. | |
| **Intuit Inc.**, | |
| Defendant. | |

Please take notice that I will appear on behalf of Plaintiff Federal Trade Commission in this action. I am authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of the FTC. My contact information is:

> Rebecca Plett
> Federal Trade Commission
> 600 Pennsylvania Ave. NW
> Mail Stop CC-5201
> Washington, DC 20580
> (202) 326-3664
> rplett@ftc.gov

I am admitted to practice in and am in good standing with the bar of the Commonwealth of Virginia. I am authorized to appear before this Court on behalf of the FTC pursuant to Local Rule 11-2.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: March 28, 2022 | /s/ Rebecca Plett |
| | **Roberto Anguizola**, IL Bar No. 6270874 |
| | **Frances Kern**, MN Bar No. 395233 |
| | **Rebecca Plett**, VA Bar No. 90988 |
| | **James Evans**, VA Bar No. 83866 |
| | Federal Trade Commission |
| | 600 Pennsylvania Ave., NW, CC-5201 |
| | Washington, DC 20580 |
| | (202) 326-3284 / ranguizola@ftc.gov |
| | (202) 326-2391 / fkern@ftc.gov |
| | (202) 326-3664 / rplett@ftc.gov |
| | (202) 326-2026 / james.evans@ftc.gov |
| | **Attorneys for Plaintiff** |
| | **Federal Trade Commission** |