Roberto Anguizola (IL Bar No. 6270874)
Frances Kern (MN Bar No. 395233)
Rebecca Plett (VA Bar No. 90988)
James Evans (VA Bar No. 83866)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

|  |  |
|---|---|
| **Federal Trade Commission,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Intuit Inc.,**<br><br>    Defendant. | No. 5:22-cv-1973<br><br>**Manual Filing Notice** |

Regarding the following FTC Exhibits:

| | | | | | |
|---|---|---|---|---|---|
| 1. | GX 059 | 12. | GX 220 | 23. | GX 242 |
| 2. | GX 200 | 13. | GX 222 | 24. | GX 244 |
| 3. | GX 202 | 14. | GX 224 | 25. | GX 246 |
| 4. | GX 204 | 15. | GX 226 | 26. | GX 248 |
| 5. | GX 206 | 16. | GX 228 | 27. | GX 250 |
| 6. | GX 208 | 17. | GX 230 | 28. | GX 252 |
| 7. | GX 210 | 18. | GX 232 | 29. | GX 254 |
| 8. | GX 212 | 19. | GX 234 | 30. | GX 256 |
| 9. | GX 214 | 20. | GX 236 | 31. | GX 258 |
| 10. | GX 216 | 21. | GX 238 | 32. | GX 260 |
| 11. | GX 218 | 22. | GX 240 | 33. | GX 262 |

| | | | | | |
|---|---|---|---|---|---|
| 34. | GX 264 | 38. | GX 272 | 42. | GX 280 |
| 35. | GX 266 | 39. | GX 274 | 43. | GX 282 |
| 36. | GX 268 | 40. | GX 276 | 44. | GX 299 |
| 37. | GX 270 | 41. | GX 278 | 45. | GX 300 |

These filings are in physical form only, and are being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard-copy or by electronic means shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other (please describe): n/a

Respectfully submitted,

Dated: March 28, 2022

/s/ James Evans

**Roberto Anguizola**, IL Bar No. 6270874
**Frances Kern**, MN Bar No. 395233
**Rebecca Plett**, VA Bar No. 90988
**James Evans**, VA Bar No. 83866
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**