Roberto Anguizola (IL Bar No. 6270874)
Frances Kern (MN Bar No. 395233)
Rebecca Plett (VA Bar No. 90988)
James Evans (VA Bar No. 83866)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> v. <br><br> **Intuit Inc.**, <br><br> Defendant. | No. 5:22-cv-1973 <br><br> **Notice of Pendency of Other Actions or Proceedings** |

Plaintiff, the Federal Trade Commission, gives notice that this action involves a material part of the same subject matter and substantially all of the same parties (as defendant or respondent) as two other actions which are pending in other fora.

   A.   **In the Matter of Intuit, Inc.**, Docket No. (pending) (F.T.C. filed March 28, 2022), before the Federal Trade Commission, Office of Administrative Law Judges, Washington, DC

This matter is an administrative proceeding before the Federal Trade Commission. The administrative complaint is substantially similar to the complaint filed in this Court. The two actions are related because the FTC seeks a temporary restraining order and preliminary injunction from this Court to prevent interim harm to consumers during the pendency of an administrative trial on the merits in the FTC action pursuant to Section 13(b) of the FTC Act, 15

U.S.C. § 53(b). There is no need to coordinate because the two actions are intended to serve their own purposes under Section 13(b) of the FTC Act.

  **B.** **People of the State of California v. Intuit Inc.**, Docket No. 19STCV15644 (Cal. Super. Ct., Los Angeles, filed May 6, 2019)

  **C.** **People of the State of California v. Intuit Inc.**, Docket No. 19CV354178 (Cal. Super. Ct., Santa Clara, filed Sept. 6, 2019)

  **D.** **TurboTax Free Filing Cases**, Docket No. JCCP5067 (Cal. Super. Ct., Los Angeles, filed Nov. 25, 2019)

The first two California state court cases listed above are coordinated under the third-listed docket. These cases are suits brought in the name of the People of the State of California by the Office of the Los Angeles City Attorney and the Office of the Santa Clara County Counsel. The actions are related because the complaints in these cases allege violations of the California Business and Professions Code arising from much of the same conduct that gives rise to the FTC's administrative complaint and the complaint filed in this Court. These cases and the FTC matters are all government consumer protection actions against Intuit. There is no need to coordinate because the actions are brought by different agencies under different statutes, and the cases are at different stages.

Dated: March 28, 2022

Respectfully submitted,

/s/ James Evans

**Roberto Anguizola**, IL Bar No. 6270874
**Frances Kern**, MN Bar No. 395233
**Rebecca Plett**, VA Bar No. 90988
**James Evans**, VA Bar No. 83866
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**