Roberto Anguizola (IL Bar No. 6270874)
Frances Kern (MN Bar No. 395233)
Rebecca Plett (VA Bar No. 90988)
James Evans (VA Bar No. 83866)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-3120 / ibarlow@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov
(202) 326-3395 (fax)

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> v. <br><br> **Intuit Inc.**, <br><br> Defendant. | No. 5:22-cv-01973 <br><br> **RULE 65(b)(1) AND LR 65-1(a)(5) CERTIFICATION AND DECLARATION OF ROBERTO ANGUIZOLA IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Roberto Anguizola, hereby declare as follows:

1. I am one of the staff attorneys representing the Federal Trade Commission ("FTC" or "Commission") in this action against defendant Intuit, Inc. ("Intuit").

2. I certify that actual notice of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("TRO Motion") has been provided to Intuit.

3. On March 28, 2022, I notified Intuit by emailing a copy of the Complaint for a Temporary Restraining Order and Preliminary Injunctive Relief Pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b) ("Complaint") and TRO Motion to outside counsel who have represented the company before the Commission in connection with this matter:

        a)      Jon Leibowitz
               Email: jondleibowitz@gmail.com

        b)      David Gringer
               Partner
               WilmerHale
               7 World Trade Center
               250 Greenwich Street
               New York, NY 10007 USA
               Tel.: 212 230 8864 (o)
               Cell: 917 747 0731 (c)
               Email: david.gringer@wilmerhale.com

4. In addition to notifying him via email, I spoke to Mr. Gringer by telephone at approximately 9:50 PM EST on March 28, 2022 and orally notified him about the Complaint and the TRO Motion. During the same call, I indicated that the FTC was seeking to be heard on the TRO Motion as soon as possible. I agreed to contact Mr. Gringer when we learn what Judge has been assigned to the matter and to call the courtroom deputy together.

5. As more fully set forth in the TRO Motion, it is necessary and appropriate for this Court to put an immediate stop to Intuit's deception well before this year's April 18 tax filing deadline. For this reason, the TRO Motion should be heard as soon as the Court is able to do so.

6. The FTC has also retained a process server to formally serve Intuit with the summons, Complaint, and TRO Motion at the following address:

        Intuit, Inc.
        c/o Corporation Service Company (CSC)
        251 Little Falls Drive
        Wilmington, DE 19808

We expect to effect service of the summons, Complaint, TRO Motion and all papers, exhibits, and pleadings related to the TRO Motion by March 29, 2022.

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  Dated: March 28, 2022                    /s/ Roberto Anguizola

4                                                     **Roberto Anguizola**, IL Bar No. 6270874
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-3120 / ibarlow@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov
(202) 326-3395 (fax)

**Attorneys for Plaintiff**
**Federal Trade Commission**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28