UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>INTUIT INC.,<br><br>    Defendant. | Case No. 22-cv-01973-VKD<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE** |

Plaintiff has moved for a temporary restraining order seeking immediate injunctive relief Dkt. No. 6. Defendant has not yet appeared. Absent consent of all parties, this Court lacks jurisdiction to hear and decide this matter. 28 U.S.C. § 636(c)(1); *Williams v. King,* 875 F.3d 500 (9th Cir. 2017). Accordingly, the Clerk of the Court shall reassign this matter forthwith to a district judge.

**IT IS SO ORDERED.**

Dated: March 29, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge