AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  5:22-cv-01973 |
| INTUIT INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Intuit Inc.                                                                                                           .

Date:     03/29/2022

s/ Sonal N. Mehta
*Attorney's signature*

Sonal N. Mehta (SBN 222086)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
*Address*

sonal.mehta@wilmerhale.com
*E-mail address*

(650) 600-5051
*Telephone number*

(650) 858-6100
*FAX number*