# EXHIBIT A

| | |
|---|---|
| **From:** | Gringer, David |
| **Sent:** | Thursday, March 24, 2022 9:14 PM |
| **To:** | lkhan@ftc.gov |
| **Cc:** | slevine1@ftc.gov; Greisman, Lois C.; Evans, James; Kerry_McLean@intuit.com; jondleibowitz@gmail.com |
| **Subject:** | Intuit |

Chair Khan,

Thank you for your time this afternoon.  As I mentioned during our meeting, Intuit has always been willing to partner with the FTC to address whatever concerns the FTC might have with regard to the company's marketing practices.  It is very important to the people who work at Intuit that the company remains on the right side of the FTC and that it is clear and fair with its customers.  Today's meeting was the first time we've gotten engagement on a lot of these issues, and we appreciated your questions and the points you shared.  While we did not agree on everything, I wanted you to know that Intuit heard you loud and clear, and that we stand behind what we said during the meeting about addressing the FTC's concerns.

To that end, Kerry McLean, who is Intuit's General Counsel (and whom you met this afternoon) had a number of discussions this afternoon, including a meeting with Intuit's CEO, and I wanted to share that Intuit has decided that it will pull down the "free, free, free" TV ads for the remainder of the tax season.

It will take a little time for some of those ads to come down, given the logistics of advertising buys.  It believes that it can have the vast majority off the air in the next few business days and the remainder off the air before the end of next week.

It is important to Intuit to show you that it heard your concerns and that it appreciates your engagement.

Sincerely,

David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.