# EXHIBIT B

## Woodman, Derek

| | |
|---|---|
| **From:** | jondleibowitz@gmail.com |
| **Sent:** | Monday, March 28, 2022 7:15 PM |
| **To:** | Roberto Anguizola; Plett, Rebecca; Evans, James; Kern, Frances; Maxson, William |
| **Cc:** | Lois C. Greisman; Gringer, David; Woodman, Derek |
| **Subject:** | Fwd: Intuit --Privileged & Confidential |

**EXTERNAL SENDER**



Begin forwarded message:

**From:** "Gringer, David" <David.Gringer@wilmerhale.com>
**Subject: RE: Intuit --Privileged & Confidential**
**Date:** March 28, 2022 at 6:56:20 PM EDT
**To:** "Clark.Russell@ag.ny.gov" <Clark.Russell@ag.ny.gov>, "Joseph.Mueller@ag.ny.gov" <Joseph.Mueller@ag.ny.gov>
**Cc:** "Edelstein, Daniel" <Daniel.Edelstein@ilag.gov>, "Jones, Gregory" <Gregory.Jones@ilag.gov>, "Tyner, Randall" <Randall.Tyner@ilag.gov>, "Patrick.Abernethy@oag.texas.gov" <Patrick.Abernethy@oag.texas.gov>, "Perez, Pedro" <Pedro.Perez@oag.texas.gov>, Christin Vasquez <Christin.Vasquez@oag.texas.gov>, "DMosteller@ncdoj.gov" <DMosteller@ncdoj.gov>, Jonathan Marx <jmarx@ncdoj.gov>, 'Robert Holup' <Robert.Holup@law.njoag.gov>, "Isabella.Pitt@law.njoag.gov" <Isabella.Pitt@law.njoag.gov>, Monica Finke <Monica.Finke@law.njoag.gov>, Zeyad Assaf <Zeyad.Assaf@law.njoag.gov>, "Patrice.Malloy@myfloridalegal.com" <Patrice.Malloy@myfloridalegal.com>, Carina Bergal <Carina.Bergal@myfloridalegal.com>, "JAbel@attorneygeneral.gov" <JAbel@attorneygeneral.gov>, "Frasch, Sarah" <sfrasch@attorneygeneral.gov>, "TMurphy@attorneygeneral.gov" <TMurphy@attorneygeneral.gov>, "Olha.Rybakoff@ag.tn.gov" <Olha.Rybakoff@ag.tn.gov>, "Kelley L. Groover" <Kelley.Groover@ag.tn.gov>, Jeff Hill <Jeff.Hill@ag.tn.gov>, "Shahin, Mina (ATG)" <mina.shahin@atg.wa.gov>, "Jane.Azia@ag.ny.gov" <Jane.Azia@ag.ny.gov>, "Berger, Kim" <Kim.Berger@ag.ny.gov>, "Adler, Jordan" <Jordan.Adler@ag.ny.gov>, "Levin, Hallie B." <Hallie.Levin@wilmerhale.com>, "Mahanna, Brian" <Brian.Mahanna@wilmerhale.com>, Bernard Eskandari <Bernard.Eskandari@doj.ca.gov>, "mstoppel@cozen.com" <mstoppel@cozen.com>, "BNash@cozen.com" <BNash@cozen.com>, "mbaylson@cozen.com" <mbaylson@cozen.com>, "pconnell@cozen.com" <pconnell@cozen.com>, "jondleibowitz@gmail.com" <jondleibowitz@gmail.com>, "D'Angelo, Christopher" <Christopher.D'Angelo@ag.ny.gov>

Clark—

In addition, and to answer your questions, as mentioned in Intuit's March 25 communication, subsequent to a meeting with FTC Chair Khan and in response to her concerns, Intuit decided to cease airing its "free, free, free" ads and to remove all versions of this ad from all media it purchases or otherwise controls. As of today, our understanding is that over 95% of the free, free, free ad previously scheduled to run has already been removed with the balance to be off the air by Friday.  Intuit made the decision to remove the ad on the evening of March 24 and immediately communicated to its agencies that decision. Executing this decision requires, among other things, Intuit's agencies to direct their over 100 advertising partners to remove this ad, a process that can take several business days, given the advertising partners—not Intuit—control the broadcast of advertisements after the advertiser places the order.  In this case, even though Intuit's decision was immediately communicated to its partners, some advertising logs, which determine those ads broadcasters run, had already been set through the weekend and could not be changed by the advertising partners.  As noted, by today, nearly all of those ads scheduled to run have been withdrawn.  The balance of ads remaining to run is because certain syndicated programs in local markets are integrated into the versions of the program scheduled to air and are not able to be removed once the show is sent from the syndicator to local markets.  With respect to online video/OTT, most ads were pulled down as of last Friday, and most of the balance were removed today.  Intuit is still working closely with one online partner who believes it has taken down all the ads, but is still confirming.  Most social media was effectively pulled on Friday morning and we expect, but are still awaiting confirmation, that the balance were removed today.



Sincerely,

David


**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Russell, Clark <Clark.Russell@ag.ny.gov>
**Sent:** Monday, March 28, 2022 3:40 PM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Joseph.Mueller@ag.ny.gov
**Cc:** Edelstein, Daniel <Daniel.Edelstein@ilag.gov>; Jones, Gregory <Gregory.Jones@ilag.gov>; Tyner, Randall <Randall.Tyner@ilag.gov>; Patrick.Abernethy@oag.texas.gov; Perez, Pedro <Pedro.Perez@oag.texas.gov>; Christin Vasquez <Christin.Vasquez@oag.texas.gov>; DMosteller@ncdoj.gov; Jonathan Marx <jmarx@ncdoj.gov>; 'Robert Holup' <Robert.Holup@law.njoag.gov>; Isabella.Pitt@law.njoag.gov; Monica Finke <Monica.Finke@law.njoag.gov>; Zeyad Assaf <Zeyad.Assaf@law.njoag.gov>; Patrice.Malloy@myfloridalegal.com; Carina Bergal <Carina.Bergal@myfloridalegal.com>; JAbel@attorneygeneral.gov; Frasch, Sarah <sfrasch@attorneygeneral.gov>; TMurphy@attorneygeneral.gov; Olha.Rybakoff@ag.tn.gov; Kelley L. Groover <Kelley.Groover@ag.tn.gov>; Jeff Hill <Jeff.Hill@ag.tn.gov>; Shahin, Mina (ATG) <mina.shahin@atg.wa.gov>; Jane.Azia@ag.ny.gov>; Berger, Kim <Kim.Berger@ag.ny.gov>; Adler, Jordan <Jordan.Adler@ag.ny.gov>; Levin, Hallie B. <Hallie.Levin@wilmerhale.com>; Mahanna, Brian <Brian.Mahanna@wilmerhale.com>; Bernard Eskandari <Bernard.Eskandari@doj.ca.gov>;mstoppel@cozen.com; BNash@cozen.com; mbaylson@cozen.com; pconnell@cozen.com; jondleibowitz@gmail.com; D'Angelo, Christopher <Christopher.D'Angelo@ag.ny.gov>
**Subject:** Re: Intuit --Privileged & Confidential

**EXTERNAL SENDER**

David:

[redacted]

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Sunday, March 27, 2022, 5:08 PM
**To:** Russell, Clark <Clark.Russell@ag.ny.gov>; Mueller, Joseph <Joseph.Mueller@ag.ny.gov>
**Cc:** Edelstein, Daniel <Daniel.Edelstein@ilag.gov>; Jones, Gregory <Gregory.Jones@ilag.gov>; Tyner, Randall <Randall.Tyner@ilag.gov>; Patrick.Abernethy@oag.texas.gov<Patrick.Abernethy@oag.texas.gov>; Perez, Pedro <Pedro.Perez@oag.texas.gov>; Christin Vasquez <Christin.Vasquez@oag.texas.gov>; Mosteller, Daniel <Dmosteller@ncdoj.gov>; Jonathan Marx <jmarx@ncdoj.gov>; 'Robert Holup' <Robert.Holup@law.njoag.gov>; Isabella Pitt <Isabella.Pitt@law.njoag.gov>; Monica Finke <Monica.Finke@law.njoag.gov>; Zeyad Assaf <Zeyad.Assaf@law.njoag.gov>;Patrice.Malloy@myfloridalegal.com <Patrice.Malloy@myfloridalegal.com>; Carina Bergal <Carina.Bergal@myfloridalegal.com>; JAbel@attorneygeneral.gov <JAbel@attorneygeneral.gov>; Frasch, Sarah <sfrasch@attorneygeneral.gov>; TMurphy@attorneygeneral.gov <TMurphy@attorneygeneral.gov>; Olha.Rybakoff@ag.tn.gov <Olha.Rybakoff@ag.tn.gov>; Kelley L. Groover <Kelley.Groover@ag.tn.gov>; Jeff Hill <Jeff.Hill@ag.tn.gov>; Shahin, Mina (ATG) <mina.shahin@atg.wa.gov>; Azia, Jane <Jane.Azia@ag.ny.gov>; Berger, Kim <Kim.Berger@ag.ny.gov>; Adler, Jordan <Jordan.Adler@ag.ny.gov>; Levin, Hallie B. <Hallie.Levin@wilmerhale.com>; Mahanna, Brian <Brian.Mahanna@wilmerhale.com>; Bernard Eskandari <Bernard.Eskandari@doj.ca.gov>; mstoppel@cozen.com <mstoppel@cozen.com>;BNash@cozen.com <BNash@cozen.com>; mbaylson@cozen.com <mbaylson@cozen.com>; pconnell@cozen.com <pconnell@cozen.com>; jondleibowitz@g

3

mail.com <jondleibowitz@gmail.com>; D'Angelo, Christopher <Christopher.D'Angelo@ag.ny.gov>
**Subject:** RE: Intuit --Privileged & Confidential

Clark,



Sincerely,

David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Russell, Clark <Clark.Russell@ag.ny.gov>
**Sent:** Friday, March 25, 2022 6:06 PM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Joseph.Mueller@ag.ny.gov
**Cc:** Edelstein, Daniel <Daniel.Edelstein@ilag.gov>; Jones, Gregory <Gregory.Jones@ilag.gov>; Tyner, Randall <Randall.Tyner@ilag.gov>; Patrick.Abernethy@oag.texas.gov; Perez, Pedro <Pedro.Perez@oag.texas.gov>; Christin Vasquez <Christin.Vasquez@oag.texas.gov>; DMosteller@ncdoj.gov; Jonathan Marx <jmarx@ncdoj.gov>; 'Robert Holup' <Robert.Holup@law.njoag.gov>;Isabella.Pitt@law.njoag.gov; Monica Finke <Monica.Finke@law.njoag.gov>; Zeyad Assaf <Zeyad.Assaf@law.njoag.gov>; Patrice.Malloy@myfloridalegal.com; Carina Bergal <Carina.Bergal@myfloridalegal.com>; JAbel@attorneygeneral.gov; Frasch, Sarah <sfrasch@attorneygeneral.gov>; TMurphy@attorneygeneral.gov; Olha.Rybakoff@ag.tn.gov; Kelley L. Groover <Kelley.Groover@ag.tn.gov>; Jeff Hill <Jeff.Hill@ag.tn.gov>; Shahin, Mina (ATG) <mina.shahin@atg.wa.gov>; Jane.Azia@ag.ny.gov; Berger, Kim <Kim.Berger@ag.ny.gov>; Adler, Jordan <Jordan.Adler@ag.ny.gov>; Levin, Hallie B. <Hallie.Levin@wilmerhale.com>; Mahanna, Brian <Brian.Mahanna@wilmerhale.com>; Bernard Eskandari <Bernard.Eskandari@doj.ca.gov>;mstoppel@cozen.com; BNash@cozen.com; mbaylson@cozen.com; pconnell@cozen.com; jondleibowitz@gmail.com; D'Angelo, Christopher <Christopher.D'Angelo@ag.ny.gov>
**Subject:** RE: Intuit --Privileged & Confidential

**EXTERNAL SENDER**

David,



_____
**Clark P. Russell | Deputy Bureau Chief**
Bureau of Internet and Technology
New York State Office of the Attorney General
28 Liberty Street, New York, NY 10005
(t) 212-416-6494 | (f) 212-416-8369
clark.russell@ag.ny.gov
http://www.ag.ny.gov/bureau/internet-bureau

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Friday, March 25, 2022 9:22 AM
**To:** Mueller, Joseph <Joseph.Mueller@ag.ny.gov>; Russell, Clark <Clark.Russell@ag.ny.gov>
**Cc:** Edelstein, Daniel <Daniel.Edelstein@ilag.gov>; Jones, Gregory <Gregory.Jones@ilag.gov>; Tyner, Randall <Randall.Tyner@ilag.gov>; Patrick.Abernethy@oag.texas.gov; Perez, Pedro <Pedro.Perez@oag.texas.gov>; Christin Vasquez <Christin.Vasquez@oag.texas.gov>; Mosteller, Daniel <Dmosteller@ncdoj.gov>; Jonathan Marx <jmarx@ncdoj.gov>; 'Robert Holup' <Robert.Holup@law.njoag.gov>; Isabella Pitt <Isabella.Pitt@law.njoag.gov>; Monica Finke <Monica.Finke@law.njoag.gov>; Zeyad Assaf <Zeyad.Assaf@law.njoag.gov>; Patrice.Malloy@myfloridalegal.com; Carina Bergal <Carina.Bergal@myfloridalegal.com>; JAbel@attorneygeneral.gov; Frasch, Sarah <sfrasch@attorneygeneral.gov>; TMurphy@attorneygeneral.gov; Olha.Rybakoff@ag.tn.gov; Kelley L. Groover <Kelley.Groover@ag.tn.gov>; Jeff Hill <Jeff.Hill@ag.tn.gov>; Shahin, Mina (ATG) <mina.shahin@atg.wa.gov>; Azia, Jane <Jane.Azia@ag.ny.gov>; Berger, Kim <Kim.Berger@ag.ny.gov>; Adler, Jordan <Jordan.Adler@ag.ny.gov>; Levin, Hallie B. <Hallie.Levin@wilmerhale.com>; Mahanna, Brian <Brian.Mahanna@wilmerhale.com>; mstoppel@cozen.com; BNash@cozen.com; mbaylson@cozen.com; pconnell@cozen.com; jondleibowitz@gmail.com; D'Angelo, Christopher <Christopher.D'Angelo@ag.ny.gov>
**Subject:** RE: Intuit --Privileged & Confidential

Privileged & Confidential
FRE 408 and State Equivalents

5

Counsel,

███████████████████████████████████████████████████

In addition, Intuit had a productive and engaging conversation yesterday with FTC Chair Khan. After the meeting, Kerry McLean, who is Intuit's General Counsel had a number of discussions yesterday afternoon, including a meeting with Intuit's CEO, and Intuit decided that it will pull down the "free, free, free" TV ads for the remainder of the tax season. It will take a little time for some of those ads to come down, given the logistics of advertising buys. Intuit believes that it can have the vast majority off the air in the next few business days and the remainder off the air before the end of next week.

Sincerely,

David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.