UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**Federal Trade Commission**,

    Plaintiff,

v.

**Intuit Inc.**,

    Defendant.

No. 5:22-cv-1973

[Proposed] **Order Granting Plaintiff FTC's Administrative Motion for Leave to Exceed the Applicable Page Limitation on Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction**

*DENIED — Judge Edward J. Davila*

Plaintiff, the Federal Trade Commission, has filed an Administrative Motion for Leave to Exceed the Applicable Page Limitation on Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. For good cause shown, Plaintiff's Administrative Motion is granted. The FTC's Emergency Motion for Temporary Restraining Order and Preliminary Injunction may encompass up to thirty pages.

**IT IS SO ORDERED.**

Dated: March 29, 2022

Plaintiff shall file an amended Emergency Motion that complies with Civil Local Rule 7-2 and the Court's Standing Order for Civil Cases.

*DENIED — Judge Edward J. Davila — 3/29/2022*

[Proposed] Order
No. 5:22-cv-1973