# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>INTUIT INC.,<br><br>    Defendant. | Case No.   5:22-cv-01973-EJD<br><br>**ORDER REQUIRING PLAINTIFF TO RE-FILE MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING BRIEFING SCHEDULE AND HEARING**<br><br>Re: Dkt. No. 6 |

On March 28, 2022, the Federal Trade Commission filed this action and moved for a temporary restraining order and preliminary injunction. Dkt. Nos. 1, 6. On March 29, 2022, this action was reassigned to the undersigned. Dkt. No. 16. The Court has denied the FTC's administrative motion to exceed the 25-page limit. Dkt. No. 24. The FTC shall re-file a motion that complies with the page limits laid out in the Civil Local Rules and that complies with the provisions regarding footnotes in the Court's Standing Order for Civil Cases.

Defendant Intuit Inc. has filed a notice of intent to oppose. Intuit shall file its opposition by **April 4, 2022**. The FTC may file a reply by **April 8, 2022**. The Court shall hear oral argument on the motion on **April 14, 2022 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: March 29, 2022

                                                        EDWARD J. DAVILA
                                                        United States District Judge