```
Roberto Anguizola (IL Bar No. 6270874)
Frances Kern (MN Bar No. 395233)
Rebecca Plett (VA Bar No. 90988)
James Evans (VA Bar No. 83866)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> v. <br><br> **Intuit Inc.**, <br><br> Defendant. | No. 22-cv-01973-CRB <br><br> Hearing: As soon as the matter may be heard. The FTC respectfully requests that this matter be heard at the Court's next Civil Law & Motion calendar on Friday, April 1, 2022 at 10:00 am.[*] <br><br> **Re-Notice of Emergency Motion re: Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction** |

**Please take notice** that, as soon as this matter may be heard, pursuant to Federal Rule of Civil Procedure 65, Plaintiff, the Federal Trade Commission ("FTC"), will move this Court for a temporary restraining order ("TRO") and preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b) (Dkt. No. 28). The FTC respectfully requests that this matter be heard at the Court's next Civil Law & Motion calendar on Friday, April 1, 2022 at 10:00 am.

The FTC files this notice pursuant to the Court's Related Case Order (Dkt. No. 30), which instructed that "any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge."

---

[*] For reasons explained in the Motion (Dkt. No. 28), this matter is urgent. This year's Tax Day is April 18. The FTC respectfully requests that this Court act on this Motion as expeditiously as is possible.

As fully explained in the FTC's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 28), Plaintiff seeks Court intervention to immediately halt Defendant Intuit Inc.'s deceptive advertising of TurboTax, a commonly-used online tax preparation service that enables users to prepare and file their income tax returns. Intuit's advertising violates the FTC Act and should be put on hold to avoid victimizing consumers during the end of tax filing season, when a substantial number of taxpayers file their returns, and during the pendency of an administrative proceeding on the merits before the FTC. This motion is supported by Exhibits docketed as Dkt. No. 7-3 through 7-13.

Dated: March 30, 2022

Respectfully submitted,

/s/ James Evans
**Roberto Anguizola**, IL Bar No. 6270874
**Frances Kern**, MN Bar No. 395233
**Rebecca Plett**, VA Bar No. 90988
**James Evans**, VA Bar No. 83866
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**

**CERTIFICATE OF SERVICE**

I hereby certify that on [date], I electronically filed the foregoing [document title] with the Clerk of the Court using CM/ECF, which will cause a copy of the same to be served on the following parties entitled to service:

David Gringer
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230 8864
david.gringer@wilmerhale.com

*Attorney for Defendant Intuit, Inc.*

/s/ [name]
[name]