| | |
|---|---|
| Sonal N. Mehta (SBN 222086)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real<br>Suite 400<br>Palo Alto, CA 94306<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 658-6100<br>sonal.mehta@wilmerhale.com | David Z. Gringer (*pro hac vice pending*)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>250 Greenwich St.<br>New York, NY 10007<br>Telephone:  (212) 230-8864<br>david.gringer@wilmerhale.com |

Seth P. Waxman (*pro hac vice forthcoming*)
Howard M. Shapiro (*pro hac vice forthcoming*)
Jonathan E. Paikin (*pro hac vice pending*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
seth.waxman@wilmerhale.com
howard.shapiro@wilmerhale.com
jonathan.paikin@wilmerhale.com

*Attorneys for Defendant Intuit Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>                Plaintiff,<br>   v.<br>INTUIT INC.,<br>                Defendant. | Case No. 5:22-cv-01973<br><br>**DEFENDANT INTUIT INC.'S NOTICE OF FILING REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

After initiating this case on March 28, 2022, the FTC filed an administrative motion in the consolidated actions captioned as *In re Intuit Free File Litigation*, No. 3:19-cv-02546-CRB (N.D. Cal.), requesting that the *In re Intuit Free File* court consider whether this case is related to those consolidated actions. Pursuant to Civil Local Rule 3-12(e), Intuit responded to the administrative motion, stating that this case is not related to *In re Intuit Free File* and that this case should accordingly be assigned at random pursuant to this district's Assignment Plan. *See* N.D. Cal. Gen. Order 44 (Jan. 1, 2018).

For the Court's convenience, Intuit hereby lodges as Exhibit 1 its response to the FTC's administrative motion.

Dated:  March 30, 2022

Respectfully submitted,

 /s/ Sonal N. Mehta 
Sonal N. Mehta (SBN 222086)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 658-6100
sonal.mehta@wilmerhale.com

David Z. Gringer (*pro hac vice pending*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich St.
New York, NY 10007
Telephone:  (212) 230-8864
david.gringer@wilmerhale.com

Seth P. Waxman (*pro hac vice forthcoming*)
Howard M. Shapiro (*pro hac vice forthcoming*)
Jonathan E. Paikin (*pro hac vice pending*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
seth.waxman@wilmerhale.com
howard.shapiro@wilmerhale.com
jonathan.paikin@wilmerhale.com