SONAL N. MEHTA (SBN 222086)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
  Sonal.Mehta@wilmerhale.com

SETH P. WAXMAN (*pro hac vice* forthcoming)
HOWARD M. SHAPIRO (*pro hac vice* forthcoming)
JONATHAN PAIKIN (*pro hac vice* forthcoming)
WILMER CULTER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
  Seth.Waxman@wilmerhale.com
  Howard.Shapiro@wilmerhale.com
  Jonathan.Paikin@wilmerhale.com

DAVID GRINGER (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8864
  David.Gringer@wilmerhale.com

*Attorneys for Defendant*
INTUIT INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br> v.<br><br>INTUIT INC.,<br><br>   Defendant. | Case No. 5:22-cv-01973<br><br>**DEFENDANT INTUIT INC.'S RE-NOTICE OF INTENT TO OPPOSE PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Defendant Intuit Inc. files this Re-Notice of Intent to Oppose Plaintiffs' Emergency Motion for Temporary Restraining Order And Preliminary Injunction ("TRO Motion") to apprise the Court of its intent to file a formal opposition to the TRO Motion. The Court entered an order on March 30, 2022, relating this case to *Sinohui v. Intuit Inc.*, No. 3:19-cv-02546-CRB, before having the opportunity consider Intuit's response due on April 1, 2022. The Court subsequently indicated that it would consider Intuit's response, which was filed early on March 30, 2022, notwithstanding that order. Accordingly, Intuit understands that the FTC's motion to relate is still under consideration. In the event that the Court decides that the cases are related, Intuit again provides notice that it intends to oppose the TRO Motion within a reasonable time.

The FTC filed the TRO Motion the afternoon of Monday, March 28, 2022, although Intuit did not receive an unredacted version of the complaint and TRO Motion, or its supporting exhibits, until nearly 10 p.m. PT on March 28. On March 29, 2022, Intuit filed an initial Notice of Intent to Oppose Plaintiffs' Emergency Motion for Temporary Restraining Order And Preliminary Injunction (ECF No. 18). The initial notice explained that the FTC will not be prejudiced if Intuit has a few additional days to respond to the voluminous TRO Motion and supporting materials because the FTC itself delayed in filing the motion. Specifically, the FTC waited until shortly before Tax Day to seek a TRO, despite knowing of the conduct it now challenges for years, *e.g.*, Compl ¶ 28, and investigating that conduct for almost three years. Indeed, the FTC waited nine months after providing Intuit with a draft complaint to actually file a complaint. The initial notice further explained that the need for immediate, emergency relief is belied by the fact that Intuit has already acted to voluntarily remove the advertisements that the FTC alleges were deceptive—which the FTC knew before filing the complaint and TRO Motion, as shown in the two exhibits attached to the initial notice. Accordingly, there is no reason to hastily enter a TRO without providing Intuit a meaningful opportunity to brief the issues. Finally, the initial notice stated that the TRO Motion raises complex legal and factual issues and important public interest and policy implications, including the availability of free tax filing services in the weeks leading up the April 18, 2022 tax-filing deadline. These factual and legal issues cannot and should not be presented and resolved without adequate input from Intuit.

On March 29, 2022, Judge Davila entered an order setting a briefing schedule, under which Intuit's opposition will be due by April 4, 2022. Intuit has been working to meet that expedited April 4 filing deadline and will be prepared to file a formal opposition with supporting evidence by that date.

In view of the above, Intuit reaffirms that it intends to oppose the TRO Motion and will be prepared to file a formal opposition by April 4, 2022, which provides Intuit with adequate time to respond to the FTC's lengthy submission. Judge Davila also set deadlines of April 8, 2022, for the FTC's reply brief and scheduled a hearing for April 14, 2022. If the Court wishes to expedite the proceedings further—notwithstanding the FTC's delay and Intuit's decision last week to remove the advertisements at issue—Intuit respectfully suggests that the FTC's time to file a reply be shortened, or the reply waived, and Intuit is available for a hearing at the Court's convenience next week.

Dated:  March 30, 2022                           Respectfully submitted,

By: */s/ Sonal N. Mehta*
Sonal N. Mehta (SBN: 222086)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
Sonal.Mehta@wilmerhale.com

Seth P. Waxman (*pro hac vice* forthcoming)
Howard M. Shapiro (*pro hac vice* forthcoming)
Jonathan Paikin (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
Seth.Waxman@wilmerhale.com
Howard.Shapiro@wilmerhale.com
Jonathan.Paikin@wilmerhale.com

David Gringer (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
250 Greenwich St.
 New York, NY 10007
Telephone:  (212) 230-8864
 David.Gringer@wilmerhale.com

*Attorneys for Defendant Intuit Inc.*