1  Roberto Anguizola (IL Bar No. 6270874)
   Frances Kern (MN Bar No. 395233)
2  Rebecca Plett (VA Bar No. 90988)
   James Evans (VA Bar No. 83866)
3  Federal Trade Commission
   600 Pennsylvania Ave., NW, Mailstop CC-5201
4  Washington, DC 20580
   (202) 326-3284 / ranguizola@ftc.gov
5  (202) 326-2391 / fkern@ftc.gov
   (202) 326-3664 / rplett@ftc.gov
6  (202) 326-2026 / james.evans@ftc.gov

7  Attorneys for Plaintiff
   Federal Trade Commission

8

9                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11  **Federal Trade Commission**,
                                          No. 22-cv-1973-CRB
12              Plaintiff,
                                          **Notice of Filing Plaintiff FTC's Reply re:**
13        v.                              **Its Administrative Motion to Consider**
                                          **Whether Cases Should be Related in *In***
14  **Intuit Inc.**,                      ***re Intuit Free File Litigation*, 19-cv-2546-**
                                          **CRB**
15              Defendant.

16

17        Intuit has given notice to the Court in this action of its filing of an Opposition to the

18  FTC's Administrative Motion to Consider Whether Cases Should be Related in *In re Intuit Free*

19  *File Litigation*, 19-cv-2546-CRB. The FTC has since filed a Reply to Intuit's Opposition. For the

20  Court's convenience, the FTC hereby lodges its Reply re: Its Administrative Motion to Consider

21  Whether Cases Should be Related in this action as well.

22

23

24

25

26

27

28

1

2                                              Respectfully submitted,

3    Dated: March 30, 2022
                                                 /s/ James Evans
4                                              **Roberto Anguizola**, IL Bar No. 6270874
                                               **Frances Kern**, MN Bar No. 395233
5                                              **Rebecca Plett**, VA Bar No. 90988
                                               **James Evans**, VA Bar No. 83866
6                                              Federal Trade Commission
                                               600 Pennsylvania Ave., NW, CC-5201
7                                              Washington, DC 20580
                                               (202) 326-3284 / ranguizola@ftc.gov
8                                              (202) 326-2391 / fkern@ftc.gov
                                               (202) 326-3664 / rplett@ftc.gov
9                                              (202) 326-2026 / james.evans@ftc.gov
10
                                               **Attorneys for Plaintiff**
11                                             **Federal Trade Commission**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28