Roberto Anguizola (IL Bar No. 6270874)
Frances Kern (MN Bar No. 395233)
Rebecca Plett (VA Bar No. 90988)
James Evans (VA Bar No. 83866)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re Intuit Free File Litigation**<br><br>This document relates to:<br>All actions (listed in full below) | Nos. 19-cv-2546 (lead case)<br>19-cv-2566<br>19-cv-2567<br>19-cv-2666<br>19-cv-2742<br>19-cv-2878<br>19-cv-3460<br>19-cv-3745<br>19-cv-5823<br>20-cv-1908 |
| **Federal Trade Commission**,<br><br>              Plaintiff,<br><br>     v.<br><br>**Intuit Inc.**,<br><br>              Defendant. | No.  5:22-cv-1973-CRB<br><br>**Plaintiff FTC's Reply re: Its Administrative Motion to Consider Whether Cases Should be Related (Dkt. No. 216)[1]** |

The FTC filed its Administrative Motion to Consider Whether Cases Should be Related because Local Rule 3-12 required it ("[w]henever a party knows or learns that an action … is (*or the party believes that the action may be*) related to an action which *is or was* pending in this District …, the party *must promptly file* in the lowest-numbered case" such a motion (emphasis added)). After consideration, Judge Breyer ruled: "I find that the more recently filed case(s) …

---

[1] The FTC has docketed this filing as a motion because CM/ECF would not accept it as a response or reply brief. The system indicated that this filing could not be linked to the FTC's original Administrative Motion (Dkt. No. 216) or Intuit's Opposition (Dkt. No. 218).

1  are related to the case assigned to me, and such case(s) shall be reassigned to me." Nothing in
2  Defendant Intuit Inc.'s Opposition (Dkt. No. 218) upsets the Court's determination. The Order
3  should be sustained.
4        The *In re Intuit Free File Litigation* class actions involve allegations of unfair and
5  deceptive business practices by Defendant Intuit Inc. These include allegations related to Intuit's
6  advertising for TurboTax. *See* Consolidated Class Action Complaint, *In re Intuit Free File*
7  *Litigation*, No. C19-2546 (N.D. Cal. filed Sept. 13, 2019), ECF No. 80, at ¶¶ 83–90 (alleging
8  that "In furtherance of its common plan or scheme, Intuit implemented a pervasive, nationwide
9  marketing and advertising campaign during the 2018 tax filing season promoting its offering of
10 'free' tax filing services, even though the vast majority of users would actually be charged to file
11 their returns. Intuit purchased online and televised advertising, promoting the slogan 'Turbotax
12 Free is free. Free, free free free[,]' to direct taxpayers to Intuit's commercial products, rather than
13 Freedom Edition."); *see also id.* ¶¶ 129–39 (in Count II of the Complaint, the class alleges, inter
14 alia: "In a pervasive nationwide advertising campaign, Intuit falsely advertised its TurboTax
15 commercial website as being free, causing confusion and deceiving Class members, eligible for
16 free tax filing, into paying Intuit for tax-filing services. As part of the same campaign, Intuit
17 marketed its tax-filing services as being 'FREE Guaranteed' when, far from honoring any such
18 guarantee, Intuit charged a fee to most consumers who attempted to file their taxes on its
19 TurboTax commercial website while also concealing and diverting consumers from its "Freedom
20 Edition" site, on which Class members could have filed for free."). Similar allegations about
21 Intuit's advertising for TurboTax are at the core of the FTC's Complaint in *FTC v. Intuit*. These
22 actions concern substantially the same transactions or events. *See* L.R. 3-12(a)(1).
23       It also "appears likely that there would be an unduly burdensome duplication" of judicial
24 labor if the cases are conducted before different Judges, L.R. 3-12(a)(2), as Judge Breyer has
25 already expended significant resources becoming well acquainted with the facts underlying both
26 the class actions and the FTC action—namely Intuit's deceptive advertising practices, including
27 its claim that TurboTax is "free." This is precisely the core of the FTC's case, and has a direct
28

1  bearing on the FTC's likelihood of success on the merits. For example, in denying the proposed
2  class settlement, Judge Breyer observed:

> A person induced into paying for services that the person initially expected to get for free, and who continues to pay for those services annually, can trace the cumulative harm suffered back to the initial deception. Without that deception, the person would have known they could file for free from the start, and presumably would have done so each year.

*Arena v. Intuit Inc.*, No. 19-cv-02546-CRB, 2021 WL 834253, at *9 (N.D. Cal. Mar. 5, 2021). And Judge Breyer has already contemplated the role of the Federal Trade Commission in the class action. Transcript of Proceedings, *Arena*, No. 19-cv-02546-CRB, at 36:20–37:10 (N.D. Cal. Dec. 21, 2020), Dkt. No. 206.

The FTC asked this Court to "consider whether cases should be related," as it was required to do by Local Rule 3-12. Though the FTC is ready, willing, and able to pursue its claims on behalf of American consumers before any judge of this Court, the FTC respectfully suggests that keeping this case before Judge Breyer will help "secure the just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1.

Respectfully submitted,

Dated: March 30, 2022

/s/ James Evans

**Roberto Anguizola**, IL Bar No. 6270874
**Frances Kern**, MN Bar No. 395233
**Rebecca Plett**, VA Bar No. 90988
**James Evans**, VA Bar No. 83866
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28