IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC.,<br><br>Defendant. | Case No. 22-cv-01973-CRB<br><br>**ORDER SETTING BRIEFING SCHEDULING AND HEARING DATE** |

On March 28, 2022, the Federal Trade Commission filed this action and moved for a temporary restraining order and preliminary injunction. Dkts. 1, 6. On March 29, Judge Davila set the following dates for briefing and argument: Intuit's opposition due April 4, 2022, FTC's reply due April 8, 2022, and a hearing on April 14, 2022. Dkt. 27.

On March 30, 2022, the undersigned determined that this case was related to In re Intuit Free File Litigation (19-cv-02546-CRB). Dkts. 30, 32. Intuit opposed relating the cases, and FTC replied. Dkts. 33, 35. The Court still concludes that these cases are related, as they concern "substantially the same . . . transaction" and relation will avoid "unduly burdensome duplication of labor." N.D. Cal. Civ. R. 3-12(a).

Nevertheless, FTC's delay in filing this motion for emergency relief weighs against an extremely abbreviated briefing schedule. The Court will adhere to Judge Davila's schedule. Intuit's opposition remains due April 4, with FTC's reply to be due April 8. The hearing is rescheduled to April 21, 2022 at 10 a.m.

**IT IS SO ORDERED.**

Dated: March 31, 2022



CHARLES R. BREYER
United States District Judge