AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-cv-01973-EJD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Intuit, Inc.
was received by me on *(date)* 03/30/2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynanne Gares- Authorized to Accept, who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company 251 Little Falls Dr., Wilmington, DE 19808     @12:45 p.m. on *(date)* 03/30/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/30/2022

*Server's signature*

John Garber - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Federal Trade Commission | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. 5:22-cv-01973 -EJD |
| Intuit Inc. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Intuit Inc.
c/o Corporation Service Company Which Will Do Business in California as
CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Roberto Anguizola, Frances Kern, Rebecca Plett, and James Evans
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov; (202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov; (202) 326-2026 / james.evans@ftc.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date:   3/29/2022                                                 *Susie F. Barrera*
                                                                          *Signature of Clerk or Deputy Clerk*

Please find enclosed:

| Docket No. | Description |
|---|---|
| 1 | Complaint for a Temporary Restraining Order and Preliminary Injunctive Relief Pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b) [REDACTED public version] |
| 1-1 | Civil Cover Sheet |
| 2 | Notice of Appearance of Roberto Anguizola for the FTC |
| 3 | Notice of Appearance of Frances Kern for the FTC |
| 4 | Notice of Appearance of James Evans for the FTC |
| 5 | Notice of Appearance of Rebecca Plett for the FTC |
| 6 | Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction [REDACTED public version] |
| 6-1 | [Proposed] Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue |
| 7 | Administrative Motion to Consider Whether Another Party's Material Should be Sealed |
| 7-1 **Provisionally Sealed** | Complaint for a Temporary Restraining Order and Preliminary Injunctive Relief Pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b) [redactions highlighted] |
| 7-2 **Provisionally Sealed** | Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction [redactions highlighted] |
| 7-3 **Provisionally Sealed** | Plaintiff's Exhibits Volume 1 Exhibits GX 1–52 (note: an exhibit list appears at the beginning of each exhibit volume) |
| 7-4 **Provisionally Sealed** | |
| 7-5 **Provisionally Sealed** | Plaintiff's Exhibits Volume 2 Exhibits GX 53–116 |
| 7-6 **Provisionally Sealed** | |
| 7-7 **Provisionally Sealed** | Plaintiff's Exhibits Volume 3 Exhibits GX 150–151 |
| 7-8 **Provisionally Sealed** | Plaintiff's Exhibits Volume 4 Exhibits GX 152–153 |
| 7-9 **Provisionally Sealed** | Plaintiff's Exhibits Volume 5 Exhibits GX 154–155 |
| 7-10 **Provisionally Sealed** | Plaintiff's Exhibits Volume 6 Exhibits GX 156–157 |
| 7-11 **Provisionally Sealed** | Plaintiff's Exhibits Volume 7 Exhibits GX 200–306 [redaction to GX 301 highlighted] |
| 7-12 **Provisionally Sealed** | |
| 7-13 **Provisionally Sealed** | |
| 8 | [Proposed] Summons |
| 9 | Manual Filing Notice |

| | |
|---|---|
| **10** | Administrative Motion for Leave to Exceed the Applicable Page Limitation on Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction |
| **10-1** | [Proposed] Order Granting Plaintiff FTC's Administrative Motion for Leave to Exceed the Applicable Page Limitation on Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction |
| **11** | Notice of Pendency of Other Actions or Proceedings |
| **12** | Plaintiff's Exhibits Volume 7 [REDACTED public version] Exhibits GX 200–306<br>   GX 284, 290, 291, 292, 293, 294, 295, 296, 297, and 298 are fully redacted; GX 301 contains a partial redaction (*see* Docket No. 7) |
| **13** | Rule 65(b)(1) and LR 65-1(a)(5) Certification and Declaration of Roberto Anguizola in Support of Plaintiff's Emergency Motion For a Temporary Restraining Order and Preliminary Injunction |