SONAL N. MEHTA (SBN 222086)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
 Sonal.Mehta@wilmerhale.com

SETH P. WAXMAN (*pro hac vice* forthcoming)
HOWARD M. SHAPIRO (*pro hac vice* forthcoming)
JONATHAN E. PAIKIN (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
 Seth.Waxman@wilmerhale.com
 Howard.Shapiro@wilmerhale.com
 Jonathan.Paikin@wilmerhale.com

DAVID GRINGER (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
250 Greenwich St.
 New York, NY 10007
Telephone: (212) 230-8864
 David.Gringer@wilmerhale.com

*Attorneys for Defendant*
INTUIT INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTUIT INC.,<br><br>　　　　　Defendant. | Case No. 3:22-cv-01973-CRB<br><br>**DEFENDANT INTUIT INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE COURT'S PAGE LIMITATION** |

Pursuant to Rule I.C of the General Standing Order For Civil and Criminal Cases Before Judge Charles R. Breyer and Civil Local Rule 7-11, Intuit respectfully moves for leave to file a twenty-five (25) page brief in opposition to the Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction ("TRO Motion"), which is in excess of the 15-page limit outlined in the Court's General Standing Order.  Counsel for the FTC has stipulated to the relief sought.

Filed when the case was initially assigned to Judge Davila, the FTC's TRO Motion is 24 pages and references over 70 exhibits.

Intuit wishes to fully respond to each of the FTC's arguments while addressing the multi-factor test Plaintiffs must satisfy in order for a TRO to issue.  Intuit respectfully submits that fairness and ensuring that the Court has before it a full explanation of the relevant facts and case law, constitutes good cause to justify a 25-page brief.

Dated:  April 1, 2022

Respectfully submitted,

By: */s/ Sonal N. Mehta*
Sonal N. Mehta (SBN: 222086)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
Sonal.Mehta@wilmerhale.com

Seth P. Waxman (*pro hac vice* forthcoming)
Howard M. Shapiro (*pro hac vice* forthcoming)
Jonathan E. Paikin (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
Seth.Waxman@wilmerhale.com
Howard.Shapiro@wilmerhale.com
Jonathan.Paikin@wilmerhale.com

David Gringer (*pro hac vice*)

|   |   |
|---|---|
| 1 | WILMER CUTLER PICKERING |
| 2 | HALE AND DORR LLP |
|   | 250 Greenwich St. |
| 3 | New York, NY 10007 |
|   | Telephone: (212) 230-8864 |
| 4 | David.Gringer@wilmerhale.com |
| 5 | *Attorneys for Defendant Intuit Inc.* |