*[Counsel listed in signature block]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

INTUIT INC.,

Defendant.

Case No. 3:22-CV-01973-CRB

**THE PARTIES' JOINT STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING INTUIT TO FILE IN EXCESS OF THE PAGE LIMIT**

IT IS HEREBY STIPULATED by and between Plaintiff Federal Trade Commission and Defendant Intuit Inc., by and through their respective counsel as follows:

WHEREAS, pursuant to the General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer, briefs in support of or in opposition to motions, aside from summary judgment motions, must not exceed fifteen (15) pages in length;

WHEREAS, Plaintiff's brief in support of its Emergency Motion for a Temporary Restraining Order and Preliminary Injunction ("TRO Motion"), filed on March 29, 2022, is twenty-four (24) pages;

WHEREAS, Intuit has requested leave to file a twenty-five (25) page brief in opposition to Plaintiff's TRO Motion.

WHEREAS, Plaintiff has agreed to Intuit's request;

NOW, THEREFORE, the parties, by and through the undersigned counsel, hereby stipulate that, pursuant to Rule I.C of the General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer, the page-limit for Intuit's opposition to the Plaintiff's TRO Motion shall be extended to twenty-five (25) pages.

SO STIPULATED

DATED: April 1, 2022

FEDERAL TRADE COMMISSION

By: */s/ James Evans*
James Evans

ROBERTO ANGUIZOLA (IL Bar No. 6270874)
FRANCES KERN (MN Bar No. 395233)
REBECCA PLETT (VA Bar No. 90988)
JAMES EVANS (VA Bar No. 83866)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

Attorneys for Plaintiff,
FEDERAL TRADE COMMISSION

DATED: April 1, 2022

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Sonal N. Mehta*
Sonal N. Mehta

SONAL N. MEHTA (SBN 222086)
Wilmer Cutler Pickering
Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Sonal.Mehta@wilmerhale.com

DAVID GRINGER (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8864
David.Gringer@wilmerhale.com

SETH P. WAXMAN (*pro hac vice* forthcoming)
HOWARD M. SHAPIRO (*pro hac vice* forthcoming)
JONATHAN E. PAIKIN (*pro hac vice*)
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Seth.Waxman@wilmerhale.com
Howard.Shapiro@wilmerhale.com
Jonathan.Paikin@wilmerhale.com

Attorneys for Defendant,
INTUIT INC.

**ATTESTATION**

I, Sonal Mehta, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest James Evans has concurred in this filing.

Dated: April 1, 2022

By: */s/ Sonal N. Mehta*
Sonal N. Mehta

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 1, 2022

Hon. Charles R. Breyer

5

THE PARTIES' JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER ALLOWING INTUIT TO FILE IN EXCESS OF THE PAGE LIMIT