SONAL N. MEHTA (SBN 222086)
Wilmer Cutler Pickering
 Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
 Sonal.Mehta@wilmerhale.com

*[Additional counsel listed in signature block]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br> v.<br><br>INTUIT INC.,<br><br>      Defendant. | Case No. 3:22-CV-01973-CRB<br><br>**THE PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING EXTENDING INTUIT'S TIME TO FILE A STATEMENT IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1   IT IS HEREBY STIPULATED by and between Plaintiff Federal Trade Commission and
2   Defendant Intuit Inc., by and through their respective counsel as follows:
3   WHEREAS, the deadline for Intuit to file a statement in response to Plaintiff's March 28,
4   2022 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is
5   April 4, 2022;
6   WHEREAS, the deadline for Intuit to file a statement in response to Plaintiff's March 29,
7   2022 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is
8   April 5, 2022;
9   WHEREAS, Intuit has requested a fourteen (14) day extension on its deadline to file a
10  statement in response to Plaintiff's March 28, 2022 Administrative Motion to Consider Whether
11  Another Party's Material Should Be Sealed;
12  WHEREAS, Intuit has requested a thirteen (13) day extension on its deadline to file a
13  statement in response to Plaintiff's March 29, 2022 Administrative Motion to Consider Whether
14  Another Party's Material Should Be Sealed;
15  WHEREAS, Plaintiff has agreed to Intuit's request;
16  NOW, THEREFORE, the parties, by and through the undersigned counsel, hereby stipulate
17  that, pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, the deadline for
18  Intuit to file its response to Plaintiff's March 28 and 29, 2022 Administrative Motions to Consider
19  Whether Another Party's Material shall be extended by fourteen (14) and thirteen (13) days,
20  respectively, up to and including April 18, 2022.
21  SO STIPULATED
22
23  DATED: April 1, 2022        FEDERAL TRADE COMMISSION
24                              By: /s/ James Evans
25                                  James Evans
26                              ROBERTO ANGUIZOLA (IL Bar No. 6270874)
27                              FRANCES KERN (MN Bar No. 395233)
                                REBECCA PLETT (VA Bar No. 90988)
28                              JAMES EVANS (VA Bar No. 83866)

```
                                    Federal Trade Commission
                                    600 Pennsylvania Ave., NW, Mailstop CC-5201
                                    Washington, DC 20580
                                    (202) 326-3284 / ranguizola@ftc.gov
                                    (202) 326-2391 / fkern@ftc.gov
                                    (202) 326-3664 / rplett@ftc.gov
                                    (202) 326-2026 / james.evans@ftc.gov

                                    Attorneys for Plaintiff,
                                    FEDERAL TRADE COMMISSION
```

DATED: April 1, 2022                WILMER CUTLER PICKERING HALE AND
                                    DORR LLP


                              By:   /s/    Sonal N. Mehta
                                    Sonal N. Mehta

                                    SONAL N. MEHTA (SBN 222086)
                                    Wilmer Cutler Pickering
                                     Hale and Dorr LLP
                                    2600 El Camino Real, Suite 400
                                    Palo Alto, CA 94306
                                    Telephone: (650) 858-6000
                                    Facsimile: (650) 858-6100
                                      Sonal.Mehta@wilmerhale.com

                                    DAVID GRINGER (*pro hac vice*)
                                    Wilmer Cutler Pickering
                                     Hale and Dorr LLP
                                    250 Greenwich St.
                                     New York, NY 10007
                                    Telephone: (212) 230-8864
                                     David.Gringer@wilmerhale.com

                                    SETH P. WAXMAN (*pro hac vice*
                                    forthcoming)
                                    HOWARD M. SHAPIRO (*pro hac vice*
                                    forthcoming)
                                    JONATHAN E. PAIKIN (*pro hac vice*)
                                    Wilmer Cutler Pickering
                                     Hale and Dorr LLP
                                    1875 Pennsylvania Ave NW
                                    Washington, DC 20006
                                    Telephone: (202) 663-6000
                                    Facsimile: (202) 663-6363
                                      Seth.Waxman@wilmerhale.com
                                      Howard.Shapiro@wilmerhale.com
                                      Jonathan.Paikin@wilmerhale.com

                                    Attorneys for Defendant,
                                    INTUIT INC.

THE PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING EXTENSION OF TIME

**ATTESTATION**

I, Sonal Mehta, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest James Evans has concurred in this filing.

Dated: April 1, 2022               By:   /s/    Sonal N. Mehta
                                         Sonal N. Mehta

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

_____
Hon. Charles R. Breyer
