1  SONAL N. MEHTA (SBN 222086)
   Wilmer Cutler Pickering
2    Hale and Dorr LLP
   2600 El Camino Real, Suite 400
3  Palo Alto, CA 94306
   Telephone: (650) 858-6000
4  Facsimile: (650) 858-6100
   Sonal.Mehta@wilmerhale.com
5
6  *[Additional counsel listed in signature block]*

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

13

14 | FEDERAL TRADE COMMISSION, | Case No. 3:22-CV-01973-CRB |

15 | Plaintiff, | **THE PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING EXTENDING INTUIT'S TIME TO FILE A STATEMENT IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

16 | v. |

17 | INTUIT INC., |

18 | Defendant. |

19

20

21

22

23

24

25

26

27

28

1  IT IS HEREBY STIPULATED by and between Plaintiff Federal Trade Commission and Defendant Intuit Inc., by and through their respective counsel as follows:

WHEREAS, the deadline for Intuit to file a statement in response to Plaintiff's March 28, 2022 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is April 4, 2022;

WHEREAS, the deadline for Intuit to file a statement in response to Plaintiff's March 29, 2022 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is April 5, 2022;

WHEREAS, Intuit has requested a fourteen (14) day extension on its deadline to file a statement in response to Plaintiff's March 28, 2022 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed;

WHEREAS, Intuit has requested a thirteen (13) day extension on its deadline to file a statement in response to Plaintiff's March 29, 2022 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed;

WHEREAS, Plaintiff has agreed to Intuit's request;

NOW, THEREFORE, the parties, by and through the undersigned counsel, hereby stipulate that, pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, the deadline for Intuit to file its response to Plaintiff's March 28 and 29, 2022 Administrative Motions to Consider Whether Another Party's Material shall be extended by fourteen (14) and thirteen (13) days, respectively, up to and including April 18, 2022.

SO STIPULATED

DATED: April 1, 2022

FEDERAL TRADE COMMISSION

By: */s/ James Evans*
James Evans

ROBERTO ANGUIZOLA (IL Bar No. 6270874)
FRANCES KERN (MN Bar No. 395233)
REBECCA PLETT (VA Bar No. 90988)
JAMES EVANS (VA Bar No. 83866)

2

THE PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING EXTENSION OF TIME

```
                                          Federal Trade Commission
                                          600 Pennsylvania Ave., NW, Mailstop CC-5201
                                          Washington, DC 20580
                                          (202) 326-3284 / ranguizola@ftc.gov
                                          (202) 326-2391 / fkern@ftc.gov
                                          (202) 326-3664 / rplett@ftc.gov
                                          (202) 326-2026 / james.evans@ftc.gov

                                          Attorneys for Plaintiff,
                                          FEDERAL TRADE COMMISSION


DATED:  April 1, 2022                     WILMER CUTLER PICKERING HALE AND
                                          DORR LLP


                                     By:  /s/    Sonal N. Mehta
                                              Sonal N. Mehta

                                          SONAL N. MEHTA (SBN 222086)
                                          Wilmer Cutler Pickering
                                           Hale and Dorr LLP
                                          2600 El Camino Real, Suite 400
                                          Palo Alto, CA 94306
                                          Telephone:  (650) 858-6000
                                          Facsimile:  (650) 858-6100
                                            Sonal.Mehta@wilmerhale.com

                                          DAVID GRINGER (*pro hac vice*)
                                          Wilmer Cutler Pickering
                                           Hale and Dorr LLP
                                          250 Greenwich St.
                                           New York, NY 10007
                                          Telephone:  (212) 230-8864
                                           David.Gringer@wilmerhale.com

                                          SETH P. WAXMAN (*pro hac vice*
                                          forthcoming)
                                          HOWARD M. SHAPIRO (*pro hac vice*
                                          forthcoming)
                                          JONATHAN E. PAIKIN (*pro hac vice*)
                                          Wilmer Cutler Pickering
                                           Hale and Dorr LLP
                                          1875 Pennsylvania Ave NW
                                          Washington, DC 20006
                                          Telephone:  (202) 663-6000
                                          Facsimile:  (202) 663-6363
                                            Seth.Waxman@wilmerhale.com
                                            Howard.Shapiro@wilmerhale.com
                                            Jonathan.Paikin@wilmerhale.com

                                           Attorneys for Defendant,
                                           INTUIT INC.
```

**ATTESTATION**

I, Sonal Mehta, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest James Evans has concurred in this filing.

Dated: April 1, 2022                                By:   /s/   Sonal N. Mehta
                                                          Sonal N. Mehta

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 4, 2022

_____
Hon. Charles R. Breyer