# EXHIBIT A



Executive
Summary

*Preface &
Highlights*

**NATIONAL TAXPAYER ADVOCATE**

# Annual Report to Congress

2018

www.TaxpayerAdvocate.irs.gov/2018AnnualReport

taxpayers.  (The full effect will become clearer months, and even years, down the road.)  I will also point out where the shutdown exacerbated trends we already identified in the Most Serious Problems section of this report.  I will discuss the impact of these interruptions on IRS IT modernization efforts and advocate for multi-year funding for those efforts.  And I will recommend that Congress at the very least exempt the IRS from the operation of the Anti-Deficiency Act.

Before I discuss these issues, I want to express my deep appreciation to, and admiration for, the IRS workforce, including but not limited to employees in the Taxpayer Advocate Service.  Most IRS employees experienced financial challenges as a result of missing two pay checks.  Some employees could not pay their bills and others were deeply worried they would miss payments if the shutdown continued for much longer.  Yet when the shutdown ended, IRS employees returned to work with energy and generally hit the ground running, eager to make sure the agency could deliver the filing season as well as achieve its broader mission.  The IRS faces many challenges as an agency—and this report documents many of them—but the dedication of the IRS workforce is a notable bright spot.

### IRS Operations Before the Shutdown

On December 21, 2018, the day before the shutdown, the IRS was already struggling with its inventory of work.  During 2018, the IRS shuffled resources around to meet the challenge of implementing the new tax law while wrestling with record inventory levels of unresolved cases in its fraud detection programs.[4]  In addition, the IRS was directed to replace all the existing Individual Income Tax Return forms—the 1040, 1040A, and 1040EZ—with a single new Form 1040.  This new form was reduced to the size of a postcard, two half pages in length, on which it is estimated approximately 47 million taxpayers (32 percent) could meet their filing requirements.  By reducing the 1040 to a postcard size, however, this redesign necessitated the creation of an additional six schedules, some containing only three lines of information.  Thus, for approximately 70 percent of taxpayers—nearly 102 million—the six new schedules increase the number of already existing schedules, such as A, B, C, D, or E, that taxpayers must complete.[5]  While many taxpayers will use software to complete the return, the new schedules will force some taxpayers to cross-reference and transfer data such as credits, deductions, and income, increasing the potential for errors to occur since the tax information is dispersed over many pages and needs to be tracked down and reported on different schedules and forms.

The new tax law also required a "surge" of tax instructions and publications, as well as notices, FAQs, and regulations.  IRS functions were asked to detail employees to the IRS Forms and Publications office for six months and longer to enable it to keep up with the demand and schedule.  Chief Counsel guidance projects that were long scheduled and anticipated were put on hold while Counsel attorneys focused on interpreting major provisions of the new tax law.  Once again, as with the Patient Protection and Affordable Care Act (ACA)[6] and the Foreign Account Tax Compliance Act (FATCA),[7] key IT personnel were moved from ongoing modernization or enhancement efforts to work on delivery of the

---

4   *See Most Serious Problem: False Positive Rates: The IRS's Fraud Detection Systems Are Marred by High False Positive Rates, Long Processing Times, and Unwieldy Processes Which Continue to Plague the IRS and Harm Legitimate Taxpayers, infra.*

5   TAS research estimates that 68 percent of taxpayers will need to file one or more schedules of the 2018 Form 1040 based on tax year (TY) 2016 tax return filing data.  IRS Compliance Data Warehouse (CDW), Individual Returns Transactions File, TY 2016.  For example, using the new 1040, a taxpayer with unemployment compensation, student loan interest deduction, and child and dependent care expenses will now have to file Schedules 1 and 3, whereas with the 2017 1040, they only needed to file the main form, which was two pages.

6   *See Patient Protection and Affordable Care Act (ACA) of 2009, Pub. L. No. 111-148, 124 Stat. 119 (2010), as amended by the Health Care and Education Reconciliation Act (HCERA) of 2010, Pub. L. No. 111-152, 124 Stat. 1029 (2010).*

7   *See Hiring Incentives to Restore Employment Act, Pub. L. No. 111-147, 124 Stat. 71 (2010) (adding Chapter 4 of Internal Revenue Code (IRC) §§ 1471-1474; 6038D), collectively referred to as the Foreign Account Tax Compliance Act (FATCA).*

# EXHIBIT B



**2019**

INTERNAL
REVENUE
SERVICE

# DATA BOOK

October 1, 2018 to September 30, 2019

## Internal Revenue Service Data Book, 2019

### Number of Returns Filed, by Return Type, Fiscal Year 2019



SOURCE: 2019 *IRS Data Book* Tables 2 and 4

supplemental documents (Tables 2 and 3) in FY 2019.

- Nearly 184.6 million returns and other forms were filed electronically. These represented 72.9 percent of all filings, an increase of 1.4 percent over the share of electronic filing in FY 2018. Almost 89.1 percent of individual tax returns were filed electronically (Table 4).

- Paid preparers filed more than 79.9 million individual tax returns electronically, and taxpayers filed more than 2.8 million returns using the IRS Free File program (Table 4).

- In FY 2019, nearly 17.3 million tax refunds included a refundable child tax credit and almost 24.6 million included a refundable earned income tax credit (Table 7).

- The IRS collected the most total tax from California, New York, and Texas; these States also had the largest total refunds issued (Tables 5 and 8).

### Number of Individual Returns Filed, by Filing Type, Fiscal Year 2019



SOURCE: 2019 *IRS Data Book* Table 3 and 4

# EXHIBIT C



**Your California tax return,
ready and waiting for you.**

Introduction

Eligibility

Benefits | Testimonials

FAQs

Statistics and Feedback

Article

Logos | Videos

   **Connect With Us**



State of California
**Franchise Tax Board**

## Introduction

ReadyReturn is a free direct-to-government filing option that uses wage and withholding data that we already have in our databases to provide a pre-filled state income tax return to taxpayers who file simple returns. Taxpayers may accept the return as completed, make any needed changes, and e-file directly to us, or choose to use another filing method entirely.

The information on the ReadyReturn comes from:

• The name and address information from our account records.

• The filing status, exemptions, and number of dependents from the taxpayer's previous year California individual income tax return.

• The current tax year wage and withholding information that employers report to the Employment Development Department (EDD).

FTB deployed the ReadyReturn program as a pilot for tax years 2004 and 2005. Following the completion of the pilot, the three-member Franchise Tax Board directed staff to offer the program to all eligible taxpayers, beginning with tax year 2007.

ReadyReturn has grown in popularity by over 600 percent since its first fully implemented filing season. In 2007, 10,945 ReadyReturns were filed, and in 2013, 77,611 ReadyReturns were filed.

In 2014, approximately 2 million taxpayers qualify for ReadyReturn. The service is available from January 2, 2014 through December 15, 2014. We will update ReadyReturn with final 2013 wage information from January 14, 2014 through December 14, 2014.

For more information, go to **ftb.ca.gov** and search **ReadyReturn.**

# EXHIBIT D

# .com Disclosures

## How to Make Effective Disclosures in Digital Advertising

Federal Trade Commission | March 2013

opportunity to make clear and conspicuous disclosures, it should not be used to disseminate advertisements that require such disclosures.[22]

## C.    What Are Clear and Conspicuous Disclosures?

There is no set formula for a clear and conspicuous disclosure; it depends on the information that must be provided and the nature of the advertisement.  Some disclosures are quite short, while others are more detailed.  Some ads use only text, while others use graphics, video, or audio, or combinations thereof.  Advertisers have the flexibility to be creative in designing their ads, as long as necessary information is communicated effectively and the overall message conveyed to consumers is not misleading.

To evaluate whether a particular disclosure is clear and conspicuous, consider:

- the placement of the disclosure in the advertisement and its proximity to the claim it is qualifying;

- the prominence of the disclosure;

- whether the disclosure is unavoidable;

- the extent to which items in other parts of the advertisement might distract attention from the disclosure;

- whether the disclosure needs to be repeated several times in order to be effectively communicated, or because consumers may enter the site at different locations or travel through the site on paths that cause them to miss the disclosure;

- whether disclosures in audio messages are presented in an adequate volume and cadence and visual disclosures appear for a sufficient duration; and

- whether the language of the disclosure is understandable to the intended audience.

If there are indications that a significant proportion of reasonable consumers are not noticing or comprehending a necessary disclosure, the disclosure should be improved.

The following discussion uses these traditional factors to evaluate whether disclosures are likely to be clear and conspicuous in the context of online ads.  Hyperlinks labeled as

---

22. This approach mirrors one articulated by the Commission in 1970, when it said that if disclosures in television ads could not be understood, then ads containing representations requiring those disclosures should not be aired.  *See Commission Enforcement Policy Statement in Regard to Clear and Conspicuous Disclosures in Television Advertising* (Oct. 21, 1970).

## Example 6

Because the advertiser's assertion that "Satisfaction is guaranteed" implies that dissatisfied consumers can get a full refund of the purchase price, the advertiser should clearly and conspicuously disclose any restocking fees.

The hyperlink "Restocking fee applies to all returns." leads to the disclosure, "If you return the Frost-a-tron within 30 days there is a restocking fee of $19.95.  After 30 days and before 90 days, the restocking fee is $29.95.  After 90 days, the restocking fee is $49.95.  Shipping and handling fees are non-refundable.  No COD on returns."  The details in this return policy are likely too complex to disclose next to the guarantee.  The label of the hyperlink adequately conveys the nature and relevance of the information to which it leads.



# Example 11

Hyperlinks should be adjacent to the claims to which they relate, in order to increase the likelihood that consumers will see them and understand their relevance.

In this example, the hyperlink about restocking fees is right next to the claim that triggers the need for this qualifying information — that satisfaction is guaranteed.



# EXHIBIT E

**MITRE**

Sponsor: IRS
Dept. No.: P181
Contract No.: TIRNO-99-D-00005
Project No.: 2032H5-18-F-00593

The views, opinions and/or findings contained in this report are those of The MITRE Corporation and should not be construed as an official government position, policy, or decision, unless designated by other documentation.

For Internal MITRE Use. This document was prepared for authorized distribution only. It has not been approved for public release

This technical data was produced for the U.S. Government under Contract Number TIRNO-99-D-00005, and is subject to Federal Acquisition Regulation Clause 52.227-14, Rights in Data—General, Alt. II, III and IV (DEC 2007) [Reference 27.409(a)].

No other use other than that granted to the U.S. Government, or to those acting on behalf of the U.S. Government under that Clause is authorized without the express written permission of The MITRE Corporation.

For further information, please contact The MITRE Corporation, Contracts Management Office, 7515 Colshire Drive, McLean, VA 22102-7539, (703) 983-6000.

©2019 The MITRE Corporation.
All rights reserved.



**McLean, VA**

## Internal Revenue Service (IRS)
Wage & Investment (W&I)

IRS Free File Program

# Independent Assessment of the Free File Program

**Free File Program Assessment Final Report**

**October 3, 2019**

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

# Table of Contents

Executive Summary .................................................................................................................... iii

1.0  Introduction ...................................................................................................................... 1

   1.1  Background ..................................................................................................................... 2

      1.1.1  How Taxpayers Access and Use Free File ................................................................... 3

      1.1.2  How the Free File Program Works: IRS and Industry Partners................................. 5

      1.1.3  Economic Drivers of Industry................................................................................... 9

      1.1.4  Recent Interest in the Free File Program ................................................................. 9

   1.2  Scope ............................................................................................................................. 11

   1.3  Assumptions and Limitations ....................................................................................... 12

   1.4  Organization of This Document .................................................................................... 14

2.0  Methods Overview ........................................................................................................... 15

   2.1  Current Environmental Scan ........................................................................................ 17

   2.2  Free File Program Analysis ........................................................................................... 18

   2.3  Free File Alliance Member Organization Interviews (Site Visits) ................................. 19

   2.4  Web Forensics Analyses ................................................................................................ 20

   2.5  Taxpayer Journey.......................................................................................................... 22

   2.6  Taxpayer Usability Testing............................................................................................ 26

   2.7  Legal Analysis ............................................................................................................... 28

3.0  Eligible Taxpayers and Actual Participation ..................................................................... 29

   3.1  Overall Trends .............................................................................................................. 29

   3.2  Taxpayer Behavior and Awareness of the Free File Program ....................................... 30

   3.3  A Closer Look at Eligibility and Participation ............................................................... 31

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

3.4    Free File and VITA ................................................................................................ 33

4.0  Compliance with the MOU ........................................................................................ 35

4.1    MOU Provisions Set Criteria for Compliance .................................................... 35

4.2    Free File Alliance Member Adherence to MOU .................................................. 39

4.2.1    FFA Member Assessment Results: Overview ................................................ 39

4.2.2    Emerging Issues: Search Techniques........................................................... 42

4.2.2.1    How Taxpayers Find the Free File Program ............................... 42

4.2.2.2    Search and MOU Compliance .................................................... 45

4.3    Assuring Adherence to MOU ............................................................................. 47

4.3.1    Program Objectives....................................................................................... 47

4.3.2    Program Structure ........................................................................................ 50

4.3.3    Member Oversight and Compliance Activities.............................................. 55

4.4    Assessment of Public-Private Partnership ........................................................ 58

4.5    MOU Renewal in 2021 ....................................................................................... 61

5.0  Taxpayer Experience with Free File ........................................................................ 63

5.1    Taxpayer Journey............................................................................................... 64

5.1.1    Heuristic Review of Member Free File Websites.................................. 64

5.1.2    Heuristic Review of IRS.gov ........................................................................ 67

5.2    Taxpayer Experience Usability Findings ........................................................... 71

5.2.1    General Free File Program Findings and Usability Issues........................... 72

5.2.2    Locating the Free File Program Online ........................................................ 72

5.2.3    Selecting a Free File Software Offer, Including with the Software Lookup Tool... 73

5.2.4    Completing a Tax Return Using a Specific Free File Offer .................................. 75

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

5.3      Integrated Look at Taxpayer Experience ...................................................... 76

6.0   Recommendations ........................................................................................... 79

6.1      Improvements to the Free File Program ...................................................... 79

6.1.1    Define Updated Program Objectives and Create Corresponding Metrics .............. 80

6.1.2    Take Steps to Better Understand the Free File Target Taxpayer Population and Behavior ............................................................................................................... 80

6.1.3    Increase Awareness of the Free File as a Long-Standing PPP .............................. 82

6.1.4    Simplify Member Offerings to Reduce Taxpayer Confusion ................................ 82

6.2      Recommendations Related to the MOU ...................................................... 83

6.2.1    Update MOU to Reflect Current Environment ..................................................... 83

6.2.2    Determine the IRS Position on Search Exclusion and Provide Guidance .............. 84

6.2.3    Legal Analysis of MOU ....................................................................................... 85

6.3      Taxpayer Experience-Specific Recommendations ...................................... 86

Appendix A   The Economics of IRS Free File ................................................... A-1

Appendix B   Crosswalk of External Program Reviews ...................................... B-1

Appendix C   ProPublica Articles on IRS Free File Program .............................. C-1

Appendix D   Initial Assessment: Overall Search Engine Results ....................... D-1

Appendix E   How the Major Web Search Engines Work .................................... E-1

Appendix F   Taxpayer Journey ........................................................................ F-1

F.1   Heuristic Review of Free File Web Pages ........................................................ F-1

F.2   Heuristic Review of IRS.gov ........................................................................... F-1

Appendix G   Taxpayer Experience Testing Report ............................................ G-1

Appendix H   Acronyms and Initials .................................................................. H-1

Appendix I   References ..................................................................................... I-1

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

# EXHIBIT F

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE



Sponsor: IRS
Dept. No.: P181
Contract No.: TIRNO-99-D-00005
Project No.: 2032H5-18-F-00593

The views, opinions and/or findings contained in this report are those of The MITRE Corporation and should not be construed as an official government position, policy, or decision, unless designated by other documentation.

For Internal MITRE Use. This document was prepared for authorized distribution only. It has not been approved for public release

This technical data was produced for the U.S. Government under Contract Number TIRNO-99-D-00005, and is subject to Federal Acquisition Regulation Clause 52.227-14, Rights in Data—General, Alt. II, III and IV (DEC 2007) [Reference 27.409(a)].

No other use other than that granted to the U.S. Government, or to those acting on behalf of the U.S. Government under that Clause is authorized without the express written permission of The MITRE Corporation.

For further information, please contact The MITRE Corporation, Contracts Management Office, 7515 Colshire Drive, McLean, VA 22102-7539, (703) 983-6000.

©2019 The MITRE Corporation.
All rights reserved.

**MITRE**

McLean, VA

## Internal Revenue Service (IRS)
Wage & Investment (W&I)

IRS Free File Program

# Independent Assessment of the Free File Program

## Appendix A: The Economics of IRS Free File

## September 13, 2019

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

# Table of Contents

1.0  Introduction ................................................................................................................ 4

2.0  Taxpayer Eligibility, Cost, and Demand for Free File .......................................... 7

3.0  Economic incentives of the IRS ........................................................................... 23

4.0  Economic Incentives of the Free File Alliance .................................................... 26

5.0  An Economics Perspective of the MOU .............................................................. 37

6.0  References ............................................................................................................. 44

# Table of Tables

Table 1: Taxpayer Eligibility Criteria by Free File Alliance Member (as of August 2019) .......... 9

# Table of Figures

Figure 1: Economic Considerations and Incentives of Free File Stakeholders ............................. 5

Figure 2: Free File Adjusted Gross Income Criteria (AGI in thousands of dollars)...................... 8

Figure 3: Economic Costs of Tax Preparation by Filing Method ................................................. 11

Figure 4: Individual Income Tax Returns Filed Electronically .................................................... 14

Figure 5: Methods of E-Filing: Tax Professionals and Self Prepared  ........................................ 14

Figure 6: Free File Accepted Returns, FY 2003-2018................................................................. 15

Figure 7: Free Filed Versus Non-Free Filed Returns.................................................................. 16

Figure 8: The Number of Users of Free File and Free File Fillable Forms ................................. 17

Figure 9: Volume of Self-Prepared Returns by Filing Method, TY 2017 ................................... 18

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

# 4.0    Economic Incentives of the Free File Alliance

- Tax return preparers and tax software companies dominate the market for individual tax return preparation and submission.
- The online tax preparation software industry bears characteristics of a monopolistically competitive market, where firms leverage brand differentiation to maximize private returns to investment.
- As private sector companies, Alliance Members' participation in Free File is driven by the economic incentives such as preservation of market share, business development, greater revenues and profit, or a combination of the above.
- IRS's entry into the tax preparation industry is a non-credible threat to the Alliance because IRS has no interest in entering the market as per Treasury's directive, nor is it an economically feasible option for the agency.
- The primary benefit of offering free services through Free File is that FFI members earn additional business through the provision of free services. FFI members employ a combination of digital marketing strategies and business models such as advertising on digital platforms, offering *freemium* products, and three-party market strategies.
- These business strategies allow FFI to make profit despite free service provision to some taxpayers because additional business generation leads to some customers to pay for premium products. The customers who pay for premium products, in turn, subsidize the ones who enjoy it for free. Essentially, Alliance members make profit from free services by shifting the cost of providing the product or service from one person to another or from one point in time to another.
- Advertising network effects and minimal marginal cost of reproducing digital products for additional customers enhances Alliance Member's returns to private investments.
- Some actions of FFI members that critics have called deceptive are indeed common, legal business practices used in the private sector to generate business.
- Alliance members engage in other free market tactics like internet traffic manipulation to remain competitive and increase revenue.

The U.S. tax preparation industry serves as an intermediary between taxpayers and the government. It helps taxpayers fulfill their obligation to report and pay taxes and claim refunds and government benefits, and in turn, helps the IRS with its government role of collecting taxes and enforcing the tax code. [10][24] This section describes the tax preparation industry and briefly highlights some key characteristics of the market structure in which tax software companies operate. The analysis shows that these characteristics are key in explaining business practices of tax software companies and their incentives to participate in the Free File program.

---

[24] In 2018, the government netted $3 trillion in taxes after paying $0.5 trillion in refunds. Tax revenue and refund amounts are based on IRS data on Returns Filed, Taxes Collected, and Refunds Issued, Tables 1, Collections and Refunds, by Type of Tax, Fiscal Years 2017 and 2018 (XLS), available at https://www.irs.gov/statistics/returns-filed-taxes-collected-and-refunds-issued.

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

## Industry Overview

The tax preparation industry has experienced explosive growth in the last few decades as a result of increased demand for preparation and filing services by individuals and businesses. Taxpayers are increasingly relying on tax industry professionals for assistance with maneuvering an increasingly complex tax code. Others rely on the tax industry to alleviate some of the financial, physical, and psychological costs and burdens of reporting and paying taxes. [27] [28]

According to IBISWorld, there are over 130,000 tax preparation businesses in the U.S. totaling a revenue of about $11 billion. [29] Moreover, there are 768,255 individuals with IRS Preparer Tax Identification Numbers (PTINs). [30] These individuals include attorneys, certified public accountants (CPAs), IRS enrolled agents, enrolled actuaries, and enrolled retirement plan agents.[25] There are also estimated to be millions of return preparers on the informal market. [31]



**Figure 13: Individual Tax Preparation Industry**

---

[25] More information on authorized return preparers can be found at the IRS website: https://www.irs.gov/tax-professionals/understanding-tax-return-preparer-credentials-and-qualifications.

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

Tax return preparers and tax software companies dominate the market for individual tax return preparation and submission (mainly Form 1040 - U.S. Individual Income Tax Return). Figure 13 summarizes the industry for individual tax return preparation. Tax preparers help taxpayers through a range of services that cover the entire tax preparation and filing process, while tax software companies provide taxpayers with the required technological tools and online customer service for self-preparation and filing. [10] Some companies like H&R Block, Liberty Tax, and Jackson Hewitt serve as both tax preparers and providers of online tools to facilitate self-preparation and filing.

In FY 2018, the IRS received 154 million individual tax returns, among which 135.5 million (87 percent) were filed electronically. Entities that are authorized to originate electronic submission of a return to the IRS are known as Electronic Return Originators (EROs). [15] By 2010, there were over 200,000 EROs operating in the U.S. [32] In some cases, an ERO originates the electronic submission of a tax return but may or may not be the preparer of transmitted returns. Electronic Transmitters have software and other equipment that connect with IRS computers and are authorized to send tax return data directly to the IRS. Online providers are a type of transmitter that send electronic returns filed from home by taxpayers using tax preparation software. [33]

Twelve Online Providers were members of the Free File Alliance as of January 2019. The Alliance Members operate under the name of Free File, Inc. (FFI) under the Agreement with the IRS. Online providers vary in age, size, and market share. In terms of size, these companies range between one employee to thousands of workers. Founded in 1983, Intuit is the parent company of TurboTax and is the largest provider of online tax preparation and other online financial services, including QuickBooks and Mint. The company employs over 9,000 workers. In FY 2018, Intuit reported $6 billion in global revenue. [34] [35]

H&R Block is the next largest online tax preparation provider, operating company-owned and franchise retail locations throughout the United States, and in U.S. territories and military bases globally. While established almost thirty years before Intuit, H&R Block employs about 2,700 full-time workers, less than a third of Intuit's workforce, although the former brings on tens of thousands on seasonal workers during tax seasons. [36] During the fiscal year ending April 30, 2018, H&R Block employed 90,700 workers, including seasonal employees. [36] The difference in size between the two largest competitors is possibly explained by the difference in the nature of these companies' business portfolios and the relative sizes of their international operations. H&R Block operates brick and mortar service locations in addition to selling online software services, while Intuit is primarily engaged in selling digital products and software, making it easier and less costly for the latter to have a wider customer base and international presence. H&R Block only operates in the U.S. and U.S. territories and military bases while Intuit operates in 19 locations across 9 countries. [36] [37]

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

Using data from IRS's Compliance Data Warehouse (CDW), Figure 14 shows that the Alliance Members' combined market share for e-filers in TY 2017 was 80 percent. Only 21 percent of the market was served by non-Alliance Members.[26] Across the different companies, the number of e-filers ranged from as low as tens of e-filers to millions of e-filers. There was an average of over 4 million e-filers across all ERO's with a median of 215,258.



**Figure 14: Total E-File Market Share by Vendor (TY 2017)**

## Market Structure

The online tax preparation software industry bears characteristics of a monopolistically competitive market. Such a market is characterized by a large number of sellers (suppliers) that offer similar but not identical products, i.e., the products are close substitutes to one another. An important feature of monopolistic competition is that products are differentiated on the basis of brands. This product differentiation is a form of non-price competition, i.e. the firms compete with one another on the basis of these brands. Each firm has a limited degree of "monopoly power" over its own brand and therefore can set its own pricing policy. [38] [39]

Another important attribute of this market is that it has relatively low barriers to entry., i.e. firms can enter and exit the market relatively easily. [38] [39] For the tax software industry such barriers to entry may include, for example, fixed costs of becoming a licensed tax professional, fulfilling requirements of becoming an IRS authorized e-file provider, and resources spent in building up a customer base.

Figure 15 illustrates a simplified concept of a monopolistically competitive industry using the demand and cost schedules of firms. Under monopolistic competition, the demand for products

---

[26] Here, market share is defined as the percentage of e-filers served by each company in the total number of e-filers in a given year.

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

and services depends on their prices. The demand curve for this industry is downward sloping, meaning that more is demanded at lower prices and vice versa. Customers have preference for the products of one firm but are also aware of close competitors providing similar products. As a result, a rise in the price of the firm's products may lead to the loss of some customers but not all customers. Similarly, a fall in the price may attract some customers from competing firms, but not all customers. [38]



**Figure 15: Short Run Equilibrium under Monopolistic Competition[27]**

A monopolistically competitive firm maximizes profits where its marginal cost (MC) is equal to its marginal revenues (MR), i.e. at point $E$.[28][29] In Figure 15, MC = MR at the quantity $Q$ and the firm can charge a corresponding price, $P$.[30] The firm incurs cost $C$ per unit of quantity sold.[31] At the profit maximizing quantity, $Q$, the firm's total costs are given by the shaded area $OCBQ$,

---

[27] Figures are not drawn to scale.
[28] For a detailed discussion of profit maximization under monopolistic competition, see N. Gregory Mankiw, *Principals of Microeconomics*, Mason, OH, South-Western Cengage Learning, 2012 and Hal A. Varian, *Intermediate Microeconomics: A Modern Approach*, New York, NY, W. W. Norton & Company, Inc., 2014.
[29] Traditional theory assumes that, in competitive markets, the objective of private firms is to maximize profit, i.e., the difference between a firm's revenue from sales and the costs incurred in producing a good or a service. [58] Other theories of corporate behavior posit that private firms' goals are a combination of attaining a certain level of profit, holding a certain share of the market or sales. [59]  Among many such varying theories, a common element is that private sector firms seek to maximize returns on their investments in a particular market. This naturally extends to firms that engage in a public-private partnership (PPP) with the government. For the sake of simplicity, this paper uses the traditional objective of profit maximization to demonstrate firm behavior.
[30] On Figure 15, this is shown as a vertical line reaching from $Q$ until it hits the firm's demand curve.
[31] This is shown as a vertical line reaching from $Q$ until it hits the firm's average cost (AC) curve.

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

while the firm's revenues are given by *OPAQ*. In the short run, the firm therefore earns an economic profit of *CPAB*.

In the long-run, supernormal profits attract more firms into the industry and this influx of competitors drives down profits. One assumption of monopolistic competition is that due to the sheer number of sellers present in the market, individual market share of firms is small. [38] This assumption does not align accurately with the current tax software industry in which a few giants like Intuit and H&R Block command significant market share. [29] Given the sheer size and competitive advantage of these larger firms, the imminent loss of market share as a result of new firm entry may not be a straightforward conclusion. In the absence of detailed information on the firms, consumers, and demand elasticities it is difficult to fully characterize the tax preparation software industry. Nonetheless, the above section demonstrates how firms within the tax preparation industry operate with a profit motive and have the ability to set and influence prices on the basis of brand recognition. These concepts will be revisited in discussing economic incentives of FFI.

### FFI's Incentives to Participate in the Free File Program

Twelve companies with ERO authorization participated in the Free File program in TY 2017 operating under the name of Free File, Inc. (FFI). Intuit and H&R Block dominated the overall market for Free Filers. The share of Free Filers in the companies' total number of e-filers varied significantly.[32] For the remainder of this section the paper refers to Alliance Members as FFI to highlight their joint corporate-like structure.

In the last few years, FFI members have repeatedly come under attack from tax industry experts, political leaders, and investigative journalists on their business practices related to the provision of Free File. For example, ProPublica and the Office of Senator Elizabeth Warren penned scathing articles describing business practices of FFI members as misleading and deceptive that essentially trick customers into purchasing products that are not Free File. [40] [41] Critics accuse large companies like Intuit and H&R Block of intentionally diverting customers from the Free File site to commercial paid services using deceptive website source codes. ProPublica and Senator Warren's office further noted the power of the tax industry lobby in preventing the IRS from providing easier tax preparation options and suppressing taxpayer interests. [41] [42] [43] In considering these attacks on FFI's business models, it is important to evaluate FFI's objectives and incentives to participate in the Free File program.

First, unlike the IRS, the members are not bound by the RRA 1998 and OMB directive, nor the responsibility of reducing the government's or taxpayers' burden through increased e-filings at

---

[32] Detailed information on each vendor's filings and market share are suppressed to preserve the proprietary nature of the data.

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

no cost to the taxpayer. This is solely the government's objective and not the organizational goals of FFI.

Second, tax software companies operate in the interest of maximizing returns to their private investments. As private sector firms in a monopolistically competitive market, FFI members are expected to be driven by the economic incentives such as preservation of market share, business development, greater revenues and profit, or a combination of the above. The incentive for FFI to participate as Free File providers is tied to multiple benefits that align with these private sector incentives.

**Market share incentive.** Some critics of Free File argue that the primary motive of FFI members is to preserve the private sector's market share, and to prevent the IRS from entering the market. While theoretically possible, IRS's entry into the tax preparation industry is a non-credible threat to private companies. First, given the weight of the RRA 1998 and the OMB directive that IRS work with the private sector in developing Free File, the IRS had little interest in entering the market. Nor is it an economically feasible option for the agency as discussed in the previous section.[33]

**Business generation incentive.** The primary benefit of offering free services through Free File is that FFI members earn additional business through the provision of free services. As Figure 15 illustrated above, Alliance Members would theoretically incur costs given by the shaded area $OCBQ$, and earn revenues given by $OPAQ$ if they were selling tax software products to customers in the commercial market. Hence, in the short run at least, the firms would earn economic profit of $CPAB$ from paying, commercial customers. As participants of the Free File program, the FFI members have to forgo at least some revenue and economic profits they could potentially earn if some Free Filers had used their commercial offerings.[34] Moreover, FFI bears the entire cost of providing free services to all Free Filers. In a traditional PPP arrangement, private companies would be able to at least recover costs through user fees. Charging user fees, however, would defeat the purpose of the Free File programs' objective.

As private sector firms, FFI members are expected to rely upon additional business opportunities that allow them to recover these cost and forgone economic profits. Moreover, since the loss of market share to the IRS is not a viable threat, existing FFI members have little incentive to offer free tax services unless these offerings lead to additional business opportunities.

---

[33] The sheer cost of developing, implementing, and maintaining an e-filing program would be a risky and costly endeavor for the IRS. Even if the IRS were to enter the market for online tax preparation services, given its existing budget constraints the agency would find it difficult to develop and maintain a competitive advantage relative to existing industry giants. As a result, the private sector would likely retain its majority market share.

[34] Note that this is a simplified depiction of a monopolistically competitive industry based on numerous assumptions about firms and consumer behavior. A more accurate characterization would require detailed industry information on firms, consumers, product prices, and other economic indicators.

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

Online product and service providers, including FFI members, employ a combination of digital marketing strategies and business models to generate business opportunities. These can include advertising on digital platforms, offering *freemium* products, and three-party market strategies, among others. Some online companies follow different strategies and may also change their strategy over a product's lifecycle. [44] When for-profit companies provide free services, it boils down to shifting the cost of providing the product or service from one person to another or from one point in time to another. [45] [46]

***Free advertising.*** In digital markets, providers pay for advertising space on popular, third-party websites to attract customers. Advertising increases visibility to customers and helps expand business. Advertising can also create continuing network effects as customers spread word about a product or service to other potential customers. Moreover, in *Three-party Markets*, advertisers pay to be included in the marketing of a free product (Product 1) in the hope that they will be able to market another product (Product 2) to the consumer. [45] Alliance Members receive these advertising benefits for free when their company names appear on the IRS website as Free File providers. By offering Free File (Product 1), Alliance Members benefit from the potential business generated for their commercial products (Product 2) from taxpayers who are ineligible for Free File as well as taxpayers who are eligible for Free File but choose to use the commercial versions. Alliance Members are also able to create network effects through potential customers who visit the IRS Free File website. In fact, these network effects can extend beyond taxpayers to anyone who clicks on the IRS Free File webpage.

FFI can also benefit from future business from existing Free Filers. As income of some existing Free Filer's grow, they may no longer be eligible for Free File. FFI members that currently provide free services to these taxpayers are likely to benefit from their paid business if they continue to file with the same company. Brand loyalty is a salient feature of the tax preparation software industry.

***The "Freemium" business model.*** This free-to-commercial customer conversion strategy is related to the *freemium* business model that has grown in popularity among online service providers. [45] [47] This strategy is based on offering free and paid subscriptions to a particular product or service. By including fewer functions in the free versions, companies can prompt users to pay for the premium version with upgraded features. [45] [44] The free version is available to anyone, in the hope that some users will then choose to upgrade to the premium version. Once customers upgrade to the premium version of a product, companies can use other marketing strategies to retain paying customers and potentially increase prices over time. [45]

Many companies give away free products in exchange for market share and for generating business. In a smart-phone era, thousands of companies are providing free software in the hope that some customers will upgrade to the premium version. Large companies including Google and Dropbox, use *freemium* business models. Tax software companies like TurboTax, and H&R Block also offer *freemium* tax preparation and filing products. While both established and new

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

companies use the freemium business model, the latter generate the majority of revenue from freemium users. [44]

Producing tax preparation software and customer service support imposes substantial costs on the private tax preparation software companies. However, in digital markets business strategies like *freemium* models work because the marginal cost of reproducing the product for additional customers is almost nothing. [45]  So, the minority of customers who pay for the premium service subsidize the majority who do not. [48] Research shows that typical online companies rely on the "5 percent rule", i.e. 5 percent of customers be willing to pay for premium features who, in turn, will subsidize the 95 percent, non-paying users. [45]

The low volume of Free Filers combined with the high volume of e-filers potentially indicates that a larger proportion of taxpayers are using commercial software. If a sufficient proportion of these customers pay for the commercial software (as opposed to use the free version of the commercial software), then they essentially subsidize the cost of free tax preparation for the fraction of the population that do use the service.

Freemium providers also run their businesses in markets that have network effects. In these markets free users can bring substantial value because they enable network effects and if these network effects are large enough, free users cause almost no marginal cost for the company. [44]

Research shows that users attitudes towards the free version affects their attitudes towards the premium version - greater similarity between the free and premium versions leads to a positive attitude toward the free version. [44] Since Free File is essentially an advertising medium for the company' premium version, a positive attitude towards the free service can attract users to the premium versions. These effects are found to be stronger for customers who expect to gain from small functional differences between the free and the commercial version of the service or product. [44] This advertising effect can be especially important for Alliance Members as over time Free Filers with growing income may become ineligible for the Free version with growing incomes and more complex tax returns.

In the tax software industry, marketing success can depend on maximizing profits from a company's total customer base. Over time, innovative service companies also learn about different customer groups and their behaviors, desires, and responsiveness to marketing strategies. [49] This allows companies to use innovating marketing strategies to retain existing customers and attract additional ones.

**Non-monetary benefits.** Finally, the partnership with the IRS also provides FFI with non-monetary benefits. Such benefits include public attention and reputation which affects how high the company website will appear on web searches. These in turn can be turned into monetary benefits through additional business generation. [48]

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

The above discussion shows that some actions of FFI members that critics have called deceptive are indeed common, legal business practices used in the private sector to improve brand recognition, increase exposure to new customers, and to highlight new products. Some private companies may even use aggressive marketing strategies while others use more conservative approaches.

Ultimately, the revenue and profit motive of FFI members may not be detrimental to the objectives of Free File unless members are actively engaged in redirecting Free File eligible taxpayers to their commercial offerings. Such activities would cause harm to Free File candidates if they were misdirected to paying for premium services. The Agreement with the IRS aims to prevent FFI members from using aggressive tactics to market their commercial products directly through the IRS or the members' Free File landing page. The IRS has explicitly put these terms in place in the MOU to protect taxpayers from mistaking Free File for other commercial tax preparation software services that may or may not charge tax preparation fees. These terms, for example, prohibit the Alliance from marketing and selling commercial offerings to eligible Free Filers through the IRS website.[35] These restrictions are subject to exceptions where taxpayers found to be ineligible for Free File can be directed to Members' commercial sites.

The IRS has little control on the free market and business practices of Alliance Members that are not directly related to Free File, and therefore are not covered under the MOU. Many taxpayers eligible for Free File continue to file taxes through FFI members' commercial offerings. The share of eligible filers that use the paid versions of the commercial offers in unclear. These customers could benefit from migrating to Free File.[36] The discrepancy between eligible and actual Free File customers across the different FFI members also shows that the companies do not actively direct eligible customers to participate in Free File. Indeed, the FFI does not have an incentive to advertise the program as the MOU puts the burden of advertising on the IRS alone.

Other business activities of the Alliance Members include capturing potential customers of competing firms by diverting internet traffic away from competitor sites to their own, individual sites. MITRE's analysis of members' web search tactics discovered that FFI's search related activities were effective in driving traffic to their commercial free tax filing products and services. MITRE found that several Alliance Members bought paid search advertisements at the

---

[35] For example, Article 4.32.5, "No Other Sales or Selling Activity" of the current FFI-IRS Agreement stipulates that "*No marketing, soliciting, sales or selling activity, or electronic links to such activity, are permitted in the Free File Program, with the exception of the following: (i) the sale of a federal return where, as noted herein, the taxpayer is determined ineligible for the Member's Free File offer and chooses to complete and file his or her return using the Member's commercial offer, or (ii) disclosures or sales (as applicable) related to free or paid state tax preparation offers as specifically provided for in this MOU.*" Moreover, Article, 4.32.6, "Prohibition on 'Value-Added' Button" requires that, "*Members shall not include a "value added" button (i.e., an icon, link or any functionality that provides a taxpayer with access to a Member's commercial products or services) on the Member's Free File Landing Page.*"

[36] Understanding reasons behind this failure to migrate may be an important way for the IRS to understand taxpayer behavior.

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

top of the search results page that helped drive five times more traffic to their collective sites than the combined total of organic search traffic.[37]

Another effective tactic used to drive traffic to FFI's commercial products and services was to take steps to inhibit indexation of their Free File offering in the main organic search results. One of the more commonly used methods was the insertion of a "meta robots=noindex" directive in the HEAD section of the Free File landing page's source code. This resulted in about thirty-two times more traffic being driven to the commercial products versus the Free File services. FFI members used industry best practices to improve their rank (position) in the paid search and organic search results in an effort to increase traffic to their respective commercial free tax filing products. The larger competitors enjoyed a competitive advantage due to the strength of their brand awareness and the correspondingly high "domain authority" (DA) scores of their websites that search engines use to influence how search results are ranked. Websites with a high DA will typically outrank smaller companies with low DA scores, but it was still possible for the weaker competitors to perform well and pull paid and organic search traffic

Despite these observations, it should be noted that completely free provision of online tax preparation services for 70 percent of Americans may not have existed without the Free File program. In the interest of reducing taxpayer burden and ensuring a greater number of eligible taxpayers actively use Free File, the IRS can seek to make more effective use of the MOU to prevent FFI's actions that put downward pressure on Free File usage. On the other hand, to ensure participation of Free File service providers, the IRS needs to leave room for Alliance Members to benefit from the program.

Given the market incentives of tax preparation companies, it is beneficial for the Alliance Members to remain in the program under most scenarios. Under the (unlikely) scenario of no Free File Program, Alliance Members would lose a significant amount of free advertising opportunities and business development opportunities. While some of the existing Free Filers would have use the commercial tax preparation services, many of them would likely qualify for the free, basic version. Under the status quo, Alliance Members benefit from significantly increased business development opportunities as discussed earlier. In return, they serve a small fraction of Free File eligible taxpayers who are potentially subsidized by new paying customers. The scenario in which the IRS takes over the provision of tax preparation services is impractical and non-feasible. Moreover, it is difficult to predict the economic gains and losses of the Alliance Members in this scenario without detailed information on market actors and how well IRS could compete with industry giants.

While this section provides some insight into the market structure and business models of private companies to participate in the Free File program, a more detailed study of the tax preparation

---

[37] Based on the available data, MITRE estimated that Alliance members purchased more than 10 million paid search advertisement clicks during FS 2019, at an average cost of $1.69 per click, which put the value of their combined ad spending at over $17 million.

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

industry and FFI business models can more accurately determine how private firm behavior interacts with Free File objectives and affects program effectiveness.

# 5.0   An Economics Perspective of the MOU

- The MOU also serves as a powerful tool for economic negotiations between the IRS and FFI, Inc. that reflects the economic incentives of all Free File stakeholders.
- The current Agreement appears to be working for the IRS in increasing options and access to free tax preparation services, as millions continue to use Free File.
- Nonetheless, many eligible taxpayers are not reached by Free File and there is room for improving participation of Free File candidates who currently use paid, commercial services.
- The IRS stands in a unique position of having to balance taxpayer expectations from the program with the industry members' outlook for economic gains.
- While the IRS could use the MOU to negotiate stricter terms to alleviate taxpayer and public concerns about FFI activities, there are limitations to this process - a lax MOU leaves room for the FFI to extract consumer surplus from eligible taxpayers, effectively pushing up the economic price of Free File and, in turn, lowering demand for the service. An overly restrictive MOU reduces FFI's incentives to participate in the program by taking away opportunities of economic returns and may reduce the supply of Free File services available.
- To alleviate existing concerns about low Free File participation, the IRS can explore whether there is room within the MOU to increase taxpayer awareness of Free File without driving out FFI members with strict restrictions on their business practices.
- Greater knowledge of the Alliance Member's business dealings could help the IRS determine the areas of leverage in future negotiations.

The Agreement between the IRS and the Free File Alliance defines the respective rights and responsibilities of each party with reference to the program's objectives, stakeholders, and the legal framework of the partnership.

The MOU also serves as a powerful tool for economic negotiations between the IRS and FFI, Inc. The tool allows IRS to shape how it wants to achieve Free File objectives, taking economic goals into consideration. The IRS has fulfilled its directive from Treasury and OMB to increase free tax preparation services under the existing MOU terms, with little economic burden to the agency by passing on the hefty cost of program development and implementation to the private sector.

Similarly, the FFI members negotiated MOU terms to reflect their private economic incentives. Aside from some limitations on marketing commercial offerings on the IRS or FFI's Free File landing page, the MOU leaves enough room for FFI to pursue other legal means of marketing commercial products to all individuals, including Free File eligible taxpayers. Some of these marketing tactics are discussed in the previous section. Moreover, the responsibility of marketing

PRE-DECISIONAL – FOR INTERNAL IRS W&I USE ONLY – NOT FOR PUBLIC RELEASE

# EXHIBIT G



🔍    SIGN IN    SIGN UP

‹ **TAXES**

Advertiser disclosure

# TurboTax Review 2022

TurboTax is one of the more expensive online filing products, but its ease of use and human help options are noteworthy.

Sabrina Parys, Tina Orem   |   Mar 3, 2022

Many or all of the products featured here are from our partners who compensate us. This may influence which products we write about and where and how the product appears on a page. However, this does not influence our evaluations. Our opinions are our own. Here is a list of our partners and here's how we make money.

TurboTax is generally pricier than everything else out there, but even though confident filers may not need all the bells and whistles that most TurboTax online products offer, many people will find the experience and the availability of human help worth the extra cost. We've long praised TurboTax for its design and flow.

| | |
|---|---|
| | **intuit turbotax.** |
| **FREE** | ⭐⭐⭐⭐⭐ **$0 + $0 per state filed.** For simple tax returns only; it allows you to file a 1040 and a state return for free, but you can't itemize or file schedules 1, 2 or 3 of the 1040. |
| **PAID PACKAGES** | ⭐⭐⭐⭐⭐ **Live Basic** $0 (state included). |

   

**Deluxe**
$59 + $49 per state (Live: $119, $54).

Itemize and claim several tax deductions and credits. Works well for business income but no expenses.

**Premier**
$89 + $49 per state (Live: $169, $54).

Deluxe version plus investment reporting and rental income (Schedules D and E, and K-1s).

**Self-Employed**
$119 + $49 per state (Live: $199, $54).

Premier version plus business income, expenses on a Schedule C, home office deductions and features for freelancers.

GET STARTED WITH TURBOTAX

*One note about prices: Providers frequently change them. You can verify the latest price by clicking through to TurboTax's site. TurboTax also offers desktop software, where your return doesn't reside in the cloud, but it's not part of our review.*

## TurboTax's prices

TurboTax has a lot going for it, but price isn't one of them. The list price of its software routinely is on the high end of the spectrum, especially when adding the cost of a state return. And if you want access to human help, it costs even more.

### What you get from TurboTax's free version

TurboTax offers a free version for simple tax returns only; it lets you file a Form 1040, claim the earned income tax credit, reconcile your advanced child tax credits and deduct student loan interest. Unlike last year, the free version no longer handles unemployment income reported on a 1099-G.

The free package also can't handle itemized deductions or schedules 1, 2 or 3 of Form 1040, which means it probably won't work for you if you plan to do things such as






# TurboTax's ease of use

## What it looks like

TurboTax's interface is like a chat with a tax preparer, and you can skip around if you need to. A banner running along the side keeps track of where you stand in the process and flags areas you still need to complete.

Embedded links throughout the process offer tips, explainers and other resources. And help buttons can connect you to the searchable knowledge base, on-screen help and more.



## Handy features

**You can switch from another provider:** TurboTax imports electronic PDFs (not scans of hard copies) of tax returns from H&R Block, Credit Karma, Liberty Tax, TaxAct and TaxSlayer.

**Auto-import certain tax documents:** You can automatically import W-2 information from your employer if it's partnered with TurboTax, but you can also take a picture of your W-2 and upload it to transfer the data to your return. You can import certain 1099s, and the Self-Employed version also lets you upload 1099-NECs from clients via photo, as well as import income and expenses from Square, Uber and Lyft.

**Crypto support:** TurboTax's Premier package eliminates one of the biggest pain points



**Donation calculator:** The Deluxe, Premier and Self-Employed packages integrate ItsDeductible, a feature — and standalone mobile app — that's helpful for quickly finding the deduction value of donated clothes, household items and other objects.

**Platform mobility:** Like many other providers, TurboTax lets you access and work on your return across devices: on your computer via the website or on your phone or tablet.

## TurboTax's support options

Here's a look at the various ways you can find answers and get guidance when filing your return with TurboTax.

### Ways to get help

- **General guidance:** Searchable knowledge base, forums and video tutorials are helpful for research on the fly.

- **Tech support:**  TurboTax Digital Assistant (a chatbot) and contact form available for all; paid packages get access to a TurboTax specialist.

- **One-on-one human tax help:** Live, on-screen tax advice or review of your whole tax return by a tax pro is available if you buy the TurboTax Live version.

One of TurboTax's most outstanding support options is TurboTax Live. It offers a one-on-one review with a tax pro before you file, as well as unlimited live tax advice throughout the year. You can talk on the fly to a tax pro via one-way video (you see them, but they don't see you; they just see your screen).

TurboTax also offers Live Full Service, which does away with tax software altogether. Instead, you upload your tax documents and a human puts together your tax return. You'll be matched with a tax preparer, meet on a video call before he or she begins working, and then you'll meet again when your return is ready for review. The preparer files the return for you. Prices range from $199 to $389 for federal returns depending on complexity, plus $54 per state return.





TOP PICKS              GUIDES              TOOLS              MY NERDWALLET



## If you're audited

Getting audited is scary, so it's important to know what kind of support you're getting from your tax software. First, be sure you know the difference between "support" and "defense." With most providers, audit support (or "assistance") typically means guidance about what to expect and how to prepare — that's it. Audit defense, on the other hand, gets you full representation before the IRS from a tax professional.

TurboTax gives everyone free audit support from a tax pro to help you understand what's going on if you get that dreaded letter about your 2021, 2020 or 2019 tax return; if TurboTax can't connect you with a pro, you'll get a refund. If you want someone to represent you in front of the IRS, you'll need TurboTax's audit defense product, called MAX. It runs an extra $49 and includes features such as identity theft monitoring, loss insurance and restoration help.

## If you're getting a refund

No matter how you file, you can choose to receive your refund several ways:



Loaded onto a Turbo Visa Debit Card (if you're getting a refund on your state taxes, see if your state offers a prepaid card option as well).

- Direct deposit to Coinbase account.

- Paper check.

- Apply the refund to next year's taxes.
  Directing the IRS to buy U.S. Savings Bonds with your refund.

-

You also have the option of paying for the software out of your refund. But there's usually a charge to do so — the amount may depend on the type of service or add-ons you requested.

## How TurboTax compares

| | |
|---|---|
| **TAXACT**<br>★★★★⯪<br>GET STARTED | • Federal: $46.95 to $94.95. Free version available for simple tax returns only.<br><br>• State: $39.95 to $54.95.<br><br>• All filers get access to Xpert Assist for free until April 7.<br><br>*Promotion: NerdWallet users get 25% off federal and state filing costs.* |
| **H&R BLOCK**<br>★★★★★<br>GET STARTED | • Federal: $49.99 to $109.99. Free version available for simple tax returns only.<br><br>• State: $0 to $44.99 per state.<br><br>• Online Assist add-on gets you on-demand tax help. |
| **TURBOTAX**<br>★★★★★<br>GET STARTED | • Federal: $59 to $119. Free version available for simple returns only.<br><br>• State: $0 to $49 per state.<br><br>• TurboTax Live packages offer review with a tax expert.<br><br>*Promotion: NerdWallet users can save up to $15 on TurboTax.* |
| **TAXSLAYER**<br>★★★⯪ | • Federal: $29.95 to $59.95. Free version available for simple tax returns only.<br><br>• State: $0 to $39.95 per state. |



TOP PICKS



GUIDES

TOOLS



MY NERDWALLET

> *Promotion: NerdWallet users get 35% off federal filing.*

# The bottom line

With its intuitive design and variety of human support options, TurboTax is in many ways the standard for the do-it-yourself tax-prep industry. Its products come at a price, however, and confident filers might find that similar offerings from competitors may provide a better value.

GET STARTED WITH TURBOTAX

**About the authors:** Sabrina Parys is a content management specialist at NerdWallet. Read more



Tina Orem is NerdWallet's authority on taxes and small business. Her work has appeared in a variety of local and national outlets. Read more



### METHODOLOGY

NerdWallet's comprehensive review process evaluates and ranks the largest online tax software providers. Our aim is to provide an independent assessment of available software to help arm you with information to make sound, informed judgements on which ones will best meet your needs. We adhere to strict guidelines for editorial integrity.

We collect data directly from providers, do first-hand testing and observe provider demonstrations. Our process starts by sending detailed questions to providers. The questions are structured to equally elicit both favorable and unfavorable responses. They are not designed or prepared to produce any predetermined results. The provider's answers, combined with our specialists' hands-on research, make up our proprietary assessment process that scores each provider's performance.

The final output produces star ratings from poor (1 star) to excellent (5 stars). Ratings are rounded to the nearest half-star. For more details about the categories considered when rating tax software and our process, read our full methodology.

### DIVE EVEN DEEPER IN TAXES



TOP PICKS             GUIDES             TOOLS             MY NERDWALLET

## Best Tax Software for 2022

by Alana Benson, Sabrina Parys, Tina Orem

Read more

## Federal Income Tax Return Calculator

by Tina Orem

Read more

## Where's My Refund? How to Track the Status of Your IRS and State Tax Refund

by Sabrina Parys, Tina Orem

Read more

Explore **TAXES**



TOP PICKS



GUIDES



TOOLS



MY NERDWALLET



**Get more smart money moves – straight to your inbox**

Sign up and we'll send you Nerdy articles about the money topics that matter most to you along with other ways to help you get more from your money.

SIGN UP



# Make all the right money moves

DOWNLOAD THE APP

Learn more about the app

 

**ABOUT**

Company

Leadership

Careers

Social impact

Editorial guidelines

Editorial team

**HELP**

Help center

Support team

Community

Security FAQs

**LEGAL**

Terms of use

Privacy policy

California privacy policy
Updated

Do not sell my personal information


TOP PICKS


GUIDES

TOOLS


MY NERDWALLET

Press kit

Investors

Disclaimer: NerdWallet strives to keep its information accurate and up to date. This information may be different than what you see when you visit a financial institution, service provider or specific product's site. All financial products, shopping products and services are presented without warranty. When evaluating offers, please review the financial institution's Terms and Conditions. Pre-qualified offers are not binding. If you find discrepancies with your credit score or information from your credit report, please contact TransUnion® directly.

Property and Casualty insurance services offered through NerdWallet Insurance Services, Inc.: Licenses

NerdWallet Compare, Inc. NMLS ID# 1617539

NMLS Consumer Access

Licenses and Disclosures

California: California Finance Lender loans arranged pursuant to Department of Financial Protection and Innovation Finance Lenders License #60DBO-74812



NerdWallet USA    |    NerdWallet UK

NerdWallet CA



© 2022 NerdWallet, Inc.
All Rights Reserved.

  

# EXHIBIT H

4/4/22, 2:13 PM
TurboTax Review In-Depth: Does Free Really Mean Free?

Case 3:22-cv-01973-CRB  Document 45-2  Filed 04/04/22  Page 46 of 92

§ Listen Money Matters

Courses    Popular    New    Podcast    Toolbox    🔍

# TurboTax Review In-Depth: Does Free Really Mean Free?

By Caitlin Ward

Listen Money Matters is reader-supported. When you buy through links on our site, we may earn an affiliate commission. How we make money.



intuit turbotax
4.8 ★★★★☆

[ LEARN MORE ]

**Simply Put:** Turbo Tax provides both online and downloadable user-friendly software used for filing your taxes. They boast four guarantees including 100% accurate calculations, a maximum refund guarantee or your money back, audit support, and a 100% accurate, expert-approved guarantee. If you have a simple return, you can file both federal and state returns for free. Turbo Tax is owned by Intuit, the company behind QuickBooks and Mint. All three products integrate across Intuit's platform.

| **Free Filings** | **Audit Support** | **Promotion** |
| Simple federal and state | Free, year-round guidance | Start Filing |

**Pros:**
- ✔ File both federal and state returns for free
- ✔ Handles cryptocurrency transactions
- ✔ Accurate tax calculations
- ✔ Large user forum for answering questions

**Cons:**
- ✖ Expensive software when compared to competitors

Let's face it. Some of the biggest headaches in adulthood come from taxes. Whether you're paying them or filing them, they are just the worst. Fortunately, the right tax software can make them suck a little less. We'll take a look at one of the top tax preparation companies with this TurboTax review.

Nobody wants to spend unnecessary time on their taxes, and that includes time spent finding the right software. We're here to save you time by examining the fees, notable features, and accuracy all in one post.

### In this review

> About TurboTax
> TurboTax Guarantees
> TurboTax Free Edition
> File for a Fee
> Is It Worth Paying For?
> A Tip Before Getting Started
> Additional Fees
> Getting Started
> Doing Your Taxes
> Is It Accurate?
> Notable Features
> Is It Right for You?
> Pros and Cons:
> Summary

[ START FILING ]

To keep things simple, we're just going to look at **TurboTax Online**. That being said, they do have software available for download. If you prefer this method, it's good to know that you can return any purchased software for a full refund (excluding any shipping and handling costs).

Before we dig into all the details, it's good to know about who TurboTax is.



## About TurboTax

**TurboTax** is under the umbrella of companies that **Intuit Inc.** owns. Do you use QuickBooks or **Mint**? Intuit runs those too, and you can use the same login information for all of them.

4/4/22, 2:13 PM                                    TurboTax Review In-Depth: Does Free Really Mean Free?

Case 3:22-cv-01973-CRB   Document 45-2   Filed 04/04/22   Page 47 of 92

§ Listen Money Matters

Courses   Popular   New   Podcast   Toolbox   🔍

committee that runs the entire board.

Intuit went public in 1993 and now have over 9,000 employees with 19 locations in 9 different countries. They boast having over 50 million customers.

As we'll see later, they make up for their lack of physical locations by dominating the **technological** world.

If **innovation** and being woke are important to you, TurboTax is a fair option. Sasan Goodarzi is the current CEO and has stressed the importance of **social awareness and fair representation.**

## TurboTax Guarantees

TurboTax boasts **four** main guarantees:

**100% Accurate Calculations –** TurboTax will pay any penalty or interest resulting from a calculation error by its software.

**Maximum Refund Guarantee or Your Money Back –** TurboTax will refund any of **their fees** if you can get a larger refund with different software. If you used the Free Edition, TurboTax will pay you $14.99.

**Audit Support Guarantee –** By using TurboTax, you qualify for year-round help understanding any notices or letters from the IRS or state departments. This does **not** mean they will represent you in an audit. They'll just help you understand why you're being contacted or audited.

**100% Accurate, Expert-Approved Guarantee –** This one is similar to the 100% Accurate Calculations Guarantee. If any of TurboTax's employees make an error on your return, TurboTax will pay the resulting penalties and interest.

These guarantees are great perks, but they're pretty consistent with competitors like **H&R Block**. They're good to know about but shouldn't be your deciding factor.

What does make these guarantees useful is that they instill a good deal of **confidence** while scrolling through TurboTax's website. Reading about tax experts reviewing returns and guaranteeing that they're done correctly takes away some of the stress that comes with filing taxes.

Just remember that this doesn't necessarily mean you won't have any errors on your tax return. It just means TurboTax will **pay the penalties and interest** for any problems on their part. But that's still a pretty good perk.

## TurboTax Free Edition



> *TurboTax is one of the few companies that offers a completely free option. Your federal filing is free. State filing is free. Everything is free.*

But this means you have to ignore all of the add-ons that TurboTax will try to sell to you, which we'll discuss in more detail later.

The only downside to this free filing is the fact that only the **simplest of returns** qualify. According to **TurboTax**, you qualify if your tax return only includes the following:

- W-2 income.
- Small dividends and interest.
- Standard deduction (as opposed to itemizing).
- Earned Income Tax Credit (EITC).
- Child Tax Credits.

**Listen Money Matters**

Courses    Popular    New    Podcast    Toolbox    🔍

1040 before the **postcard 1040** in 2018.

If you have **student loan** interest, **educator expenses**, **Health Savings Account** contributions, or other similar deductions, you **can't** use the Free edition.

Yet another reason why student loans are the bane of my existence.

> *TurboTax estimates around 50 million people qualify for their Free Edition. If you qualify, you're able to use their quality software with none of the fees. None.*
>
> Tweet This 🐦

I'm jealous.

## File for a Fee

For those of you who can't use the free version, you have a handful of other packages to choose from:

TurboTax may dominate with their Free option, but their paid options are a bit **pricey** compared to the competition. Even the Deluxe package, which is the next step up from Free, is going to cost you over **$100** to file both a federal and state return.

With all of their packages, you have the option of making them **Live versions** for an **increased fee**. This means you'll have a tax expert available to help you while you complete your return.

This Live feature also grants the ability to ask **unlimited questions** for the entire year after you file your taxes, and they'll review your return before you file. While Live is expensive, it's a pretty cool, unique feature. When you ask questions, you'll even be able to see your tax expert right **on your screen**.

## Is It Worth Paying For?

Each package comes with its perks. Choosing the Deluxe option allows you to have **24/7 access** to your tax return. This saves you from having to keep a personal copy, even though you should still do this.

With TurboTax Premier, you can report **cryptocurrency** gains and losses. Cryptocurrency is still new to many tax preparation companies, so TurboTax is taking the lead in this situation.

For TurboTax Self-Employed, you're going to pay **$165** if you file both federal and state tax returns. The benefit here is that as of the writing of this article, TurboTax offers a **free subscription** to QuickBooks Self-Employed when you pay for the Self-Employed tax package.

This only applies if you don't already pay for **QuickBooks Self-Employed**.

This QuickBooks subscription can easily cost you **$120 per year**. If you're considering using QuickBooks for your self-employment earnings, getting the free subscription with your tax return is a phenomenal deal. Plus, you can transfer all your expenses and mileage to TurboTax when it's time to file your taxes next year.

You can counteract these fees by promoting TurboTax. If you get someone to file using TurboTax, you'll get a **$10 Amazon gift card**. You can do this up to 20 times, and your friend will even get a **20% discount** when they file their federal return.

> *If you're in the military, TurboTax has some awesome discounts. Anyone in the E1-E5 pay grades can use the Deluxe version for free.*

If you need a more advanced package, you'll get $5 off any federal product. This $5 discount also applies to pay grades E6 and above.

Once you enter your military W-2, TurboTax will use that to verify your rank and will apply the discount automatically.

## A Tip Before Getting Started

4/4/22, 2:13 PM

TurboTax Review: Is It Really Free? Hardly. Clean

Case 3:22-cv-01973-CRB    Document 45-2    Filed 04/04/22    Page 49 of 92

start with the Free Edition and work your way up.

TurboTax will notify you if you've selected something that requires a higher tier of software. So if you start with the most basic version, you can work your way up as needed. This also prevents you from selecting a more **expensive** package with unnecessary tax forms.

This is important because TurboTax has a way of helping you select which software you need. It'll ask you easy questions like whether or not you have kids or have **rental property**. It also asks you if you want to maximize your tax **deductions** and credits.



No shit. Everyone wants to do this. But **the tricky thing** in selecting this option means TurboTax will recommend the Deluxe version for the Schedule A itemized deductions.

Since the standard deduction was increased to $12,000 for individuals and $24,000 for married couples in 2018, many people don't need to itemize deductions and will just use the standard deduction.

**This means you could select TurboTax Deluxe and then never actually use the additional forms you're paying for.** And if you aren't a tax pro, you might not realize the difference between which forms you're paying for and which forms you need.

Don't worry about missing out on credits and deductions either. With the Free Edition, I was still asked the same questions about itemized deductions and could have switched to the Deluxe version if I needed to.

**Start with the Free Edition. I repeat. Start with the Free Edition.**

## Additional Fees

Now that we know how to make TurboTax cheaper, let's see how they'll try to make it **more expensive.**

### Pay with Your Refund ($39.99)

If you want to pay your filing fees in the future, you can pay them with your refund.

If you don't have the money now, this is a helpful option that's similar to the competition. Otherwise, **avoid** this upcharge by paying your fees upon filing.

### Plus ($29.99)

Plus is an option when you file with the Free Edition. It offers all of the perks that the paid versions provide without paying for the schedules and forms your tax return doesn't need:

- **Tech support** right on your screen.
- **Tips and tax advice** for how to maximize your refunds in future.
- **Insights** into what impacts your current refund or balance due.
- **Easy online amend** for up to three years to fix any errors on your part.
- **24/7 access** to your federal and state tax returns.
- **Access to MyDocs** to store copies of your **tax documents**, such as your W-2.

> These are all nice, but they're not worth it if you can keep solid records for yourself.

### MAX Defend & Restore ($49.99)

This comes with several benefits:

$ Listen Money Matters     Courses   Popular   New   Podcast   Toolbox   🔍

will charge to connect you with a representative.

**Identity Loss Insurance –** TurboTax will reimburse up to $250,000 of stolen money and $1 million for any legal fees you may incur.

**Full Identity Restoration –** If your **identity is stolen**, a Resolution Specialist will work with you to recover it.

**Identity Theft Monitoring –** TurboTax offers 24/7 monitoring and will notify you of anything suspicious. If they find anything, a Resolution Specialist will help you through the process.

**Priority Care –** This cuts down on wait time when you have a question.

MAX is one of the few offerings that could be **worth your money**. It's all insurance in a sense, but $50 is less than a year's supply of ZzzQuil. If it helps you sleep at night, go for it.

The only negative comes from my personal preferences. TurboTax tried to sell MAX to me twice, and they didn't even mention Priority Care the first time. I'm being petty, but I don't like consistent sales promotions that leave out all the features.



## Getting Started

Not considering costs, is TurboTax any good? Since I work for a CPA firm and am a tax preparer, I'm comfortable with taxes and wanted to put this software to the test for ease-of-use and accuracy.

> *It's easy to get started. All you have to do is create an account with an email address, and you're good to go.*

**Once you answer some simple questions, TurboTax provides a list of documents you'll need, such as your W-2 and any 1099's that may apply.** This is an awesome feature that is made even better because it's done for you with no additional effort.

## Doing Your Taxes



The entire process consists of answering one or a few questions per page. This keeps things simple while moving them along at a **decent pace**.

**TurboTax** also provides additional insight into more complicated questions, and all the answers show up as either a box or sidebar on your screen. Super useful.

Along those same lines, the software provides insight into some of the **changes** that happened in 2018. One of my favorites is the way TurboTax provided a little blurb about the elimination of personal exemptions.

I love that they try to **inform** you of what's going on instead of leaving you to figure out why your refund is different.

to check into this before finalizing my return.

I ignored every attempt they gave me to check this credit and answered every question about this credit as inaccurately as possible. To TurboTax's credit, it forced me to go back to it after running their CompleteCheck analysis.

**I commend them on how they force you to get your credits instead of trusting you to figure it out for yourself.**

## Is It Accurate?

**Yes! TurboTax came up with the same exact refund that I came up with using the professional tax software in my office.** It also updates your refund as you go, so you can see how what you're doing is affecting your taxes.



This was the case even though I tried to answer questions incorrectly to knock off some of the applicable credits and deductions. The software knew I messed up and helped to correct it.

Out of curiosity's sake, I played around with self-employment earnings. It **asked my permission** to upgrade to the Self-Employed version, and it calculated self-employment taxes and the new Qualified Business Income (QBI) Deduction correctly.

It even mentioned the QBI Deduction in a list of **self-employed tax** breaks. I'm super impressed and again commend them for explaining what's going on with your taxes.

## Notable Features

**TurboTax** values **security**. You can choose two-factor authentication and Touch ID when setting up your account. TurboTax also encrypts your data both in their servers and when it's sent to the IRS to keep your personal information safe.

You can also view any devices used to access your account, and you'll get email **notifications** when any device is added or when any changes are made to your account.

If you're into **mobile apps**, they have three: TurboTax mobile, TaxCaster, and ItsDeductible. These will let you file your taxes, get a refund estimate, and keep track of your deductions throughout the year, respectively. All three are free to download.

For no additional fee, no interest, and no hit to **your credit score**, you can use Refund Advance to get an **advance payment of your refund**. This usually applies early in tax season. Amounts range from $250 to $1,000 depending on your federal tax refund, and TurboTax pays themselves back when your refund is processed.

If you're like me and are impatient when it comes to getting your refund, there's an **Amazon Alexa Skill** for that. You can ask how much your refund is, when it'll show up in your bank account, and the status of your tax return all without having to use the IRS website.

> *One of TurboTax's strong suits is the forum. You can ask questions about TurboTax support or tax laws and view questions that have already been answered.*

While some of these questions can help you regardless of which company you use, the advantage goes to those who use TurboTax. It's common to see a question like "**Where do I enter self-employed mileage?**" There'll be an answer saying exactly how to find it, so you don't have to wait for tech support's help.

**TurboTax is great if you can use it for free.** This includes the Free Edition for simple returns and the Deluxe Edition for military personnel in the E1-E5 pay grades. The software is easy and accurate, so filing for free is worth your time.



If you're self-employed and want to try QuickBooks Self-Employed, paying the fee for TurboTax is worth it to get the **free subscription**.

Any other filers should check out the competition. TurboTax is far from the cheapest option, but it's still comparable.

To be fair, it's worth starting with the Free Edition. You don't have to pay until you file, so you can see exactly what your fees will be. You can then complete your return somewhere else and compare the fees for your exact situation.

## Pros and Cons:

### Pros:

- **Free Edition:** File both federal and state returns for free if you have a simple tax return.
- **Cryptocurrency:** TurboTax addresses cryptocurrency transactions, something many tax preparation companies are still trying to understand.
- **TurboTax Live:** For a fee, **a tax expert** will help you do your taxes and review your tax return before it's filed.

### Cons:

- **Expensive:** If you can't use it for free, you can find cheaper software somewhere else.

## Summary

TurboTax offers **accurate and user-friendly software**. It's a steal if you qualify to use it for free.

> Their optional add-ons are some of the best in the business, spanning everywhere from audit representation to identify monitoring.

If you're looking for the cheapest tax preparation software out there and don't qualify for the Free Edition, you're in the wrong place. **TurboTax is solid software, but it can be pricey.** Shop around at places like **FreeTaxUSA** or H&R Block to see if you can get a better deal.

Consider how much you value your time. Check which version of TurboTax you need and how many **add-ons** you include.

If you're still unsure whether or not **TurboTax** is a good fit for you, **try it for free**. You don't have to pay anything until you're ready to file, so you can see your refund and your fees before you decide. There are so many tax situations out there, so the best way to find the perfect fit for you is to explore.

Experimenting with tax software is about as fun as watching your little brother trim his toenails, but at least it'll save you **time and money** in the long run.

**Get our best strategies, tools, and support sent straight to your inbox.**

Enter your email address        SIGN UP, IT'S FREE



**Caitlin Ward** works as a tax accountant at a small-town Virginia CPA firm. When she isn't writing about personal finance, she's studying for the CPA exam. She has a B.A. in Business Administration and a slight obsession with all things money. She contributes to Listen Money Matters to share what she's learned with more than just her husband and their cats.

## Read These Next

Credit Karma Tax Review: An Absolutely Free TurboTax?

H&R Block Review: Is It Worth Your Time and Money?

Should You Use FreeTaxUSA To File Your Taxes? Our Review

TaxAct Review: Is Their Software Too Good to Be True?

What Is a CPA and How Can They Help with Your Taxes?

---

Get our best strategies, tools, and support sent straight to your inbox.

Enter your email address     SIGN UP, IT'S FREE

ABOUT     OUR COURSES     COMMUNITY     INVESTABLE     LASSO     ADVERTISE

HOW WE MAKE MONEY

  

Copyright © 2022 Listen Money Matters. All Rights Reserved.

Privacy Policy   •   Disclosure

# EXHIBIT I

# TurboTax Review 2022

by Emily Zhu | Updated February 14, 2022

We maintain strict editorial integrity in our writing and assessments. This post contains links from our advertisers, and we may receive compensation when you click these links. Any opinions, analyses, reviews or recommendations expressed in this article are those of the author's alone. | Advertiser Disclosure



| | TurboTax Free - Federal | TurboTax Free - State |
|---|---|---|
| Our Rating: 4.2/5 | **$0** | **$0** |
| How we calculated this rating | | |

Developed in the mid-1980s, TurboTax has grown to become one of the most popular tax preparation services. Owned by Intuit, a financial software company based in California, TurboTax says it's committed to helping people navigate through tax season. With millions of taxpayers filing with TurboTax annually, it's safe to say that it's a top choice.

With numerous online tax planning options, compatibility with different devices and the ability to save your filing process at any time, TurboTax is convenient. In fact, millions of taxpayers file on mobile devices through TurboTax. Plus, with extensive support options to help you understand the complete process of , TurboTax is fit for both first-time and veteran filers. There are online tools, like a document checklist and tax refund estimate calculator, to help you navigate through the process. There are tax tips

**Pros**

- Variety of plans to fit specific needs of different filers
- User-friendly interface for simple filing
- Extensive customer support and helpful tools and guides
- Provides access to live help from a tax expert

**Cons**

- Potential to be more expensive than some competitors
- Requires upgrade to paid plan for many features

and videos on its website as well. If you have a more complicated return or if you just want the advice of a tax professional, TurboTax Live also allows you to chat with an expert.

With a range of different plans and features fit for a variety of users, TurboTax is one of the most established tax planning services. Its extensive options, features and accessibility ensure that you're getting the most out of tax season.

## TurboTax's Filing Options

TurboTax offers numerous digital options to file your taxes. There are three plans: Do-It-Yourself (DIY), Live Assisted and Live Full Service. Each plan comes with a focus on user customization by using an interview-style approach. It asks simple questions about your life – career, dependents, charitable contributions – to figure out what information is needed and to help you get every tax deduction and credit you can get. There's also step-by-step guidance to ensure that you understand every part of the process.

All TurboTax options allow you to easily import necessary documents. For example, you can take a picture of your W-2 to automatically import that information into the appropriate forms. It's also easy to import your tax return from last year, even if you used a different filing service last year. And before you submit your tax return, you can run CompleteCheck, which ensures that your return is accurate

asset™                                                    Find an Advisor

The plans also come with a maximum refund guarantee. If you get a larger refund from another tax preparer, you're entitled to a refund of your purchase from TurboTax. TurboTax also guarantees that all calculations are accurate. If there's an error, TurboTax will pay the penalty and interest fees.

## TurboTax Do-It-Yourself (DIY)

TurboTax's DIY tier is traditionally the most popular option the company offers. Federal prices for it can range from $0 to $99, depending on the complexity of your tax situation. For state returns, prices vary from $0 up to $39. For instance, if you have many different types of income, claim a number of different credits, have multiple tax forms to enter, are self-employed or own a business, you'll pay more. But if you simply file a W-2, you'll likely qualify for a free service. In addition, if you qualify for a free federal return, your state return will also be free, unless you file with multiple states.

As with all the digital filing options from TurboTax, you can import last year's tax return into this year's to help you save time. Import is also available if you used a different filing service last year. You also get automatic import of W-2 and 1099 information.

Outside of the standard Form 1040, TurboTax's Free Edition allows you to file the following:

- Form 1040-ES (estimated taxes)

- Form 1040-X (amended returns)

- Form 1095-A (health insurance marketplace statement)

- 1099-DIV (dividends and distribution income)

- 1099-INT (interest income)

- 1099-R (retirement distributions)

- Schedule EIC (earned income tax credit)

- Schedule 8812 (additional child tax credit)

This list is not comprehensive. If you need to attach a specific form, it's best to check the TurboTax website to see which plan you should use. Before you file your tax return, TurboTax will take a comprehensive look at your tax return, to minimize errors and ensure that you didn't miss anything.

If you would like additional peace of mind, you can upgrade from the Free Edition to TurboTax's Live Assisted option. Basic Live allows you to talk with a tax professional - either a certified public accountant (CPA) or enrolled agent (EA) - who will review your return to guarantee it's done correctly. The expert is also available to answer any questions you have.

However, Basic Live is not free, as you'll pay an extra fee to access these professionals. For many people who qualify to file a free return, this cost isn't necessarily worth it, but it can provide you with peace of mind that you've done everything correctly.

## TurboTax Live Assisted

Upgrading to TurboTax's Live Assisted service ensures you'll have around-the-clock access to a tax professional both during your filing and for the rest of the year. In fact, you'll be able to speak with your tax expert live on-screen and have all of your questions answered immediately. Beyond this extra level of service, your tax expert will personally review your return before it's sent off to the IRS. Again, TurboTax guarantees this review, or it'll cover your costs.

asset™

your first state return.

### TurboTax Live Full Service

As its name implies, TurboTax Full Service allows you to have a dedicated tax professional do and review your taxes for you. Depending on the specifics of your needs, TurboTax will pair you with an appropriate tax expert. Again, your expert will be available for you to talk to during the filing process, as well as for the rest of the year.

When you start this relationship, you'll securely upload all of the necessary tax documents to your expert, at which poin they'll take over the work. As they work on your return, you'll receive updates via TurboTax's online tracker. Then, once the tax return is complete, they'll review it with you and explain everything.

This highest level of service comes with an understandably hefty pricetag. For a federal returns, Live Full Service users will pay between $0 and $389. State returns will again cost between $0 and $49. If you qualify for a free return, your first state return will be free as well.

## Refund and Payment Options

You can pay for TurboTax with credit, debit or prepaid cards. There's also an option to deduct the purchase price from your federal refund, so you don't have to pay out-of-pocket. Checks, money orders and cash are not accepted.

To receive your refund, you can directly deposit it into a checking, savings, brokerage or IRA account. You can also get it as a check or on a prepaid Visa debit card. TurboTax also allows you to use the refund to buy U.S. savings bonds or apply it to next year's taxes, which shows up as tax credit.

You can also track your refund if you file with TurboTax. You'll receive notification when your return is accepted by the IRS. Once approved, you can usually expect your refund within a few weeks.

### Tax Audit Services

If you're being audited, TurboTax offers the TurboTax Audit Support Guarantee. This gets you year-round audit support from a tax professional. You'll receive one-on-one guidance, answers to your audit questions and help preparing for the audit.

### Save more with these rates that beat the National Average ⓘ

| SAVINGS & MMA | CD'S |
|---|---|

**Citi**

APY **0.60%**

Account Type: Accelerate Savings
Min. Balance for APY: $1 • Interest Rate: 0.60%

SPONSORED
Get Details

No min deposit. Rate available in select markets. Grow your money safely & securely. Citi Mobile® App available to make banking easy. Member FDIC.

**PENFED CREDIT UNION**

APY **0.55%**

Account Type: Premium Online Savings
Min. Balance for APY: $5 • Interest Rate: 0.55%

SPONSORED
Get Details

 **asset**™                                                                Find an Advisor

**Marcus:**
by Goldman Sachs®
Goldman Sachs Bank USA.
Member FDIC.

APY
**0.50%**

Account Type: **Online Savings Account**
Min. Balance for APY: **$0** • Interest Rate: **0.50%**

SPONSORED
Get Details

APY as of 11/17/2020. Start growing your savings and meeting your financial goals

SPONSORED

Ad Disclosure                                                                Source: Smartasset.com

## Extensive Online Help and Tools

To make sure that you have a thorough understanding of the tax filing process, TurboTax offers free online tools to guide you through the process. This includes the TaxCaster Calculator, which estimates how much your tax return will be, a W-4 Withholding Calculator and a Tax Bracket Calculator.

TurboTax also shares online tax tips and videos that give you a greater understanding of how the service works and share useful information like money-saving tips and cities with the highest tax rates.

## TurboTax Live

As mentioned above, TurboTax provides access to financial experts through its Live filing options. This is not the first year the company has offered access to live professionals, but this year's options are the most extensive yet. There are four Live options, corresponding to the four digital filing options, with prices ranging from $49.99 up to $169.99 for filing a federal return and $29.99 to $39.99 for state returns.

## Pricing

| Filing Options | Costs | Best for |
|---|---|---|
| **Do-It-Yourself (DIY)** | Federal: $0-$99, State: $0 - $39 | Best for those who have simple returns to file and won't have questions for a tax expert |
| **Live Assisted** | Federal: $0-$199, State: $0 - $49 | Best for those with more difficult tax situations who want the ability to ask questions of a tax expert |
| **Live Full Service** | Federal: $0-$389, State: $0 - $49 | Best for those who want their taxes done entirely for them |

TurboTax offers three online filing options, targeted at different individuals based on their financial situations and needs. All plans come with basic features, like easy W-2 import and a

more features are included.

## Who Is TurboTax For?

TurboTax is one of the most popular tax planning services out there, and with good reason. Its different plans are suited for a variety of filers, whether they're students, homeowners or self-employed. TurboTax aims at educating users throughout the process with step-by-step guidance, while still securing the maximum returns and deductions available. It's helpful for people whether they're first-timers or veteran filers.

## What's the Catch?

TurboTax's plans are more expensive than other tax planning services. Although it offers a free option, only the most basic returns qualify. Some features and most tax forms are only available with paid plans. This can become costly if you want to upgrade for certain forms or features, but your tax situation is simpler than the plan's focus area.

## How TurboTax Stacks Up

| Tax Planner | Plans Offered | Costs (Federal) | Costs (State) |
| --- | --- | --- | --- |
| TurboTax | Do-It-Yourself (DIY), Live Assisted, Live Full Service | Do-It-Yourself (DIY): $0-$99, Live Assisted: $0-$199, Live Full Service: $0-$389 | Do-It-Yourself (DIY): Up to $39, Live Assisted: Up to $49, Live Full Service: Up to $49 |
| H&R Block | Free, Deluxe, Premium, Self-Employed | Free: $0, Deluxe: $29.99, Premium: $49.99, Self-Employed: $84.99 | Free: $0, Deluxe: $36.99, Premium: $36.99, Self-Employed: $36.99 |
| TaxAct | Free, Deluxe, Premier, Self-Employed | Free: $0, Deluxe: $24.95, Premier: $34.95, Self-Employed: $64.95 | Free: $34.95, Deluxe: $44.95, Premier: $44.95, Self-Employed: $44.95 |

With TurboTax's user-friendly interface, range of plans and helpful tools, it's no wonder that it's one of the most popular tax filing services. But it comes at a higher cost, and other programs offer similar services at lower prices.

H&R Block has been around for over 60 years and is still a popular option for tax filing. With prices that are similar to (but slightly lower than) TurboTax's, it also has similar features like easy W-2 import, refund explanations and step-by-step guidance. Its online interface is also user-friendly. In terms of supported forms, the free versions are nearly the same between H&R Block and TurboTax. You can file simple returns for free but will need to upgrade to a paid version if you want to itemize, or want to claim deductions beyond the earned income tax credit.

One advantage with H&R Block is that it has multiple physical offices around the world. If you want to work with a tax preparer in person, you can do so. TurboTax offers its suite of Live filing options, but these still take place online instead of in-person.

provide many features that cater solely to small business owners. For example, Self-Employed is the only H&R Block option that includes a free double check of your return by a tax professional. This is useful for anyone with a slightly complicated tax return, not just for self-employed filers. On the other hand, TurboTax's Self-Employed option focuses on providing guidance, advice and deductions to people who are contractors, freelancers or business owners. Included is also a complimentary year of QuickBooks Self-Employed. This version of QuickBooks, which costs more than $100 if you buy it separately, helps you keep track of personal and business expenses throughout the year. It also helps you to calculate estimated tax payments.

Another popular tax filing service is TaxAct. The most affordable out of the three, it isn't as flashy as TurboTax or H&R Block but it gets the job done. Its interface is simpler than the other two. The interview-style approach to filing isn't as quite as smooth and it doesn't offer as many educational features or tools. However, TaxAct is a good option for straightforward filing. It's also nice if you don't mind doing a bit of your own research to understand whether or not you qualify for certain deductions, and to understand what those deductions are to begin with. Thanks to the number of online resources, doing some work yourself isn't nearly as difficult as it used to be.

## Bottom Line: Should You Use TurboTax?

TurboTax's range of filing options caters to different financial situations, whether you're single, married, a homeowner or self-employed. There are extensive features included with each plan to maximize efficiency and transparency. It's easy to import information and there are explanations of why and how refunds fluctuate. There are also tax calculators, a tips section and access to other services, like QuickBooks. All in all, TurboTax is very user-friendly and does a great job of simplifying tax season.

TurboTax comes at a higher price than other services but it pays for itself if it gets you additional tax savings. If you want something straightforward with fewer features, another tax planning service can likely do the job just fine. For example, someone who has been filing for years and doesn't mind manually inputting information into a tax form may want to go with a cheaper option.

### Tips for Getting Through Tax Season

- Finding a qualified financial advisor who can help with your taxes doesn't have to be hard. SmartAsset's free tool matches you with up to three financial advisors in your area, and you can interview your advisor matches at no cost to decide which one is right for you. If you're ready to find an advisor who can help you achieve your financial goals, get started now.

- After you file federal income tax return, you will probably need to file a state return. State governments have their own systems for handling tax returns and that means processing times vary by state. Learn how to check your state tax refund status.

- If you find that you're relying on a tax refund to make ends meet, you may want to make some changes to your tax withholding. By claiming more allowances on your W-4, you can decrease how much your employer removes (withholds) from your paychecks. That means more take home pay and perhaps less reliance on your refund.

## Save more with these rates that beat the National Average ⓘ

asset™                                                                    Find an Advisor



APY                                                                       SPONSORED
**0.60%**    Account Type: **Accelerate Savings**                         Get Details
             Min. Balance for APY: **$1** • Interest Rate: **0.60%**

             No min deposit. Rate available in select markets. Grow your money safely & securely. Citi
             Mobile® App available to make banking easy. Member FDIC.

APY                                                                       SPONSORED
**0.55%**    Account Type: **Premium Online Savings**                     Get Details
             Min. Balance for APY: **$5** • Interest Rate: **0.55%**

             Start Earning More On Your Savings. Insured by NCUA.

**Marcus:**  APY                                                         SPONSORED
by Goldman Sachs®  **0.50%**    Account Type: **Online Savings Account**  Get Details
Goldman Sachs Bank USA.         Min. Balance for APY: **$0** • Interest Rate: **0.50%**
Member FDIC.

             APY as of 11/17/2020. Start growing your savings and meeting your financial goals

                                                                          SPONSORED
                             APY

Ad Disclosure                                                   Source: Smartasset.com

MORE FROM SMARTASSET

> How much house can you afford?

> Should you refinance?

> How much do you need to save for
  retirement?

GET IN TOUCH                          SMARTASSET

Contact                               About

Careers                               SmartReads

                                      Captivate

                                      SmartAdvisor

                                      Press

                                      SmartAdvisorMatch

GET SOCIAL                            LEGAL STUFF

  Like on Facebook                    Terms of Service

  Follow on Twitter                   Privacy Policy

                                      AdChoices

asset™

SmartAsset Advisors, LLC ("SmartAsset"), a wholly owned subsidiary of Financial Insight Technology, is registered with the U.S. Securities and Exchange Commission as an investment adviser. SmartAsset's services are limited to referring users to third party registered investment advisers and/or investment adviser representatives ("RIA/IARs") that have elected to participate in our matching platform based on information gathered from users through our online questionnaire. SmartAsset does not review the ongoing performance of any RIA/IAR, participate in the management of any user's account by an RIA/IAR or provide advice regarding specific investments.

We do not manage client funds or hold custody of assets, we help users connect with relevant financial advisors.

Smartly made in NYC          © 2022 SmartAsset, all rights reserved.

# EXHIBIT J

| | |
|---|---|
| **From:** | Gringer, David |
| **Sent:** | Thursday, March 24, 2022 9:14 PM |
| **To:** | lkhan@ftc.gov |
| **Cc:** | slevine1@ftc.gov; Greisman, Lois C.; Evans, James; Kerry_McLean@intuit.com; jondleibowitz@gmail.com |
| **Subject:** | Intuit |

Chair Khan,

Thank you for your time this afternoon.  As I mentioned during our meeting, Intuit has always been willing to partner with the FTC to address whatever concerns the FTC might have with regard to the company's marketing practices.  It is very important to the people who work at Intuit that the company remains on the right side of the FTC and that it is clear and fair with its customers.  Today's meeting was the first time we've gotten engagement on a lot of these issues, and we appreciated your questions and the points you shared.  While we did not agree on everything, I wanted you to know that Intuit heard you loud and clear, and that we stand behind what we said during the meeting about addressing the FTC's concerns.

To that end, Kerry McLean, who is Intuit's General Counsel (and whom you met this afternoon) had a number of discussions this afternoon, including a meeting with Intuit's CEO, and I wanted to share that Intuit has decided that it will pull down the "free, free, free" TV ads for the remainder of the tax season.

It will take a little time for some of those ads to come down, given the logistics of advertising buys.  It believes that it can have the vast majority off the air in the next few business days and the remainder off the air before the end of next week.

It is important to Intuit to show you that it heard your concerns and that it appreciates your engagement.

Sincerely,

David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

# EXHIBIT K

| | |
|---|---|
| **From:** | jondleibowitz@gmail.com |
| **Sent:** | Monday, March 28, 2022 7:15 PM |
| **To:** | Roberto Anguizola; Plett, Rebecca; Evans, James; Kern, Frances; Maxson, William |
| **Cc:** | Lois C. Greisman; Gringer, David; Woodman, Derek |
| **Subject:** | Fwd: Intuit --Privileged & Confidential |

**EXTERNAL SENDER**



Begin forwarded message:

**From:** "Gringer, David" <David.Gringer@wilmerhale.com>
**Subject: RE: Intuit --Privileged & Confidential**
**Date:** March 28, 2022 at 6:56:20 PM EDT
**To:** Clark.Russell@ag.ny.gov <Clark.Russell@ag.ny.gov>, "Joseph.Mueller@ag.ny.gov" <Joseph.Mueller@ag.ny.gov>
**Cc:** "Edelstein, Daniel" <Daniel.Edelstein@ilag.gov>, "Jones, Gregory" <Gregory.Jones@ilag.gov>, "Tyner, Randall" <Randall.Tyner@ilag.gov>, "Patrick.Abernethy@oag.texas.gov" <Patrick.Abernethy@oag.texas.gov>, "Perez, Pedro" <Pedro.Perez@oag.texas.gov>, Christin Vasquez <Christin.Vasquez@oag.texas.gov>, "DMosteller@ncdoj.gov" <DMosteller@ncdoj.gov>, Jonathan Marx <jmarx@ncdoj.gov>, 'Robert Holup' <Robert.Holup@law.njoag.gov>, "Isabella.Pitt@law.njoag.gov" <Isabella.Pitt@law.njoag.gov>, Monica Finke <Monica.Finke@law.njoag.gov>, Zeyad Assaf <Zeyad.Assaf@law.njoag.gov>, "Patrice.Malloy@myfloridalegal.com" <Patrice.Malloy@myfloridalegal.com>, Carina Bergal <Carina.Bergal@myfloridalegal.com>, "JAbel@attorneygeneral.gov" <JAbel@attorneygeneral.gov>, "Frasch, Sarah" <sfrasch@attorneygeneral.gov>, "TMurphy@attorneygeneral.gov" <TMurphy@attorneygeneral.gov>, "Olha.Rybakoff@ag.tn.gov" <Olha.Rybakoff@ag.tn.gov>, "Kelley L. Groover" <Kelley.Groover@ag.tn.gov>, Jeff Hill <Jeff.Hill@ag.tn.gov>, "Shahin, Mina (ATG)" <mina.shahin@atg.wa.gov>, "Jane.Azia@ag.ny.gov" <Jane.Azia@ag.ny.gov>, "Berger, Kim" <Kim.Berger@ag.ny.gov>, "Adler, Jordan" <Jordan.Adler@ag.ny.gov>, "Levin, Hallie B." <Hallie.Levin@wilmerhale.com>, "Mahanna, Brian" <Brian.Mahanna@wilmerhale.com>, Bernard Eskandari <Bernard.Eskandari@doj.ca.gov>, "mstoppel@cozen.com" <mstoppel@cozen.com>, "BNash@cozen.com" <BNash@cozen.com>, "mbaylson@cozen.com" <mbaylson@cozen.com>, "pconnell@cozen.com" <pconnell@cozen.com>, "jondleibowitz@gmail.com" <jondleibowitz@gmail.com>, "D'Angelo, Christopher" <Christopher.D'Angelo@ag.ny.gov>

Clark—



In addition, and to answer your questions, as mentioned in Intuit's March 25 communication, subsequent to a meeting with FTC Chair Khan and in response to her concerns, Intuit decided to cease airing its "free, free, free" ads and to remove all versions of this ad from all media it purchases or otherwise controls. As of today, our understanding is that over 95% of the free, free, free ad previously scheduled to run has already been removed with the balance to be off the air by Friday.  Intuit made the decision to remove the ad on the evening of March 24 and immediately communicated to its agencies that decision. Executing this decision requires, among other things, Intuit's agencies to direct their over 100 advertising partners to remove this ad, a process that can take several business days, given the advertising partners—not Intuit—control the broadcast of advertisements after the advertiser places the order.  In this case, even though Intuit's decision was immediately communicated to its partners, some advertising logs, which determine those ads broadcasters run, had already been set through the weekend and could not be changed by the advertising partners.  As noted, by today, nearly all of those ads scheduled to run have been withdrawn.  The balance of ads remaining to run is because certain syndicated programs in local markets are integrated into the versions of the program scheduled to air and are not able to be removed once the show is sent from the syndicator to local markets.  With respect to online video/OTT, most ads were pulled down as of last Friday, and most of the balance were removed today.  Intuit is still working closely with one online partner who believes it has taken down all the ads, but is still confirming.  Most social media was effectively pulled on Friday morning and we expect, but are still awaiting confirmation, that the balance were removed today.



Sincerely,

David


**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Russell, Clark <Clark.Russell@ag.ny.gov>
**Sent:** Monday, March 28, 2022 3:40 PM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Joseph.Mueller@ag.ny.gov
**Cc:** Edelstein, Daniel <Daniel.Edelstein@ilag.gov>; Jones, Gregory <Gregory.Jones@ilag.gov>; Tyner, Randall <Randall.Tyner@ilag.gov>; Patrick.Abernethy@oag.texas.gov; Perez, Pedro <Pedro.Perez@oag.texas.gov>; Christin Vasquez <Christin.Vasquez@oag.texas.gov>; DMosteller@ncdoj.gov; Jonathan Marx <jmarx@ncdoj.gov>; 'Robert Holup' <Robert.Holup@law.njoag.gov>; Isabella.Pitt@law.njoag.gov; Monica Finke <Monica.Finke@law.njoag.gov>; Zeyad Assaf <Zeyad.Assaf@law.njoag.gov>; Patrice.Malloy@myfloridalegal.com; Carina Bergal <Carina.Bergal@myfloridalegal.com>; JAbel@attorneygeneral.gov; Frasch, Sarah <sfrasch@attorneygeneral.gov>; TMurphy@attorneygeneral.gov; Olha.Rybakoff@ag.tn.gov; Kelley L. Groover <Kelley.Groover@ag.tn.gov>; Jeff Hill <Jeff.Hill@ag.tn.gov>; Shahin, Mina (ATG) <mina.shahin@atg.wa.gov>; Jane.Azia@ag.ny.gov; Berger, Kim <Kim.Berger@ag.ny.gov>; Adler, Jordan <Jordan.Adler@ag.ny.gov>; Levin, Hallie B. <Hallie.Levin@wilmerhale.com>; Mahanna, Brian <Brian.Mahanna@wilmerhale.com>; Bernard Eskandari <Bernard.Eskandari@doj.ca.gov>; mstoppel@cozen.com; BNash@cozen.com; mbaylson@cozen.com; pconnell@cozen.com; jondleibowitz@gmail.com; D'Angelo, Christopher <Christopher.D'Angelo@ag.ny.gov>
**Subject:** Re: Intuit --Privileged & Confidential

EXTERNAL SENDER

David:

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Sunday, March 27, 2022, 5:08 PM
**To:** Russell, Clark <Clark.Russell@ag.ny.gov>; Mueller, Joseph <Joseph.Mueller@ag.ny.gov>
**Cc:** Edelstein, Daniel <Daniel.Edelstein@ilag.gov>; Jones, Gregory <Gregory.Jones@ilag.gov>; Tyner, Randall <Randall.Tyner@ilag.gov>; Patrick.Abernethy@oag.texas.gov<Patrick.Abernethy@oag.texas.gov>; Perez, Pedro <Pedro.Perez@oag.texas.gov>; Christin Vasquez <Christin.Vasquez@oag.texas.gov>; Mosteller, Daniel <DMosteller@ncdoj.gov>; Jonathan Marx <jmarx@ncdoj.gov>; 'Robert Holup' <Robert.Holup@law.njoag.gov>; Isabella Pitt <Isabella.Pitt@law.njoag.gov>; Monica Finke <Monica.Finke@law.njoag.gov>; Zeyad Assaf <Zeyad.Assaf@law.njoag.gov>;Patrice.Malloy@myfloridalegal.com <Patrice.Malloy@myfloridalegal.com>; Carina Bergal <Carina.Bergal@myfloridalegal.com>; JAbel@attorneygeneral.gov <JAbel@attorneygeneral.gov>; Frasch, Sarah <sfrasch@attorneygeneral.gov>; TMurphy@attorneygeneral.gov <TMurphy@attorneygeneral.gov>; Olha.Rybakoff@ag.tn.gov <Olha.Rybakoff@ag.tn.gov>; Kelley L. Groover <Kelley.Groover@ag.tn.gov>; Jeff Hill <Jeff.Hill@ag.tn.gov>; Shahin, Mina (ATG) <mina.shahin@atg.wa.gov>; Azia, Jane <Jane.Azia@ag.ny.gov>; Berger, Kim <Kim.Berger@ag.ny.gov>; Adler, Jordan <Jordan.Adler@ag.ny.gov>; Levin, Hallie B. <Hallie.Levin@wilmerhale.com>; Mahanna, Brian <Brian.Mahanna@wilmerhale.com>; Bernard Eskandari <Bernard.Eskandari@doj.ca.gov>; mstoppel@cozen.com <mstoppel@cozen.com>;BNash@cozen.com <BNash@cozen.com>; mbaylson@cozen.com <mbaylson@cozen.com>; pconnell@cozen.com <pconnell@cozen.com>; jondleibowitz@g

mail.com <jondleibowitz@gmail.com>; D'Angelo, Christopher <Christopher.D'Angelo@ag.ny.gov>
**Subject:** RE: Intuit --Privileged & Confidential

Clark,



Sincerely,

David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

**<span style="color:green">Please consider the environment before printing this email.</span>**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Russell, Clark <Clark.Russell@ag.ny.gov>
**Sent:** Friday, March 25, 2022 6:06 PM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Joseph.Mueller@ag.ny.gov
**Cc:** Edelstein, Daniel <Daniel.Edelstein@ilag.gov>; Jones, Gregory <Gregory.Jones@ilag.gov>; Tyner, Randall <Randall.Tyner@ilag.gov>; Patrick.Abernethy@oag.texas.gov; Perez, Pedro <Pedro.Perez@oag.texas.gov>; Christin Vasquez <Christin.Vasquez@oag.texas.gov>; DMosteller@ncdoj.gov; Jonathan Marx <jmarx@ncdoj.gov>; 'Robert Holup' <Robert.Holup@law.njoag.gov>; Isabella.Pitt@law.njoag.gov; Monica Finke <Monica.Finke@law.njoag.gov>; Zeyad Assaf <Zeyad.Assaf@law.njoag.gov>; Patrice.Malloy@myfloridalegal.com; Carina Bergal <Carina.Bergal@myfloridalegal.com>; JAbel@attorneygeneral.gov; Frasch, Sarah <sfrasch@attorneygeneral.gov>; TMurphy@attorneygeneral.gov; Olha.Rybakoff@ag.tn.gov; Kelley L. Groover <Kelley.Groover@ag.tn.gov>; Jeff Hill <Jeff.Hill@ag.tn.gov>; Shahin, Mina (ATG) <mina.shahin@atg.wa.gov>; Berger, Kim <Kim.Berger@ag.ny.gov>; Adler, Jordan <Jordan.Adler@ag.ny.gov>; Levin, Hallie B. <Hallie.Levin@wilmerhale.com>; Mahanna, Brian <Brian.Mahanna@wilmerhale.com>; Bernard Eskandari <Bernard.Eskandari@doj.ca.gov>;mstoppel@cozen.com; BNash@cozen.com; mbaylson@cozen.com; pconnell@cozen.com; jondleibowitz@gmail.com; D'Angelo, Christopher <Christopher.D'Angelo@ag.ny.gov>
**Subject:** RE: Intuit --Privileged & Confidential

<span style="color:red">**EXTERNAL SENDER**</span>

David,



_____

**Clark P. Russell | Deputy Bureau Chief**
Bureau of Internet and Technology
New York State Office of the Attorney General
28 Liberty Street, New York, NY 10005
(t) 212-416-6494 | (f) 212-416-8369
clark.russell@ag.ny.gov
http://www.ag.ny.gov/bureau/internet-bureau

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Friday, March 25, 2022 9:22 AM
**To:** Mueller, Joseph <Joseph.Mueller@ag.ny.gov>; Russell, Clark <Clark.Russell@ag.ny.gov>
**Cc:** Edelstein, Daniel <Daniel.Edelstein@ilag.gov>; Jones, Gregory <Gregory.Jones@ilag.gov>; Tyner, Randall
<Randall.Tyner@ilag.gov>; Patrick.Abernethy@oag.texas.gov; Perez, Pedro <Pedro.Perez@oag.texas.gov>; Christin
Vasquez <Christin.Vasquez@oag.texas.gov>; Mosteller, Daniel <Dmosteller@ncdoj.gov>; Jonathan Marx
<jmarx@ncdoj.gov>; 'Robert Holup' <Robert.Holup@law.njoag.gov>; Isabella Pitt <Isabella.Pitt@law.njoag.gov>; Monica
Finke <Monica.Finke@law.njoag.gov>; Zeyad Assaf <Zeyad.Assaf@law.njoag.gov>; Patrice.Malloy@myfloridalegal.com;
Carina Bergal <Carina.Bergal@myfloridalegal.com>; JAbel@attorneygeneral.gov; Frasch, Sarah
<sfrasch@attorneygeneral.gov>; TMurphy@attorneygeneral.gov; Olha.Rybakoff@ag.tn.gov; Kelley L. Groover
<Kelley.Groover@ag.tn.gov>; Jeff Hill <Jeff.Hill@ag.tn.gov>; Shahin, Mina (ATG) <mina.shahin@atg.wa.gov>; Azia, Jane
<Jane.Azia@ag.ny.gov>; Berger, Kim <Kim.Berger@ag.ny.gov>; Adler, Jordan <Jordan.Adler@ag.ny.gov>; Levin, Hallie B.
<Hallie.Levin@wilmerhale.com>; Mahanna, Brian
<Brian.Mahanna@wilmerhale.com>; mstoppel@cozen.com; BNash@cozen.com; mbaylson@cozen.com; pconnell@coze
n.com; jondleibowitz@gmail.com; D'Angelo, Christopher <Christopher.D'Angelo@ag.ny.gov>
**Subject:** RE: Intuit --Privileged & Confidential

Privileged & Confidential
FRE 408 and State Equivalents

Counsel,

███████████████████████████████████████████████████████████

In addition, Intuit had a productive and engaging conversation yesterday with FTC Chair Khan.  After the meeting, Kerry McLean, who is Intuit's General Counsel had a number of discussions yesterday afternoon, including a meeting with Intuit's CEO, and Intuit decided that it will pull down the "free, free, free" TV ads for the remainder of the tax season.  It will take a little time for some of those ads to come down, given the logistics of advertising buys.  Intuit believes that it can have the vast majority off the air in the next few business days and the remainder off the air before the end of next week.


Sincerely,

David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

# EXHIBIT L

3/31/22, 9:57 AM
IRS Free File marks record increase; available through Oct. 15 | Internal Revenue Service
Case 3:22-cv-01978-CRB Document 45-2 Filed 04/04/22 Page 73 of 92

 **IRS**

# IRS Free File marks record increase; available through Oct. 15

IR-2020-230, October 6, 2020

WASHINGTON — The Internal Revenue Service announced today that Free File, the IRS-private sector partnership that offers free tax preparation products, scored a record percentage increase in new users as taxpayers turned to free name-brand providers in 2020.

IRS Free File online products marked a 50% increase this year as more than 4.1 million taxpayers used one of the free online partner products. Last year, more than 2.7 million taxpayers used Free File.

Free File remains available through October 15 for those taxpayers who still need to file their 2019 return.

"The IRS has worked with our partners to make important improvements to the Free File program this year, and we are encouraged by the strong increase in usage," said IRS Commissioner Chuck Rettig. "The IRS remains committed to supporting and promoting this free service that benefits so many taxpayers."

Additionally, 96% of the people who had no filing requirement and who registered for an Economic Impact Payment used an online tool supported by Free File Inc., the consortium representing the tax software providers who partner with the IRS.

Free File Inc. developed the Non-Filers: Enter Payment Info Here tool that gave Americans with no filing requirement a free way to get their Economic Impact Payment. More than seven million non-filers have registered for the payments so far, with more than 6.7 million Non-Filers using the Free File Inc. product. The Non-Filers tool, available on the IRS.gov homepage, remains available through November 21, following the announcement that the deadline for non-filers to register had been extended.

## How Free File works

Taxpayers whose adjusted gross income was $69,000 or less in 2019 can choose from multiple online preparation products, in English and Spanish. Taxpayers whose income was higher can opt for Free File Fillable Forms, the electronic version of IRS paper forms.

### Here's how taxpayers can use Free File:

- Go to IRS.gov/freefile
- Select "Choose an IRS Free File offer"
- Choose between "Browse All" and "Start Lookup Tool" to find the right product for you
- Follow links to the Free File providers tax product

In 2003, the IRS and the Free File Alliance, now Free File Inc., a consortium of tax software providers began offering free tax software and free electronic filing to taxpayers. There currently are 10 partners offering free products, including two products in Spanish.

IRS Free File is the main provider of free, electronic tax preparation services for low- to moderate-income Americans and, in aggregate, one of the top e-file providers within the tax industry.

*Page Last Reviewed or Updated: 27-Aug-2021*

# EXHIBIT M

 https://www.treasury.gov/press-center/press-releases/Pages/po964.aspx Case 3:22-cv-01973-CRB Document 45-2 Filed 04/04/22 Page 75 of 92

3 captures
2 Apr 2021 - 19 Jan 2022

MAR **APR** NOV
◄ **02** ►
2020 **2021** 2022
About this capture



An official website of the United States Government

Skip Navigation   Accessibility   Languages   Site Map   Contact

# U.S. DEPARTMENT OF THE TREASURY

ABOUT TREASURY    POLICY ISSUES    DATA    SERVICES    NEWS    🔍 SEARCH

Press Releases

**Archived Press Releases**

Weekly Public Schedule

Media Schedule and Advisories

Webcasts

Press Contacts



## Press Center

Home » Press Center » Press Releases » "TREASURY, IRS ANNOUNCE NEW EFFORTS TO EXPAND E-FILING"

### "TREASURY, IRS ANNOUNCE NEW EFFORTS TO EXPAND E-FILING"

1/30/2002

Today the Treasury Department and the Internal Revenue Service announced new efforts to reduce taxpayer burden through expanded electronic filing opportunities.

E-filing is an immediate and important way to reduce the burden for both taxpayers and the government. Taxpayers who file returns electronically, and opt for Direct Deposit, get their refunds in half the time. Electronic returns are far less error-prone, which cuts down on unnecessary notices and penalties. Electronic returns are also far cheaper to process, which saves money for Uncle Sam.

"I believe that the current tax code is an abomination that cries out for vast simplification and reform. Until that vision can be accomplished, we need to reduce the burden on taxpayers in the short term by rapidly expanding opportunities such as e-filing, and making it free to those who choose it. No one should be forced to pay extra just to file his or her tax return. To accomplish this goal, this Administration is committed to taking a new approach. I've asked Commissioner Rossotti to reach out and work in a new partnership with the private sector. I don't intend for the IRS to get into the software business, but rather to open a constructive dialogue with those who already have established expertise in this field. In the end, this effort should come up with a better way to save time and money for both taxpayers and the government," stated Treasury Secretary Paul O'Neill.

The President's budget will contain two proposals aimed at increasing the number of taxpayers who choose to e-file. First, legislation is to be proposed extending the April filing date for electronic returns by at least ten days. This will give taxpayers a little extra time to get their affairs in order around tax day as an added inducement to e-file. Second the Administration proposes to encourage further growth in electronic filing by providing taxpayers the option to file their tax return on-line without charge. Treasury believes the best way to accomplish this is by forging a new partnership with existing private sector expertise in the field.

Currently, e-filing is the product of a public-private arrangement where taxpayers use e-filing vendors which must be approved by the IRS. Today, over 40 million taxpayers take advantage of this process. However, that leaves the more than 90 million taxpayers who don't. Research shows there are many factors that influence this decision.

One is cost: while it only costs 34 cents to mail a paper return, e-filing is sometimes offered for free, but can sometimes cost up to $10-$12. Another is privacy: some taxpayers don't want to send their personal tax information to the IRS via a third party.

"This Administration has worked hard to lower the tax burden on working Americans. There's more to be done. We should do everything we can to reduce the burdens the tax system places on taxpayers. By encouraging more people to file their returns electronically, the proposals in the President's budget will produce real benefits for taxpayers," stated Treasury Secretary Paul O'Neill.

 SHARE



**BUREAUS**
Alcohol and Tobacco Tax and Trade

Bureau of Engraving and Printing

Bureau of the Fiscal Service

Community Development Financial Institutions Fund

Financial Crimes Enforcement Network (FinCEN)

Internal Revenue Service

Office of the Comptroller of the Currency

U.S. Mint

**INSPECTOR GENERAL SITES**
Office of Inspector General (OIG)

Treasury Inspector General for Tax Administration (TIGTA)

Special Inspector General, Troubled Asset Relief Program (SIGTARP)

Report Scams, Fraud, Waste & Abuse

**U.S. GOVERNMENT SHARED**
Enterprise Business Solutions

Administrative Resource Center (ARC)- Bureau of the Fiscal Service

Treasury Direct Services for Governments

**ADDITIONAL RESOURCES**
Privacy Act

Small Business Contacts

Budget and Performance

TreasuryDirect.gov Securities/Bonds

Freedom of Information Act (FOIA)

No FEAR Act Data

Whistleblower Protection

**OTHER GOVERNMENT SITES**
USA.gov

USAJOBS.gov

OPM.gov

MyMoney.gov

Data.gov

Forms.gov

Regulations.gov

PaymentAccuracy.gov

Business.USA.gov

my Social Security

العربية | 中文 | Español | 한국어 | Tagalog | TiếngViệt

Privacy Policy • Google Privacy • Site Map • Site Policies and Notices • FAQs • Feedback • Careers • Accessibility
Required Plug-ins  Adobe® Reader®, Adobe® Flash Player, MS Excel Viewer

# EXHIBIT N

# National Taxpayer Advocate
# ANNUAL REPORT
# TO CONGRESS



2021

## TABLE OF CONTENTS

### PROLOGUE

1. Preface: Introductory Remarks by the National Taxpayer Advocate . . . . . . . . . . . . . . . . . . . . . 1

2. Taxpayer Rights and Service Assessment: IRS Performance Measures and
   Data Relating to Taxpayer Rights and Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

3. Most Serious Problems At a Glance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

4. Highlights of TAS Successes Throughout the Past Year . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

5. Data Compilation and Validation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

### THE MOST SERIOUS PROBLEMS ENCOUNTERED BY TAXPAYERS

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

1. PROCESSING AND REFUND DELAYS: Excessive Processing and Refund
   Delays Harm Taxpayers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

2. IRS RECRUITMENT, HIRING, AND TRAINING: The Lack of Sufficient and
   Highly Trained Employees Impedes Effective Tax Administration . . . . . . . . . . . . . . . . . . . . . 51

3. TELEPHONE AND IN-PERSON SERVICE: Taxpayers Face Significant
   Challenges Reaching IRS Representatives Due to Longstanding
   Deficiencies and Pandemic Complications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66

4. TRANSPARENCY AND CLARITY: The IRS Lacks Proactive Transparency
   and Fails to Provide Timely, Accurate, and Clear Information . . . . . . . . . . . . . . . . . . . . . . . . 81

5. FILING SEASON DELAYS: Millions of Taxpayers Experienced Difficulties
   and Challenges in the 2021 Filing Season . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

6. ONLINE ACCOUNTS: IRS Online Accounts Do Not Have Sufficient
   Functionality and Integration With Existing Tools to Meet the Needs of
   Taxpayers and Practitioners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109

7. DIGITAL COMMUNICATIONS: Digital Communication Tools Are Too Limited,
   Making Communication With the IRS Unnecessarily Difficult . . . . . . . . . . . . . . . . . . . . . . . . 122

8. E-FILING BARRIERS: Electronic Filing Barriers Increase Taxpayer Burden,
   Cause Processing Delays, and Waste IRS Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 136

9. CORRESPONDENCE AUDITS: Low-Income Taxpayers Encounter
   Communication Barriers That Hinder Audit Resolution, Leading to
   Increased Burdens and Downstream Consequences for Taxpayers, the IRS,
   TAS, and the Tax Court . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 149

10. COLLECTION: IRS Collection Policies and Procedures Negatively Impact
    Low-Income Taxpayers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 167

### MOST LITIGATED ISSUES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 183

### TAS CASE ADVOCACY

TAS Case Advocacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 206

TAS Uses Taxpayer Advocate Directives to Advocate for Change . . . . . . . . . . . . . . . . . . . . . . 215

## APPENDICES

Appendix 1: Top 25 Case Advocacy Issues for Fiscal Year 2021 by TAMIS Receipts. . . . . . . . . . . 216

Appendix 2: Taxpayer Advocate Service Directory. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217

Appendix 3: TAS Performance Measures and Indicators. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 222

Appendix 4: Glossary of Acronyms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 227

**NATIONAL TAXPAYER ADVOCATE 2022 PURPLE BOOK**: Compilation of Legislative Recommendations to Strengthen Taxpayer Rights and Improve Tax Administration *(published as separate volume)*

# E-FILING BARRIERS: Electronic Filing Barriers Increase Taxpayer Burden, Cause Processing Delays, and Waste IRS Resources

### WHY THIS IS A SERIOUS PROBLEM FOR TAXPAYERS

The inability to electronically file (e-file) tax forms, schedules, attachments, and other documents negatively impacts the timeliness of processing taxpayers' returns. Paper returns require manual processing, which leads to processing delays and potential transcription errors. In contrast, e-filing significantly benefits both taxpayers and the IRS. Taxpayers benefit from reduced transcription errors and quicker return processing and refund turnaround times. The IRS benefits because it takes fewer resources to process e-filed returns, which frees up much-needed resources to perform other filing season processing tasks, including processing paper returns filed by taxpayers who do not have the ability or desire to e-file. The IRS should remove barriers and provide all taxpayers the option to e-file their returns to lessen the delays and burdens associated with paper returns and to free up resources for those taxpayers who file by paper.

### EXPLANATION OF THE PROBLEM

The COVID-19 pandemic reinforced the critical need for the IRS to further increase the electronic filing (e-filing) of tax forms, schedules, attachments, and other documents. During the pandemic, paper filers were in limbo for an extended period of time awaiting the processing of their returns and receipt of any refunds. Conversely, taxpayers who e-filed experienced significantly less burden because their tax returns did not sit waiting to be extracted and processed.[1]

During the 2021 filing season, about 91 percent of individual returns and about 69 percent of business returns were e-filed through October 23, 2021.[2] While e-filing significantly benefits both taxpayers and the IRS, the IRS still receives a significant number of paper-filed returns. The IRS should remove barriers and provide all taxpayers the option to e-file their returns to lessen the delays and burdens associated with paper returns. We have identified a number of potential reasons some taxpayers continue to paper file:

- A significant number of commonly used forms can only be paper-filed;
- E-file rejections lead to paper filing;
- Inability to e-file returns with attachments;
- Inability to e-file returns with overrides of fields prepopulated by software; and
- Taxpayer preference to file by paper.

In addition, the IRS has not publicized an updated long-term e-file rate goal. As the IRS works to further increase the rate of e-filing, it should also strive to improve the processing of paper returns. Technology, such as optical character recognition (OCR) and 2-D barcoding, is available that would allow the IRS to scan paper returns prepared with software and capture the data accurately and efficiently.

## ANALYSIS

During 2021, about 91 percent of individual returns and about 69 percent of business returns received by the IRS were e-filed.[3]  While the individual e-file rate is impressive, the number of paper-filed tax forms and other documents is also significant.  In 2021, approximately 16 million individual tax returns were filed by paper.[4]  The e-file rate for business returns is significantly lower than the individual e-file rate; the IRS received about 17.7 million paper-filed business returns in 2021.[5]  This significant number of paper filings is a drain on IRS resources and is likely to cause negative impact to the entire filing season processing, which increases taxpayer burden resulting from processing delays and inaccurate transcription.  The IRS must continue to take steps to increase e-filing options for both individual and business taxpayers who prefer to e-file.[6]

The method a taxpayer or preparer chooses to submit a tax return can have significant consequences.  Both taxpayers and the IRS benefit from e-filing for a variety of reasons, including:

- *Taxpayer Convenience:* The taxpayer or preparer can typically accomplish the act of e-filing within a few minutes while sitting in front of a computer.  The convenience of e-filing enables the taxpayer to avoid the additional steps associated with paper filing: printing out the document, placing it in an envelope, and in many cases, visiting the post office to purchase the appropriate mail delivery services (*e.g.*, certified, return receipt).

- *Faster Return Processing and Refund Issuance:* While the IRS accepts an e-filed return within hours, a paper-filed return can take days to arrive at an IRS facility.  It can also take many more days for the IRS to open the mailed envelope and transcribe the document.  At times during the pandemic, it took the IRS more than six months to process the return and issue any applicable refund.  E-filing also allows continuous processing, even when IRS offices are closed due to weather or safety conditions.

- *Accurate Recording of Tax Return Information and Avoidance of Transcription Errors:* When a taxpayer e-files a tax return, the IRS receives the tax return information in an electronic format ready for processing.  When the IRS receives a paper return by mail, it generally must manually enter or transcribe certain data included on the document.  Transcription errors can impose significant burden on both taxpayers and the IRS.  Such errors often lead to unnecessary compliance actions and result in wasted time and resources for both parties.  During 2021 through the end of August, the IRS's quality reviews measured transcription accuracy rates of 78 percent for individual returns and 87 percent for business returns.[7]  For individuals, that means roughly one out of every four returns had a transcription error that could trigger an unwarranted compliance action or an erroneous refund that the IRS might later seek to recover.

- *Substantially Reduced Processing Costs:* The cost savings associated with e-filing are substantial for the IRS.  Processing a paper-filed return is significantly more expensive for the IRS than processing an e-filed return due to the costs associated with training, recruiting, and staffing for manual data transcription.  In fact, the cost to process a paper-filed Form 1040 in fiscal year (FY) 2020 was $15.21, which is substantially higher than the $0.36 cost to process an e-filed return.[8]

## A Significant Number of IRS Forms Require Paper Filing

Increasing the availability and rate of electronic filing continues to be an important component of the IRS's efforts to improve service, enhance enforcement, and modernize technology and work processes.[9]  In most cases, the method a taxpayer or preparer uses to file a document with the IRS is based on taxpayer preference.  However, certain IRS forms, schedules, and other documents still require paper filing.[10]  Figure 2.8.1 provides a partial list of commonly used forms that taxpayers and preparers can only file by paper.

**FIGURE 2.8.1, Filings of Forms Ineligible for E-Filing, Processing Years (PYs) 2019-2021 (Through September 29, 2021)[11]**

| Forms That Taxpayers Can Only File by Paper | PY 2021 | PY 2020 | PY 2019 |
|---|---|---|---|
| Form W-7, Application for IRS Individual Taxpayer Identification Number | 1,301,750 | 1,119,836 | 1,526,880 |
| Form 5472, Information Return of a 25 percent Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business (Currently e-filing is not available for Foreign-Owned U.S. Disregarded Entities) | 264,396 | 275,676 | 286,100 |
| Form 941-X, Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund | 217,235 | 173,232 | 219,745 |
| Form 14039, Identity Theft Affidavit | 181,578 | 161,753 | 59,250 |
| Form 1065-X, Amended Return or Administrative Adjustment Request (AAR) | 94,117 | 92,899 | 103,264 |
| Form SS-4, Application for Employer Identification Number (for foreign companies) | 55,907 | 46,260 | 53,950 |
| Form 1042, Annual Withholding Tax Return for U.S. Source Income of Foreign Persons | 47,494 | 24,274 | 55,891 |
| Form 1139, Corporation Application for Tentative Refund | 30,986 | 34,823 | 39,191 |
| Form 4768, Application for Extension of Time to File a Return and/or Pay U.S. Estate (and Generation-Skipping Transfer) Taxes | 18,024 | 15,291 | 15,182 |
| Form 8038-G, Information Return for Tax-Exempt Governmental Bonds | 16,635 | 7,446 | 22,000 |
| Form 1120-RIC, U.S. Income Tax Return for Regulated Investment Companies | 16,634 | 2,551 | 18,331 |
| Form 730, Monthly Tax Return for Wagers | 15,080 | 14,158 | 23,889 |
| Form 843, Claim for Refund and Request for Abatement | 12,127 | 6,968 | 5,486 |
| Form 1120-REIT, U.S. Income Tax Return for Real Estate Investment Trusts | 3,909 | 434 | 4,101 |
| Form 8703, Annual Certification of a Residential Rental Project | 2,412 | 3,555 | 6,226 |
| Form 8038, Information Return for Tax-Exempt Private Activity Bond Issues | 1,438 | 1,209 | 2,695 |
| Form 14039B, Business Identity Theft Affidavit | 163 | 181 | 232 |
| Form 8328, Carryforward Election of Unused Private Activity Bond Volume Cap | 44 | 193 | 225 |

The IRS continues to make progress converting paper-only forms to e-file. During 2021, for example, the IRS enabled taxpayers and their authorized third parties to electronically submit Form 2848, Power of Attorney and Declaration of Representative, and Form 8821, Tax Information Authorization, by launching two different applications: (1) Tax Pro Account and (2) Submit Forms 2848 and 8821 Online.[12] The launch of these two applications were significant developments considering that about 1.5 million Forms 2848 and more than 760,000 Forms 8821 were filed in PY 2021 through September 29.[13]

In August 2020, the IRS enabled taxpayers and preparers to e-file Form 1040-X, Amended U.S. Individual Income Tax Return.[14] However, the IRS still manually processes e-filed Forms 1040-X, which eliminates some benefits of e-filing. The IRS has indicated that it is exploring the incorporation of automation into the processing of Forms 1040-X.[15] This would be an important development considering that the IRS received about 3.6 million Forms 1040-X in FY 2021 through September 29.[16]

In addition, the IRS has stated that it plans to expand e-file to enable taxpayers to electronically file all business returns.  This will allow the IRS to better integrate the returns and the information reported with the IRS submission processing and compliance functions.[17]

Despite these measures, the number of forms on the list in Figure 2.8.1 that taxpayers had to file on paper during PY 2021 totaled over two million.  Unless and until the IRS can make these forms eligible for e-filing, it will continue to receive a large volume of paper forms that it must transcribe and that are subject to the same delays and transcription errors described earlier, at greater expense to taxpayers.[18]  Due to the sheer volume of Forms W-7 filed each year, we recommend that the IRS evaluate the Individual Tax Identification Number (ITIN) application process to determine the feasibility of digitizing the process in some manner, potentially by enabling certified acceptance agents to electronically submit the form and copies of any necessary documentation, to the extent possible.  In addition, until the IRS enables taxpayers to e-file all IRS forms, it should explore the possibility of accepting such unsupported forms as attachments to e-filed tax returns.

### E-File Rejections Lead to Paper Filing

Some taxpayers and preparers who intend to e-file are unsuccessful when they attempt to transmit a return electronically.  The IRS will reject an electronically submitted return if it breaks one or more of the IRS Modernized e-File (MeF) business rules.  Figure 2.8.2 shows the top five business rules broken for tax year (TY) 2020 individual returns.

**FIGURE 2.8.2, Top Five Business Rules Broken in TY 2020 Individual Tax Returns Through September 29, 2021[19]**

| Business Rule Rejection Code | Number of Times Rule Broken | Percentage of All Rejections | Description of Business Rule |
|---|---|---|---|
| IND-031-04 | 8,395,325 | 30% | Primary taxpayer's prior year personal identification number (PIN) or adjusted gross income (AGI) reported on the return did not match IRS records |
| IND-032-04 | 2,178,415 | 8% | Spouse's prior year PIN or AGI reported on return did not match IRS records |
| R0000-507-01 | 1,550,214 | 6% | A dependent's Social Security number (SSN) reported on the return was used in a previously filed return for the same tax year |
| R0000-504-02 | 1,440,462 | 5% | Each dependent's name and SSN entered on return did not match IRS records |
| R0000-194 | 1,301,731 | 5% | Submission is a duplicate of previously accepted submission |

While the business rules that result in e-file rejections are meant to prevent more downstream compliance problems, the IRS should review the most frequently broken business rules to determine a way to minimize the rate of occurrence without increasing the risk of identity theft and the filing of potentially fraudulent returns.  The IRS may be able to reduce certain rejections by educating taxpayers and continuing to work closely with the tax return preparation software industry to ensure taxpayers receive clear and timely warnings of potential issues and instructions on how to resolve any rejections that occur during the preparation and filing process.

For example, as shown in Figure 2.8.2, in TY 2020, the top two related business rules, which require the primary taxpayer and the taxpayer's spouse to accurately enter the AGI reported on the prior year return or a self-select PIN, were tripped over ten million times, impacting over five million taxpayers.  If the taxpayer

used the same commercial software to prepare the prior year return, the software typically automatically provides the prior year AGI. Otherwise, taxpayers entered the information themselves. This issue received media attention in the 2021 filing season because of the large number of unprocessed TY 2019 returns.[20] If the IRS had not yet processed the taxpayer's TY 2019 return and the software or the taxpayer provided the AGI amount reported on the filed but unprocessed return, the IRS prevented the taxpayer from e-filing his or her TY 2020 return. To prevent confusion, the IRS provided guidance that taxpayers with unprocessed TY 2019 returns should enter "0" as their TY 2019 AGI.[21] Many preparers and taxpayers were unaware of the guidance, did not enter "0," were prevented from e-filing, and filed TY 2020 returns by paper.

When taxpayers and preparers attempt to e-file, but the return is rejected because it broke a business rule, it is important that they have the ability to conveniently access taxpayer transcripts, ideally through an online account application. In addition, the most effective way to communicate with taxpayers and preparers at the time of filing is through the tax return preparation software products. Partnership with the software industry is key to ensuring that taxpayers and preparers receive the most recent guidance on how to address an error that causes an e-file rejection.

Additionally, the IRS should evaluate the overall need to reject an e-filed "imperfect tax return." Ideally, the rejection of an e-filed tax return provides a taxpayer the opportunity to correct a clear error at the filing stage. However, if the rejection forces the taxpayer to paper file the return with the uncorrected error, the taxpayer and the IRS are in no better position. The taxpayer experiences all the delays associated with paper processing, and the transcription process can introduce even more errors, which will result in downstream enforcement action. The IRS should evaluate whether it is feasible to accept the imperfect tax return upon filing and direct the return to a treatment stream for further review. Even if this treatment requires some level of manual processing, at least the IRS has captured the return information electronically, which is an improvement over the paper filing of such imperfect tax return. The IRS can work closely with the tax return preparation software industry to ensure that the software provides the taxpayers and preparers the necessary upfront opportunity to correct any potential errors before transmitting the tax return.

### Inability to E-File Returns With Attachments

There are a variety of circumstances in which a taxpayer is required or encouraged to submit documentation in support of a return position (*e.g.*, statements, disclosures, explanations, appraisals). It is our understanding that individual taxpayers have been unable to e-file their tax return when it includes at least one attachment. The IRS has stated that its MeF system allows both individual and business taxpayers to e-file tax returns with attachments of most IRS forms and other documentation (*e.g.*, statements, appraisals) if the files are in the proper PDF/Binary format. The taxpayer also has the option to paper file certain supporting documents for an e-filed return by mailing the documents with IRS Form 8453, U.S. Individual Income Tax Transmittal for an IRS e-File Return. This mail-in option is limited to only those forms specifically designated on Form 8453.[22]

The IRS's Enterprise Digitalization Office has expressed the need for multiyear funding to enable the IRS to accept all attachments through e-file.[23] It is our understanding that some individual tax return preparation software companies may also place limits on the taxpayer's ability to attach a document to the return, even if it is in the proper PDF/Binary format. The software may not clearly state or locate the instructions on how to properly attach a document to the tax return. Moreover, some taxpayers may not have the necessary equipment to scan and upload documents in the proper format because many taxpayers have become accustomed to capturing images of documents using their cell phones. Because the inability to attach a document is preventing taxpayers from e-filing, we recommend that the IRS collaborate with the software industry to determine how to remove barriers to attaching documents to minimize the paper filing of these tax returns.[24]

### Inability to E-File Returns With Overrides of Prepopulated Fields

Most tax return preparation software products use a question-and-answer (Q&A) format and then populate IRS forms based on user responses.  However, there are times when the Q&A format does not produce the correct result, and informed users have the option to override the entries populated onto IRS forms to produce a correct result.  Some overrides come with a warning essentially stating that such override will prevent the user from e-filing.  According to the IRS, some software products may prevent the user from changing certain prepopulated fields to prevent the IRS from rejecting the e-filed return due to an incorrect value.[25]  For example, a software product may populate a field on the return based on prior year data, instructions on the forms, or calculations based on other entries.  This makes sense when the user attempts to insert an incorrectly calculated number for prepopulated fields based on pure calculations.  It does not make sense in other fields not based on pure calculations.  In such a case, the software product should clearly warn the user of the risk that a questionable override could result in a potential rejection or subsequent compliance issue, and the user can make the decision whether to accept the risk based on his or her confidence level in the override.  The IRS should continue to collaborate with the tax return preparation software industry to determine a workable solution to enable the e-filing of accurate and complete tax returns.

### Some Taxpayers Continue to Choose to Paper File

Some taxpayers who have the ability to e-file their return still choose to paper file.  While we acknowledge the significant benefits of e-file and implore the IRS to remove barriers to e-file, we respect the preferences of taxpayers who make an informed decision to paper file their returns.

In 2010, the IRS commissioned MITRE to conduct the Phase 2 of the Advancing e-File Study, which included an evaluation of the reasons taxpayers and preparers paper file.  The study produced the following reasons:[26]
- Concern over the security and privacy of internet and e-file;
- Confusion about how e-file works;
- Actual or perceived inability to e-file forms, schedules, and attachments;
- No need for quick refund (or owes taxes);
- Lack of technology necessary to e-file;
- Cost to e-file;
- Recordkeeping concerns (storing electronic copies);
- Unaware e-file is more accurate; and
- Fear of greater risk of audit.

Surveys conducted in 2015 and 2020 by the IRS's Small Business/Self-Employed (SB/SE) Division found similar reasons.[27]

To reduce these concerns and encourage taxpayers to make informed decisions to e-file, the IRS frequently conducts outreach and education, including annual pre-filing season outreach campaigns, to alert taxpayers to the benefits of e-file.[28]  The IRS should conduct comprehensive research of individual and business taxpayers as well as their preparers, broken down by demographics, to determine the reasons they continue to paper file and whether they would convert to e-file if they were more informed about the benefits of e-file.  The IRS can use the findings of this research to conduct a data-driven outreach campaign to address taxpayers' concerns.

### The IRS Does Not Publicize an Updated Long-Term E-File Goal

Section 2001(a) of the IRS Restructuring and Reform Act of 1998 (RRA 98) directed the IRS to set a goal of achieving an 80 percent e-file rate by 2007.[29]  Since that time, the IRS has not publicized an updated long-term e-file rate goal.[30]  The IRS previously included e-file rate targets in its budget reporting but discontinued this practice in FY 2019 for the individual e-file rate and in FY 2021 for the business e-file rate.[31]  Two of the

three main goals of the IRS Digitalization Strategy are to (1) reduce paper volume and (2) increase access to data, but the strategy does not include a specific e-file rate goal.[32]

The IRS achieved an overall e-file rate of 81.3 percent in FY 2020.[33]  In its 2021 annual report, the Electronic Tax Administration Advisory Committee (ETAAC) recommended that the IRS increase its electronic filing goal now that it surpassed an 80 percent e-file rate for major returns in 2017.[34]  ETAAC did not provide a specific number but recommended that the IRS reset its goal to better match progress since 1998.  ETAAC suggested the IRS either raise the 80 percent goal or expand the types of forms included in the 80 percent goal.  We support ETAAC's recommendation and encourage the IRS to work with ETAAC to set a new long-term e-file rate goal.[35]  The IRS should factor into any new e-file goals its planned implementation of e-file mandates included in the Taxpayer First Act.[36]  Such mandates will increase the overall rate of e-file.  However, we recommend that the IRS couples any implementation of e-file mandates with a fair hardship waiver process for taxpayers and preparers who cannot reasonably comply with such mandates.[37]

### Scanning Technology Is Necessary to Efficiently and Accurately Process Electronically Prepared and Paper-Filed Returns[38]

During the 2021 filing season (through August 26), about six million paper-filed individual tax returns were electronically prepared using commercial tax return preparation software.[39]  Ideally, the IRS will succeed in its efforts to convert many of these taxpayers to e-file; however, achieving a 100 percent e-file rate is not realistic in the foreseeable future, and we are not suggesting it should be, as the IRS will continue to receive some of these returns on paper.

Both taxpayers and the IRS would benefit by improving the efficiency and accuracy of paper return processing, particularly since transcription errors occur in connection with nearly one quarter of individual paper tax returns.[40]  Technology is available that would allow the IRS to scan paper returns prepared with software to capture the data more accurately and efficiently than manual transcription.  To enable the IRS to utilize one form of scanning technology, known as 2-D barcoding, tax return preparation software would generate and imprint a horizontal or vertical barcode containing all return information on the return.  The IRS, upon receiving the paper return, would scan the barcode, capture the data, decode it, and process the return as if it had been transmitted electronically.  Many states have used 2-D barcoding for paper-based income tax returns for more than a decade.[41]  The IRS itself has partnered with the software industry to enable taxpayers to file Schedules K-1 with a 2-D bar code.[42]

The IRS has adopted another type of scanning technology known as OCR to process certain forms filed on paper.  With this technology, the IRS scans the paper-filed return (without a barcode), captures the data, stores the tax form images and data in an electronic format, and processes the return as if it had been e-filed.[43]  A major advantage of OCR technology is that it is not limited to digitizing returns prepared with software and prevents the need for manual data entry.  OCR is, admittedly, less accurate at capturing data from handwritten returns, but it is our understanding that such accuracy will increase with the integration of artificial intelligence technology.[44]

While scanning technology is not considered e-filing and still involves the submission of a paper return, it produces many of the benefits of e-filing for the taxpayer and the IRS, including: (i) faster tax return processing and delivery of refunds, (ii) more accurate recording of tax return information, and (iii) return processing cost savings.  Despite these benefits, the IRS does not have updated scanning technology (*e.g.*, 2-D barcoding, OCR, or similar data extraction technology) for many paper-filed returns, including individual income tax returns.  In addition, adoption of these (or similar) technologies will require the IRS to: (1) update the applicable forms (*e.g.*, to add a 2-D barcode and provide the requisite spacing for OCR) and (2) closely coordinate with the tax return preparation and filing software companies.

The IRS has indicated an interest in adding 2-D barcodes on all IRS forms and outgoing correspondence, due to the industry-proven efficiencies associated with extracting machine-readable data from paper returns and correspondence.  It has worked on this issue with the software industry as part of the Technology Verticals of its Pilot IRS program.[45]  Because the IRS has indicated a low adoption rate of 2-D barcode technology to Schedules K-1 by software companies, it should meet with industry representatives to determine how to minimize any barriers to further expansion of such technology, while at the same time obtaining statutory authority requiring the adoption of 2-D barcodes (or similar technologies).  The IRS is also considering new OCR technology through its Pilot IRS program.  However, widescale expansion of both 2-D barcode and OCR technologies will require additional multiyear funding.[46]

> **To further increase e-file, the IRS must evaluate and address the barriers taxpayers face to facilitate e-filing for taxpayers.**

## CONCLUSION AND RECOMMENDATIONS

The IRS still receives a significant number of paper-filed returns from individual and business taxpayers.  To achieve the significant benefits of e-file, the IRS must evaluate the current obstacles taxpayers and the agency face to increase the e-file rate.  It must focus on and prioritize expanding e-file to commonly used forms that taxpayers and preparers can only paper file.  To further increase e-file, it must evaluate and address the barriers taxpayers face to facilitate e-filing for taxpayers.  Such efforts include evaluating e-file rejections to determine how the IRS can partner with the tax return preparation software industry to minimize errors causing such rejections and whether rejections are necessary at all.  In addition, it must partner with the industry to determine how to reduce the e-file obstacles for returns with attachments and overrides.  Because it has surpassed the 80 percent e-file goal set by RRA 98, the IRS should reset its goal, especially as it plans to implement e-file mandates in the Taxpayer First Act.  Finally, the IRS must conduct research to determine why some taxpayers continue to paper file their returns.  For those taxpayers and preparers who continue to paper file, the IRS should strive to improve the accuracy and efficiency of processing paper returns.

### Preliminary Administrative Recommendations to the IRS

The National Taxpayer Advocate recommends that the IRS:

1. Evaluate the overall need to reject an e-filed "imperfect tax return" and determine the feasibility of accepting the imperfect tax return upon filing and directing it to a treatment stream for further review.

2. Work closely with the tax return preparation software industry to ensure that the software provides the taxpayers and preparers the necessary upfront opportunity to correct any potential errors before e-filing that would currently result in an e-file rejection.

3. Meet with tax return preparation software industry representatives to determine how to minimize the paper filing of software-prepared tax returns that include attachments.  The goal of such discussions should be to devise a workable solution that permits taxpayers to e-file returns.

4. Meet with tax return preparation software industry representatives to determine how to minimize the paper filing of software-prepared returns with overrides of some prepopulated fields.  The goal of such discussions should be to devise a workable solution that permits the e-filing of these returns.

5. Conduct comprehensive research to determine the reasons individual and business taxpayers and their preparers, broken down by demographics, continue to paper file and whether they would convert to e-file if they are more informed about the benefits of e-file.  The IRS can use the findings of this research to conduct a data-driven outreach campaign to address taxpayers' concerns.

Most Serious Problems

6. Meet with tax return preparation software industry representatives to determine how to minimize any barriers to incorporating 2-D barcode technology into electronically prepared returns that are printed and filed on paper.

7. Utilize 2-D barcoding and optical character recognition (or similar) technology to improve the accuracy and efficiency of processing of paper tax returns.

8. Collaborate with ETAAC to set a new long-term electronic filing rate goal.  Any implementation of e-file mandates to achieve these goals must be coupled with a fair hardship waiver process to accommodate taxpayers and preparers who cannot comply.

**Legislative Recommendation to Congress**

The National Taxpayer Advocate recommends that Congress:

1. Provide multiyear funding for the IRS to expand the use of 2-D barcoding and optical character recognition technology to improve the accuracy and efficiency of paper return and correspondence processing.[47]

**RESPONSIBLE OFFICIALS**

Kenneth Corbin, Commissioner, Wage and Investment Division
Darren Guillot, Commissioner, Collection and Operations Support, Small Business/Self-Employed Division
De Lon Harris, Commissioner, Examination and Operations Support, Small Business/Self-Employed Division
Nikole Flax, Commissioner, Large Business and International Division
Harrison Smith, Co-Director, Digitalization, Enterprise Digitalization and Case Management Office
Justin Abold-LaBreche, Co-Director, Enterprise Case Management, Enterprise Digitalization and Case Management Office

**IRS COMMENTS**

Through October 23, 2021, the IRS processed 151.6 million individual electronically filed (e-file) returns, which was 91.2 percent of all individual returns processed.  As of November 29, 2021, the IRS also processed 41.2 million e-filed business returns.  The IRS continues to see increases in e-filed tax returns, and we continue to expand the scope of service by adding more forms available for e-file, building on paperless processing capabilities, and leveraging Free File services to promote e-file.

In 2021, the IRS added five new forms to the modernized e-file platform including Form 990-T, Exempt Organization Business Income Tax Return and Schedule LEP (Form 1040), Request for Alternative Language Products by Taxpayers With Limited English Proficiency.  We also redesigned Form 1040-NR, U.S. Nonresident Alien Income Tax Return, to reflect updates made to the Form 1040 due to legislative changes.  For 2022, the IRS is developing 14 additional e-fileable forms, including Schedules K-2 and K-3 for Form 1065, 8865, and 1120-S returns, and Form 9000, Alternative Media Preference, which provides taxpayers options for future communications with the IRS including Braille and audio formats.  These efforts not only increase e-file capabilities, but provide assistance to those with specific needs.

Pending funding approval, during Fiscal Year (FY) 2022 the IRS will expand e-file capabilities for Form 1040-X, Amended U.S. Individual Income Tax Return, by allowing e-filing of amendments for non-electronic original returns and offer e-filing of Form 1040-X for all 1040-family returns.

Additional funding for FY 2023 will precipitate discussions on automating backend processing for Form 1040-X adjustments.  These changes are another step to improve the taxpayer experience, although the required funding must compete with numerous legislative needs and other IT service demands.

We actively encourage taxpayers to use IRS Free File services to file electronically.  To expand awareness, we mailed 2.5 million postcards to taxpayers who previously filed on paper.  Free File continues to trend upwards with a 12.9 percent increase in processing year 2021, and a 59.6 percent increase in use of Free File Fillable Forms.  Free File companies also offered the ability for taxpayers to e-file amended individual tax returns in 2021.  We also developed a successful strategy to assist taxpayers by delivering free tax preparation services through our Volunteer Income Tax Assistance (VITA)/Tax Counseling for the Elderly (TCE) partners using multifaceted approaches, including virtual services.

The IRS is assessing additional ways to reduce paper processing and provide more efficient service for our customers.  One option being considered is optical character recognition (OCR).  An OCR pilot found returns successfully scanned and processed electronically, thus reducing processing times, errors, and labor-intensive tasks.

Removing electronic barriers and expanding technology to improve the taxpayer experience is a collaborative and complex effort.  The IRS evaluates and prioritizes forms for e-file capability, while simultaneously balancing new legislatively required programming, IT priorities, and limited resources.  The IRS continues to work with the Taxpayer Advocate Service to review and implement recommendations related to Free File and e-file to continually improve the customer experience.

## TAXPAYER ADVOCATE SERVICE COMMENTS

In recent years, the IRS needed to prioritize e-file initiatives given limited resources and increasing legislatively mandated information technology programming requirements.  Additional funding would enable the IRS to further evaluate and address the current obstacles preventing taxpayers from e-filing.

Collaboration with the tax return preparation software industry is also necessary to increase e-filing.  The IRS can partner with the industry to evaluate e-file rejections and devise a plan to reduce their occurrence.  Such discussions with the industry should also address how to enable taxpayers to e-file returns with attachments and/or overrides of prepopulated fields.

Despite the IRS's efforts to increase the e-file rate, it will continue to receive millions of paper returns for the foreseeable future.  Additional funding would enable the IRS to utilize 2-D barcode and optical character recognition technology to effectively process those paper returns.  While such technology does not convert paper filers to e-file, it improves the taxpayer experience by providing more efficient and accurate processing of paper returns.

**Most Serious Problems**

## RECOMMENDATIONS

### Administrative Recommendations to the IRS

The National Taxpayer Advocate recommends that IRS:

1. Evaluate the overall need to reject an e-filed "imperfect tax return" and determine the feasibility of accepting the imperfect tax return upon filing and directing it to a treatment stream for further review.

2. Work closely with the tax return preparation software industry to ensure that the software provides the taxpayers and preparers the necessary upfront opportunity to correct any potential errors before e-filing that would currently result in an e-file rejection.

3. Meet with tax return preparation software industry representatives to determine how to minimize the paper filing of software-prepared tax returns that include attachments. The goal of such discussions should be to devise a workable solution that permits taxpayers to e-file returns.

4. Meet with tax return preparation software industry representatives to determine how to minimize the paper filing of software-prepared returns with overrides of some prepopulated fields. The goal of such discussions should be to devise a workable solution that permits the e-filing of these returns.

5. Conduct comprehensive research to determine the reasons individual and business taxpayers and their preparers, broken down by demographics, continue to paper file and whether they would convert to e-file if they are more informed about the benefits of e-file. The IRS can use the findings of this research to conduct a data-driven outreach campaign to address taxpayers' concerns.

6. Meet with tax return preparation software industry representatives to determine how to minimize any barriers to incorporating 2-D barcode technology into electronically prepared returns that are printed and filed on paper.

7. Utilize 2-D barcoding and optical character recognition (or similar) technology to improve the accuracy and efficiency of processing of paper tax returns.

8. Collaborate with ETAAC to set a new long-term electronic filing rate goal. Any implementation of e-file mandates to achieve these goals must be coupled with a fair hardship waiver process to accommodate taxpayers and preparers who cannot comply.

### Legislative Recommendation to Congress

The National Taxpayer Advocate recommends that Congress:

1. Provide multiyear funding for the IRS to expand the use of 2-D barcoding and optical character recognition technology to improve the accuracy and efficiency of paper return and correspondence processing.

## Endnotes

1   *See* National Taxpayer Advocate Fiscal Year 2022 Objectives Report to Congress 1-23 (*Review of the 2021 Filing Season*); National Taxpayer Advocate 2020 Annual Report to Congress 2-8 (Most Serious Problem: *Introduction: The Most Serious Problems Encountered by Taxpayers*).

2   IRS, Filing Season Statistics Report for Week Ending October 22, 2021, https://www.irs.gov/newsroom/filing-season-statistics-for-week-ending-october-22-2021.

3   *Id.*

4   *Id.*

5   *Id.*

6   The Taxpayer First Act provides for e-file mandates applicable to partnerships, corporations, exempt organizations, and information returns.  Taxpayer First Act, Pub. L. No. 116-25, §§ 2301, 3101, 133 Stat. 981, 1012-013, 1015-016 (2019).  Implementation of these provisions will certainly increase the e-file rate for business returns.

7   IRS response to TAS information request (Sept. 16, 2021).

8   IRS, Document 6746, Cost Estimate Reference FY 2020, Exhibit 40 (June 2021).  The cost to process a paper Form 1040 in FY 2020 was significantly higher than the cost in FY 2019 ($5.49) due to the pandemic.  IRS, Document 6746, Cost Estimate Reference FY 2019, Exhibit 40 (June 2020).

9   IRS response to TAS information request (Sept. 16, 2021).

10   *See* IRS, Pub. 5316, Internal Revenue Service Advisory Council Public Report 32-36 (Nov. 2020) (IRSAC recommends paper-only forms the IRS should prioritize).

11   IRS, Compliance Data Warehouse (CDW) (Sept. 29, 2021).  Data compiled from the IRS CDW Individual Returns Transaction File, Business Returns Transaction File, Individual Master File (IMF), Business Master File, Modernized Tax Return Data Base, Electronic Tax Administration Research and Analysis System (ETARAS), Entity Application Programs, and Centralized Authorization File (CAF) databases.  The count for the PY 2021 Form W-7 is IRS, 2021 Individual Taxpayer Identification Number (ITIN) Comparative Report (Week ending 10/23/21 v. 10/24/20).  Some forms listed in Figure 2.8.1 are submitted multiple times for the same purpose before the IRS processes them properly.  E-filing would cut down on repeated submissions and the overall volume of mail and follow-up calls.  There are other forms that must be filed on paper but which are not transcribed (or for which complete data is not readily available) including Form 211, Application for Award for Original Information; Form 1045, Application for Tentative Refund; Form 1310, Statement of Person Claiming Refund Due a Deceased Taxpayer (when Part 1 Boxes A and B are present); Form 4466, Corporation Application for Quick Refund of Overpayment of Estimated Tax; Form 4506, Request for Copy of Tax Return; Form 5074, Allocation of Individual Income Tax to Guam or the Commonwealth of the Northern Mariana Islands (CNMI); Form 8288-B, Application for Withholding Certificate for Dispositions by Foreign Persons of U.S. Real Property Interests; Form 8802, Application for United States Residency Certification; Form 8809-I, Application for Extension of Time to File FATCA Form 8966; Form 8822, Change of Address; Form 8898, Statement for Individuals Who Begin or End *Bona Fide* Residence in a U.S. Possession; Form 8918, Material Advisor Disclosure Statement; Form 56, Notice Concerning Fiduciary Relationship; and Form 12153, Request for a Collection Due Process or Equivalent Hearing.

12   *See* IRS, IR-2021-20, New IRS "Submit Forms 2848 and 8821 Online" Offers Contact-Free Signature Options for Tax Pros and Clients Sending Authorization Forms (Jan. 25, 2021); IRS, IR-2021-154, IRS Improves Services to Taxpayers with Digital Authorizations and Launch of New Tax Pro Account (July 19, 2021).

13   IRS, CDW, CAF, CAF Source Table (Sept. 29, 2021).

14   IRS, IR-2020-182, Major IRS Milestone Helps Taxpayers Correct Tax Returns With Fewer Errors, Speeds Processing (Aug. 17, 2020).

15   IRS response to TAS information request (Sept. 16, 2021).

16   IRS, CDW, IMF Transaction History Table (Sept. 29, 2021).

17   IRS response to TAS information request (Sept. 22, 2021).

18   *See also* IRS, Pub. 5316, Internal Revenue Service Advisory Council Public Report 137-144 (Nov. 2021).

19   IRS, CDW, ETARAS MEF 1544 Table (Sept. 29, 2021).

20   *See, e.g.*, Howard Gleckman, *Are IRS Security Tools Blocking Millions of People From Filing Electronically?*, Forbes (Apr. 26, 2021), https://www.forbes.com/sites/howardgleckman/2021/04/26/are-irs-security-tools-blocking-millions-of-people-from-filing-electronically/.

21   IRS, Validating Your Electronically Filed Tax Return, https://www.irs.gov/individuals/electronic-filing-pin-request (last visited Sept. 12, 2021).

22   IRS response to TAS information request (Sept. 16, 2021).  The Form 8453 instructions say, "Don't attach any form or document that isn't shown on Form 8453 next to the checkboxes.  If you are required to mail in any documentation not listed on Form 8453, you can't file the tax return electronically."  IRS Form 8453, U.S. Individual Income Tax Transmittal for an IRS e-file Return, General Instructions 2 (2020).  Form 8453 is limited to the following designated forms: Form 1098-C, Contributions of Motor Vehicles, Boats, and Airplanes; Form 2848, Power of Attorney and Declaration of Representative; Form 3115, Application for Change in Accounting Method; Form 3468, Investment Credit; Form 4136, Credit for Federal Tax Paid on Fuels; Form 5713, International Boycott Report; Form 8283, Noncash Charitable Contributions; Form 8332, Release/Revocation of Release of Claim to Exemption for Child by Custodial Parent; Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs); Form 8864, Biodiesel and Renewable Diesel Fuels Credit; Form 8885, Health Coverage Tax Credit; and Form 8949, Sales and Other Dispositions of Capital.

23   IRS response to TAS information request (Sept. 22, 2021).

24   IRS response to TAS information request (Sept. 16, 2021).

25   *Id.*

26   MITRE Corporation, Document No. 0221.A2b, *Internal Revenue Service: Advancing e-File Study Phase 2 Report: An Examination of Options to Increase Electronic Filing of Individual Returns* 24-25, 34-35 (Dec. 15, 2010).

27   IRS response to TAS information request (Sept. 17, 2021) (SB/SE response details the FY 2020 SB/SE Customer Experiences, Expectations, and Needs Survey and the Employment Tax e-File Survey for Tax Practitioners, November 2015).

28   *See, e.g.*, IRS, IR-2021-35, Avoid Pandemic Paper Delays: Use e-File With Direct Deposit for Faster Refunds as IRS Prepares to Open 2020 Filing Season (Feb. 11, 2021); IRS, IR-2020-02, IRS Opens 2020 Filing Season for Individual Filers on Jan. 27 (Jan. 6, 2020).

29   RRA 98, Pub. L. No. 105-206, § 2001, 112 Stat. 685, 723 (1998).

30   IRS response to TAS information request (Sept. 16, 2021).

31  IRS response to TAS information request (Sept. 16, 2021).

32  IRS response to TAS information request (Sept. 22, 2021); IRS, Enhancing Systems and Processes to Better Serve Taxpayers (July 22, 2021), https://www.irs.gov/about-irs/enhancing-systems-and-processes-to-better-serve-taxpayers.

33  IRS, Pub. 55-B, Internal Revenue Service 2020 Databook 2 (June 2021).

34  IRS, Pub. 3415, Electronic Tax Administration Advisory Committee Annual Report to Congress 36 (June 2021).

35  *See also* IRS, Pub. 5316, Internal Revenue Service Advisory Council Public Report 141 (Nov. 2021).

36  The Taxpayer First Act provides for e-file mandates applicable to partnerships, corporations, exempt organizations, and information returns.  Taxpayer First Act, Pub. L. No. 116-25, §§ 2301, 3101, 133 Stat. 981, 1012-013, 1015-016 (2019).  Implementation of these provisions will certainly increase the e-file rate for business returns.

37  For an example of e-file mandate administrative exemptions and waiver processes, see IRS Notice 2011-26, 2011-17 I.R.B. 720 and Rev. Proc. 2011-25, 2011-17 I.R.B. 725, respectively.

38  *See* National Taxpayer Advocate 2022 Purple Book: *Compilation of Legislative Recommendations to Strengthen Taxpayer Rights and Improve Tax Administration* 12 *(Require the IRS to Work With Tax Software Companies to Incorporate Scanning Technology for Individual Income Tax Returns Filed on Paper).*

39  IRS, CDW (Jan. 1, 2021 through Aug. 26, 2021).

40  IRS response to TAS information request (Sept. 16, 2021).

41  Federation of Tax Administrators, 2-D Barcode Frequently Asked Questions (June 19, 2007).

42  IRS, 2-D Bar Coding for Schedules K-1 is the Preferred Method, https://www.irs.gov/e-file-providers/two-dimensional-bar-coding-for-schedules-k-1-is-the-preferred-method (last visited Sept. 16, 2021).

43  *See* Internal Revenue Manual (IRM) 3.41.274, General Instructions for Processing via SCRIPS (Nov. 5, 2019); IRM 3.41.275.1, Program Scope and Objectives (Nov. 14, 2017).

44  Meeting Between the Council for Electronic Revenue Communication Advancement and TAS on the topic of e-File Barriers (Nov. 10, 2021); Meeting Between the Pennsylvania Department of Revenue and TAS on the topic of e-File Barriers (Nov. 10, 2021).

45  IRS response to TAS information request (Sept. 22, 2021); Department of Treasury, Pilot IRS Informational Posting (Apr. 2, 2021), https://sam.gov/opp/5eb4fcfbdfd342bd94c0af400dbcca38/view?index=opp&naics=541&page=9.

46  *See* IRS response to TAS information request (Sept. 22, 2021); Department of Treasury, Pilot IRS: Enterprise Digitization and Case Management Office (EDCMO) Digitalization Technology Pilot OCR Awards (July 26, 2021), https://sam.gov/opp/3d9a450e51df4bc9b3f75ddc12b9a578/view.

47  National Taxpayer Advocate 2022 Purple Book: *Compilation of Legislative Recommendations to Strengthen Taxpayer Rights and Improve Tax Administration* 12 *(Require the IRS to Work With Tax Software Companies to Incorporate Scanning Technology for Individual Income Tax Returns Filed on Paper).*

Most Serious Problems