1   SONAL N. MEHTA (SBN 222086)           DAVID Z. GRINGER (*pro hac vice*)
    WILMER CUTLER PICKERING              WILMER CUTLER PICKERING
2     HALE AND DORR LLP                    HALE AND DORR LLP
    2600 El Camino Real, Suite 400        250 Greenwich St.
3   Palo Alto, CA 94306                   New York, NY 10007
    Telephone:  (650) 858-6000            Telephone:  (212) 230-8864
4   Facsimile:  (650) 858-6100              David.Gringer@wilmerhale.com
      Sonal.Mehta@wilmerhale.com
5
    SETH P. WAXMAN (*pro hac vice*)
6   HOWARD M. SHAPIRO (*pro hac vice*
    forthcoming)
7   JONATHAN E. PAIKIN (*pro hac vice*)
    DEREK A. WOODMAN (*pro hac vice*)
8   WILMER CUTLER PICKERING
      HALE AND DORR LLP
9   1875 Pennsylvania Ave NW
    Washington, DC 20006
10  Telephone:  (202) 663-6000
    Facsimile:  (202) 663-6363
11    Seth.Waxman@wilmerhale.com
      Howard.Shapiro@wilmerhale.com
12    Jonathan.Paikin@wilmerhale.com
      Derek.Woodman@wilmerhale.com
13
    Attorneys for Defendant
14  INTUIT INC.

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17              **SAN FRANCISCO DIVISION**

18  FEDERAL TRADE COMMISSION,

19                      Plaintiff,          Case No. 3:22-cv-01973-CRB

20      v.                                  **DECLARATION OF CATHLEEN
                                            RYAN IN SUPPORT OF INTUIT'S
21  INTUIT INC.,                            OPPOSITION TO PLAINTIFF'S
                                            EMERGENCY MOTION FOR
22                      Defendant.          TEMPORARY RESTRAINING
                                            ORDER AND PRELIMINARY
23                                          INJUNCTION**

24

25

26

27

28

1    I, Cathleen Ryan, declare as follows:

2        1.      Since January 2022, I have served as the Senior Vice President of Marketing at Intuit.

3    From July 2017 to January 2022, I served as the Vice President of Marketing at Intuit.  From 2011 to

4    2017, I served as Intuit's Director of Marketing, Brand, and Digital Advertising.  Based on my

5    experience in those positions, and my review of Intuit's internal data related to the matters here, I have

6    personal knowledge of the facts set forth below.  I submit this declaration in support of Intuit's

7    opposition to the FTC's emergency motion for temporary restraining order and preliminary injunction.

8    **I.    TurboTax Free Edition**

9        2.      Intuit's TurboTax products help tens of millions of Americans to file their taxes each

10   year.  A substantial number of those Americans are able to use TurboTax at no cost.  Between Tax

11   Year 2016 and Tax Year 2020, nearly 70 million taxpayers filed their taxes using the free version of

12   TurboTax software, currently called TurboTax Free Edition.

13       3.      In Tax Year 2018, more than 12.7 million taxpayers filed using Free Edition, followed

14   by roughly 14.1 million in Tax Year 2019, and nearly 14 million in Tax Year 2020.  Those taxpayers

15   amount to roughly 40% of all TurboTax customers during that time period.  More taxpayers use Free

16   Edition than any other single TurboTax paid product.

17       4.      Intuit offers TurboTax Free Edition to taxpayers whose financial situations require only

18   a simple tax return, meaning one that can be filed using Form 1040 without attached schedules, with

19   some additional tax situations covered.

20       5.      Intuit offers paid TurboTax products to taxpayers with more complex returns.  For

21   instance, TurboTax Deluxe supports tax returns with itemized deductions, while TurboTax Premier is

22   needed to report income from selling stocks.  Intuit provides details about those products and the tax

23   situations they cover at various points on its website, including the Products & Pricing webpage.

24       6.      Before April 1, 2022, the top of the homepage of Intuit's TurboTax website

25   (https://turbotax.intuit.com/) included a promotion for free tax filing, which featured a color-

26   contrasted, hyperlinked disclosure stating "Simple tax returns only" in close proximity to the

27   promotion.  A true and correct screenshot of Intuit's baseline homepage—the version that most users

28   would have seen—prior to April 1 is attached as Exhibit A.

Case No. 3:22-cv-01973-CRB                    1                RYAN DECL. ISO INTUIT'S OPPOSITION TO
                                                               PLAINTIFF'S MOT. FOR TRO & PI

7.      Before April 1, when users clicked on the hyperlinked "Simple tax returns only" disclosure at the top of the TurboTax homepage, a pop-up screen appeared to inform consumers that "[a] simple tax return is Form 1040 only."  The pop-up screen then provided an explanation of the tax situations covered by Free Edition.  A true and correct screenshot of the pop-up screen that appeared when a user clicked "Simple tax returns only" is attached as Exhibit B.

8.      Beginning on April 1, the top of the TurboTax homepage no longer includes a promotion for TurboTax Free Edition.  As a result, most users who visit the TurboTax homepage do not see any promotion for TurboTax Free Edition.  A true and correct screenshot of the baseline TurboTax home page—the version that most users currently see—is attached as Exhibit C.

9.      To attempt to personalize the customer experience, Intuit employs alternative versions of the TurboTax homepage that do feature promotions for TurboTax Free Edition.  Only a small minority of users (roughly 11.5%) visiting the TurboTax website ever see these versions of the homepage.  Like the limited-time promotion discussed above, the promotions for TurboTax Free Edition on these alternative versions of the homepage all feature a color-contrasted, hyperlinked disclosure stating "For simple tax returns only" in close proximity to the promotion.  A true and correct screenshot of an alternative version of the TurboTax homepage is attached as Exhibit D. This alternative homepage's hyperlinked "For simple tax returns only" disclosure is placed immediately below the hyperlinked "File for $0" button.  When users click on the hyperlinked "For simple tax returns only" disclosure, the pop-up screen depicted in Exhibit B appears.

10.     TurboTax Free Edition is also listed on the Products & Pricing page of the TurboTax website (https://turbotax.intuit.com/personal-taxes/online/).  All versions of that Products & Pricing page contain at least one color-contrasted hyperlinked disclosure stating that Free Edition is for simple returns only.  And the most commonly experienced, baseline version of the Products & Pricing page includes three color-contrasted hyperlinked disclosures.  A true and correct screenshot of the baseline version of the TurboTax Products & Pricing page is attached as Exhibit E.

11.     In addition, the TurboTax website includes multiple TurboTax Blog posts and Support FAQ pages describing Free Edition's eligibility criteria.  For example, in a Support FAQ entitled "Is TurboTax Free Edition right for me?," Intuit explains that "Free Edition is an online-only

product that supports simple tax returns that can be filed on Form 1040 without any attached schedules" and then proceeds to provide specific tax situations covered by Free Edition.  A true and correct screenshot of this Support FAQ page (https://ttlc.intuit.com/community/choosing-a-product/help/is-turbotax-free-edition-right-for-me/00/26236) is attached as Exhibit F.

12.     Moreover, the bottom of every page of the TurboTax website includes hyperlinked text stating, "Important offer details and disclosures."  When users click that link, they access a dropdown field including another disclosure that Free Edition is available for simple tax returns only.  This disclosure is visible at the bottom of both Exhibit C and Exhibit E.

13.     Customer retention is a critical component of Intuit's business model, so the company has an incentive to accurately inform its customers about Free Edition's eligibility requirements and get customers started in the product that best suits their needs.  To that end, more than seventy percent of the TurboTax users who begin their tax forms in TurboTax Free Edition ultimately file their returns for free using Free Edition.

14.     If a court were to order Intuit to make alterations to the various references to Free Edition on the TurboTax website prior to the April 18 tax deadline, the company would be required to expend extensive time and incur substantial costs.  And depending on the scope of the court's order, Intuit may be required to stop referring to Free Edition altogether on its website and in any other marketing materials.  This could have the practical effect of preventing even eligible taxpayers from using Free Edition.

**II.     Intuit's Decision To Discontinue Video Advertisements For TurboTax Free Edition**

15.     As reflected in the number of consumers who file their taxes for free using Free Edition, Intuit's Free Edition advertisements have been effective at raising awareness about free tax-filing options.  Intuit's Free Edition advertisements often employ humor to attract consumers' attention, for example, by repeating the word free in unanticipated circumstances.

16.     After our general counsel Kerry McLean and outside counsel met with FTC Chair Lina Khan to discuss the FTC's concerns regarding Intuit's advertising, at approximately 7 p.m. PST on Thursday, March 24, 2022, Intuit decided to discontinue all current video advertising campaigns for TurboTax Free Edition for the remainder of the Tax Year 2021 tax season.  Upon

1   making the decision, Intuit began the process of removing any such advertisements from all media

2   it purchases or otherwise controls.

3       17.   Before making this decision, Intuit had previously run four video ads for TurboTax

4   Free Edition during Tax Year 2021 (i.e., during calendar year 2022).

5       18.   One of these ads was a 15-second "Steven/Spit Take" commercial for a limited-time

6   TurboTax Live offer for Free Edition.  A true and correct version of this ad is available at

7   https://www.ispot.tv/ad/bY2p/turbotax-live-steven (accessed April 1, 2022).  For the last three

8   seconds of the "Steven/Spit Take" commercial, the ad provided a text disclaimer at the bottom of

9   the screen stating: "TurboTax Free Edition is for simple U.S. returns only.  See if you qualify at

10  turbotax.com.  Offer subject to change."  The ad also ended with an audio disclosure stating, "For

11  a limited time, TurboTax is free for simple returns, even when an expert files for you."  Intuit always

12  planned for this ad to air only through March 31, 2022.

13      19.   The other three Free Edition video ads that ran during Tax Year 2021 were similar to

14  each other in that they repeated the word "free" in unanticipated circumstances:

15      a.  a 30-second "Dance Workout" commercial, a version of which the FTC has

16          designated as Exhibit GX 208;

17      b.  a 30-second "Auctioneer" commercial, a version of which the FTC has designated as

18          Exhibit GX 202; and

19      c.  a 30-second "Dog Show" Commercial, a version of which the FTC has designated as

20          Exhibit GX 204.

21      20.   The conclusions of the "Dance Workout," "Auctioneer," and "Dog Show" ads

22  featured an  audio disclosure directing consumers to "see details at turbotax.com."  The conclusions

23  of both ads also included a text disclosure stating that "TurboTax Free Edition is for simple U.S.

24  returns only" and inviting customers to "See if you qualify at turbotax.com."  This same text

25  disclosure has featured in every Free Edition video advertisement since Tax Year 2019.  A true and

26  correct screenshot of the disclosure screen that appeared in the "Dance Workout," "Auctioneer,"

27  ads is attached to this declaration as Exhibit G.

28

21.     Following Intuit's March 24 decision, the "Dance Workout," "Auctioneer," and "Dog Show" ads are now marked "Private" on YouTube.  This means that they no longer appear in search results and that the public cannot view them from TurboTax's YouTube channel.

22.     In addition to unlisting the ads on YouTube, Intuit also immediately sought to remove the ads from all other mediums—namely, linear television, over-the-top (OTT) television, full episode player (FEP) content, online video (OLV), and social media.

23.     Removing the ads from these other mediums required Intuit to coordinate with over 100 advertising partners.  This process can take several business days because the advertising partners—not Intuit—control the broadcast of advertisements after the advertiser places the order.

24.     Thus, in this case, even though Intuit's decision was immediately communicated to its advertising partners, some linear TV advertising logs (which determine the ads that broadcasters run) had already been finalized through the weekend (March 26-27) and therefore could not be changed.  Nonetheless, Intuit's outside advertising agency, Wieden + Kennedy, estimates that approximately 95% of the affected ads were off-air by the end of the day on Monday, March 28.  An additional roughly 4% of the ads were removed from cable rotation by the end of the day on Tuesday, March 29.  The remaining approximately 1% of the ads were set to run in syndicated programs in local markets.  For those programs, the ads are integrated into the program itself and cannot be removed once the show is sent from the syndicator to the local markets.  Wieden + Kennedy estimates that the remaining 1% of ads were off-air by the end of the day on Friday, April 1.

25.     With respect to OTT, FEP, OLV, and social media, most ads were removed by the end of the day of Friday, March 25, and the remaining ones were removed on Monday, March 28.

26.     Now that the process of removing these ads is complete, Intuit has no intention of resuming use of the "Dance Workout," "Auctioneer," or "Dog Show" ads again at any future time.  Intuit also has no intention of ever using any other video ads that similarly rely on the repetition of the word "free."  And between April 19 and September 14, 2022 (the date of Intuit's administrative hearing before the FTC), the company has no intention of airing any video ads for any TurboTax products.

## III.   Additional Exhibits

27.   By virtue of my roles at Intuit, I have personal knowledge concerning the following documents, all of which were made and kept in the course of Intuit's regularly conducted business activities.

28.   Attached as Exhibit H is a true and correct copy of an Intuit blog post entitled "Accelerating Technology Innovation to Better Help Consumers Solve Their Most Pressing Financial Problems," which is also available at https://www.intuit.com/blog/news-social/accelerating-technology-innovation-to-better-help-consumers-solve-their-most-pressing-financial-problems/ (accessed April 1, 2022).

29.   Attached as Exhibit I is a true and correct copy of an Intuit slide deck entitled "TurboTax Free TY18 Style Guide."

30.   Attached as Exhibit J is a true and correct excerpt of an Intuit slide deck "TY18 TurboTax FREE Creative Execution Playbook."

31.   Attached as Exhibit K is a true and correct excerpt of an Intuit slide deck entitled "TurboTax Online Competitive NPS TY18 2019 Study."

32.   Attached as Exhibit L is a true and correct copy of an Intuit slide deck entitled "What is a world-class NPS score?"

33.   Attached as Exhibit M is a true and correct excerpt of an Intuit slide deck entitled "Consumer Group Business Models."

1    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was

2    executed on April 1, 2022, in San Diego, California.

3

4                                                        Cathleen Ryan

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28