# EXHIBIT A



**New!** **File FREE:** Do it yourself, with expert help, or have an expert do your taxes. Only from TurboTax.

Simple tax returns only | Must file by 3/31

**File for $0**



File your own taxes   File with expert help   Tools and resources   Support   After you file

🔒 Sign in

Español

# Taxes done right, with real experts at your side

Get unlimited advice from experts as you do your taxes, and a final review.

**Get started**



intuit

✓ turbotax  quickbooks  mint

One Account. Everything Intuit. Learn more

Phone number, email or user ID

☑ Remember me

🔒 Sign in

*By selecting Sign in, you agree to our* **Terms** *and have read and acknowledge our* **Global Privacy Statement.**

# EXHIBIT B



# EXHIBIT C

File your taxes by April 18—do it yourself or with expert help.   **File now** ▸

Español

intuit
**turbotax**.

File your own taxes    File with expert help    Tools and resources    Support    After you file    🔒 Sign in



## Your taxes,
## your way

Do it yourself, get expert help, or hand it off start to finish — let's get your taxes done right.

File with an expert

intuit

✓ turbotax  ⊕ quickbooks  ◊ mint

One Account. Everything Intuit.  Learn more

Phone number, email or user ID

☑ Remember me

🔒 Sign in



File on your own

## Taxes done right, however you choose

### File your own taxes

Just answer simple questions, and we'll guide you through filing your taxes.

Start for free

See how TurboTax works

### Live experts can help

Get advice and answers as you go, with a final expert review before you file.

Start for free

See how TurboTax Live works

### We do your taxes for you

Have a dedicated tax expert handle everything, from start to finish.

Start Full Service

See how Full Service works



 Full Service

## Let a dedicated tax expert do your taxes for you

With Full Service, we do your taxes for you in a few easy steps.



1 Snap and securely upload your tax documents

2 Get matched with the right expert for your tax situation

3 Your expert does your taxes and keeps you in the loop

4 Review everything with your expert before they file

**Start Full Service**

# Join the millions who file smarter™

Rated **4.6 out of 5** stars by our customers



(259,186 reviews)

★★★★★

**I love TurboTax!**

"TurboTax is fast and easy!!! Why pay so much more going to other places when you can do it yourself online in the comfort of your home?"



**Faye Faye**
Florida

★★★★★

**Great tax system**

"Jean, my one-on-one CPA, was amazing!! Helped me so much and saved me a lot of money."



**Kevmac2101**
New Jersey

★★★★★

**So easy to use. I love TurboTax**

"TurboTax is super simple to use. I think the live support from experts is the icing on the cake!"



**SAB27**
Washington, D.C.

*Actual customer testimonials. Photos are illustrative only.

## Your satisfaction, guaranteed



### We search over 350 tax deductions

We'll find every tax deduction and credit you qualify for to boost your tax refund.



### Every detail reviewed

Get a comprehensive review of your online tax return before you file so you can be confident nothing gets missed.



### 100% accurate calculations

Our calculations are 100% accurate on your tax return, or we'll pay any IRS penalties.



### Big life changes? We can help

Got married? Had a baby? Bought a home? TurboTax can help find you any new tax deductions and credits.



### Guided in case of an audit

Every personal TurboTax return is backed by our Audit Support Guarantee for free guidance from a trained tax professional.



### Get your fastest tax refund possible

File taxes electronically (e-file) and get email confirmation when your tax return is accepted.



## Your security. Built into everything we do.

Here's how



 

* Important offer details and disclosures

**TURBOTAX ONLINE GUARANTEES**

- **TurboTax Free Edition:** $0 Federal + $0 State + $0 To File offer is available for simple tax returns only with TurboTax Free Edition. A simple tax return is Form 1040 only (without any additional schedules). Situations covered:

  - W-2 income
  - Limited interest and dividend income reported on a 1099-INT or 1099-DIV
  - Claiming the standard deduction
  - Earned Income Tax Credit (EIC)
  - Child tax credits
  - Student Loan Interest deduction

- **100% Accurate Calculations Guarantee:** If you pay an IRS or state penalty or interest because of a TurboTax calculation error, we'll pay you the penalty and interest. Limitations apply. See Terms of Service for details.

- **Maximum Refund Guarantee / Maximum Tax Savings Guarantee - or Your Money Back:** If you get a larger refund or smaller tax due from another tax preparation method, we'll refund the applicable TurboTax federal and/or state purchase price paid. (TurboTax Online Free Edition customers are entitled to payment of $30.) Limitations apply. See Terms of Service for details.

- **100% Accurate Expert-Approved Guarantee:** If you pay an IRS or state penalty (or interest) because of an error that a TurboTax tax expert or CPA made while providing topic-specific tax advice, a section review, or acting as a signed preparer for your return, we'll pay you the penalty and interest. Limitations apply. See Terms of Service for details.

- **Audit Support Guarantee:** If you receive an audit letter based on your 2021 TurboTax return, we will provide one-on-one question-and-answer support with a tax professional as requested through our Audit Support Center for audited returns filed with TurboTax for the current tax year (2021) and the past two tax years (2020, 2019). We will not represent you before the IRS or state agency or provide legal advice. If we are not able to connect you to one of our tax professionals, we will refund the applicable TurboTax federal and/or state purchase price paid. (TurboTax Free Edition customers are entitled to payment of $30.) Excludes TurboTax Business. Limitations apply. See Terms of Service for details.

- **Satisfaction Guaranteed:** You may use TurboTax Online without charge up to the point you decide to print or electronically file your tax return. Printing or electronically filing your return reflects your satisfaction with TurboTax Online, at which time you will be required to pay or register for the product.

**TURBOTAX ONLINE/MOBILE PRICING:**

- **Try for Free/Pay When You File:** TurboTax online and mobile pricing is based on your tax situation and varies by product. TurboTax Free Edition ($0 Federal + $0 State + $0 To File) is available for simple tax returns only and has limited functionality; offer may change or end at any time without notice. Actual prices for paid versions are determined based on the version you use and the time of print or e-file and are subject to change without notice. Special discount offers may not be valid for mobile in-app purchases.

- **TurboTax Live Basic Offer:** Offer only available with TurboTax Live Basic and for simple tax returns only. Must file by March 31, 2022 to be eligible for the offer. Includes state and one (1) federal tax filing. Intuit reserves the right to modify or terminate this TurboTax Live Basic Offer at any time for any reason in its sole and absolute discretion. If you add services, your service fees will be adjusted accordingly. If filed after March 31, 2022 you will be charged the then-current list price for TurboTax Live Basic and state tax filing requires an additional fee. See current prices here.

- **TurboTax Live Full Service Basic Offer:** Offer only available with TurboTax Live Full Service Basic and for simple tax returns only. Must file by March 31, 2022 to be eligible for the offer. Includes free state(s) and one (1) free federal tax filing. Intuit reserves the right to modify or terminate this TurboTax Live Full Service Basic Offer at any time for any reason in its sole and absolute discretion. If you add services, your service fees will be adjusted accordingly. If filed after March 31, 2022 you will be charged the then-current list price for TurboTax Live Full Service Basic and state tax filing is an additional fee.

- **Pays for itself (TurboTax Self-Employed):** Estimates based on deductible business expenses calculated at the self-employment tax income rate (15.3%) for tax year 2020. Actual results will vary based on your tax situation.

- **Anytime, anywhere:** Internet access required; standard data rates apply to download and use mobile app.

- **Fastest refund possible:** Fastest tax refund with e-file and direct deposit; tax refund time frames will vary. **The IRS issues more than 9 out of 10 refunds in less than 21 days.**

- **Get your tax refund up to 5 days early:** When it's time to file, have your tax refund direct deposited. You could receive your funds up to 5 days early. If you choose to pay for your tax preparation fee with TurboTax using your federal tax refund or if you choose to take the Refund Advance loan, you will not be eligible to receive your refund up to 5 days early. 5-day early program may change or discontinue at any time. Up to 5 days early access to your federal tax refund is compared to standard tax refund electronic deposit and is dependent on and subject to IRS submitting refund information to the bank before release date. IRS may not submit refund information early.

  **For Credit Karma Money (checking account):** Banking services provided by MVB Bank, Inc., Member FDIC. Maximum balance and transfer limits apply.

  **No Fees:** Third-party fees may apply. Please see Account Terms & Disclosures for more information.
- **Pay for TurboTax out of your federal refund:** A $39 Refund Processing Service fee applies to this payment method. Prices are subject to change without notice.

- **TurboTax Help and Support:** Access to a TurboTax product specialist is included with TurboTax Deluxe, Premier, Self-Employed, TurboTax Live and TurboTax Live Full Service; not included with Free Edition (but is available as an upgrade). TurboTax specialists are available to provide general customer help and support using the TurboTax product. Services, areas of expertise, experience levels, wait times, hours of operation and availability vary, and are subject to restriction and change without notice. Limitations apply. See Terms of Service for details.

- **Tax Advice, Expert Review and TurboTax Live:** Access to tax advice and Expert Review (the ability to have a Tax Expert review and/or sign your tax return) is included with TurboTax Live or as an upgrade from another version, and available through December 31, 2022. Intuit will assign you a tax expert based on availability. CPA availability may be limited. Some tax topics or situations may not be included as part of this service, which shall be determined in the tax expert's sole discretion. **For the TurboTax Live product,** if your return requires a significant level of tax advice or actual preparation, the tax expert may be required to sign as the preparer at which point they will assume primary responsibility for the preparation of your return. **For the Full Service product,** the tax expert will sign your return as preparer. Administrative services may be provided by assistants to the tax expert. Payment by federal refund is not available when a tax expert signs your return. On-screen help is available on a desktop, laptop or the TurboTax mobile app. Unlimited access to TurboTax Live tax experts refers to an unlimited quantity of contacts available to each customer, but does not refer to hours of operation or service coverage. Service, area of expertise, experience levels, wait times, hours of operation and availability vary, and are subject to restriction and change without notice.

- **TurboTax Live Full Service – Qualification for Offer:** Depending on your tax situation, you may be asked to answer additional questions to determine your qualification for the Full Service offer. Certain complicated tax situations will require an additional fee, and some will not qualify for the Full Service offering. These situations may include but are not limited to multiple sources of business income, large amounts of cryptocurrency transactions, taxable foreign assets and/or significant foreign investment income. Offer details subject to change at any time without notice. Intuit, in its sole discretion and at any time, may determine that certain tax topics, forms and/or situations are not included as part of TurboTax Live Full Service. Intuit reserves the right to refuse to prepare a tax return for any reason in its sole discretion. Additional limitations apply. See Terms of Service for details.

- **Smart Insights:** Included with TurboTax Deluxe, Premier, Self-Employed, TurboTax Live, TurboTax Live Full Service, or with PLUS benefits and is available through 11/1/2022. Terms and conditions may vary and are subject to change without notice.

- **My Docs features:** Included with TurboTax Deluxe, Premier, Self-Employed, TurboTax Live, TurboTax Live Full Service, or with PLUS benefits and is available through 12/31/2023. Terms and conditions may vary and are subject to change without notice.

- **Tax Return Access:** Included with all TurboTax Free Edition, Deluxe, Premier, Self-Employed, TurboTax Live, TurboTax Live Full Service customers and access to up to the prior seven years of tax returns we have on file for you is available through 12/31/2023. Terms and conditions may vary and are subject to change without notice.

- **Easy Online Amend:** Included with TurboTax Deluxe, Premier, Self-Employed, TurboTax Live, TurboTax Live Full Service, or with PLUS benefits. Make changes to your 2021 tax return online for up to 3 years after it has been filed and accepted by the IRS through 10/31/2024. Terms and conditions may vary and are subject to change without notice. For TurboTax Live Full Service, your tax expert will amend your 2021 tax return for you through 11/30/2022. After 11/30/2022 TurboTax Live Full Service customers will be able to amend their 2021 tax return themselves using the Easy Online Amend process described above.

- **#1 best-selling tax software:** Based on aggregated sales data for all tax year 2020 TurboTax products.

- **America's #1 tax preparation provider:** As the leader in tax preparation, more federal returns are prepared with TurboTax than any other tax preparation provider.

- **#1 online tax filing solution for self-employed:** Based upon IRS Sole Proprietor data as of 2020, tax year 2019. Self-Employed defined as a return with a Schedule C/C-EZ tax form. Online competitor data is extrapolated from press releases and SEC filings. "Online" is defined as an individual income tax DIY return (non-preparer signed) that was prepared online & either e-filed or printed, not including returns prepared through desktop software or FFA prepared returns, 2020.

- **CompleteCheck:** Covered under the TurboTax accurate calculations and maximum refund guarantees. Limitations apply. See Terms of Service for details.

- **1099-NEC Snap and Autofill:** Available in TurboTax Self-Employed and TurboTax Live Self-Employed. Available in mobile app only. Feature available within Schedule C tax form for TurboTax filers with 1099-NEC income.

- **Year-Round Tax Estimator:** Available in TurboTax Self-Employed and TurboTax Live Self-Employed. This product feature is only available after you finish and file in a self-employed TurboTax product.

- **\*\*Invite a Friend:** Rewards good for up to 10 friends, or $250 - see official terms and conditions for more details.

**TURBOTAX CD/DOWNLOAD:**

- **Installation Requirements:** Product activation required via Internet. Download option requires free online Intuit account and must accept the TurboTax License Agreement to use this product TurboTax.com/softwarelicense. Not for use by paid preparers.

- **TurboTax CD/Download Products:** Price includes tax preparation and printing of federal tax returns and free federal e-file of up to 5 federal tax returns. Additional fees apply for e-filing state returns. E-file fees do not apply to New York state returns. Savings and price comparison based on anticipated price increase. Software updates and optional online features require internet. All features, services, support, prices, offers, terms and conditions are subject to change without notice.

- **Fastest Refund Possible:** Fastest federal tax refund with e-file and direct deposit; tax refund time frames will vary. **The IRS issues more than 9 out of 10 refunds in less than 21 days.**

- **TurboTax Product Support:** Customer service and product support hours and options vary by time of year.

- **#1 best-selling tax software:** Based on aggregated sales data for all tax year 2020 TurboTax products.

- **Data Import:** Imports financial data from participating companies; may require a free Intuit online account. Quicken and QuickBooks import not available with TurboTax installed on a Mac. Imports from Quicken (2019 and higher) and QuickBooks Desktop (2019 and higher); both Windows only. Quicken import not available for TurboTax Business. Quicken products provided by Quicken Inc., Quicken import subject to change.

- **100% Accurate Calculations Guarantee:** If you pay an IRS or state penalty or interest because of a TurboTax calculation error, we'll pay you the penalty and interest. Limitations apply. See License Agreement for details.

- **Maximum Refund Guarantee / Maximum Tax Savings Guarantee - or Your Money Back:** If you get a larger refund or smaller tax due from another tax preparation method, we'll refund the applicable TurboTax federal and/or state purchase price paid. Limitations apply. See License Agreement for details.

- **Audit Support Guarantee:** If you receive an audit letter based on your 2021 TurboTax return, we will provide one-on-one question-and-answer support with a tax professional as requested through our Audit Support Center for audited returns filed with TurboTax for the current tax year (2021) and the past two tax years (2020, 2019). We will not represent you before the IRS or state agency or provide legal advice. If we are not able to connect you to one of our tax professionals, we will refund the applicable TurboTax federal and/or state purchase price paid. Excludes TurboTax Business. Limitations apply. See License Agreement for details.

- **Satisfaction Guarantee/ 60-Day Money Back Guarantee:** If you're not completely satisfied with TurboTax Desktop, go to refundrequest.intuit.com within 60 days of purchase and follow the process listed to submit a refund request. You must return this product using your license code or order number and dated receipt.

**About**

TurboTax online guarantees

TurboTax security and fraud protection

Tax forms included with TurboTax

TurboTax en español

TurboTax Live en español

Self-employed tax center

Tax law & stimulus updates

Tax Refund Advance

E-file taxes online

Self-Employed COVID-19 relief

Unemployment benefits and taxes

**Online software products**

TurboTax login

Compare TurboTax products

All online tax preparation software

Free Edition tax filing

Deluxe to maximize tax deductions

Premier investment & rental property taxes

Self-employed taxes

Military tax filing discount

TurboTax Live tax expert products

How TurboTax Live works

TurboTax Live Basic Full Service

TurboTax Live Deluxe Full Service

TurboTax Live Premier Full Service

TurboTax Live Self-Employed Full Service

**CD/download products**

TurboTax CD/download login

Compare CD/download products

All CD/download products

Install TurboTax Desktop

Check order status

TurboTax Advantage program

TurboTax Business for corps

Products for previous tax years

TurboTax Desktop guarantees

**Mobile tax apps**

All TurboTax mobile apps

Official TurboTax mobile app

TaxCaster refund estimator app

ItsDeductible donation tracker app

**Help and support**

TurboTax support

Contact us

TurboTax Advantage support

**Tax tools and tips**

Stimulus check

All tax tips and videos

Tax calculators & tools

**Social**

TurboTax customer reviews

TurboTax blog

Invite-a-Friend Referral

**More products from Intuit**

TurboTax Canada

Mint budget tracker

Accounting software

| | | |
|---|---|---|
| Where's my refund | TaxCaster tax calculator | Payroll |
| Pay NY estimated taxes | Tax bracket calculator | QuickBooks Payments |
| Getting started with TurboTax | Check e-file status refund tracker | Professional tax software |
| Refund status support | W-4 withholding calculator | Professional accounting software |
| After filing your taxes | ItsDeductible donation tracker | Credit Karma credit score |
| | Self-employed expense estimator | More from Intuit |

| | | |
|---|---|---|
| | | Community |
| | | Intuit Tax & Financial Center |

| | | |
|---|---|---|
| | | TurboTax Super Bowl commercial |

Sitemap

Contrast ⬤

**Intuit**

turbotax.   quickbooks.   mint   credit karma   mailchimp

©1997-2022 Intuit, Inc. All rights reserved.
Intuit, QuickBooks, QB, TurboTax, ProConnect, and Mint are registered trademarks of Intuit Inc. Terms and conditions, features, support, pricing, and service options subject to change without notice.

Security Certification of the TurboTax Online application has been performed by C-Level Security.

By accessing and using this page you agree to the Terms of Use.

Accessibility

About Intuit

Join Our Team

Press

Privacy

Security

Software and Licenses

Trademark Notices

Affiliates and Partners

Privacy Settings

# EXHIBIT D



File your own taxes     File with expert help     Tools and resources     Support     After you file

 Sign in



# File FREE with America's #1 free tax prep provider

Includes audit support

**File for $0**

For simple tax returns only

## Intuit

turbotax · quickbooks · mint

One Account. Everything Intuit. Learn more

Phone number, email or user ID

☑ Remember me

🔒 Sign in

By selecting Sign in, you agree to our **Terms** and have read and acknowledge our **Global Privacy Statement**.

New to Intuit?  Create an account

# EXHIBIT E

 File your taxes by April 18—do it yourself or with expert help.

 **turbotax.**

File your own taxes   File with expert help   Tools and resources   Support   After you file

 🔒 Sign in

## Let's find the right tax solution for you

**Select all that apply:**

| | | | | | |
|---|---|---|---|---|---|
| I have deductions and credits | I want a tax expert to do my taxes for me | I have a job (received W-2) | I paid rent | I own a home | I have children or dependents |
| I want a tax expert to review my return | I donated over $300 to charity | I'm paying off student loans | I sold stock, crypto, or own rental property | I'm self-employed/an independent contractor | I own a small business |

Am I self-employed?



You can do it

Real experts help or do it for you

## America's #1 brand of tax software



| Free Edition | Deluxe | Premier | Self-Employed |
|---|---|---|---|
| For simple tax returns only | | | |
| $0 Fed. $0 State. $0 to File. | $59*<br>State additional | $89*<br>State additional | $119*<br>State additional |
| **File for $0** | **Start for free**<br>Pay only when you file | **Start for free**<br>Pay only when you file | **Start for free**<br>Pay only when you file |
| ★★★★★<br>(4.9 \| 64,586 reviews) | ★★★★⯪<br>(4.6 \| 58,410 reviews) | ★★★★⯪<br>(4.4 \| 14,261 reviews) | ★★★★★<br>(4.7 \| 16,706 reviews) |
| Hide Details ∧ | More Details ⌄ | More Details ⌄ | More Details ⌄ |

## File for $0 with Free Edition

You'll pay absolutely nothing to file your federal and state taxes if you have a simple tax return only. Start by easily importing your W-2, answer simple non-taxy questions about your life, and we'll get you your maximum refund.



**FREE**

$0 Fed  $0 State  $0 to File

✓ Free filing of your simple federal and state tax returns only.

✓ Covers W-2 income, Earned Income Tax Credit (EIC) and child tax credits

✓ Jumpstart your return with last year's TurboTax info or import a PDF of your return from another tax software

✓ Guidance in case of an audit, backed by our Audit Support Guarantee

✓ Get answers 24/7 from our online community of TurboTax specialists and customers

| Included in Free Edition | Everything in Free Edition, plus | Everything in Deluxe, plus | Everything in Premier, plus |
|---|---|---|---|
| ✓ Easy prep, print, and e-file | ✓ Searches 350+ tax deductions and credits | ✓ Covers stocks, bonds, ESPPs, and other investments | ✓ Guidance for independent contractors, freelancers, and small business owners |
| ✓ Jumpstart your taxes, snap a photo of your W-2 | ✓ Maximizes mortgage and property tax deductions | ✓ Auto import of investment income | ✓ Uncovers industry-specific deductions for more tax breaks |
| | ✓ Turn donations into big deductions | ✓ Covers rental property income and tax deductions | ✓ Easily upload your 1099-NEC with a snap from your smartphone |
| | | ✓ Accurately account for gains and losses from cryptocurrency transactions | ✓ One-on-one help from self-employment specialists |
| Learn more | Learn more | Learn more | Learn more |



Your security. Built into everything we do.
Here's how

---



File faster and easier with the free TurboTax app

 

**\* Important offer details and disclosures**



TURBOTAX ONLINE GUARANTEES

- **TurboTax Free Edition:** $0 Federal + $0 State + $0 To File offer is available for simple tax returns only with TurboTax Free Edition. A simple tax return is Form 1040 only (without any additional schedules). Situations covered:

  - W-2 income
  - Limited interest and dividend income reported on a 1099-INT or 1099-DIV
  - Claiming the standard deduction
  - Earned Income Tax Credit (EIC)
  - Child tax credits
  - Student Loan Interest deduction

- **100% Accurate Calculations Guarantee:** If you pay an IRS or state penalty or interest because of a TurboTax calculation error, we'll pay you the penalty and interest. Limitations apply. See Terms of Service for details.

- **Maximum Refund Guarantee / Maximum Tax Savings Guarantee - or Your Money Back:** If you get a larger refund or smaller tax due from another tax preparation method, we'll refund the applicable TurboTax federal and/or state purchase price paid. (TurboTax Online Free Edition customers are entitled to payment of $30.) Limitations apply. See Terms of Service for details.

- **100% Accurate Expert-Approved Guarantee:** If you pay an IRS or state penalty (or interest) because of an error that a TurboTax tax expert or CPA made while providing topic-specific tax advice, a section review, or acting as a signed preparer for your return, we'll pay you the penalty and interest. Limitations apply. See Terms of Service for details.

- **Audit Support Guarantee:** If you receive an audit letter based on your 2021 TurboTax return, we will provide one-on-one question-and-answer support with a tax professional as requested through our Audit Support Center for audited returns filed with TurboTax for the current tax year (2021) and the past two tax years (2020, 2019). We will not represent you before the IRS or state agency or provide legal advice. If we are not able to connect you to one of our tax professionals, we will refund the applicable TurboTax federal and/or state purchase price paid. (TurboTax Free Edition customers are entitled to payment of $30.) Excludes TurboTax Business. Limitations apply. See Terms of Service for details.

- **Satisfaction Guaranteed:** You may use TurboTax Online without charge up to the point you decide to print or electronically file your tax return. Printing or electronically filing your return reflects your satisfaction with TurboTax Online, at which time you will be required to pay or register for the product.

TURBOTAX ONLINE/MOBILE PRICING:

- **Try for Free/Pay When You File:** TurboTax online and mobile pricing is based on your tax situation and varies by product. TurboTax Free Edition ($0 Federal + $0 State + $0 To File) is available for simple tax returns only and has limited functionality; offer may change or end at any time without notice. Actual prices for paid versions are determined based on the version you use and the time of print or e-file and are subject to change without notice. Special discount offers

- may not be valid for mobile in-app purchases.

- **TurboTax Live Basic Offer:** Offer only available with TurboTax Live Basic and for simple tax returns only. Must file by March 31, 2022 to be eligible for the offer. Includes state and one (1) federal tax filing. Intuit reserves the right to modify or terminate this TurboTax Live Basic Offer at any time for any reason in its sole and absolute discretion. If you add services, your service fees will be adjusted accordingly. If filed after March 31, 2022, you will be charged the then-current list price for TurboTax Live Basic and state tax filing requires an additional fee. See current prices here.

- **TurboTax Live Full Service Basic Offer:** Offer only available with TurboTax Live Full Service Basic and for simple tax returns only. Must file by March 31, 2022 to be eligible for the offer. Includes free state(s) and one (1) free federal tax filing. Intuit reserves the right to modify or terminate this TurboTax Live Full Service Basic Offer at any time for any reason in its sole and absolute discretion. If you add services, your service fees will be adjusted accordingly. If filed after March 31, 2022 you will be charged the then-current list price for TurboTax Live Full Service Basic and state tax filing is an additional fee.

- **Pays for itself (TurboTax Self-Employed):** Estimates based on deductible business expenses calculated at the self-employment tax income rate (15.3%) for tax year 2020. Actual results will vary based on your tax situation.

- **Anytime, anywhere:** Internet access required; standard data rates apply to download and use mobile app.

- **Fastest refund possible:** Fastest tax refund with e-file and direct deposit; tax refund time frames will vary. **The IRS issues more than 9 out of 10 refunds in less than 21 days.**

- **Get your tax refund up to 5 days early:** When it's time to file, have your tax refund direct deposited with Credit Karma Money™, and you could receive your funds up to 5 days early. If you choose to pay your tax preparation fee with TurboTax using your federal tax refund or if you choose to take the Refund Advance loan, you will not be eligible to receive your refund up to 5 days early. 5-day early program may change or discontinue at any time. Up to 5 days early access to your federal tax refund is compared to standard tax refund electronic deposit and is dependent on and subject to IRS submitting refund information to the bank before release date. IRS may not submit refund information early.

    **For Credit Karma Money (checking account):** Banking services provided by MVB Bank, Inc., Member FDIC. Maximum balance and transfer limits apply.

    **No Fees:** Third-party fees may apply. Please see Account Terms & Disclosures for more information.
- **Pay for TurboTax out of your federal refund:** A $39 Refund Processing Service fee applies to this payment method. Prices are subject to change without notice.

- **TurboTax Help and Support:** Access to a TurboTax product specialist is included with TurboTax Deluxe, Premier, Self-Employed, TurboTax Live and TurboTax Live Full Service; not included with Free Edition (but is available as an upgrade). TurboTax specialists are available to provide general customer help and support using the TurboTax product. Services, areas of expertise, experience levels, wait times, hours of operation and availability vary, and are subject to restriction and change without notice. Limitations apply. See Terms of Service for details.

- **Tax Advice, Expert Review and TurboTax Live:** Access to tax advice and Expert Review (the ability to have a Tax Expert review and/or sign your tax return) is included with TurboTax Live or as an upgrade from another version, and available through December 31, 2022. Intuit will assign you a tax expert based on availability. CPA availability may be limited. Some tax topics or situations may not be included as part of this service, which shall be determined in the tax expert's sole discretion. **For the TurboTax Live product,** if your return requires a significant level of tax advice or actual preparation, the tax expert may be required to sign as the preparer at which point they will assume primary responsibility for the preparation of your return. **For the Full Service product,** the tax expert will sign your return as preparer. Administrative services may be provided by assistants to the tax expert. Payment by federal refund is not available when a tax expert signs your return. On-screen help is available on a desktop, laptop or the TurboTax mobile app. Unlimited access to TurboTax Live tax experts refers to an unlimited quantity of contacts available to each customer, but does not refer to hours of operation or service coverage. Service, area of expertise, experience levels, wait times, hours of operation and availability vary, and are subject to restriction and change without notice.

- **TurboTax Live Full Service – Qualification for Offer:** Depending on your tax situation, you may be asked to answer additional questions to determine your qualification for the Full Service offer. Certain complicated tax situations will require an additional fee, and some will not qualify for the Full Service offering. These situations may include but are not limited to multiple sources of business income, large amounts of cryptocurrency transactions, taxable foreign assets and/or significant foreign investment income. Offer details subject to change at any time without notice. Intuit, in its sole discretion and at any time, may determine that certain tax topics, forms and/or situations are not included as part of TurboTax Live Full Service. Intuit reserves the right to refuse to prepare a tax return for any reason in its sole discretion. Additional limitations apply. See Terms of Service for details.

- **Smart Insights:** Included with TurboTax Deluxe, Premier, Self-Employed, TurboTax Live, TurboTax Live Full Service, or with PLUS benefits and is available through 11/1/2022. Terms and conditions may vary and are subject to change without notice.

- **My Docs features:** Included with TurboTax Deluxe, Premier, Self-Employed, TurboTax Live, TurboTax Live Full Service, or with PLUS benefits and is available through 12/31/2023. Terms and conditions may vary and are subject to change without notice.

- **Tax Return Access:** Included with all TurboTax Free Edition, Deluxe, Premier, Self-Employed, TurboTax Live, TurboTax Live Full Service customers and access to up to the prior seven years of tax returns we have on file for you is available through 12/31/2023. Terms and conditions may vary and are subject to change without notice.

- **Easy Online Amend:** Included with TurboTax Deluxe, Premier, Self-Employed, TurboTax Live, TurboTax Live Full Service, or with PLUS benefits. Make changes to your 2021 tax return online for up to 3 years after it has been filed and accepted by the IRS through 10/31/2024. Terms and conditions may vary and are subject to change without notice. For TurboTax Live Full Service, your tax expert will amend your 2021 tax return for you through 11/30/2022. After 11/30/2022 TurboTax Live Full Service customers will be able to amend their 2021 tax return themselves using the Easy Online Amend process described above.

- **#1 best-selling tax software:** Based on aggregated sales data for all tax year 2020 TurboTax products.

- **America's #1 tax preparation provider:** As the leader in tax preparation, more federal returns are prepared with TurboTax than any other tax preparation provider.

- **#1 online tax filing solution for self-employed:** Based upon IRS Sole Proprietor data as of 2020, tax year 2019. Self-Employed defined as a return with a Schedule C/C-EZ tax form. Online competitor data is extrapolated from press releases and SEC filings. "Online" is defined as an individual income tax DIY return (non-preparer signed) that was prepared online & either e-filed or printed, not including returns prepared through desktop software or FFA prepared returns, 2020.

- **CompleteCheck:** Covered under the TurboTax accurate calculations and maximum refund guarantees. Limitations apply. See Terms of Service for details.

- **1099-NEC Snap and Autofill:** Available in TurboTax Self-Employed and TurboTax Live Self-Employed. Available in mobile app only. Feature available within Schedule C tax form for TurboTax filers with 1099-NEC income.

- **Year-Round Tax Estimator:** Available in TurboTax Self-Employed and TurboTax Live Self-Employed. This product feature is only available after you finish and file in a self-employed TurboTax product.

- **\*\*Invite a Friend:** Rewards good for up to 10 friends, or $250 - see official terms and conditions for more details.

**TURBOTAX CD/DOWNLOAD:**

- **Installation Requirements:** Product activation required via Internet. Download option requires free online Intuit account. You must accept the TurboTax License Agreement to use this product TurboTax.com/softwarelicense. Not for use by paid preparers.

- **TurboTax CD/Download Products:** Price includes tax preparation and printing of federal tax returns and free federal e-file of up to 5 federal tax returns. Additional fees apply for e-filing state returns. E-file fees do not apply to New York state returns. Savings and price comparison based on anticipated price increase. Software updates and optional online features require internet. All features, services, support, prices, offers, terms and conditions are subject to change without notice.

- **Fastest Refund Possible:** Fastest federal tax refund with e-file and direct deposit; tax refund time frames will vary. **The IRS issues more than 9 out of 10 refunds in less than 21 days.**

- **TurboTax Product Support:** Customer service and product support hours and options vary by time of year.

- **#1 best-selling tax software:** Based on aggregated sales data for all tax year 2020 TurboTax products.

- **Data Import:** Imports financial data from participating companies; may require a free Intuit online account. Quicken and QuickBooks import not available with TurboTax installed on a Mac. Imports from Quicken (2019 and higher) and QuickBooks Desktop (2019 and higher); both Windows only. Quicken import not available for TurboTax Business. Quicken products provided by Quicken Inc., Quicken import subject to change.

- **100% Accurate Calculations Guarantee:** If you pay an IRS or state penalty or interest because of a TurboTax calculation error, we'll pay you the penalty and interest. Limitations apply. See License Agreement for details.

- **Maximum Refund Guarantee / Maximum Tax Savings Guarantee - or Your Money Back:** If you get a larger refund or smaller tax due from another tax preparation method, we'll refund the applicable TurboTax federal and/or state purchase price paid. Limitations apply. See License Agreement for details.

- **Audit Support Guarantee:** If you receive an audit letter based on your 2021 TurboTax return, we will provide one-on-one question-and-answer support with a tax professional as requested through our Audit Support Center for audited returns filed with TurboTax for the current tax year (2021) and the past two tax years (2020, 2019). We will not represent you before the IRS or state agency or provide legal advice. If we are not able to connect you to one of our tax professionals, we will refund the applicable TurboTax federal and/or state purchase price paid. Excludes TurboTax Business. Limitations apply. See License Agreement for details.

- **Satisfaction Guarantee/ 60-Day Money Back Guarantee:** If you're not completely satisfied with TurboTax Desktop, go to refundrequest.intuit.com within 60 days of purchase and follow the process listed to submit a refund request. You must return this product using your license code or order number and dated receipt.

| About | Online software products | CD/download products | Mobile tax apps |
| --- | --- | --- | --- |
| TurboTax online guarantees | TurboTax login | TurboTax CD/download login | All TurboTax mobile apps |
| TurboTax security and fraud protection | Compare TurboTax products | Compare CD/download products | Official TurboTax mobile app |
| Tax forms included with TurboTax | All online tax preparation software | All CD/download products | TaxCaster refund estimator app |
| TurboTax en español | Free Edition tax filing | Install TurboTax Desktop | ItsDeductible donation tracker app |
| TurboTax Live en español | Deluxe to maximize tax deductions | Check order status | |
| Self-employed tax center | Premier investment & rental property taxes | TurboTax Advantage program | |
| Tax law & stimulus updates | Self-employed taxes | TurboTax Business for corps | |
| Tax Refund Advance | Military tax filing discount | Products for previous tax years | |



Tax Refund Advance
E-file taxes online
Self-Employed COVID-19 relief
Unemployment benefits and taxes

Military tax filing discount
TurboTax Live tax expert products
TurboTax Live works
How TurboTax Live works
TurboTax Live Basic Full Service
TurboTax Live Deluxe Full Service
TurboTax Live Premier Full Service
TurboTax Live Self-Employed Full Service

Products for previous tax years
TurboTax Desktop products

**Help and support**

TurboTax support
Contact us
TurboTax Advantage support
Where's my refund
Pay NY estimated taxes
Getting started with TurboTax
Refund status support
After filing your taxes

**Tax tools and tips**

Stimulus check
All tax tips and videos
Tax calculators & tools
TaxCaster tax calculator
Tax bracket calculator
Check e-file status refund tracker
W-4 withholding calculator
ItsDeductible donation tracker
Self-employed expense estimator

**Social**

TurboTax customer reviews
TurboTax blog
Invite-a-Friend Referral
TurboTax Super Bowl commercial
Community
Intuit Tax & Financial Center

**More products from Intuit**

TurboTax Canada
Mint budget tracker
Accounting software
Payroll
QuickBooks Payments
Professional tax software
Professional accounting software
Credit Karma credit score
More from Intuit

Sitemap          Contrast

**intuit**          turbotax.   quickbooks.   mint   credit karma   mailchimp

About Intuit        Software and
Join Our Team       Licenses
Press               Trademark Notices
Privacy             Affiliates and
Security            Partners

©1997-2022 Intuit, Inc. All rights reserved.
Intuit, QuickBooks, QB, TurboTax, ProConnect, and Mint are registered trademarks
of Intuit Inc. Terms and conditions, features, support, pricing, and service options
subject to change without notice.

Security Certification of the TurboTax Online application has been performed by
C-Level Security.

By accessing and using this page you agree to the Terms of Use.

Accessibility

Privacy Settings

# EXHIBIT F



intuit turbotax

Discuss   Discover ⌄   Support ⌄   TurboTax.com

Open TurboTax   🔒 Sign In

TurboTax Support    Browse by topic ⌄    Help videos    Community ⌄    Resources ⌄

🔍 Search a question or keyword

Community  >  Support  >  TurboTax  >  Get started  >  Choose products  >  Is TurboTax Free Edition right for me?

 **TurboTax Help**
Intuit

# Is TurboTax Free Edition right for me?

SOLVED • **by TurboTax** • TurboTax Online • 👍 8576 • 🕐 Updated December 22, 2021

TurboTax Free Edition is an online-only product that supports simple tax returns that can be filed on Form 1040 without any attached schedules.

Simple tax situations covered in TurboTax Free Edition:

- W-2 income
- Limited interest and dividend income reported on a 1099-INT or 1099-DIV
- Claiming the standard deduction
- Earned Income Tax Credit (EIC)
- Child tax credits
- Student Loan Interest Deduction

Situations not covered in TurboTax Free Edition include:

- Unemployment income
- Itemized deductions
- Business or 1099-MISC income



turbotax.

Get your maximum refund, **guaranteed**

Start for free

NICE REFUND!
$2,766
FEDERAL

- Stock sales
- Rental property income
- Credits, deductions, and income reported on schedules 1–3

Related Information:

TurboTax 2021 Online product guide

What's the difference between Free File Program and Free Edition?

Is TurboTax Deluxe Online right for me?

How do I switch to TurboTax Free File Program?

Was this helpful?

| Yes | No |

You must **sign in** to vote, reply, or post



Home and Business | TurboTax Desktop Basic | TurboTax Desktop Business | TurboTax Desktop Deluxe

TurboTax Desktop Home and Business | TurboTax Desktop Premier | TurboTax Live Basic | TurboTax Live Deluxe

TurboTax Live Full Service Basic | TurboTax Live Full Service Complex Income | TurboTax Live Full Service Complex Self-Employed

TurboTax Live Full Service Deluxe | TurboTax Live Full Service Premier | TurboTax Live Full Service Self-employed

TurboTax Live Premier | TurboTax Live Self-employed | TurboTax Mobile Apps Deluxe | TurboTax Mobile Apps Free

TurboTax Mobile Apps Premier | TurboTax Mobile Apps Self-employed | TurboTax Online | TurboTax Online Deluxe

TurboTax Online Premier | TurboTax Online Self-employed

↑ Top

### About

TurboTax guarantees

TurboTax security and fraud protection

Tax forms included with TurboTax

TurboTax en español

TurboTax Live en español

Self-Employed tax center

Tax reform center

Tax Refund Advance

E-file taxes online

Stimulus relief and your taxes

Self Employed COVID-19 Relief

Unemployment Benefits and Taxes

### Online Software Products

TurboTax login

Compare TurboTax products

All online tax preparation software

Free Edition tax filing

Deluxe to maximize tax deductions

Premier investment & rental property taxes

Self-employed taxes

Military tax filing discount

TurboTax Live tax expert products

How TurboTax Live Works

TurboTax Live Basic Full Service

TurboTax Live Deluxe Full Service

TurboTax Live Premier Full Service

TurboTax Live Self-Employed Full Service

### CD/Download Products

TurboTax CD/download login

Compare CD/download products

All CD/download products

Install TurboTax Desktop

Check order status

TurboTax Advantage Program

TurboTax Business for corps

Products for previous tax years

TurboTax Desktop guarantees

### Mobile Tax Apps

All TurboTax mobile apps

Official TurboTax mobile app

TaxCaster refund estimate app

ItsDeductible donation tracker app

| Help and Support | Tax Tools and Tips | Social | More Products from Intuit |
|---|---|---|---|
| TurboTax Support | Stimulus check | TurboTax customer reviews | TurboTax Canada |
| Contact us | All tax tips and videos | TurboTax blog | Mint budget tracker |
| TurboTax Advantage support | Tax calculators & tools | TurboTax invite-a-friend discount | Accounting software |
| Where's My Refund | TaxCaster tax calculator | | Payroll |
| Pay NY estimated taxes | Tax bracket calculator | TurboTax Super Bowl commercial | QuickBooks Payments |
| Getting started with TurboTax® | Check e-file status refund tracker | Community | Professional tax software |
| Refund status support | W-4 withholding calculator | Intuit Tax & Financial Center | Professional accounting software |
| After filing your taxes | ItsDeductible donation tracker | | Credit Karma credit score |
| | Self-employed expense estimator | | More from Intuit |

Sitemap





About Intuit
Join Our Team
Press
Privacy
Security
Software And Licenses
Trademark Notices
Affiliates And Partners

©1997-2021 Intuit, Inc. All rights reserved.
Intuit, QuickBooks, QB, TurboTax, ProConnect, and Mint are registered trademarks of Intuit Inc. Terms and conditions, features, support, pricing, and service options subject to change without notice.

By accessing and using this page you agree to the Terms and Conditions.

Accessibility






# EXHIBIT G



TurboTax Free Edition is for simple U.S. returns only. See if you qualify at turbotax.com. Offer subject to change.

# EXHIBIT H

Intuit®: Official Blog (https://www.intuit.com/blog/) > News (https://www.intuit.com/blog/category/news-social/) > Accelerating Technology Innovation to Better Help Consumers Solve Their Most Pressing Financial Problems

# Accelerating Technology Innovation to Better Help Consumers Solve Their Most Pressing Financial Problems

NEWS (HTTPS://WWW.INTUIT.COM/BLOG/CATEGORY/NEWS-SOCIAL/)

July 15, 2021 (https://www.intuit.com/blog/news-social/accelerating-technology-innovation-to-better-help-consumers-solve-their-most-pressing-financial-problems/) / Intuit Blog Team (https://www.intuit.com/blog/author/intuit-blog-team/)

For nearly 20 years, Intuit has been a proud member of the Free File program, helping millions of Americans prepare and electronically file their tax returns for free. Today, over 90% of all taxpayers e-file their taxes and free tax preparation is currently available to 100% of American taxpayers through a combination of commercial, philanthropic, and IRS sponsored methods. We are proud that Intuit's participation in the Free File program has helped the organization exceed its charter of increasing electronic filing to 80% and making free tax preparation available to 70% of filers.

With the Free File program surpassing its founding goals of e-file and free tax preparation, and due to the limitations of the Free File program and conflicting demands from those outside the program, we are not able to continue in the program and deliver all of the benefits that can help consumers make more money, save more, and invest for the future. Thus, Intuit has elected to not renew its participation in the Free File program following the conclusion of this tax season in October.  This decision will allow us to focus on further innovating in ways not allowable under the current Free File guidelines and to better serve the complete financial health of all Americans through all of our products and services, in tax preparation and beyond.

Intuit's goal is to democratize financial services that are usually only available to the wealthy by providing all Americans access to opportunities to improve their finances. Yet the Free File program is designed to focus solely on tax preparation and e-filing with strict requirements for user experiences. That leaves a huge gap for millions of Americans when they file their taxes and receive their tax refund, which is for many their biggest check of the year.

We are committed to helping our customers solve their biggest financial challenges, and that means we need to focus on helping them not only get their biggest refund, but beyond tax preparation so they can increase savings, increase income, pay down debt and have faster access to their money. We can help more customers get access to their refund faster at no cost, to tap into expert resources at will, to choose to use their own data to better budget, save and invest – all of which we cannot effectively do as part of the Free File program.

Without the limitations of the Free File program, Intuit can provide more financial benefits and empower Americans of all income levels to take control of their finances at a time they need it most. This includes:

- Instilling confidence in tax filers by removing obstacles in tax preparation by importing data beyond the tax return;
- Delivering access to tax and finance experts for personalized support free of charge or at a portion of the cost elsewhere;
- Using AI models to proactively intervene with customers when they may be making a mistake or appear confused;
- With customer consent, direct depositing refunds into free, high yield accounts so they can save more and invest to make their money work for them; and
- Extending completely free refund advances to help those in need make ends meet and enable financial benefits like lowering debt.

As a company, we are committed to helping Americans solve their biggest financial challenges, including a goal of doubling the household savings rate for customers on Intuit's platform. We have already helped our customers by advancing TurboTax filers $450 million in refunds completely free of charge over the last four years so they can get the money they need, when they need it. We have assisted low-income filers obtain more than $10 billion in Earned Income Tax Credit in tax year 2020 alone; saved Mint users $1 million per month in overdraft fees; saved Credit Karma members nearly $3,000 in interest over the life of their auto loan; helped employees get paid two-times faster through QuickBooks Payments; and supported businesses that have used QuickBooks survive beyond their fifth year at a rate of 60%, compared to the national average of only 50%. There is no question that we can only help solve more consumer financial problems by accelerating our innovation to deliver more benefits like these without the restraints of the Free File program.

Intuit remains committed to free tax filing. With more free tax filings than all other tax prep software companies combined, Intuit is the industry leader in free tax preparation.  Last tax season, Intuit delivered 17 million free tax filings, including approximately 3 million through Free File, and nearly 100 million free filings over the past 8 years with nearly 90% of those free tax filings coming outside of the Free File program. Moving forward, Intuit is committed to continuing to offer free tax preparation while accelerating innovation to address all of consumers' financial problems.

We are obsessed with helping millions of Americans looking to take charge of their finances so they can prosper. Intuit's AI-driven expert platform makes it simple for consumers to make better financial decisions, helping them not only receive their maximum refund but empowering them by putting control in their hands so they can make smart money decisions and realize their financial dreams.

Focusing on innovative technologies will enable us to help our customers and all Americans manage their finances themselves, beyond the tax return, so they can increase savings, increase income, pay down debt, and have faster access to their money.

(https://www.intuit.com/blog/)

**Tags:**



Intuit Blog Team (https://www.intuit.com/blog/author/intuit-blog-team/)

Search …

# Archives

- March 2022 (https://www.intuit.com/blog/2022/03/)
- February 2022 (https://www.intuit.com/blog/2022/02/)
- January 2022 (https://www.intuit.com/blog/2022/01/)
- December 2021 (https://www.intuit.com/blog/2021/12/)
- November 2021 (https://www.intuit.com/blog/2021/11/)
- October 2021 (https://www.intuit.com/blog/2021/10/)
- September 2021 (https://www.intuit.com/blog/2021/09/)
- August 2021 (https://www.intuit.com/blog/2021/08/)
- July 2021 (https://www.intuit.com/blog/2021/07/)
- June 2021 (https://www.intuit.com/blog/2021/06/)
- May 2021 (https://www.intuit.com/blog/2021/05/)
- April 2021 (https://www.intuit.com/blog/2021/04/)
- March 2021 (https://www.intuit.com/blog/2021/03/)
- February 2021 (https://www.intuit.com/blog/2021/02/)
- January 2021 (https://www.intuit.com/blog/2021/01/)
- December 2020 (https://www.intuit.com/blog/2020/12/)
- November 2020 (https://www.intuit.com/blog/2020/11/)
- October 2020 (https://www.intuit.com/blog/2020/10/)
- September 2020 (https://www.intuit.com/blog/2020/09/)
- August 2020 (https://www.intuit.com/blog/2020/08/)
- July 2020 (https://www.intuit.com/blog/2020/07/)
- June 2020 (https://www.intuit.com/blog/2020/06/)
- May 2020 (https://www.intuit.com/blog/2020/05/)
- April 2020 (https://www.intuit.com/blog/2020/04/)
- March 2020 (https://www.intuit.com/blog/2020/03/)
- February 2020 (https://www.intuit.com/blog/2020/02/)
- January 2020 (https://www.intuit.com/blog/2020/01/)
- December 2019 (https://www.intuit.com/blog/2019/12/)
- November 2019 (https://www.intuit.com/blog/2019/11/)
- October 2019 (https://www.intuit.com/blog/2019/10/)
- September 2019 (https://www.intuit.com/blog/2019/09/)
- August 2019 (https://www.intuit.com/blog/2019/08/)

3/31/22, 3:17 PM

Accelerating Technology Innovation to Better Help Consumers Solve Their Most Pressing Financial Problems - Intuit®: Official Blog

Case 22-cv-01973-CRB   Document 45-4   Filed 04/04/22   Page 32 of 51

- July 2019 (https://www.intuit.com/blog/2019/07/)
- June 2019 (https://www.intuit.com/blog/2019/06/)
- May 2019 (https://www.intuit.com/blog/2019/05/) (https://www.intuit.com/blog/)
- April 2019 (https://www.intuit.com/blog/2019/04/)
- March 2019 (https://www.intuit.com/blog/2019/03/)
- February 2019 (https://www.intuit.com/blog/2019/02/)
- January 2019 (https://www.intuit.com/blog/2019/01/)
- December 2018 (https://www.intuit.com/blog/2018/12/)
- November 2018 (https://www.intuit.com/blog/2018/11/)
- October 2018 (https://www.intuit.com/blog/2018/10/)
- September 2018 (https://www.intuit.com/blog/2018/09/)
- August 2018 (https://www.intuit.com/blog/2018/08/)
- July 2018 (https://www.intuit.com/blog/2018/07/)
- June 2018 (https://www.intuit.com/blog/2018/06/)
- May 2018 (https://www.intuit.com/blog/2018/05/)
- April 2018 (https://www.intuit.com/blog/2018/04/)
- March 2018 (https://www.intuit.com/blog/2018/03/)
- February 2018 (https://www.intuit.com/blog/2018/02/)
- January 2018 (https://www.intuit.com/blog/2018/01/)
- December 2017 (https://www.intuit.com/blog/2017/12/)
- November 2017 (https://www.intuit.com/blog/2017/11/)
- October 2017 (https://www.intuit.com/blog/2017/10/)
- September 2017 (https://www.intuit.com/blog/2017/09/)

# Meta

- Log in (https://www.intuit.com/blog/wp-login.php)

| Search this site |
| --- |

## Company

## For Individuals

## For Small Business

## For Accountants

Sitemap (https://www.intuit.com/sitemap)

(https://twitter.com/intuit)(https://facebook.com/intuit)(https://linkedin.com/company/intuit)

**(https://www.intuit.com)**

(https://turbotax.intuit.com/?cid=seq_intuit_tt_click_ft)          (https://quickbooks.intuit.com/?sc=seq_intuit_qb_click_ft)

(https://www.mint.com/?utm_medium=intuit_home&utm_source=bar_footer)

(https://www.creditkarma.com/?utm_medium=intuit_home&utm_source=bar_footer)

(https://www.mailchimp.com/?utm_source=intuit.com&utm_medium=referral)

About Intuit(https://www.intuit.com/company)

Join Our Team(http://careers.intuit.com?cid=int_iblg_click_us_none_tr_none_link_intuit-comms)

Press Room(https://www.intuit.com/company/press-room)

© 2022 Intuit Inc. All rights reserved.

3/31/22, 3:17 PM
Accelerating technology innovation to better help consumers solve their most pressing financial problems - Intuit®: Official Blog

Case 3:22-cv-01973-CRB Document 45-4 Filed 04/04/22 Page 33 of 51

Intuit, QuickBooks, QB, TurboTax, ProConnect, and Mint are registered trademarks of Intuit Inc. Terms and conditions, features, support, pricing, and service options subject to change without notice.

(https://www.intuit.com/blog/)

Sign In
(/sign-in)

By accessing and using this page you agree to the Terms and Conditions. (https://accounts.intuit.com/terms-of-service)

Photographs ©2018 Jeremy Bittermann Photography

About cookies (https://security.intuit.com/index.php/intuit-cookie-policy) | Manage cookies

| **Legal**<br>(https://www.intuit.com/legal) | **Privacy**<br>(https://security.intuit.com/index.php/privacy) | **Security**<br>(http://security.intuit.com/) | **GDPR**<br>(https://quickbooks.intuit.com/eu/gdpr/) |
|---|---|---|---|

**TRUSTe**
Certified Privacy
Powered by TrustArc

(https://privacy.truste.com/privacy-seal/validation?rid=7fc012b5-d53b-42d8-b980-c4f9091a97e1)

# EXHIBIT I



# TurboTax Free
# TY18 Style Guide

{DATE}

# Enduring Principles

- Be direct and clear and leave no doubt as to what the offer is

- Put the consumer benefit of paying $0.00 in the forefront

- Communicate that this offer is advantaged from other 'so-called' Free offerings because it is truly $0, has the proof of satisfied Millions of users behind it, and includes valuable features and benefits

- Cause consumers to call into question competitive 'free' offers

- Confirm TurboTax is superior

# Design Imperatives

- TurboTax brand mark is always present and positioned as the primary brand in this relationship.

  - When TurboTax Free is presented on a non-TurboTax branded page, the TurboTax brand mark should be close to or part of the Free lock-up.
  - When TurboTax Free is presented on a TurboTax page, the TurboTax brand mark can be less prominent.

- You do not need to use the offer name "TurboTax Free" as long as the TurboTax brand is prominent.

- Make "simple tax return" link to eligibility criteria so it's easy to see if they qualify for Free Edition (on-site)



# Free – Communication Hierarchy

TurboTax Branding* (Off-site)

FREE Lock-up
Guaranteed: "Simple Tax Returns"**
No Guarantee "Free Edition" or "Simple Tax Returns"** (off-site)

Offer description
"$0 Fed. $0 State. $0 to File"

Flex Messaging

Warmth / Humanize
(Use faces of customers)

*TurboTax branding does not have to be the first

** Simple tax returns or Free Edition must be "unavoidable" to consumers



# EXHIBIT J



# Logo / Communication: Hierarchy

TurboTax Branding ( Offsite )

FREE (or) Free

$0 Fed. $0 State. $0 to File ( or)

Free Fed. Free State. Free to File.

Guaranteed (or) guaranteed

Simple Tax Returns

## Tactical Direction

- When used in lockup, "Free" and "$0 Fed. $0 State. $0 to File." should be prominent (examples on slide 12)
- The logo lockup is not required for marketing/advertising communications
- TurboTax branding does not have to be first
- "Simple Tax Returns" language must be unavoidable. It is not required to be in lockup, but does need to be included (in copy or as hyperlink) in close proximity to mention of offer

intuit

# EXHIBIT K



# TurboTax Online Competitive NPS TY18 2019 Study

**Full Report**

July 2019



# EXHIBIT L

## What is a world-class NPS score?



- A score of 70 puts us in the top 5% of all companies (noted in blue font)
- A score of 50 puts us in the top 25% of all companies

**Source:** 2018 Satmetrix NPS Benchmark data

intuit

Intuit Confidential and Proprietary  **1**



# EXHIBIT M

**Intuit**

turbotax   quickbooks   proconnect   mint

# Consumer Group Business Models

{DATE}

This will be a good meeting if
- We share where we are in our new business model journey
- We build confidence that we are aggressively pursuing disruptive approaches
- We provide line of sight on our path forward and learning plan

## Opportunity to better participate in 26M category churn

| Category Churn by Prep Method | TOTAL | CPAs | Tax Stores | TTO | Other DIY |
|---|---|---|---|---|---|
| TY18 BASE (M) | 132 | 69.0 | 15.4 | 32.2 | 14.9 |
| RETENTION RATE | 80% | 85% | 70% | 80% | 70% |
| # OF DEFECTORS | 26 | 10.4 | 4.7 | 6.4 Ⓐ | 4.5 |
| DEFECT TO: | | | | | |
| CPA's | 9.3 | 4.8 | 1.6 Ⓓ | 1.9 | 0.9 |
| Tax Stores | 4.9 | 2.4 | 1.0 | 1.0 | 0.4 |
| TTO Acquisition | 5.9 | 2.8 | 1.7 | 0.0 | 1.4 |
| Other DIY Online | 5.9 | 0.4 | 0.4 Ⓒ | 3.5 | 1.7 Ⓑ |
| TT Penetration of Defectors | 30% | 26% | 3% | N/A | 32% |
| TT Penetration of Churn to DIY | 49% | 88% | 82% | N/A | 46% |

**Millions of customers are in play each year**

**TT Churn:**  Opportunity to further increase TT retention rates (~80% today) and shore up leaky bucket

Ⓐ OPPORTUNITY: ~6.4M FILERS

**DIY switchers to DIY:** TT captures 46% of competitive DIY switchers today, *far below our fair share*

Ⓑ OPPORTUNITY: ~2M FILERS

**Assisted switchers to DIY:** TT captures a vast majority (~86%) of Assisted filers that move to the DIY category

Ⓒ OPPORTUNITY: ~0.7M FILERS

**Assisted switchers to Assisted:**  Until TT Live, TTO captured 0% of those churning in the assisted space

Ⓓ OPPORTUNITY: ~10M FILERS

Dynamic category where many switch, providing opportunity to improve retention and acquisition

Intuit Confidential and Proprietary   8

Vet retention is closer to 84% in total and 1st year around 62%...and since Vet is 75% of our population we land at ~80% in total
- The title columns across the top represent the various prep methods
- The first row, "TY17 Base (M)" represents our estimates of how many returns were filed by each prep method in TY17
- The second row, "retention rate" represents our estimate of how well each method retained those customers in TY18
- The third row represents the number of customers each prep method did not retain/defected in TY18 (1-retention rate * TY17 base)
- Rows 4-7, "CPA's" - "Other DIY Online", represent the specific prep method that the defectors defected to. For example, out of the 26M total defectors, 9.3M went to CPA's, 4.9M went to tax stores, 5.8M came to us, etc...Another example: our of the 10.3M people that defected from CPA's, 4.8M went to another CPA, 2.4M went to tax stores, etc.
- Row 8, "TT penetration (Category)" represents the % of the TY17 Base (row 1) that TTO captures. For example, if you take the 5.8M total returns TTO got from churn (row 6) and divide it by the 132M total TY17 base minus the 32.2M that we already have, you'll get the 6%.
- Row 9, "TT penetration (Churn)" represents the % of the **total churn** (row 3) that TTO captures. For example, if you take the 5.8M total returns TTO got from churn (row 6) and divide it by the 26M total defectors minus the 6.4M that defected from us, you'll get the 30%.
- Row 10, "TT penetration (to DIY)" represents the % of the **churn to DIY** (row 6 + row 7) that TTO captures. For example, if you take the 5.8M total

returns TTO got from churn (row 6) and divide it by the total DIY churn in rows 6 + 7 (11.7M DIY defectors), you'll get the 49%.



Retention Gains this year
Free 1st year +1.2 pt        Paid 1st +0.4pts
Free Veteran +1.0 pts        Paid Vet +0.8pts