**UNITED STATES DISTRICT COURT**
**DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

No. 3:22-cv-1973-CRB

Federal Trade Commission,
                Plaintiff,
        v.
Intuit Inc.,
                Defendant.

**DECLARATION OF PETER GOLDER, PH.D.**
**APRIL 4, 2022**

## <u>**TABLE OF CONTENTS**</u>

I.    Introduction ........................................................................................................1

     A.    Qualifications ..........................................................................................1

     B.    Assignment .............................................................................................2

     C.    Background .............................................................................................3

II.    Summary of Opinions ........................................................................................5

III.    Eliminating the TurboTax Free Edition Commercials Is Likely to Have the Perverse Effect of Decreasing Free Tax Filing ...................................................................8

     A.    Intuit's Investment in Advertising Free Edition Likely Increased the Number of Taxpayers Filing their Tax Returns for Free ...........................................8

     B.    The Majority of TurboTax Customers Who Begin in Free Edition Ultimately File in Free Edition .................................................................................10

     C.    Removing Information About TurboTax Free Edition Would Not Lead Many, if Any, Consumers to Pay Less to File Their Taxes ....................................12

         1.    Other Online Tax Preparation Providers ........................................12

         2.    Other Filing Options ....................................................................15

IV.    Disclosures Appear Early and Repeatedly Throughout the High-Involvement Consumer Buying Process, Ensuring that Reasonable Consumers Are Unlikely To Be Deceived into Paying for TurboTax ...................................................................17

     A.    Overview of the Consumer Buying Process .............................................19

     B.    TV Ads Impact Problem Recognition and Can Spur Information Search but Do Not Directly Lead to Purchases ...........................................................20

     C.    Prolonged Information Search Is Common for High-Involvement Products Like Tax Preparation .................................................................................26

     D.    Consumers Evaluate Alternative Tax Preparation Providers Regularly and Consider Numerous Product Features .....................................................28

     E.    The TurboTax Website Provides Disclosures Repeatedly Throughout the Purchase Process .................................................................................30

         1.    Homepage .................................................................................32

         2.    Simple Returns Pop-up ................................................................34

         3.    Products and Pricing Page ...........................................................34

         4.    Upgrade Screens and Add-Ons .....................................................39

         5.    Review and File .........................................................................43

         6.    Payment ....................................................................................44

     F.    High Post-Purchase Satisfaction Drives High Customer Retention for TurboTax and Is Not Consistent with Deception ....................................................46

i

V.    Conclusion ........................................................................................................................50

I, Peter Golder, hereby declare as follows: I have personal knowledge of the facts set forth in this Declaration, and the opinions expressed represent my professional opinion. If called to testify, I could testify competently to the facts and opinions discussed in this Declaration.

## I.  INTRODUCTION

### A.  Qualifications

1.      My name is Peter Golder. I am a professor of marketing at the Tuck School of Business at Dartmouth College in Hanover, New Hampshire. In 2014, I was appointed by Dartmouth's president to be one of seven founding faculty members in Dartmouth's Society of Fellows. From 2015 to 2018, I served as area coordinator of the Tuck School's marketing faculty group. From 2015 to 2020, I was co-editor-in-chief of the academic journal *Marketing Letters*. From 2017 to 2020, I was faculty director of the Tuck School's First-Year Project course and, from 2018 to 2020, I was faculty director of the Tuck School's global experiential courses. I am a former professor of marketing and coordinator of the marketing department doctoral program at the Stern School of Business at New York University in New York, New York.

2.      I hold a Ph.D. in Business Administration (Marketing) from the University of Southern California and a B.S. in Mechanical Engineering from the University of Pennsylvania.

3.      My research experience and interests include marketing strategy, new product marketing, branding, global marketing, product features and customer perceptions associated with quality, first mover/pioneer advantages and disadvantages, later entrants' strategies, and historical analysis of the sources of market leadership. I have employed a variety of research methods in addressing these topics in academia and in my consulting engagements. I have consulted on several marketing-related topics for litigation, including trademark and trade dress issues, advertising, warning labels, and transfer pricing.

4.      I teach or have taught classes for MBA candidates including marketing, new product marketing, creativity and design, and global marketing, and I regularly present to academic and professional audiences on these and other related topics. I have written more than forty publications

appearing in academic journals, as book chapters, and in media and trade publications, including publications in leading marketing and business journals such as *Journal of Marketing, Journal of Marketing Research, Marketing Science,* and *Harvard Business Review.* I am currently co-editor of the Idea Corner track at *Marketing Letters* and an associate editor at the *Journal of Product Innovation Management*; I serve on the editorial board of *Journal of Marketing* and serve as a peer reviewer of articles submitted to these journals and other academic journals. My research and contributions to the field of marketing have been recognized with many best paper and best book awards.

5.      A copy of my curriculum vitae, which provides additional detail on my education, qualifications, and professional affiliations, as well as a list of the publications I have authored, is attached to this report as **Appendix A**. A list of cases in which I have provided expert testimony during the past four years is included as **Appendix B**.

**B.      Assignment**

6.      I understand that the FTC has issued a complaint for a temporary restraining order and preliminary injunctive relief against Intuit.[1] The FTC alleges that Intuit "represents, directly or indirectly, expressly or by implication, that consumers can file their taxes for free using TurboTax, when in truth and in fact, in numerous instances [Intuit] does not permit consumers to file their taxes for free using TurboTax."[2] The FTC Complaint discusses a variety of Intuit's acts and practices relating to Intuit's marketing of Free Edition, both currently and in the past, as well as past practices related to Intuit's IRS Free File program offering. However, I understand that for the purposes of a temporary restraining order, the conduct at issue relates to Intuit's current marketing of Free Edition in Tax Year ("TY") 2021, which is the current tax season and the tax season that would be impacted by a temporary restraining order.

7.      I have been asked by counsel for Intuit to assess the allegations in the FTC Complaint in light of Intuit's acts and practices relating to Intuit's marketing of its commercial tax filing products,

---

[1]    "Complaint for a Temporary Restraining Order and Preliminary Injunctive Relief Pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C § 53(b)," *Federal Trade Commission v. Intuit Inc.,* No. 3:22-cv-1973, United States District Court Northern District of California San Jose Division ("FTC Complaint").
[2]    FTC Complaint, ¶ 134.

2

including its free commercial product ("Free Edition") and its paid commercial products (collectively, "TurboTax Suite").[3] Specifically, I have been asked to assess: (1) the likely effect of the "Free, Free, Free" TV advertising campaign on consumer behavior, including the use of free and/or cost-effective tax filing solutions; (2) evidence related to consumer deception and consumer harm; and (3) the potential adverse effects of imposing a temporary restraining order on Intuit's advertising of Free Edition.

8.      For my work in this matter, I am being compensated at my standard consulting rate of $1,000 per hour plus any associated work or travel expenses. Working under my direction and guidance, personnel at Analysis Group, Inc. ("Analysis Group"), a consulting firm, have assisted me in the preparation of this report. I also receive compensation based on fees charged by Analysis Group.

9.      The opinions in this report are my own. Neither my compensation nor that of Analysis Group is contingent upon my findings, the testimony I may give, or the outcome of this litigation.

10.      A complete listing of the materials I have considered in the preparation of this report is included as **Appendix C**. My report is based on information available to me as of the date of this report. I reserve the right to supplement this report in the event that new information relevant to my opinions is produced by the parties.

### C.    Background

11.      As of April 2022, Intuit offers four do-it-yourself ("DIY") online TurboTax products for personal tax returns at varying price points ("Free Edition," "TurboTax Deluxe," "TurboTax Premier," and "TurboTax Self-Employed"). TurboTax Free Edition covers simple tax situations (*i.e.*, Form 1040 with limited attachments and limited supporting schedules), while paid editions (*i.e.*, TurboTax Deluxe, TurboTax Premier and TurboTax Self-Employed) include other attachments and schedules. Detailed lists of the forms supported by each version of TurboTax are accessible on the TurboTax website, including commonly filed forms and schedules, with hyperlinks that consumers

---

[3]   I have not been asked to evaluate any allegations related to the IRS Free File Program as Intuit no longer has a Free File offering.

can click on for more information about each tax form and schedule, as shown in **Figure 1** below:[4]

**Figure 1**
**TY 2021 Commonly Filed Tax Forms and Schedules Supported by Each TurboTax Product**[5]

| Commonly Filed Tax Forms and Schedules | | Free Edition – Basic Live | Deluxe – Deluxe Live | Premier – Premier Live | Self-Employed – Self-Employed Live |
|---|---|:---:|:---:|:---:|:---:|
| 1040 | U.S. Individual Income Tax Return | ● | ● | ● | ● |
| Schedule EIC | Earned Income Credit | ● | ● | ● | ● |
| Schedule 1 | Additional Income and Adjustments to Income | | ● | ● | ● |
| Schedule 2 | Additional Taxes | | ● | ● | ● |
| Schedule 3 | Additional Credits and Payments | | ● | ● | ● |
| Schedule A | Itemized Deductions | | ● | ● | ● |
| Schedule B | Interest and Dividend Income | | ● | ● | ● |
| Schedule C | Profit or Loss from Business (Income) | | ● | ● | ● |
| Schedule SE | Self-Employment Tax | | ● | ● | ● |
| Schedule D | Capital Gains and Losses | | | ● | ● |
| Schedule E | Supplemental Income and Loss, including rental property | | | ● | ● |
| Schedule C | Profit or Loss from Business (Expenses) | | | | ● |

12.    In addition to the DIY products, Intuit offers paid "hybrid" versions in which a tax professional will review the user's return prior to filing ("TurboTax Live").[6] In TY 2020, Intuit launched an optional add-on full-service version of each TurboTax Live product where a tax professional prepares the tax return using the customer's information. This full-service version was later introduced in TY 2021 as a stand-alone product ("TurboTax Live Full Service").[7]

13.    Intuit also offers add-on services that are adjacent to the preparation and filing of

---

[4]    See for example: Intuit, "TurboTax Deluxe," available at https://turbotax.intuit.com/personal-taxes/online/deluxe.jsp#tax-forms. See also, Intuit, "Personal Taxes Online," available at https://turbotax.intuit.com/personal-taxes/online/. A full list of the schedules supported by each TurboTax product can be found on this same webpage.

[5]    Intuit, "TurboTax Deluxe," available at https://turbotax.intuit.com/personal-taxes/online/deluxe.jsp#tax-forms.

[6]    The hybrid versions combine elements of assisted tax preparation products. For example, customers have the option of accessing expert help while doing their own tax returns or have the option of having an expert review their returns before they file. Intuit, "How TurboTax Live Works," accessed on April 2, 2022, available at https://turbotax.intuit.com/personal-taxes/online/live/how-it-works.htm.

[7]    During the current tax year (TY 2021) Intuit offered TurboTax Free Edition Live Full Service for $0 to eligible customers who filed before March 31, 2022. Intuit, "Consumer Group GTM Plan FY'21/TY'20," pp. 15, 27.

4

returns. For Free Edition customers, these optional add-ons include:[8]

- **Plus Help & Support ($30)**, which includes additional product support and document management tools available with the paid products as well as audit protection and identity protection services.

- **Refund Transfer ($40)**, which allows the user to pay for any TurboTax charges with their refund.[9]

Paid customers have access to similar add-ons at varying price points. For example, Deluxe, Premier, and Self-Employed customers can purchase MAX ($50) which includes priority customer care, audit protection services, and identity protection services.[10]

14.     For TY 2021, Intuit's TV ads for TurboTax included ads focused on the newly introduced suite of TurboTax Live Full Service products, ads focused on Free Edition, and one ad focused on a limited time promotion in which TurboTax Live was offered for free to consumers who qualified for Free Edition.[11] The FTC Complaint refers to two TY 2021 ads for Free Edition (*Auctioneer* and *Dance Workout*) and a declaration submitted by Diana F. Shiller in support of the FTC refers to a third (*Dog Show*).[12] The FTC asserts that Intuit's advertising of Free Edition may deceive consumers into believing that *all* taxpayers can file their taxes for free or that they personally can file their taxes for free,[13] despite disclosures to the contrary. It is my understanding that Intuit has already removed all Free Edition video advertisements from TV, the internet, and other media.

## II.    SUMMARY OF OPINIONS

15.     The FTC alleges that consumers "are suffering, have suffered, and will continue to suffer injury" as a result of Intuit's marketing of Free Edition, without presenting meaningful evidence

---

[8]   Intuit, "Consumer Group GTM Plan FY'21/TY'20," p. 42.
[9]   For California residents, PLUS and Refund Transfer are bundled into one add-on called "Premium Services" that is currently sold for $40.
[10]  Intuit, "Consumer Group GTM Plan FY'21/TY'20," p. 42.
[11]  See for example, Intuit TV ad, "TurboTax Free Edition TV Spot, 'Auctioneer,'" available at https://www.ispot.tv/ad/t40r/turbotax-free-edition-auctioneer;   Intuit   TV   ad,   "Copy   of QTTX0023000H_Dance_Workout_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4"; Intuit TV ad, "Copy of QTTX0027000H_Dog_Show_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4"; Intuit TV ad, "TurboTax Live TV Spot, 'Stephen: Free Simple Tax Returns,'" January 19, 2022, available at ispot.tv/ad/q3SW/turbotax-live-stephen-free-simple-tax-returns.
[12]  FTC Complaint, ¶¶ 2, 33. Declaration of Diana F. Shiller, *Federal Trade Commission v. Intuit Inc.*, No. 3:22-cv-1973, United States District Court District of California San Francisco Division, March 28, 2022 ("Shiller Declaration") ¶¶ 16-31.
[13]  FTC Complaint, ¶¶ 2-3.

of consumer harm.[14] To the contrary, Intuit's offering of and advertising of Free Edition *benefits* consumers (see **Sections III.A-III.B** and **Section IV.F.**).

16.    Intuit's Free Edition product allows millions of taxpayers to file their federal and state tax returns for free each year.

- Contrary to allegations that Intuit's commercials falsely attract taxpayers to TurboTax products and force consumers to then upgrade to paid products, the vast majority of TurboTax filers who start their tax returns in Free Edition ultimately file using Free Edition.

- Intuit's Free Edition advertising serves to increase awareness of and demand for free tax filing (including, but not limited to, TurboTax).

- TurboTax's high satisfaction ratings, positive customer reviews, and 80 percent customer retention rate (84 percent for paid customers) imply that customers receive benefits from the service and do not feel misled.

- It is clear that the minuscule number of consumer complaints the FTC has received as of March 28, 2022 about "'free' TurboTax" do not represent the experience of most TurboTax customers. This handful of complaints amounts to less than a fraction of a percent of TurboTax customers in TY 2020, and pales in comparison to the thousands of positive customer reviews available on the TurboTax website. Moreover, the Better Business Bureau has given Intuit an "A" rating, consistent with the minuscule percentage of customers complaining.

17.    Placing a temporary restraining order on Intuit's marketing of Free Edition may well have the perverse effect of decreasing the number of consumers filing for free (see **Section III.C.**).

- A restraint on Intuit's marketing of Free Edition would reduce awareness among new taxpayers of Free Edition and reduce reminders for and positive associations with this TurboTax brand for potential repeat customers.

- Restricting Intuit's advertising of Free Edition may have the perverse effect of decreasing awareness of free tax filing solutions (including solutions available from other providers), the number of taxpayers interested in such products, and the share of taxpayers actually filing for free.

- Taxpayers who choose alternate filing options in the absence of marketing of Free Edition, including taxpayers who would have been eligible to file for free with Free Edition, may well choose to use paid TurboTax products, comparably priced products from Intuit's DIY competitors, or more expensive paid preparers.

18.    The FTC alleges that the disclosures in Intuit's Free Edition marketing are insufficient and that consumers only realize they are ineligible "after they have invested time and effort gathering

---

[14]   FTC Complaint, ¶ 132.

and inputting into TurboTax their sensitive personal and financial information."[15] On the contrary, the TurboTax website specifically offers tools to assist consumers in selecting the appropriate product for their tax situation and provides disclosures early and repeatedly throughout the purchase process, including disclosures prior to entering any personal and financial information (see **Section IV**).

- All of the following disclosures are encountered prior to entering any personal or financial information and can be reached without even creating an account:

  o Free Edition advertisements contain disclosures that Free Edition is for simple U.S. tax returns only and direct consumers to the TurboTax website for more details.

  o The TurboTax homepage includes a link to a pop-up explaining exactly what constitutes a simple tax return.

  o The TurboTax Products and Pricing page includes detailed information on all TurboTax products, including which types of tax situations are covered and the pricing for each product as well as a set of interactive buttons that help consumers choose the right product.

- For the portion of TurboTax customers who start in Free Edition but do not qualify for Free Edition and need to upgrade to use TurboTax, TurboTax informs the consumer as soon as they have entered information that disqualifies them and explains why their tax situation is not covered by Free Edition and the price of the recommended upgrade. Subsequent pages in the checkout process clearly state the prices of all selected upgrades and add-ons.

19. Finally, the FTC's simplistic view of how consumers make purchase decisions is unrealistic and inconsistent with the marketing literature and fails to credit the diligence and knowledge reasonable consumers employ when making financial decisions, such as filing tax returns (see **Section IV**).

- Making purchase decisions about tax preparation options is a high-involvement decision in which taxpayers are motivated to research the best option for their specific tax circumstance and the limits and conditions on any free options.

- Intuit's Free Edition TV ads are brand-building ads aimed to increase awareness of Free Edition and positive associations with the TurboTax brand. TV ads for high-involvement products do not lead to direct conversions: at most, they prompt interest in a product that leads consumers to search for more information about that product or brand.

- Consumers conduct substantial research and evaluate their tax preparation options among many competitors in a crowded field, including both online DIY tax preparation solutions and other more traditional solutions such as paid preparers.

---

[15] FTC Complaint, ¶¶ 3, 45, 51.

- Consumers must go to the TurboTax website in order to use the product, they cannot simply go directly from viewing a TV ad to purchasing TurboTax. The TurboTax website has clear explanations of the different products including eligibility requirements and pricing for each of the paid products. Any consumer who would need to pay to use TurboTax would see numerous disclosures on the website to that effect starting as early as the homepage.

- Finally, as noted earlier, TurboTax has high customer satisfaction scores and above-average customer retention, including among those consumers who pay, which indicate a lack of the negative feelings on the part of its customers that would typically be found if Intuit were deceiving its customers into believing that they could file for free, only to find out that they have to pay to file later in the filing process.

III.   **ELIMINATING THE TURBOTAX FREE EDITION COMMERCIALS IS LIKELY TO HAVE THE PERVERSE EFFECT OF DECREASING FREE TAX FILING**

20.     Contrary to the FTC's allegations, Intuit's offering of and advertising of Free Edition is to the *benefit* of consumers. In fact, TurboTax's investment in advertising Free Edition likely increased awareness of and use of Free Edition and increased category demand for free tax preparation products across the industry. An injunction would likely have the perverse effect of harming consumers who may turn to other, more expensive, filing options.

A.     **Intuit's Investment in Advertising Free Edition Likely Increased the Number of Taxpayers Filing their Tax Returns for Free**

21.     Before the introduction of free online products such as TurboTax Free Edition, the only free options for tax preparation included preparing and mailing one's own paper returns, or using free government programs that are only available to certain consumers, such as the IRS Free File program; the IRS's Volunteer Income Tax Assistance ("VITA") program;[16] the Tax Counseling for the Elderly ("TCE") program, which provides assistance to taxpayers who are age 60 or older; or free options available for active military at military bases.[17] As the eligibility restrictions indicate, these free options are limited in terms of accessibility. Given the historically limited availability of free tax filing options, consumers may not have been aware of the existence of free online tax preparation products

---

[16]  VITA is only available to persons who generally make $54,000 or less, persons with disabilities, persons who are senior citizens, and limited English-speaking persons. *See*, Benefits.gov, "Volunteer Income Tax Assistance (VITA)," available at https://www.benefits.gov/benefit/1543.

[17]  *See*, Benefits.gov, "Volunteer Income Tax Assistance (VITA)," available at https://www.benefits.gov/benefit/1543; Benefits.gov; "Tax Counseling for the Elderly," available at https://www.benefits.gov/benefit/722; The MITRE Corporation, "Independent Assessment of the Free File Program," October 3, 2019, ("MITRE Report (2019)"), p. 32.

without Intuit's advertising and may have not even considered using an online product as a result.

22.     Since Intuit first launched and marketed Free Edition, it not only increased the number of taxpayers filing their tax returns for free with TurboTax, but it also increased category awareness. In 2007, Intuit launched a free Federal tax return product, Intuit's first free product offering a free federal return for qualifying customers during a limited portion of the tax season.[18] Intuit later expanded its free product offering in TY 2014 with the launch of Absolute Zero, offering free federal returns the entire tax season for eligible customers and free state tax returns for a portion of the tax season.[19] Intuit has continued to expand this offering: in TY 2018 it made state returns free for the entire tax season and added additional functionality such as the popular year-over-year data transfer feature.[20]

23.     Intuit's investment in advertising Free Edition likely had a direct effect on the number of filers filing their tax returns for free with TurboTax and likely increased overall category awareness of and demand for free filing solutions. Intuit's Free Edition ads are brand-building ads aimed to increase awareness of Free Edition and to increase positive association with the TurboTax brand. Such brand-building ads make consumers aware of the fact that filing for free with TurboTax is an option. Intuit has internally studied awareness of Free Edition, tracking increases of consumer awareness from 35 percent of surveyed consumers in mid-season TY 2016 (during the Absolute Zero era) to 44 percent in TY 2018.[21] In comparison, mid-season awareness of competitors' free products ranged from 21 percent to 19 percent for H&R Block Online and 15 to 12 percent for Tax Act's free product over this period.[22] Awareness of TurboTax Free Edition has increased further to 46 percent as of mid-season TY 2021.[23]

24.     In fact, as can be seen in **Figure 2** below, millions of Americans file their taxes for free

---

[18]   Intuit, "FY15 Go-To-Market White Paper."
[19]   Intuit, "Tax Year 2015 Go-to-Market Plan White Paper," pp. 15-16.
[20]   Intuit, "TY18 CG Portfolio Business Review," p. 21.
[21]   Intuit, "Sentiment TY16 Mid-Season Tracking Results, with YOY comparisons As Input into Planning," March 7, 2017, p. 40; Intuit, "Brand Sentiment Metrics Mid-Season TY18," March 2019, p. 6.
[22]   Intuit, "Sentiment TY16 Mid-Season Tracking Results, with YOY comparisons As Input into Planning," March 7, 2017, p. 40; Intuit, "Brand Sentiment Metrics Mid-Season TY18," March 2019, p. 6.
[23]   Intuit, "Brand Sentiment Tracking Total Market and PYA Mid Season TY2 [sic]," February 2022, p. 12.

with TurboTax each year. From TY 2018 to TY 2020, a total of 42.6 million taxpayers (41 percent of TurboTax customers) filed their federal and state tax returns for free with TurboTax.

**Figure 2**
**Summary of TurboTax Customers Who Filed Federal and State Tax Returns for Free**
**(TY 2018 - TY 2020) [24]**

**Number of TurboTax Customers**

|  | TY2018 | TY2019 | TY2020 | Total |
|---|---|---|---|---|
| Filed State and Federal Tax Returns for Free | 13,146,960 | 14,401,227 | 15,085,842 | 42,634,029 |

25.     Intuit's investment in advertising Free Edition has likely increased awareness (and therefore demand) not just for TurboTax Free Edition but also for the entire category of free online tax preparation, providing an indirect benefit to consumers. Intuit's competitors have also responded to Intuit's Free Edition offering and advertising. After TurboTax introduced the "Absolute Zero" promotion for free federal and state tax preparation for select customers, which was at the time the only free federal and state commercial offer in the marketplace, TaxAct launched a competing free federal and state return offer in the 2015 tax year, and H&R Block responded "by matching the program" with its "More Zero" promotional campaign during the 2016 tax year.[25] In fact, H&R Block's current advertising directly draws a comparison to Free Edition, claiming that "more people can file free than with TurboTax."[26] Intuit's advertisement of Free Edition and its investment in allowing taxpayers to test out DIY online tax preparation likely increased demand for, and acceptance of, online tax preparation products benefitting consumers who may have otherwise used a more costly assisted tax preparation product.

**B.     The Majority of TurboTax Customers Who Begin in Free Edition Ultimately File in Free Edition**

26.     The FTC Complaint alleges that Intuit's commercials falsely attract taxpayers to

---

[24]   Intuit Detailed Customer-Level Data. These numbers include customers who filed using any TurboTax commercial product for free, not just Free Edition. Some customers can file for free with paid products e.g., members of the military.
[25]   Intuit, "FY17 Go-to-Market White Paper," October 2016 p. 18.
[26]   H&R Block TV ad, "Free Online File," February 14, 2022, available at https://www.youtube.com/watch?v=EnzdfD0bcr4.

TurboTax products and force consumers to then upgrade to paid products, implying that most TurboTax customers start their tax returns in Free Edition and ultimately file with a paid product.[27] In fact, every year millions of taxpayers begin and file their tax returns with TurboTax paid products, demonstrating from the outset an understanding that they are not eligible for Free Edition or a preference to not use Free Edition.[28]

27.     In addition, the majority of TurboTax customers who *begin* their tax returns in Free Edition ultimately file with Free Edition. From TY 2018 to TY 2020, on average, 71 percent of TurboTax customers who began filling out their tax returns using Free Edition, ultimately filed their federal and state tax returns for free with Free Edition (See **Figure 3**). This share has increased over time from 67 percent in TY 2018 to 73 percent in TY 2020.

**Figure 3**
**TurboTax Customers Who Start in Free Edition and File in Free Edition[29]**

| Tax Year | Number of TurboTax Customers Who Start in Free Edition and File in Free Edition | Percent of Customers Who Start in Free Edition and File in Free Edition |
| --- | --- | --- |
| 2018 | 12,028,516 | 67% |
| 2019 | 13,206,848 | 72% |
| 2020 | 12,911,441 | 73% |
| Total | 38,146,805 | 71% |
| Average (2018-2020) | 12,715,602 | 71% |

28.     Such statistics likely overstate the number of taxpayers who expected or even hoped to file for free using such a solution, as some consumers may choose to start with Free Edition "just to see" if they're eligible. In fact, the New York Times' Wirecutter review of "The Best Tax Filing Software" for the current tax year (TY 2021) advises that "we think most people should start with the

---

[27]  See for example, FTC Complaint,¶ 64 ("Intuit's deceptive door-opener ads described above bring consumers to the TurboTax website representing that consumers can file their taxes for free using TurboTax, but once there, many consumers encounter screens that inform them that they cannot complete and file their taxes for free."); FTC Complaint, ¶ 66 ("Intuit's advertisements funneled consumers to the **purportedly**-free version of TurboTax, only to require upgrade and pay Intuit to file their taxes after consumers had invested time and shared sensitive information with Intuit.").

[28]  Between TY 2018 and TY 2020, 14.1 million, 17.0 million, and 19.6 million customers started in a paid product and filed using a paid product, respectively. Intuit Detailed Customer-Level Data.

[29]  Intuit Detailed Customer-Level Data. These numbers do not include customers who file for free using a product other than TurboTax Free Edition, so do not include members of the military who file for free using TurboTax Deluxe.

Free Edition. Even if you might have some deductible expenses, such as mortgage interest or charitable donations, it's better to start here and upgrade to Deluxe only if you're required to."[30] Consumers who may not expect to be eligible for Free Edition may nevertheless choose to start in Free Edition just in case they are eligible.

**C.** **Removing Information About TurboTax Free Edition Would Not Lead Many, if Any, Consumers to Pay Less to File Their Taxes**

29.     Removing information about TurboTax Free Edition would not lead many, if any, consumers to pay less to file their taxes. The lack of advertising for a free tax preparation product would likely decrease awareness of and demand for that free tax solution, diverting consumers, including those who would qualify to file for free with TurboTax Free Edition, away from the TurboTax Suite. More consumers might even choose TurboTax's paid products than do so today, with less marketing reinforcing the potential free option. Any consumers who were diverted from filing with TurboTax (either using Free Edition or a paid product) would still need to file their taxes and would need to seek alternate methods. Instead of choosing TurboTax, they may choose an alternate online tax preparation provider, a paid preparer such as a CPA, or a government program such as the IRS Free File Program. Many of these options would be comparably priced or even more expensive than TurboTax.

*1.     Other Online Tax Preparation Providers*

30.     Intuit's TurboTax website allows consumers to try out the TurboTax platform, only paying at the very end of the process. This "try before you buy" model allows curious taxpayers to sample DIY online tax preparation services before committing to using one and to compare different online tax preparation services against each other to ensure they are getting the highest refund or the lowest price.

31.     H&R Block,[31] TaxAct,[32] and TaxSlayer,[33] which together with TurboTax serve about

---

[30]   Pinola, Marie, "The Best Online Tax Software," *Wirecutter*, updated February 15, 2022, available at https://www.nytimes.com/wirecutter/reviews/best-tax-software/.

[31]   H&R Block, "File Online. Free Online," available at https://www.hrblock.com/online-tax-filing/free-online-tax-filing/.

[32]   TaxAct, "TaxAct Free," available at https://www.taxact.com/individual-taxes/online/free/.

[33]   TaxSlayer, "TaxSlayer Simply Free," available at https://www.taxslayer.com/products/taxslayer-free-tax-filing.

90 percent of taxpayers who use online tax preparation services,[34] all use similar tiered pricing models. Each provides a free version of their tax preparation software that can be used for filing simple personal tax returns (and are marketed as such) and three tiers of premium offerings (all priced within $75 of each other) that include additional features for more complicated tax returns.[35,36] For example, Intuit's largest competitor,[37] H&R Block has four DIY products (similar to Intuit as discussed earlier) as shown in **Figure 4** below.

**Figure 4**
**H&R Block DIY Online Product Lineup[38]**



32.     Intuit's competitors also run TV advertisements for both their free and paid online tax products, some of which position their product lineup in comparison to Intuit's. For example, in TY 2018, H&R Block ran TV advertisements positioning its online product lineup as superior to Intuit's

---

[34]   ProPublica, "Electronic Filings via Online Tax Software Companies," 2019, available at https://assets.documentcloud.org/documents/6788961/ProPublica-Analysis-of-IRS-Electronic-Filing-Data.pdf.

[35]   Bradbury, D., "Tech Tips: Tax software for your clients," *Investment Executive*, April 5, 2019, available at https://www.investmentexecutive.com/newspaper_/building-your-business-newspaper/tech-tips-tax-software-for-your-clients/.

[36]   "Deluxe" or "Classic" products are priced within $35 of each other, "Premium" products are priced within $44.05 of each other, and "Self-employed" products are priced within $64.05 of each other. See Intuit, "Personal Taxes Online," accessed on March 18, 2022, available at https://turbotax.intuit.com/personal-taxes/online/; H&R Block, "File Online. Free Online," accessed on March 18, 2022, available at https://www.hrblock.com/online-tax-filing/free-online-tax-filing/; TaxAct, "Online Products," accessed on March 18, 2022, available at https://www.taxact.com/taxes-online; TaxSlayer, "Compare our online tax software," accessed on March 1, 2022, available at https://www.taxslayer.com/tax-tools/compare-tax-software.

[37]   Intuit, "E2E Experience Review - Our Competitors," March 27, 2019, p. 15.

[38]   H&R Block, "Online Tax Filing," accessed on April 1, 2022, available at https://www.hrblock.com/online-tax-filing/.

in terms of having broader eligibility for its free online DIY product and a $10-$15 price advantage relative to Intuit's paid online DIY products.[39] Similarly, H&R Block currently has a TV ad advertising its free online product with the voiceover stating: "The best part about doing things yourself? It's free. Like doing your own taxes with H&R Block Free Online. Where more people can file free than with TurboTax."[40] In TY 2020, TaxAct ran a TV advertisement positioning TaxAct as costing "30% less than the big guys" with a disclosure at the bottom of the screen that read "30% less claimed based on comparison of TurboTax and H&R Block federal pricing for Deluxe and Premier consumer online products on 12/4/2020. Other TaxAct consumer online products also cost less than comparable TurboTax and H&R Block products on same date. Price Paid is determined at the time of filing and is subject to change. Restrictions apply. See www.taxact.com/company/accuracy-guarantee for Details & Disclosures on the Maximum Refund."[41]

33.     In addition, in TY 2021, TaxSlayer ran its "Cash Cow" commercial which advertised its free online tax preparation product ("TaxSlayer Simply Free") and concludes with a voiceover that says: "file for free with TaxSlayer Simply Free and get your maximum refund guaranteed" and a disclosure at the bottom of the screen that reads "Simply Free (includes federal and one state return for $0) is not available for all tax situations. Eligibility is limited to qualifying simple tax situations and is determined at the time of e-file. See site for full details." See **Figure 5** below for a screenshot of the disclosure provided in this TaxSlayer ad.

---

[39]  Intuit, "E2E Experience Review - Our Competitors," March 27, 2019, p. 15.
[40]  H&R Block TV ad, "Free File Online," February 14, 2022, available at https://www.youtube.com/watch?v=EnzdfD0bcr4.
[41]  TaxAct TV ad, "Michele Lepe | TaxAct Commercial 2021 | Stranded Don't Get Stuck on Taxes," January 21, 2021, available at https://www.youtube.com/watch?v=JUcHrJF4IUA.

**Figure 5**
**Simple Returns Disclosure on Cash Cow TV Ads[42]**



34.    Given the similarity in competitors' online tax product lineups and eligibility requirements for their free products, the effect of an injunction on Intuit's advertising of Free Edition may simply be to divert consumers who would otherwise file with TurboTax to a competitor, where they would face similar restrictions on their qualifications to use free tax filing solutions. Thus, an injunction would not necessarily result in more consumers filing for free but would simply divert customers from Intuit to its competitors, with no meaningful change in consumer welfare.

*2.    Other Filing Options*

35.    Instead of diverting to other online tax preparation providers, some consumers may choose alternate filing options such as using a paid preparer, self-preparing their taxes by hand or using the IRS Free File Program. Self-preparation by hand and the IRS Free File Program remain relatively rare tax preparation choices; in TY 2019, of the 157.2 million tax returns filed, only 9 million (6 percent) were self-prepared by hand and 4.2 million (3 percent) were filed using through IRS Free File.[43] Self-preparation is free for all filers but requires sufficient knowledge about the U.S. tax code

---

[42]  TaxSlayer TV ad, "TaxSlayer 2022 Commercial 'Cash Cow' (Official TV Ad: 30)," January 4, 2022, available at https://www.youtube.com/watch?v=nSaryc0WZB0.

[43]  IRS, "Internal Revenue Service 2020 Data Book," June 2021, pp. 2, 8-10, available at https://www.irs.gov/pub/irs-pdf/p55b.pdf; IRS, "Free File Fillable Forms," available at https://www.irs.gov/e-file-providers/free-file-fillable-forms.

and confidence in ones' ability to accurately prepare their taxes. Free government programs like the IRS Free File Program continue to be available but command a relatively limited share of the U.S. tax preparation market. Moreover, diverting customers from TurboTax to alternative filing options such as self-preparation could lead to greater mistakes or risk lower refunds.

36.     In contrast, the most common tax filing method continues to be using a paid preparer to assist in preparing taxes. In TY 2019, 53 percent of individual tax returns in the United States were filed using an assisted tax preparation method.[44] On average, the cost of assisted tax preparation is higher than online DIY products, including the core TurboTax Suite. A Morgan Stanley Research report noted that on average the cost of assisted tax preparation was $237 for federal returns, with additional fees for state returns.[45] By comparison, TurboTax's products range from $0 for Free Edition to $119 for TurboTax Self-Employed (plus an additional fee for state returns), as shown in **Figure 6** below.[46]

**Figure 6**
**TurboTax Core Products and Pricing as of April 4, 2022[47]**



37.     Not only is the average cost of an assisted tax preparation method higher than even the most expensive TurboTax DIY solution, but there are also wide ranges in potential prices, and the pricing can be opaque and difficult to identify and assess in advance. A 2016 article published in the

---

[44] IRS, "Internal Revenue Service 2020 Data Book," June 2021, p. 2, available at https://www.irs.gov/pub/irs-pdf/p55b.pdf.
[45] Morgan Stanley, "Assessing the Key Debates Leaves Us Bullish – Reiterate OW," February 2, 2021, p. 3.
[46] Intuit, "Personal Taxes Online," available at https://turbotax.intuit.com/personal-taxes/online/.
[47] Intuit, "Personal Taxes Online," accessed on April 4, 2022, available at https://turbotax.intuit.com/personal-taxes/online/.

Atlantic described an informal survey of tax storefront operations in two different cities. The authors of this survey went to two tax storefronts in different cities (Washington D.C. and Baltimore) and presented the tax professionals with identical information. The authors found that depending on the storefront location, they would have spent between $309 and $509.[48] In contrast with the pricing uncertainty from these tax professionals, the TurboTax webpage clearly lays out the prices of each product and includes the ability to "start for free" and pay only when taxpayers file their returns. This "try before you buy" approach allows consumers to comparison shop and ensure that they believe their TurboTax purchase is worth the price. There is no such ability to "try before you buy" with assisted tax preparation products, meaning any taxpayers who choose to evaluate a CPA or tax professional as an option will likely be faced not only with higher prices, but would be more limited in their ability to evaluate different assisted tax preparation options and comparison shop based on price.

38.    Therefore, removing Intuit's advertising of Free Edition could have the perverse effect of diverting potential TurboTax customers to other, comparable, DIY tax preparation solutions or to more expensive assisted tax preparation solutions, including people who could have filed for free using TurboTax.

## IV.    DISCLOSURES APPEAR EARLY AND REPEATEDLY THROUGHOUT THE HIGH-INVOLVEMENT CONSUMER BUYING PROCESS, ENSURING THAT REASONABLE CONSUMERS ARE UNLIKELY TO BE DECEIVED INTO PAYING FOR TURBOTAX

39.    The FTC alleges that the TurboTax advertisements and website do not adequately disclose the limitations on eligibility for Free Edition.[49] To the contrary, consumers are presented with disclosures early and repeatedly throughout the purchase process. **Figure 7** below details the various disclosures provided by Intuit in its advertising and on its website, throughout the Consumer Buying Process. Contrary to the allegation that consumers enter personal and financial information prior to recognizing that their tax situation is not covered by Free Edition, TurboTax provides multiple avenues to learn this information before even creating an account. In addition, survey evidence from both John

---

[48]  White, G., "How the Tax-Prep Industry Takes Advantage of Low-Income Filers," *The Atlantic*, April 14, 2016, available at https://www.theatlantic.com/business/archive/2016/04/eict-tax-prep/478305/.

[49]  FTC Complaint, ¶ 43.

Hauser and Rebecca Kirk Fair demonstrates that entering personal information is not a barrier to changing providers or researching alternative tax filing options. In fact, there are numerous potential off ramps throughout the Consumer Buying Process (discussed in this section) in which consumers could change their mind about choosing TurboTax prior to entering personal information or paying.

**Figure 7**
**Disclosures Occur Early and Repeatedly[50]**



40.     Of note, this figure only reflects the disclosures and information provided by Intuit itself through its advertising and website. The FTC's allegations ignore the high-involvement Consumer Buying Process that consumers undergo when selecting a tax preparation provider, which typically includes consulting multiple sources of information such as visiting competitor websites, reading customer reviews, or reading third-party articles and rankings that summarize tax preparation options. These additional sources of information also provide details on qualification requirements for TurboTax and for other competing online tax preparation products.

---

[50]   Intuit Detailed Customer-Level Data. See also, **Section IV. B** and **Section IV.E.**

**A.      Overview of the Consumer Buying Process**

41.      In this section, I provide an overview of a well-known and well-studied theoretical framework – the Consumer Buying Process – associated with consumer decision-making.[51] The Consumer Buying Process is a five-stage model that describes the typical series of activities that result in purchase and post-purchase consumption:[52]

- *Problem recognition.* The Consumer Buying Process begins when the consumer recognizes a problem or need.[53] Problem recognition may be triggered, for example, by receiving W-2s or similar forms in the mail, speaking to friends and family about taxes, or by seeing advertisements from tax return professionals or services.

- *Information search*. In this stage, the consumer begins to search for information about how to solve the problem or meet the need. Consumers may receive information from a variety of sources during this stage, including commercial advertisements, research on public sources such as reviews or consumer-rating organizations, word-of-mouth, and prior experience.[54] For example, taxpayers may seek information about a broad set of tax preparation options, including whether to use a CPA or tax professional or a DIY option.

- *Evaluation of alternatives.* After the information search stage, a consumer narrows his or her potential choices down to a "consideration set" that includes the options the consumer is seriously considering for purchase.[55] For example, a taxpayer may narrow his or her choices down to using an online e-filer or filing on paper and then focus on evaluating those options, and possibly returning to the information search stage to collect additional information.

- *Purchase decision.* In this stage, the consumer selects the product or service to solve the problem or fulfill the need identified in the problem recognition stage and makes the purchase.[56] For example, a taxpayer would select the relevant TurboTax product for his or her tax circumstances and pay (or not pay) for the tax preparation service.

- *Post-purchase behavior*. The Consumer Buying Process continues after the purchase decision. Consumers learn first-hand and evaluate how well the product or service provides the benefits they seek, satisfies their needs and solves their problems.

---

[51]   See, for example, Bettman, J., Luce, M., and Payne, J., "Constructive Consumer Choice Processes," *Journal of Consumer Research,* Vol. 25, 1998, pp. 187-217; Kotler, P., and Keller, K., *Marketing Management 15th Global Edition*, Pearson Education Limited, London, 2016, ("Kotler and Keller (2016)"), p. 195; Kerin, R. and Hartley, S., *Marketing 15th Edition*, McGraw-Hill Education, New York, New York, 2020; and Perreault et. al., *Essentials of Marketing*, McGraw-Hill Education, New York, New York, 2019.

[52]   Zalani, C., "Consumer Decision-Making Process Mastery," *The Ecom Academy*, 2018 available at https://ecomacademy.com/consumer-decision-making-process/; Wallace, C., "The 5 Stages of the Consumer Decision Making Process," *Zoovu*, 2016, available at https://zoovu.com/blog/how-to-leverage-the-5-stages-of-the-customer-decision-making-process/.

[53]   Kotler and Keller (2016), p. 195.

[54]   Kotler and Keller (2016), p. 196.

[55]   Kotler and Keller (2016), pp. 196-197.

[56]   Kotler and Keller (2016), p. 198.

Consumers who are satisfied with their purchase are likely to become repeat purchasers.[57] In this case, because taxpayers must file their taxes every year, there are millions of taxpayers in the post-purchase stage throughout the year and their satisfaction with their prior tax preparation experiences will inform their choices in subsequent years.

42.      Of note, consumers pass through the Consumer Buying Process in their own personal way and may skip steps or backtrack throughout their purchase process.[58] The complexity and expense of a product or service can impact the level of consumer involvement in the Consumer Buying Process. In the case of a financial product with significant downside risk (e.g., making a costly mistake preparing one's tax return), consumers are likely to be highly motivated, highly involved, and risk averse in their Consumer Buying Process,[59] particularly for low-income taxpayers for whom a refund may be a larger share of annual earnings. Therefore, consumers are likely to spend longer in the Consumer Buying Process and conduct more research to ensure they are buying the right product for their personal needs.

**B.      TV Ads Impact Problem Recognition and Can Spur Information Search but Do Not Directly Lead to Purchases**

43.      The FTC publishes guidelines, which are intended to help businesses verify that their advertisements' disclosures are not deceptive in their communications.[60] The six components of the FTC Guidelines for online consumer disclosures are consistent with the marketing and consumer behavior literature. Specifically, the FTC Guidelines regarding proximity and placement,[61] prominence,[62] limited distractors,[63] the use of repetition for key disclosures,[64] consideration of

---

[57]   Kotler and Keller (2016), p. 200.
[58]   Kotler and Keller (2016), p. 195.
[59]   Assael, H., "Consumer Behavior: A Strategic Approach," Houghton Mifflin Company, Boston, MA, 2004, pp. 90-91.
[60]   FTC, ".com Disclosures: How to Make Effective Disclosures in Digital Advertising," March 2013 ("FTC Guidelines"), pp. 1-2, available at https://www.ftc.gov/sites/default/files/attachments/press-releases/ftc-staff-revises-online-advertising-disclosure-guidelines/130312dotcomdisclosures.pdf.
[61]   FTC Guidelines, p. 8.
[62]   FTC Guidelines, p. 17.
[63]   FTC Guidelines, p. 19.
[64]   FTC Guidelines, p. 19 "It may be necessary to disclose information more than once to convey a non-deceptive message. Repeating a disclosure makes it more likely that a consumer will notice and understand it and will also increase the likelihood that it will be seen by consumers who may be entering the website at different points."

disclosures across different forms of media,[65] and the need to use simple and direct language[66] are consistent with research on the importance of balancing information in advertising and comprehension/cognitive overload.[67]

44.     Notably, providing detailed information in TV advertisements may not be the most effective way to disseminate information to consumers. According to Stewart and Martin (2004), TV advertising is a relatively "ineffective medium for providing consumers with information" because the advertisement is short, comes without notice, and consumers cannot control the pace of the information.[68] When there is a lot of information to communicate, "consumers might be better served through strategic timing of disclosures to ensure that information is available at specific points in the purchase and product usage process when such information is most relevant to them."[69] TV advertisements typically contain short disclosures and come early in the Consumer Buying Process. Intuit's messaging through its TV advertisements is consistent with this integrated approach to marketing the TurboTax brand that uses mass communication channels to build brand awareness and drive positive brand associations. It certainly would not make sense or be an effective communication in a 30-second ad to read the list of tax forms and schedules not included in Free Edition.

45.     Ultimately, TV advertising can spur information search, but is not intended, particularly in high-involvement goods, to provide all the necessary information to determine consumer choice. It is therefore not surprising that the primary goal of most TV ads is to build product awareness and brand equity, and to direct potential customers to a place, such as a website, where they can get more information, as is the case here.[70] TV ads can bring awareness to a product and include

---

[65]   FTC Guidelines, p. 20 "Display visual disclosures for a sufficient duration. Visual disclosures presented in video clips or other dynamic portions of online ads should appear for a duration sufficient for consumers to notice, read, and understand them. As with brief video superscripts in television ads, fleeting online disclosures are not likely to be effective."

[66]   FTC Guidelines, p. 21 ("Advertisers should use clear language and syntax and avoid legalese or technical jargon. Disclosures should be as simple and straightforward as possible.").

[67]   Ariely, D., "Controlling the Information Flow: Effects on Consumers' Decision Making and Preferences," *Journal of Consumer Research*, Vol. 27(2), 2000, pp. 233-248.

[68]   Stewart, D. W., and Martin, I.M. "Advertising Disclosures: Clear and Conspicuous or Understood and Used?" *Journal of Public Policy & Marketing*, Vol. 23, No. 2, 2004, pp. 183-192, ("Stewart and Martin (2004)"), p. 187.

[69]   Stewart and Martin (2004), p. 186.

[70]   Stewart and Martin (2004), p. 187.

instructions for where consumers can find more information.[71]

46.     For the current tax season, Intuit's TV ads for TurboTax included ads focused on the TurboTax Live and TurboTax Live Full Service suites of products, which provide expert tax assistance, ads focused on Free Edition, and one ad focused on a limited time promotion in which TurboTax Live was offered for free to consumers who qualified for Free Edition.[72] These ads played on television and were also available on Intuit's YouTube page. The limited time promotion TurboTax Live ad, *Stephen: Free Simple Tax Returns*, states "did you know that TurboTax is free no matter how you want to file? […] it's true anyone with a simple tax return can get help from an expert, for free" and "for a limited time, TurboTax is free for simple returns, no matter how you file."[73] The ad ends with a screen that says, "Intuit TurboTax Live," and includes a disclosure at the bottom of the screen that reads, "For simple tax returns only. See if you qualify at turbotax.com. Must file by 2/15 for free offer. Offer subject to change." The three ads for the TurboTax Free Edition are *Dog Show*, *Auctioneer*, and *Dance Workout*. The *Dog Show* ad features a dog show judge pointing at competitors and saying "free."[74] The *Auctioneer* ad features an auctioneer selling a cow, but the auctioneer says "free" for most of the ad.[75] The *Dance Workout* ad features an eighties dance workout class, but the instructor says "free" for most of the ad.[76] All three ads conclude with a voiceover that says, "that's right TurboTax Free Edition is Free, see details at TurboTax.com."[77] They also end with a screen (**Figure 8**) that says, "Intuit TurboTax Free Edition" and includes a disclosure at the bottom of the screen that

---

[71]  Stewart and Martin (2004), p. 187.

[72]  I note that the FTC Complaint references advertisements and disclosures from previous tax seasons. Because my understanding is that a temporary restraining order or preliminary injunction would impact *future* conduct only, I focus my review on Intuit's TY2021 advertisements. *See for example*, Intuit TV ad, "TurboTax Free Edition TV Spot, 'Auctioneer,'" March 8, 2021, available at https://www.ispot.tv/ad/t40r/turbotax-free-edition-auctioneer; Intuit TV ad, "Copy of QTTX0023000H_Dance_Workout_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4"; Intuit TV ad, "Copy of QTTX0027000H_Dog_Show_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4"; Intuit TV ad, "TurboTax Live TV Spot, 'Stephen: Free Simple Tax Returns,'" January 19, 2022, available at ispot.tv/ad/q3SW/turbotax-live-stephen-free-simple-tax-returns.

[73]  Intuit, "TurboTax Live TV Spot, 'Stephen: Free Simple Tax Returns,'" January 19, 2022, available at ispot.tv/ad/q3SW/turbotax-live-stephen-free-simple-tax-returns.

[74]  Intuit TV ad, "Copy of QTTX0027000H_Dog_Show_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4."

[75]  Intuit TV ad, "TurboTax Free Edition TV Spot, 'Auctioneer,'" March 8, 2021, available at https://www.ispot.tv/ad/t40r/turbotax-free-edition-auctioneer.

[76]  Intuit TV ad, "Copy of QTTX0023000H_Dance_Workout_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4."

[77]  Shiller Declaration, ¶¶ 18, 24, 29.

22

reads "TurboTax Free Edition is for simple U.S. returns only. See if you qualify at turbotax.com. Offer subject to change."[78]

**Figure 8**
**Simple Returns Disclosure on Dog Show, Auctioneer, and Dance Workout TV Ads[79]**



47.     While Intuit's advertisements appropriately include a disclosure that clarifies the qualifications for Free Edition, the ads are primarily focused on a single high-level message, as is common in brand-building TV ads. Such advertisements are not intended to provide comprehensive and detailed descriptions of every taxpayer scenario or Intuit product and service, nor would reasonable consumers expect them to. As discussed in detail below, as taxpayers move through Intuit's communication campaign and through the information search and evaluation of alternative stages of the Consumer Buying Process, the emphasis on and detail contained in these disclosures increases.

48.     If Intuit were forced to incorporate cumbersome additional disclosures in its advertising

---

[78] Intuit TV ad, "TurboTax Free Edition TV Spot, 'Auctioneer,'" March 8, 2021, available at https://www.ispot.tv/ad/t40r/turbotax-free-edition-auctioneer; Intuit TV ad, "Copy of QTTX0023000H_Dance_Workout_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4"; Intuit TV ad, "Copy of QTTX0027000H_Dog_Show_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4."

[79] Intuit TV ad, "TurboTax Free Edition TV Spot, 'Auctioneer,'" March 8, 2021, available at https://www.ispot.tv/ad/t40r/turbotax-free-edition-auctioneer; Intuit TV ad, "Copy of QTTX0023000H_Dance_Workout_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4"; Intuit TV ad, "Copy of QTTX0027000H_Dog_Show_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4."

(e.g., by describing each IRS form that qualifies or does not qualify for Free Edition), it would make those advertisements less attractive, entertaining, or streamlined. It is possible that some modifications to advertising (e.g., including more disclosures early in the Consumer Buying Process) could confuse some consumers, generate less attention and interest, and ultimately result in fewer people filing returns for free.

49.     Consistent with this standard marketing approach, internal Intuit presentations describe Intuit's TV advertisements as "brand advertising," which are separate from other types of marketing such as search marketing, direct to consumer marketing, and performance media and social media marketing (**Figure 9**). In contrast to lower-funnel marketing activities that focus on conversions as the key metric, the key metrics for brand advertising are breakthrough (whether the ad, brand, and message are remembered by consumers) and consideration (whether the ad increases consumers' willingness to *consider* using that brand).[80]

**Figure 9**
**TurboTax Online Marketing Funnel[81]**



| | Target/Audience | Tactics | Key Metrics |
|---|---|---|---|
| **BRAND ADVERTISING** | PY Assisted Simple Filers | TV, Audio, Video | Breakthrough, Consideration |
| **PERFORMANCE MEDIA** | Net New Customers, Targeted Audiences (eg SE) | Display, Social, Mobile, Affiliate | Conversion Rates (Traffic & Installs via view, click; Auths) |
| **SEARCH MARKETING** | In-market consumers | PPC, SEO, Content | Conversion Rates (Traffic via view, click, Auth rates) |
| **EMAIL** | Existing customers, Win-backs | Segmentation, Marketing and Reminder Emails | Conversion Rates (open, click, Auth rates) |
| **TRAFFIC** | All visitors | Personalization, Content | Conversion Rates (V2L, T2N, bounce) |
| **TTO LOGINS** | New/Existing | Conversion Optimization | Conversion Rates (Login, Create Account % new) |

50.     Intuit's Free Edition ads are brand-building ads aimed to increase awareness of Free Edition and to increase positive associations with the TurboTax brand. As such, these communications

---

80   Intuit, "CG Marketing Function Review," April 11, 2019, p. 11.
81   Intuit, "CG Marketing Function Review," April 11, 2019, p. 11.

focus on one piece of information about the TurboTax brand: the fact that a Free version exists.

51.     Intuit's Free Edition ads focus on emphasizing that Free Edition is free in part because of consumers' inherent skepticism that a product can be free. Intuit tracks skepticism around Free Edition, and its research indicates that a large portion of consumers have some level of skepticism of a free product. For example:

- Consumer insights research conducted by Intuit in 2019 showed that, while 49 percent of consumers are confident that Free Edition offerings were truly free, 29 percent remained doubtful of the claims (and 22 percent were neutral).[82]

- A similar study from 2018 indicated that only 22 percent of respondents thought that TurboTax Free Edition was actually free.[83]

- Intuit's 2018 Go-To-Market white paper also pointed to this skepticism, noting that consumers question the reasons behind a company offering its services for free, for example asking, "'how good can it be?'; "what's in it for them?'; "will they upsell me?"[84]

52.     Consumers are unlikely to view Intuit's TurboTax Free Edition ads and believe with certainty that they would necessarily be able to file their own taxes for free. Consumers who prepare and file their taxes each year have likely already completed the Consumer Buying Process in prior years and already have some level of familiarity with their options, including whether their tax situation is likely to qualify them for a free DIY product (whether with TurboTax or a competitor).

53.     Critically, consistent with the goals of brand-building advertising, TV ads for high-involvement products do not lead to direct conversions: at most, they prompt interest in a product that leads consumers to search for more information about that product or brand. Therefore, even if consumers are unsure at the point of viewing the ad whether there are qualification requirements for Free Edition or whether they would personally qualify, they would never simply proceed to purchasing a paid product (or even selecting Free Edition) without substantial further research and consideration throughout the Consumer Buying Process.

---

[82]  Intuit, "Free Consumer Insights," p. 5.
[83]  Intuit, "Brand Sentiment Metrics Mid-Season TY18," March 2019, p. 17.
[84]  Intuit, "FY18 Go-To-Market White Paper," October 2017, p.15 ("Of course, these consumer sentiments are prevalent with regard to the IRS Free File program, among other hurdles to consumer adoption.").

C.      **Prolonged Information Search Is Common for High-Involvement Products Like Tax Preparation**

54.     As noted earlier, taxpayers are likely to be highly motivated, highly involved, and risk averse in their Consumer Buying Process for tax preparation services. They are therefore likely to commit meaningful time and energy to the information search and evaluation of alternatives stages of the Consumer Buying Process, including by seeking recommendations from friends and family and researching different purchasing options.[85] In light of taxpayers' motivation to choose an appropriate tax preparation product and their potential skepticism of "free" product claims, reasonable consumers are likely to perform research on tax preparation options, and they may also specifically research conditions for using free product offerings.

55.     In fact, the Hauser Purchase Driver Survey found respondents conduct substantial research prior to selecting a tax preparation provider or method, and do not simply rely on one or more advertisements to make a decision. On average, respondents who chose a new tax preparation provider or considered changing tax preparation providers for their TY 2020 taxes reported using 3 different types of information in their research process, with 73.6 percent of respondents reporting using two or more sources of information when researching tax preparation methods.[86] A vanishingly small number of respondents indicated that they relied solely on an advertisement in selecting a provider.

56.     The Hauser Purchase Driver Survey found that 46.4 percent of respondents reported exploring tax preparation provider software or websites as part of their research (the most common research factor selected by respondents).[87] Consumers who went to the TurboTax website would quickly be presented with additional information to aid in their information search, including the Products and Pricing page which includes complete information on all TurboTax products as well as

---

[85]   Assael, H., "Consumer Behavior: A Strategic Approach," Houghton Mifflin Company, Boston, MA, 2004, pp. 98, 104-106.

[86]   Declaration of John R. Hauser, SC.D, *Federal Trade Commission v. Intuit Inc.,* No. 3:22-cv-1973-CRB, United States District Court Northern District of California, San Francisco Division, April 4, 2022 ("Hauser Declaration"), Exhibit 7. Respondents included three groups: (1) respondents who changed tax preparation providers in TY 2020; (2) respondents who considered changing tax preparation providers for TY 2020; and (3) respondents who did not file taxes in TY 2019 or did not know if they used the same provider in TY 2019 as they did in TY 2020.

[87]   Hauser Declaration, Exhibit 6a.

a set of interactive buttons consumers can use to assess which product meets the needs of their tax situation. Websites of competitors have similar designs, including displaying the different product tiers with their associated prices and details on eligibility.[88] H&R Block also includes an interactive button approach to help consumers select the right H&R Block product. (See **Figure 4**, above). These initial screens, which are all available prior to creating a username or entering any personal information, allow consumers to compare different online tax preparation providers during the information search phase, including on price and on whether their specific tax situation would qualify for the free product. See **Section IV.E** for a more complete discussion of the TurboTax website flow.

57.     Moreover, the Hauser Purchase Driver Survey found 36.8 percent respondents read articles, rankings or third-party reviews in their research into potential tax preparation methods and providers.[89] Numerous, well-read third-party websites offer comparisons of leading DIY tax preparation services. Any taxpayer who does some online research on TurboTax products can also easily find third-party information that TurboTax Free Edition can be used only to file simple tax returns and information about the meaning of "simple tax returns" in this context.[90] For example:

- The New York Times' Wirecutter review of "The Best Tax Filing Software" separates its recommendations based on individual tax situations, comparing a CPA or tax professional, H&R Block Free Online, and TurboTax Free Edition. The review recommends: (1) a CPA or tax professional for those with complicated returns such as those who are self-employed, have rental income, or bought and sold stocks; (2) H&R Block Free Online for those who have student loan debt or college tuition payments and an otherwise simple return; and (3) TurboTax Free Edition for those who do not meet the previous criteria.[91]

- NerdWallet's review of TurboTax 2022 products clearly states that "TurboTax offers a free version for simple tax returns only; it lets you file a Form 1040, claim the earned income tax credit, reconcile your advanced child tax credits and deduct student loan interest. Unlike last year, the free version no longer handles unemployment income reported on a 1099-G. The free package also can't handle itemized deductions or schedules 1, 2, or 3 of Form 1040, which means it probably won't work for you if you

---

[88] See, for example, H&R Block's online product page: H&R Block, "Online Tax Filing," accessed on March 30, 2022, available at https://www.hrblock.com/online-tax-filing/ and TaxAct's online product page: TaxAct, "Online Tax Filing Products," accessed on March 18, 2022, available at https://www.taxact.com/taxes-online/bundle.

[89] Hauser Declaration, Exhibit 6a.

[90] Notably, the scope of Free Edition's eligibility described on these websites is consistent with (and potentially sourced from) the disclosures found on turbotax.com.

[91] Pinola, M., "The Best Tax Filing Software," *Wirecutter*, February 15, 2022, available at https://www.nytimes.com/wirecutter/reviews/best-tax-software/.

plan to do things such as deduct mortgage interest, report business or freelance income, or report stock sales or income from a rental property."[92]

- SmartAsset's review of TurboTax 2022 products states that "For instance, if you have many different types of income, claim a number of different credits, have multiple tax forms to enter, are self-employed or own a business, you'll pay more. But if you simply file a W-2, you'll likely qualify for a free service. In addition, if you qualify for a free federal return, your state return will also be free, unless you file with multiple states."[93]

58.     With high-involvement goods, consumers are likely to engage closely with the Consumer Buying Process and look at numerous materials to find the solution that is right for them. This is evidenced by the Kirk Fair Disclosure Survey[94] which found "a general preference of consumers to identify and use the 'right' options for their particular tax situation, and consumers' willingness to conduct additional research to determine that 'right' option, whether it was within TurboTax or with an alternative provider."[95]

**D.     Consumers Evaluate Alternative Tax Preparation Providers Regularly and Consider Numerous Product Features**

59.     After the information search stage, consumers move to the evaluation of alternatives stage in which they select a set of potential options that they consider further (the "consideration set"). In the case of tax preparation, these options could include one or more providers that offer: (1) online DIY tax preparation services (*e.g.*, Intuit's pure online DIY TurboTax Suite); (2) offline digital DIY tax preparation (*e.g.*, DIY software); (3) online DIY products with partial and full expert assistance (*e.g.*, TurboTax Live and TurboTax Full Service); (4) in-person tax preparation services (*e.g.*, tax stores such as H&R Block); or (5) professional tax accounting services (*e.g.*, CPAs).

---

[92] Parys, S. and Orem, T., "TurboTax Review 2022," *NerdWallet,* March 3, 2022, available at https://www.nerdwallet.com/article/taxes/turbotax-review.

[93] Zhu, Emily, "TurboTax Review 2022," SmartAsset™, February 14, 2022, available at https://smartasset.com/taxes/turbo-tax-review. This review further notes the specific other included forms: "Outside of the standard Form 1040, TurboTax's Free Edition allows you to file the following: Form 1040-ES (estimated taxes), Form 1040-X (amended returns), Form 1095-A (health insurance marketplace statement), 1099-DIV (dividends and distribution income), 1099-INT (interest income), 1099-R (retirement distributions), Schedule EIC (earned income tax credit), [and] Schedule 8812 (additional child tax credit)."

[94] Kirk Fair, Rebecca, "Analysis of Consumer Choices in a Test and Control Study of TurboTax Upgrade Screens," Submission to the Federal Trade Commission, November 4, 2020, p. 2.

[95] Qualified respondents were U.S. taxpayers who had filed their taxes in 2019 or 2020 using an online tax preparation software product and who were primarily responsible or substantially involved in filing their own/household taxes. Kirk Fair, Rebecca, "Analysis of Consumer Choices in a Test and Control Study of TurboTax Upgrade Screens," Submission to the Federal Trade Commission, November 4, 2020, p. 3.

60.     These products do not necessarily serve distinct groups of customers with unique characteristics or needs. Instead, customers can and do switch readily amongst tax filing solutions.[96] Each of these tax preparation solutions competes with operators across product categories along several dimensions, including price, functionality, and service quality. For instance, the online DIY segment itself includes various differentiated products with varying price points, product features, levels of audit assistance, and other add-on services.

61.     One primary differentiator for different tax preparation providers is the level of service provided: taxpayers who are more comfortable with their own taxes may choose a DIY option, while taxpayers who are less comfortable or have particularly complicated returns may be more likely to choose an option with more hands-on service from a tax accountant. Taxpayers may seek out such additional support by using an assisted tax preparation product, but traditionally DIY services like Intuit have introduced products that compete closely with brick-and-mortar tax stores and services offered by CPAs (*e.g.*, TurboTax Live and TurboTax Live Full Service).[97]

62.     In the evaluation of alternatives phase, consumers decide which factors are most important to them in a tax preparation provider and narrow the set of potential services to those that suit their needs. For example, a consumer may have a strong preference for a free solution and specifically seek out only tax preparation solutions that are free to use. Another consumer may have a preference for support from a tax accountant and focus on CPAs or online solutions that offer CPA support. The Hauser Purchase Driver Survey found that a variety of factors were important to consumers in selecting a provider, including price (70.4 percent of respondents), ease of use (68.8 percent), and confidence in accuracy/reliability (52.8 percent).[98] In response to open-ended survey questions, respondents differentiated between a preference for *affordable* tax preparation (40.8 percent and the number one factor) and a preference for *free* tax preparation (12.8 percent).[99] Typical respondents balanced between 4 and 5 different factors in evaluating their choice of tax preparation

---

[96]  Intuit, "Consumer Group Business Models," May 16, 2019, p. 8 ("dynamic category where many switch, providing opportunity to improve retention and acquisition.").

[97]  Intuit, "Personal Taxes Online," available at https://turbotax.intuit.com/personal-taxes/online/.

[98]  Hauser Declaration, Exhibit 8a.

[99]  Hauser Declaration, Exhibit 8b.

1    provider.[100]

2       63.    Depending on the consumer's preferences and prior experiences, they may spend more

3    or less time in the evaluation of alternatives stage. The tax preparation industry relies in part on repeat

4    business. Repeat customers may evaluate whether their tax situation has changed (and thus whether a

5    different tier of TurboTax product is more appropriate) or whether they might prefer another provider

6    for the new tax year. Consumers who are satisfied with their prior years' experience may briefly

7    consider an alternative provider but not conduct as full-fledged a search or evaluation as consumers

8    who are new to paying taxes or dissatisfied with their provider. The Hauser Purchase Driver Survey

9    found that 43.3 percent of respondents either changed providers, or considered changing providers,

10   from the prior year,[101] and of the respondents that did not consider using a different preparation

11   provider, 61.1 percent indicated that their current choice is familiar and 48.4 percent stated that their

12   current choice is satisfactory.[102]

13      64.    Potential customers who are new to TurboTax may evaluate a number of potential tax

14   return filing alternatives, including non-DIY options, other online tax preparation options, and options

15   within the TurboTax Suite. As the consumer evaluates their alternatives, they can compare the features

16   of different TurboTax products to each other and to products offered by competitors, all before making

17   any purchase. Of course, even consumers who choose a TurboTax product on this page can make a

18   different filing choice up until the tax return is filed (including using a different tax preparation service

19   altogether). This all strongly demonstrates that this is an industry in which consumers are motivated

20   to search and search costs are low, which contribute to low switching costs. Again, consumers are

21   unlikely to skip directly from viewing a TV ad to selecting TurboTax without conducting research and

22   evaluating a set of potential tax preparation providers to meet their needs.

23   **E.    The TurboTax Website Provides Disclosures Repeatedly Throughout the Purchase Process**

24

25      65.    Critically, consumers cannot go directly from viewing a TV ad to purchasing

26

27   [100] Hauser Declaration, Exhibit 9.
     [101] Hauser Declaration, Exhibit 4.
     [102] Hauser Declaration, Exhibit 5.

28

TurboTax. Because TurboTax is an online product, taxpayers <u>must</u> go to the TurboTax website (or the TurboTax app) and encounter additional disclosures prior to any purchase decision. A TV ad can never be the only touchpoint Intuit has with a consumer prior to a purchase. Therefore, it is important when considering the impact of Intuit's TV advertisements to also consider the communication on the TurboTax website.

66.     Even if a particular consumer skipped the information search and evaluation of alternatives stages completely, simply going directly to the TurboTax website following viewing the commercial, there are many steps that consumers would have to undertake to actually file their taxes with TurboTax. Those steps include navigating to the TurboTax homepage, reviewing product recommendations, creating a username and/or signing in, initiating a tax return after selecting a product, filling out all the necessary income and deduction information, reviewing any necessary upgrade screens, considering available add-on screens, and finally completing and paying (or not paying) for the tax return. I will discuss these steps in detail throughout **Section IV.E**. Notably, consumers are presented with disclosures and pricing information throughout these many steps, dispelling any impression that every individual tax situation is free.[103]

67.     While mass media advertisements focus on brand-building and awareness, the communications on the TurboTax website, which is targeted at consumers engaged in information search, evaluation of alternatives, and the purchase decision, contain much more detailed and explicit disclosures. Intuit's TurboTax website provides substantial information to aid consumers in identifying a TurboTax solution that fits their unique tax circumstances.

68.     I have applied my marketing expertise, including my review of the marketing literature regarding communications and consumer attention, to my evaluation of Intuit's communications on its website regarding its TurboTax products. Throughout its TurboTax website, Intuit's disclosures about its different available products and prices are consistent with FTC guidelines and the marketing and consumer behavior literature. Intuit's website makes clear that Free Edition is free for simple

---

[103] I note that the FTC Complaint includes repeated references to webpages from previous tax seasons. Because this declaration relates to a temporary restraining order for *ongoing* conduct, I have focused my review on the current TurboTax website.

returns only, with "simple returns only" (and similar phrases) hyperlinked to additional explanatory information on Intuit's website. Intuit's communications and disclosures are consistent with marketing literature for best practices and the FTC guidelines relating to online disclosures.

69.     The TurboTax website includes disclosures in simple language, keeps them free of distraction, and repeats them at various points. Before even registering a username, the taxpayer is faced with links to pricing disclosures and has the option to go further into the TurboTax website for detailed price and product comparisons without registering. The taxpayer can consider whether they prefer to search for another option that might offer free tax returns without any limitations tied to complexity.

*1.     Homepage*

70.     For new users, the TurboTax homepage (i.e., turbotax.intuit.com) features a login, a high-level product comparison, customer reviews, and, at the bottom of the page, a roadmap of the TurboTax website. I understand that there are multiple versions of the TurboTax homepage active at any time: I have chosen a version that emphasized free tax filing for the purposes of assessing the FTC's complaint (see **Figure 10**). However, other versions emphasize the different types of expert help available (e.g., "Your taxes, your way: Do it yourself, get expert help, or hand it off start to finish - let's get your taxes done right").

**Figure 10**
**TurboTax Homepage[104]**



71.     The version of the homepage emphasizing free filing says, "Last chance to file for FREE with expert help." It then includes a disclosure noting "Simple tax returns only" (I have circled in red) that is hyperlinked to a pop-up describing what qualifies as a simple tax return as well as a disclosure that this represented a limited time offer, both of which appear to have larger font than and precede the proximate "File for $0" text within the red button.[105]

72.     Of note, both the academic literature and the FTC guidelines on online disclosures note that keeping a disclosure short and prominently displayed increases the likelihood that consumers notice the disclosure and are able to understand and recall this information.[106] Having a lengthy disclosure on the homepage with all product details displayed at once may distract potential customers from the primary message that Free Edition is free for simple tax returns only.[107]

---

[104] Intuit, "Last chance to file for FREE with expert help: Simple tax returns only," accessed on March 31, 2022, available at https://turbotax.intuit.com/.

[105] I note that at the time of the screenshot as presented, there was an active promotion to motivate taxpayers to file by March 31, 2022.

[106] FTC Guidelines, p. 17; OECD, "Improving Online Disclosures with Behavioral Insights," *OECD Digital Economy Papers*, April 2018, pp. 24-25.

[107] FTC Guidelines, p. 15.

2.      *Simple Returns Pop-up*

73.     The simple returns pop-up (which is hyperlinked to the "Simple tax returns only" language as noted above) describes the specific tax situations covered and not covered by Free Edition, as well as information responding to the question "How does TurboTax make any money?" See **Figure 11**.

**Figure 11**
**"Simple Tax Returns" Pop-up[108]**



74.     This pop-up clearly describes the qualification requirements and is available both from the homepage "Simple tax returns only" link and from a link on the Products and Pricing page.

3.      *Products and Pricing Page*

75.     The Products and Pricing Page (see **Figure 12** and **Figure 13** below) is one of the

---

[108] Intuit, "Simple tax returns" pop-up, accessed on March 16, 2022, available at https://turbotax.intuit.com/personal-taxes/online/.

primary TurboTax webpages and can be accessed in a number of ways, including: (1) by clicking the red "File for $0" box or any product described at a high-level on the TurboTax homepage; (2) as the first page for a new log-in; and (3) by clicking "Products & Pricing" from the "File your own taxes" drop-down at the top of the TurboTax website at any time (including from the homepage).

76.     Despite the prominence of this page in the website flow, the FTC Complaint cites the top panel (see **Figure 12** below) and glosses over the detailed product and pricing comparisons and disclosures in the bottom panel (see **Figure 13** below) without discussing the details of those comparisons or disclosures; the FTC's survey expert disregards the Products and Pricing page entirely.[109]

**Figure 12**
**Top Panel: Interactive Buttons to Choose a Product[110]**



77.     The bottom panel of the Products and Pricing page (see **Figure 13** below) includes three hyperlinks to the simple returns pop-up: "For simple tax returns only," "simple tax return only," and "simple federal and state tax returns only" (I have circled in red).

---

[109] FTC Complaint, ¶¶ 117-119. Declaration of Nathan Novemsky, *Federal Trade Commission v. Intuit Inc.,* No. 3:22-cv-1973, United States District Court District of California San Francisco Division, March 28, 2022.
[110] Intuit, "Personal Taxes Online," accessed on April 3, 2022, available at https://turbotax.intuit.com/personal-taxes/online/.

**Figure 13**
**Bottom Panel: Products and Pricing Comparison Example[111]**



78.     In the top panel of the Products and Pricing page (see **Figure 12** above), there is an initial set of yes/no screening questions about taxpayers' income and expenses. The screening questions allow the TurboTax software to recommend a TurboTax product to fit the potential customer's needs.[112] As the potential customer checks boxes, the software updates its recommendations, which appear in the bottom panel of the Products and Pricing Page (see **Figure 13** above). For example, if a taxpayer indicates that they rent their home, have a job with W-2 income, and have children or dependents, the website suggests Free Edition, which still includes the "For simple tax returns only" hyperlink (see **Figure 14** below).

---

[111] Intuit, "Personal Taxes Online," accessed on April 3, 2022, available at https://turbotax.intuit.com/personal-taxes/online/.

[112] Intuit, "Personal Taxes Online," accessed on April 3, 2022, available at https://turbotax.intuit.com/personal-taxes/online/.

**Figure 14**
**Initial Screening Questions[113]**



79.     At this point, if a consumer who does not qualify for Free Edition chooses to start in Free Edition, it is likely that they would do so knowing that there was a good chance they may not qualify. In order to do so, they must either: (1) ignore the recommendation buttons entirely; (2) only select recommendation buttons that would qualify them for Free Edition even though their tax situation was more complex; or (3) select recommendation buttons that would not qualify them for Free Edition but disregard the recommendation.

80.     If, however, the taxpayer indicates that they have a more complex tax situation, for example because they own a home or have sold stock, the website suggests a product consistent with

---

[113] Intuit, "Personal Taxes Online," accessed on April 3, 2022, available at https://turbotax.intuit.com/personal-taxes/online/.

that information. For example, if a consumer indicates that they own a home, TurboTax will recommend TurboTax Deluxe which includes itemized deductions such as the mortgage interest expense deduction (see **Figure 15** below).

**Figure 15**
**Initial Screening Questions with Recommendation for Paid Product[114]**



81.    In all cases, the website makes recommendations based on information provided by the taxpayer, but the taxpayer may still begin in any tier if they wish. This allows the taxpayer to try out the TurboTax website, including the functionality of different tiers of product support, before making their purchase decision. Again, reinforcing that Free Edition is one product in a suite of products for different needs.

82.    The Products and Pricing page clearly lists the price for each paid product and indicates

---

[114] Intuit, "Personal Taxes Online," accessed on April 4, 2022, available at https://turbotax.intuit.com/personal-taxes/online/.

that state returns would incur an additional fee, near the same place Free Edition indicates that it is $0 for simple tax returns only, and all proximate to the button to begin the return in that product. This design makes price points transparent, limits distracting factors in the disclosure, and repeats the relevant disclosure as suggested by the FTC guidelines and the academic literature. The price point of each product is listed right above where the consumer has to take action. The proximity and prominence of price placement promote a "clear and conspicuous disclosure." At this point, if a consumer who does not qualify for Free Edition chooses to start in a paid product, it is very likely they would understand the price of that product from this information.

83.     Of note, this page is the first step in the TurboTax product flow: it can be viewed prior to entering *any* tax and financial information, or even creating a username and password. In fact, as discussed earlier, 71 percent of TurboTax filers who began filling out their tax returns using Free Edition ultimately filed their federal and state tax returns with Free Edition, indicating that the majority of consumers are accurately self-selecting into the best product for their tax situation.[115]

84.     It is important to note that even after choosing to start filling out information, the consumer is not charged and can make a different final purchase decision at any point. In fact, there are additional steps (*i.e.*, filling out all the necessary income and deduction information, reviewing any necessary upgrade screens, considering available add-on screens) between the preliminary purchase decision and the final payment stage.

### 4.     Upgrade Screens and Add-Ons

85.     After the consumer begins filling in their information in one of the TurboTax products and moves through the process of filling out their returns, the website displays additional relevant information, including links and windows that allow users to see more information to the extent they are interested. During the process of entering taxpayer information, TurboTax suggests potential add-ons or upgrades to the taxpayer based on the information they have entered. For example, simple screening questions may not cover a situation where a taxpayer has earned income from sources

---

[115] *See* Figure 3.

outside the United States but, as the taxpayer answers the deductions and credits questions, and further clarifies their tax situation, this allows TurboTax to more precisely suggest the version of the product most appropriate for the taxpayer's needs. If a taxpayer who started in Free Edition enters information sufficient to identify their tax situation as complex, rather than simple, the software alerts the taxpayer immediately, provides information about why the taxpayer does not qualify for Free Edition, and discloses the associated upgrade fee.

86.     For example, **Figure 16** below shows a scenario in which the taxpayer entered information during the wages and income portion that clarified that their tax situation was sufficiently complex such that Free Edition was no longer appropriate. The taxpayer is warned that their more complex tax situation, which includes investment income or losses, isn't covered by Free Edition, and the website suggests an upgrade to TurboTax Premier or TurboTax Live Premier. Again, it is important to note that the taxpayer is not charged at the time of this upgrade, only when they file, again providing the taxpayer the option of switching to another filing option before paying.

**Figure 16**
**Upgrade Screen Example[116]**



87.     This screen clearly marks the price of the TurboTax Premier and TurboTax Live Premier products and specifies the reason for the upgrade (e.g., in this case, Free Edition does not include the Schedule D tax form). If the taxpayer selected that they had sold stock in the initial screening questions, they would already have been informed that TurboTax Premier was recommended. Had the taxpayer skipped the recommendation or chosen to ignore that recommendation and continue in Free Edition, they would then be informed as soon as they entered information disqualifying them from filing with Free Edition.

88.     If a taxpayer were to select "Don't upgrade" on the upgrade screen shown in **Figure 16**, they would receive further warning that an upgrade to TurboTax Premier is necessary to accurately complete their taxes. **Figure 17** shows this additional warning screen, including the price again. If the taxpayer were to again select "Don't upgrade" on the additional warning screen, they would be redirected to the main Wages & Income pages. However, in this example, every time the taxpayer re-

---

[116] Intuit, "Personal Taxes Online," accessed March 2022, available at https://turbotax.intuit.com/personal-taxes/online.

visits entering their investment income information, they would be shown the same series of upgrade screens (**Figure 16** and **Figure 17**). The taxpayer would be unable to file their returns until they accepted an upgrade consistent with their tax situation.

**Figure 17**
**Upgrade Screen Additional Warning Example[117]**

Wages & Income                Deductions & Credits                Other Tax Situations                Federal Review

## Are you sure?

You need **TurboTax Premier** to accurately complete your taxes because **TurboTax Free Edition** doesn't cover your situation.

Upgrade to **TurboTax Premier** for **$89\***. State is additional.

No need to pull out your wallet—you can pay from your federal refund when you file.

\* Important offer details and disclosures

‹ Back                                    Don't upgrade        Upgrade to Live Premier

89.     While it is possible to wait to upgrade until near the end of the tax preparation process (e.g., by rejecting suggested product choices and upgrades), a taxpayer would be informed numerous times about any required or recommended upgrade prior to filing, including clear pricing disclosures. Such repetition of information and multi-part dissemination of information is consistent with both the academic literature and the FTC's guidelines on online disclosures. By the time a customer selects a paid product, they will have seen clear information on the pricing of that product at least once and often multiple times.

---

[117] Intuit, "Personal Taxes Online," accessed March 2022, available at https://turbotax.intuit.com/personal-taxes/online.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### 5.   *Review and File*

90.     After a taxpayer has entered all relevant personal information and completed the Federal and State filing sections (if applicable), they reach the final Review and File stages. Regardless of when the consumer selected the TurboTax product they are using, these final steps are the same and it is at this juncture that the consumer must make their final purchase decision.

91.     **Figure 18** shows an example of a taxpayer being presented an overview of charges in the Review phase. The overview of charges includes a breakout of the taxpayer's total amount owed, including the product selected, a detailed list of product features, and product prices. In this example, the taxpayer is clearly being charged $59 for TurboTax Deluxe and $49 for their state tax return. This webpage is laid out like a common webpage receipt, with prices for the individual products and a total indicating the number of products purchased.

**Figure 18**
**Overview of Charges Example[118]**



92.     On the overview of charges screen, the TurboTax website also presents the taxpayer an

---

[118] Intuit, "Personal Taxes Online," accessed March 2022, available at https://turbotax.intuit.com/personal-taxes/online.

optional opportunity to purchase an add-on. As **Figure 19** shows, the taxpayer is provided the opportunity to add MAX Benefits. Again, the price of MAX and all features included in the add-on are clearly presented. The taxpayer can decide if they would like to purchase MAX Benefits, which would add $49 to their total and provide them with "Full Audit Representation," "Identity Theft Monitoring," "Identity Theft Insurance," "Full Identity Restoration," and "Priority Care."

**Figure 19**
**Overview of Charges Example (continued)[119]**



### 6.    *Payment*

93.     The taxpayer is presented with the final payment screen only after viewing the detailed overview of charges. In the final File stage, the taxpayer has already been made aware of the products and add-ons they are being charged for (see **Figure 18** and **Figure 19**) and they are given the choice

---

[119] Intuit, "Personal Taxes Online," accessed March 2022, available at https://turbotax.intuit.com/personal-taxes/online.

to "Pay Now" or "Pay with Federal Refund" (for an additional $39 processing fee) (see **Figure 20** below).

**Figure 20**
**Payment Options[120]**



94.     It is only at this point in the process that the consumer makes a final decision about whether or not to pay for TurboTax: after seeing simple returns disclosures on the homepage and the Products and Pricing page, pricing disclosures for paid products on the Products and Pricing page and any applicable upgrade screens, and the summary of charges on the prior screen. Throughout the entire process, the consumer had the ability to change their mind or re-evaluate their choice.

95.     Contrary to the allegation that consumers are deceived into visiting the TurboTax webpage and then feel unable to choose another product, the results of the Kirk Fair Disclosure Survey[121] suggest that consumers "understand the circumstances of their tax-filing needs and/or educate themselves about the right tax solutions and that many are already aware of the array of competitive options for preparing taxes."[122] In fact, in both TY 2019 and TY 2020, approximately 30

---

[120] Intuit, "Personal Taxes Online," accessed March 2022, available at https://turbotax.intuit.com/personal-taxes/online.

[121] FTC Complaint, ¶ ¶2-3. Qualified respondents were U.S. taxpayers who had filed their taxes in 2019 or 2020 using an online tax preparation software product and who were primarily responsible or substantially involved in filing their own/household taxes. Kirk Fair, R., "Analysis of Consumer Choices in a Test and Control Study of TurboTax Upgrade Screens," Submitted to the FTC on November 4, 2020, p. 2.

[122] Kirk Fair, R., "Analysis of Consumer Choices in a Test and Control Study of TurboTax Upgrade Screens," Submitted to the FTC on November 4, 2020, p. 5.

percent of users who logged into TurboTax to begin their returns did not ultimately file their return using TurboTax, indicating that they do not feel "locked in."[123] Similarly, the Hauser Purchase Driver Survey found that 21.6 percent of respondents tried out one or more online tax website(s) without using that website to file their taxes.[124] In the Kirk Fair Disclosure Survey, 17 percent of respondents indicated that if presented with an upgrade screen they would "need to conduct additional research or otherwise evaluate which product would best fit their needs."[125] Another 15 percent of respondents indicated that if presented with an upgrade screen "they would not upgrade and instead would seek out an alternative solution."[126]

### F.   High Post-Purchase Satisfaction Drives High Customer Retention for TurboTax and Is Not Consistent with Deception

96.   After a consumer makes a purchase decision, they reflect on their satisfaction with that choice in the post-purchase phase. Customer satisfaction largely reflects the difference between what a consumer expected from a product and what he or she received. Academic literature indicates that a feeling of deception leads to negative feelings about a brand, lower probability of recommending the product to a friend, and lower overall satisfaction.[127] Therefore, high satisfaction ratings indicate that the consumer's expectations were generally matched or exceeded by the reality of the product.

97.   Importantly, taxpayers must prepare and file their taxes every year. Therefore, it is not surprising that the tax preparation industry has a particular focus on maintaining repeat customers year

---

[123] In TY 2019, 51 million consumers logged into TurboTax to begin their returns but only 35.8 million returns were ultimately filed with TurboTax. In TY 2020, 54 million consumers logged into TurboTax to begin their returns, but only 37.7 million returns were ultimately filed with TurboTax. *See* Intuit, "Investor Day 2021 Presentation," September 30, 2021, p. 79, available at https://s23.q4cdn.com/935127502/files/doc_presentations/2021/Intuit-Investor-Day-2021-Presentation.pdf.

[124] Hauser Declaration, Exhibit 6a.

[125] Kirk Fair, R., "Analysis of Consumer Choices in a Test and Control Study of TurboTax Upgrade Screens," Submitted to the FTC on November 4, 2020, p. 4.

[126] Kirk Fair, R., "Analysis of Consumer Choices in a Test and Control Study of TurboTax Upgrade Screens," Submitted to the FTC on November 4, 2020, p. 9.

[127] Xie, G., Madrigal, R. and Boush, D.M., "Disentangling the Effects of Perceived Deception and Anticipated Harm on Consumer Responses to Deceptive Advertising," *Journal of Business Ethics*, Vol, 29, April 2014, pp. 281-293; Craig, A., et al., "Suspicious Minds: Exploring Neural Processes During Exposure to Deceptive Advertising," *Journal of Marketing Research*, Vol. 49, No. 3, June 2012, pp. 361-372; Román, S., "Relational Consequences of Perceived Deception in Online Shopping: The Moderating Roles of Type of Product, Consumer's Attitude Toward the Internet and Consumer's Demographics," *Journal of Business Ethics,* Vol. 95, No.3, September 2012, pp. 373-391; Held, J. and Germelmann, C.C., "Deception in Consumer Behavior Research: A Literature Review on Objective and Perceived Deception," *Cairn.Info*, Vol. 3, No. 21, 2018, pp. 119-145.

over year, and firms closely track their customer retention rates. Customers who feel deceived and are dissatisfied by their purchase are unlikely to return to the product in the next year.

98.     TurboTax has demonstrated over a sustained period of time high customer satisfaction ratings relative to other notable brands, especially when one considers both that TurboTax is selling a product—tax preparation—for an annual event that most consumers do not look forward to and that the nature of the business is not repeated throughout the calendar year.

99.     Net Promoter Scores (NPS) are a standard and well-respected measure of customer satisfaction. These scores rely on customer ratings of how likely they would be to recommend a product to a friend on a 1 –10 scale with 0 being "not at all likely" and 10 being "very likely." The NPS is then calculated by subtracting the percentage of detractors (those who rate their likelihood of recommending the product between 0 and 6) from the percentage of promoters (those who rate their likelihood of recommending the product as a 9 or 10). Detractors are categorized as "unhappy, can damage brand by word of mouth" whereas promoters are described as "loyal enthusiasts."[128]

100.     A "good" NPS varies by industry, as customer satisfaction tends to differ across product categories. For example, according to Satmetrix's 2018 NPS Benchmark data, department and specialty stores had the highest average NPS score among 23 industries, (52) while hotels were 10th (36) and travel websites were 20th (18).[129] Therefore, a comparison of NPSs should be done using the most narrowly defined product category for which data are available.

101.     For TY 2020, TurboTax received an NPS of 42 overall.[130] For their respective overall online services in TY 2020, TurboTax's NPS of 42 is in line with or above competitors H&R Block (42) and TaxAct (26).[131] In the same year, among taxpayers who utilized the companies' free online tax preparation services, TurboTax's NPS of 45 puts their score above H&R Block (44) and TaxAct

---

[128] Chen, E., "What is the Net Promoter Score (NPS)?" MIT Orbit, available at https://orbit-kb.mit.edu/hc/en-us/articles/206440723-What-is-the-Net-Promoter-Score-NPS-.

[129] Bernazzani, S., "Net Promoter Score Benchmarks to Help You Understand Customer Loyalty," *HubSpot,* October 30, 2019, available at https://blog.hubspot.com/service/net-promoter-score-benchmarks.

[130] Intuit, "TurboTax Online TY20 NPS Study," August 2021, p. 2.

[131] Intuit, "TurboTax Online TY20 NPS Study," August 2021, p. 4. The same analysis included comparisons to Credit Karma (67), which uses a cross-selling model, high-end (44) and low-end (56) professional preparation, and H&R Block storefronts (40).

(41).[132] For paid online services, TurboTax's NPS of 38 places them below H&R Block (42) and above TaxAct (19),[133] although TurboTax Live's NPS of 52 ranks above both H&R Block's paid online offerings and TaxAct.[134]

102.    Another document dated in 2019 and referencing scores from 2018 compares TurboTax NPS scores to NPS scores in other industries.[135] TurboTax is classified in the "Software & Apps" category. TurboTax had the highest customer ratings in the "Software & Apps" category, with a score of 54, beating out other companies including Lyft (43), Microsoft Office (31), iCloud (21), and McAfee (17).[136] This is particularly noteworthy as "Software & Apps" is a broad category that is not limited to relatively unpopular activities such as filing tax returns. In fact, TurboTax's NPS of 54 put them in the top 25 percent of all companies across *all* categories.[137]

103.    Despite TurboTax's high customer satisfaction scores across its products, according to a declaration submitted by Diana Shiller on behalf of the FTC in this matter "[f]rom January 1, 2021 to March 28, 2022, the FTC received 152 complaints" about TurboTax and "57 complaints [were] filed during November 1, 2021 to March 28, 2022" which the FTC characterized as being related to "'free' TurboTax."[138] Out of those 57 complaints, only 23 mentioned seeing "advertising indicating their tax filing will be free."[139] When placed in context of the millions of TurboTax customers each year, it is clear that these consumers do not represent the experience of most TurboTax customers. Considering the 57 complaints identified by Shiller as related to "'free' TurboTax," this represents 0.0002 percent of the 37.3 million TurboTax customers in TY 2020.[140] Limiting this to the 23 advertising-related complaints would be even lower. Ultimately, even if you considered all 152 total

---

[132] Intuit, "TurboTax Online TY20 NPS Study," August 2021, p. 7.
[133] Intuit, "TurboTax Online TY20 NPS Study," August 2021, p. 8.
[134] Intuit, "TurboTax Online TY20 NPS Study," August 2021, p. 8.
[135] Intuit, "What is a World-Class NPS Score?" It is not clear from this document whether the scores referred to are from TY 2018 or calendar year 2018.
[136] Intuit, "What is a World-Class NPS Score?"
[137] Intuit, "What is a World-Class NPS Score?"
[138] Complaints were reported to the FTC's Consumer Sentinel Network, a database which tracks consumer complaints reported directly to the FTC as well as complaints submitted by other government agencies and the Better Business Bureau. Shiller Declaration, ¶ 72.
[139] Shiller Declaration, ¶ 72.
[140] In TY 2020 alone, 37.3 million customers filed their returns with a TurboTax commercial product, with 15.1 million filing their federal and state tax returns for free. Intuit Detailed Customer-Level Data.

complaints of any kind, without consideration of the substance of the complaint, this represents barely 0.0004 percent.[141] Such a minuscule percentage of TurboTax customers complaining is consistent with the Better Business Bureau awarding Intuit an "A" rating.[142] Further, these complaints are overwhelmed by the number of positive customer reviews available on the TurboTax website. For example, from November 7, 2021 to April 4, 2022, there are 64,845 customer reviews of TurboTax Free Edition (generating a 4.9 out of 5-stars rating), 58,792 customer reviews of TurboTax Deluxe Edition (generating a 4.6 average rating), 14,459 customer reviews of TurboTax Premier (generating a 4.4 average rating), and 16,821 customer reviews of TurboTax Self Employed (generating a 4.7 average rating) available on the TurboTax website.[143] On the customer review platform, Influenster, TurboTax has the highest rating for any tax preparation brand with 4.5 out of 5 stars, followed by TaxAct with 4.4 stars, TaxSlayer with 4.4 stars, and H&R Block with 4.1 stars.[144] The minuscule number of customer complaints does not support the allegation of widespread deception among reasonable consumers.

104.   Because tax preparation is a service that is needed every year, it is an industry focused heavily on maintaining repeat business among consumers, with customer retention being a key metric tracked by firms. Intuit reports an approximately 80 percent customer retention rate, meaning that the vast majority of customers use TurboTax products year-over-year.[145] Intuit's customer retention rate for TurboTax is 10 percent higher than the average customer retention rate for online tax preparation services in 2018 (70 percent).[146] This high retention is not limited to Free Edition users: among TurboTax customers using a paid product, Intuit had approximately 84 percent customer retention in

---

[141] I note that the Shiller declaration also references "571consumer complaints," but this number may be a typo given the sentences following it. If not, it still represents only 0.002 percent of TurboTax customers in TY 2020. See Shiller Declaration, ¶ 72.

[142] Better Business Bureau, "Intuit Inc. Business Profile," available at https://www.bbb.org/us/ca/mountain-view/profile/computer-hardware/intuit-inc-1216-202832.

[143] Intuit, "Personal Taxes Online," accessed on April 4, 2022, available at https://turbotax.intuit.com/personal-taxes/online/.

[144] TurboTax has 4.5 stars based on 47,505 reviews, TaxAct has 4.4 stars based on 3,132 reviews, TaxSlayer has 4.4 stars based on 1,261 reviews, and H&R Block has 4.1 stars based on 20,697 reviews. Influenster, "Tax Preparation Services," accessed on April 1, 2022, available at https://www.influenster.com/reviews/tax-preparation-services.

[145] 6.4 million of the 32.2 million TurboTax customers defected resulting in a retention rate of 80 percent. Intuit, "Consumer Group Business Models," May 16, 2019, p. 9.

[146] Intuit, "Consumer Group Business Models," May 16, 2019, p. 8.

1   2018.[147] Customers who feel deceived and are dissatisfied by their purchase are unlikely to return to
2   the product in the next year, thus TurboTax's high customer retention rates do not indicate a
3   widespread feeling of deception among its consumers. This is a highly competitive market and
4   customers could easily choose to use a different tax product, but most choose to stick with TurboTax.

5       105.    TurboTax's high satisfaction ratings, positive customer reviews, and high customer
6   retention imply that customers find the information in the TurboTax ads and on the TurboTax website
7   informative and do not feel misled. In other words, the high satisfaction and retention indicate that
8   most customers feel that the service they receive from TurboTax products matches or exceeds their
9   expectations.

10  **V.    CONCLUSION**

11      106.    As I have discussed throughout this report, a temporary restraining order or preliminary
12  injunction against Intuit's advertising of Free Edition is likely to cause more harm than good.

13      107.    First, Intuit's marketing of Free Edition benefits consumers by increasing awareness of
14  a free tax preparation option that millions of taxpayers take advantage of each year. An injunction is
15  likely to lead to the perverse effect that *fewer* customers would file for free, as consumers may migrate
16  to other comparable DIY products, benefiting Intuit's competitors but not benefiting consumers, or to
17  other solutions like paid preparers that are typically more expensive and less transparent than
18  TurboTax.

19      108.    Second, contrary to the FTC's allegations, Intuit provides clear disclosures throughout
20  the purchase process for both the qualification requirements for Free Edition and the prices for any
21  paid products and add-ons, including numerous disclosures available prior to entering any personal
22  information or even creating an account. In addition, reasonable consumers are likely to proceed
23  through the high-involvement Consumer Buying Process and conduct independent research,

24
25
26
---
27  [147] In TY 2018, Intuit reported 19.6 million paid customers. They also reported that 3.1 million of these paid customers defected (1.1 million first year customers and 2 million veteran customers). That leaves 16.5 million retained paid customers (84 percent). Intuit, "Consumer Group Business Models," May 16, 2019, p. 9.
28

evaluating TurboTax relative to its competitors, and bringing all of this information to bear in their selection of a tax preparation provider.

Peter Golder
April 4, 2022

**APPENDIX A**
**CURRICULUM VITAE**

**Peter N. Golder**
Tuck School of Business
Dartmouth College
100 Tuck Hall
Hanover, NH 03755-9000
(603) 646-0598
peter.n.golder@tuck.dartmouth.edu

**ACADEMIC EXPERIENCE**

Dartmouth College, Tuck School of Business
    Professor of Marketing, 2009-present
    Co-Editor, Idea Corner track, *Marketing Letters*, 2021-present
    Co-Editor-in-Chief, *Marketing Letters*, 2015-2020
    Academic Fellow, Marketing Science Institute, 2020-present
    Academic Trustee, Marketing Science Institute, 2016-2020
    Faculty Director, TuckGO, 2018-2020
    Faculty Director, First-Year Project, 2017-2020
    Marketing Faculty Area Coordinator, 2015-2018
    Senior Fellow, Dartmouth College Society of Fellows, 2014-2017

New York University, Stern School of Business
    Professor of Marketing, 2008-2009
    Coordinator, Marketing Department Doctoral Program, 2008-2009
    George and Edythe Heyman Faculty Fellow, 2004-2009
    Associate Professor of Marketing, 1999-2008 (tenured in 2002)
    Assistant Professor of Marketing, 1995-1999

Peking University, Guanghua School of Management
    Visiting Professor of Marketing, 2006-2007

University of California, Los Angeles (UCLA)
    Visiting Assistant Professor of Marketing, 1994-1995

University of Southern California
    Research and Teaching Assistant, 1990-1994

**EDUCATION**

Ph.D. in Business Administration (Marketing), 1994
    University of Southern California, Los Angeles, CA

B.S. in Mechanical Engineering, 1984
    University of Pennsylvania, Philadelphia, PA

**HONORS**

Marketing Strategy Consortium Faculty Fellow (2020)

AMA Doctoral Consortium Faculty Member (2019 [invited, unable to attend], 2015, 2005, 2004, 2002, 1999)

Citation of Excellence Award from Emerald Group Publishing for paper with high citations, novelty, interdisciplinary interest, and relevance in today's world (2015)

Maynard Award for *Journal of Marketing* paper making the most significant contribution to marketing theory and thought (2013)

Elsevier Distinguished Scholar Award from Society for Marketing Advances—career achievement award for "brilliant work and nurturing of the historical method in research in marketing" (2012)

INFORMS Society for Marketing Science Long Term Impact Award—chosen from all papers published in *Marketing Science* during preceding 10 years (2012)

Excellence in Global Marketing Research Award, American Marketing Assoc. (2011)

Executive MBA Great Professor Teaching Award (2008)

Buzzell Award for best paper published by Marketing Science Institute (2007, 1994)

Finalist, Little Award for Best Paper in *Marketing Science* (2007)

Finalist, Bass Award for Best Dissertation-based paper in *Marketing Science* (2007)

Best Paper Award, American Marketing Association Technology and Innovation Group (2005)

Berry Book Prize (Best Book in Marketing), American Marketing Association (2003)

Early Career Award for First 10 Years of Contributions to Marketing Strategy Research, American Marketing Association (2003)

Editor's Award for Reviewing, *Journal of Marketing* (2003)

Finalist, INFORMS Society for Marketing Science Practice Prize (2003)

Top Ten Business Book of the Year, *Harvard Business Review* (2002)

Marketing Science Institute Young Scholars Program Faculty Member (2006, 2001)

O'Dell Award for *Journal of Marketing Research* paper making the most significant long-term contribution (1998)

Bass Award for best paper in *Marketing Science* or *Management Science* based on a marketing doctoral dissertation (1998)

Faculty Advisor Award for Field Study Achievement (UCLA - 1995)

Beta Gamma Sigma (1994)

Richard D. Irwin Dissertation Award Winner (1993)

AMA Doctoral Consortium Fellow, University of Illinois (1993)

Graduate of Conoco's Management Development Program (1985)

Second Prize, Senior Design Project, University of Pennsylvania (1984)

Pi Tau Sigma, National Honorary Mechanical Engineering Fraternity (1984)

## JOURNAL PUBLICATIONS

Bradlow, Eric T., Peter N. Golder, Joel Huber, Sandy Jap, Aparna A. Labroo, Donald R. Lehmann, John Lynch, Natalie Mizik, Russell S. Winer (2020), "Editorial: Relaunching Marketing Letters," *Marketing Letters*, 31, 311-314.

Golder, Peter N. and Sandy Jap (2020), "Launching the Idea Corners section of *Marketing Letters*," *Marketing Letters*, 31 (March), 1-2.

Golder, Peter N., Debanjan Mitra, and Christine Moorman (2018), "Incorporating Quality

Considerations in Merger Analysis: Why, What, When, and How?" *The Antitrust Bulletin*, 63 (June), 222-236.

Golder, Peter N., Dmitri. G. Markovitch, and Jonathan P. O'Brien (2018), "When do Investors reward Acquisitions and Divestitures? The Contrasting Implications of Normative and Behavioral Economic Theories," *Managerial and Decision Economics*, 39 (March), 226-239.

Golder, Peter N., Sandy Jap, and Joel H. Steckel (2017), "The Future of *Marketing Letters:* Vison, Review Process, and a New Type of Paper—Idea Corners," *Marketing Letters*, 28 (September), 335-339.

Golder, Peter N., Debanjan Mitra, and Christine Moorman (2012), "What is Quality? An Integrative Framework of Processes and States," *Journal of Marketing*, 76 (July), 1-23.

- Harold H. Maynard Award for *Journal of Marketing* paper making the most significant contribution to marketing theory and thought (2013)
- Citation of Excellence Award from Emerald Group Publishing for paper with high citations, novelty, interdisciplinary interest, and relevance in today's world (2015).

Golder, Peter N., Rachel Shacham, and Debanjan Mitra (2009), "Innovations' Origins: When, By Whom, and How are Radical Innovations Developed?" *Marketing Science*, 28 (January), 166-179.

Mitra, Debanjan and Peter N. Golder (2008), "Does Academic Research Help or Hurt MBA Programs?" *Journal of Marketing*, 72 (September), 31-49.

- Selected by *JM* Editor as single article from issue to feature on *JM* Blog
- Basis of our article in *Financial Times* (see Other Publications)
- Basis of our article in *BusinessWeek* online (see Other Publications)
- Featured on The Chronicle of Higher Education *News Blog*

Markovitch, Dmitri and Peter N. Golder (2008), "Using Stock Prices to Predict Market Events: Evidence on Sales Takeoff and Long-Term Firm Survival," *Marketing Science*, 27 (July-August), 699-716.

Mitra, Debanjan and Peter N. Golder (2007), "Quality is in the Eye of the Beholder," *Harvard Business Review*, 85 (April), 26-28.

Mitra, Debanjan and Peter N. Golder (2006), "How Does Objective Quality Affect Perceived Quality? Short-Term Effects, Long-Term Effects, and Asymmetries," *Marketing Science*, 25 (3), 230-247.

- Robert D. Buzzell Best Paper Award from Marketing Science Institute (2007)

- Finalist, John D. C. Little Award for Best Paper in *Marketing Science* (2007)
- Finalist, Frank M. Bass Award for Best Dissertation-based paper in *Marketing Science* (2007)
- Featured in Handelsblatt, a top German economics and business periodical
- Featured in *Insights from MSI* (Marketing Science Institute)
- Reprinted in ICFAI's *Journal of Brand Management*

Golder, Peter N. and Gerard J. Tellis (2004), "Growing, Growing, Gone: Cascades, Diffusion, and Turning Points in the Product Life Cycle," *Marketing Science*, 2, 207-218.

- INFORMS Society for Marketing Science Long Term Impact Award (2012)
- Best Paper Award, American Marketing Association Technology and Innovation Group (2005)
- Also published in the Marketing Science Institute working paper series and featured in their periodical, *Insights from MSI*

Foster, Joseph A., Peter N. Golder, and Gerard J. Tellis (2004), "Predicting Sales Takeoff for Whirlpool's New Personal Valet," *Marketing Science*, 2, 182-185.

- INFORMS Society on Marketing Science Inaugural Practice Prize (finalist)

Bohlmann, Jonathan D., Peter N. Golder, and Debanjan Mitra (2002), "Deconstructing the Pioneer's Advantage: Examining Vintage Effects and Consumer Valuations of Quality and Variety," *Management Science*, 48 (September), 1175-1195.

Mitra, Debanjan and Peter N. Golder (2002), "Whose Culture Matters? Near-Market Knowledge and Its Impact on Foreign Market Entry Timing," *Journal of Marketing Research*, 39 (August), 350-365.

- Excellence in Global Marketing Research Award, American Marketing Association (2011)

Golder, Peter N. (2000), "Insights from Senior Executives about Innovation in International Markets," *Journal of Product Innovation Management*, 17 (September), 326-340, lead article.

Golder, Peter N. (2000), "Historical Method in Marketing Research with New Evidence on Long-Term Market Share Stability," *Journal of Marketing Research*, 37 (May), 156-172.

- Featured in *The Wall Street Journal* (front page) and *Advertising Age*

Golder, Peter N. and Gerard J. Tellis (1998), "Beyond Diffusion: An Affordability Model of the Growth of New Consumer Durables," *Journal of Forecasting*, 17 (June-July), 259-280.

A-4

Golder, Peter N. and Gerard J. Tellis (1997), "Will It Ever Fly? Modeling the Takeoff of Really New Consumer Durables," *Marketing Science*, 3, 256-270.

- Frank M. Bass Award (1998) for best paper in *Marketing Science* or *Management Science* based on a marketing doctoral dissertation
- Featured in *The Wall Street Journal* (front page)
- Published in the Marketing Science Institute working paper series

Tellis, Gerard J. and Peter N. Golder (1996), "First to Market, First to Fail? Real Causes of Enduring Market Leadership," *Sloan Management Review*, (Winter), 65-75.

- Featured in *The Wall Street Journal, The Economist, The Los Angeles Times*, *WirtschaftsWoche* (German business magazine) and *Harvard Management Update*
- Reprinted in *Harvard Business Manager*
- Invited keynote presentation at the Conference Board's 1996 Marketing Conference

Golder, Peter N. and Gerard J. Tellis (1993), "Pioneer Advantage: Marketing Logic or Marketing Legend?" *Journal of Marketing Research*, (May), 158-170.

- William F. O'Dell Award (1998) for long-term contribution to the marketing discipline
- Findings referenced in *Wall Street Journal* op-ed article

## BOOKS AND OTHER PUBLICATIONS

Golder, Peter N., et al. (2020), "Brief of Professor Peter N. Golder, Ph.D. and other Marketing Academics as Amici Curiae in Support of Respondent," United States Patent and Trademark Office, et al. v. Booking.com B.V., Supreme Court of the United States, No. 19-46.

Golder, Peter N. and Debanjan Mitra, editors (2019), *Handbook of Research on New Product Development*, Edward Elgar (paperback edition).

Golder, Peter N. and Debanjan Mitra, editors (2018), *Handbook of Research on New Product Development*, Edward Elgar.

Golder, Peter N. and Debanjan Mitra (2018), "New Product Development Research: Consolidating the Present and Guiding the Future," in *Handbook of Research on New Product Development*, Peter N. Golder and Debanjan Mitra, editors, Edward Elgar.

Fan, Tingting, Peter N. Golder, and Donald R. Lehmann (2017), "Innovation and New Products Research: A State-of-the-Art Review, Models for Managerial Decision

Making, and Future Research Directions," in *Handbook of Marketing Decision Models*, Berend Wierenga and Ralf van der Lans, editors, Springer.

Golder, Peter N., Debanjan Mitra, and Christine Moorman (2015), "A Comprehensive View of Quality and Its Implications for Managers," The AMA Journal Reader, American Marketing Association (online publication).

Fan, Tingting, Peter N. Golder, and Eitan Muller (2014), "Dynamics of Multi-Feature Product Usage: Carryover, Spillover, and Social Effects," Marketing Science Institute Report No. 14-118.

Lehmann, Donald R. and Peter N. Golder (2014), "New Products Research," in *The History of Marketing Science*, Russell S. Winer and Scott A. Neslin, editors, World Scientific – Now publishers.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2013), "Long-Term Market Leadership Persistence: Baselines, Economic Conditions, and Category Types," Marketing Science Institute Report No. 13-110.

Golder, Peter (2010), "First-mover (pioneer) advantage," in *Wiley International Encyclopedia of Marketing*, Jagdeth Sheth and Naresh Malhotra, editors, in Volume 1, Marketing Strategy, Robert Peterson and Roger Kerin, editors, John Wiley & Sons Limited.

Golder, Peter (2010), "Later mover (nonpioneer) advantage," in *Wiley International Encyclopedia of Marketing*, Jagdeth Sheth and Naresh Malhotra, editors, in Volume 1, Marketing Strategy, Robert Peterson and Roger Kerin, editors, John Wiley & Sons Limited.

Golder, Peter and Gerard Tellis (2010), "Product Life Cycle," in *Wiley International Encyclopedia of Marketing*, Jagdeth Sheth and Naresh Malhotra, editors, in Volume 5, New Product Development, Barry Bayus, editor, John Wiley & Sons Limited.

Mitra, Debanjan and Peter N. Golder (2009), "Objective and Perceived Quality," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, editor, Marketing Science Institute, 18.

Golder, Peter N. (2009), "Market Leadership," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, editor, Marketing Science Institute, 21.

Golder, Peter N. and Gerard J. Tellis (2009), "First-mover Advantage," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, editor, Marketing Science Institute, 34.

Golder, Peter N. and Gerard J. Tellis (2009), "Sales Takeoff," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, editor, Marketing Science Institute, 39.

Golder, Peter N., Rachel Shacham, and Debanjan Mitra (2009), "Radical Innovations," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, editor, Marketing Science Institute, 42.

Golder, Peter N. and Debanjan Mitra (2008), "MBA Recruiters Value Academic Research," *Businessweek* online, October 16.

Golder, Peter and Debanjan Mitra (2008), "Academic research is good for MBA students," *Financial Times*, September 22.

Chandy, Rajesh K., Peter N. Golder, and Gerard J. Tellis (2004), "Historical Research in Marketing Strategy: Method, Myths, and Promise," in *Assessing Marketing Strategy Performance*, Christine Moorman and Donald R. Lehmann, eds., Boston, MA: Marketing Science Institute.

Tellis, Gerard J. and Peter N. Golder (2002), *Will and Vision: How Latecomers Grow to Dominate Markets*, New York: McGraw-Hill.

- Winner of the Berry-AMA Book Prize for the best book in marketing (2003)
- Selected by *Harvard Business Review* as one of the top ten business books of 2001
- Reviewed in *Harvard Business Review* (September 2001)

Golder, Peter N. and Gerard J. Tellis (2001), "Competition is the Best Way to Regulate Microsoft," *Los Angeles Times*, December 26.

Golder, Peter N. and Gerard J. Tellis (1992), "Do Pioneers Really Have Long-Term Advantages? A Historical Analysis," Marketing Science Institute Report Number 92-124, Boston, MA: Marketing Science Institute.

- Winner of Marketing Science Institute Best Paper of the Year Award

## PRESENTATIONS

Golder, Peter N. (2020), "Hearing the Voice of the Consumer through Archival Evidence," McCarthy Institute webinar.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2020), "Will You Still Try Me, Will You Still Buy Me, When I'm 64? Long-Term Market Leadership in the Age of Disruption," State of Marketing Science Summit: Marketing in Disruption, Marketing Science Insitute, San Francisco, CA.

A-7

Golder, Peter N. (2020), "Real-time Emotions in Customer Service Encounters," invited presentation, University of Connecticut.

Trinh, Giang Tue and Peter N. Golder (2019), "Factors Affecting Long Term Brand Growth," Marketing Science Conference, University of Roma Tre / NYU Stern School.

Golder, Peter N., Michael J. Schreck, and Aaron Yeater (2019), "Assessing Secondary Meaning of Brand Elements: A Conceptual and Methodological Complement to Survey Research," Legal Applications of Marketing Theory Conference, Harvard Law School.

Chang, Sue Ryung, Peter N. Golder, and Joel H. Steckel (2017), "Measuring and Managing International Market Share Volatility: Insights from a Country, Category, and Brand Hierarchy Framework," Tuck Marketing Research Camp.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2016), "Will You Still Try Me, Will You Still Buy Me, When I'm 64? Long-Term Market Leadership Persistence and the Impact of Economic Conditions and Category Types," invited presentation, Kelley School of Business, Indiana University.

Golder, Peter N. (2016), "Design Thinking: Learn to Think Like a Disruptor," invited workshop, Marketing Science Institute, Cambridge, MA.

Golder, Peter N. (2016), "The Fragility of Market Leadership," AEMARK: XXVIII Congreso de Marketing at Universidad de Leon, Leon, Spain.

Golder, Peter N. (2016), "The Fragility of Market Leadership," L2/NYU Stern Digital Leadership Academy, New York, NY.

Golder, Peter N. (2016), "What is Quality?" American Antitrust Institute Invitational Symposium on Non-Price Effects of Mergers, Washington D.C.

Golder, Peter N. and Hans-Willi Schroiff (2016), "Closing the Gap between Innovation Management Theory and Practice," American Marketing Association Winter Educators' Conference, Las Vegas, NV.

Chang, Sue Ryung, Peter N. Golder, and Joel H. Steckel (2015), "Measuring and Managing International Market Share Volatility: Insights from a Country, Category, and Brand Hierarchy Framework," invited presentation, Corporate Competitiveness in International Perspective, Keizai Koho Center, Tokyo, Japan.

Golder, Peter N. (2015), "Strategy Research: Interesting Questions + Illuminating Data $\rightarrow$ Publication," AMA-Sheth Foundation Doctoral Consortium, London Business School.

Fan, Tingting, Peter N. Golder, and Eitan Muller (2015), "Communication on Mobile Phones versus Online Social Networks: Complements or Substitutes?" Marketing Science Conference, Johns Hopkins University.

Fan, Tingting, Peter N. Golder, and Eitan Muller (2015), "Multi-media and Multi-form Communication: A Framework and Application with Smartphones and Online Social Networks," Theory + Practice in Marketing Conference, Georgia State University.Fan, Tingting, Peter N. Golder, and Eitan Muller (2015), "Communication on Smartphones vs. Online Social Networks: Complements or Substitutes?" Big Data Conference, Ludwig Maximilian University (LMU), Munich, Germany.

Golder, Peter N. (2014), "Exploring and Exploding(!) Myths of Innovation Success," MOT Summer School—The New Paradigm of Innovation, Seoul, Korea.

Shacham, Rachel, Tulin Erdem, and Peter N. Golder (2014), "Talking Away the Vice? Communication and Vices," Marketing Science Conference, Emory University.

Fan, Tingting, Peter N. Golder, and Cheng Zhang (2014), "Usage Adoption of New Products in an Emerging Market," Marketing and Innovation Symposium, Erasmus University, Rotterdam, Netherlands.

Golder, Peter N. (2014), "The Art and Craft of Developing Impactful Theory," AMS Review Theory Forum, Indianapolis, IN.

Golder, Peter N. and Wonjoon Kim (2014), "Order of Entry Effects with Attribute Innovations," American Marketing Association Winter Educators' Conference, Orlando, FL.

Golder, Peter N. and Wonjoon Kim (2013), "Order of Entry Effects with Attribute Innovations," invited presentation, Syracuse University.

Pang, Jun, Angela Xia Liu, and Peter N. Golder (2013), "Effects of Peer Opinions and Customer Opinions on Critic Evaluations of Cultural Products," Marketing Science Conference, Ozyegin University, Istanbul, Turkey.

Chang, Sue Ryung, Peter N. Golder, and Joel H. Steckel (2013), "Exploring Market Share Volatility around the World: The Role of Economics, Culture, Business Environment, and Market Structure," invited presentation, Peking University.

Chang, Sue Ryung, Peter N. Golder, and Joel H. Steckel (2013), "Exploring Market Share Volatility around the World: The Role of Economics, Culture, Business Environment, and Market Structure," invited presentation, Cambridge University Judge Business School.

Fan, Tingting, Eitan Muller, and Peter N. Golder (2012), "The Dynamics of New Product Feature Usage," Marketing Science Conference, Boston University.

Shacham, Rachel, Tulin Erdem, and Peter N. Golder (2012), "Are Vices Substitutes or Complements?" Marketing Science Conference, Boston University.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2012), "Do Economic Conditions Affect Long-Term Brand Leadership Persistence?" Theory + Practice in Marketing Conference, Harvard Business School.

Golder, Peter N. and Tingting Fan (2011), "The Dynamics of Consumers' Brand Consideration Sets," Marketing Scholar Forum, Peking University.

Shacham, Rachel, Peter N. Golder, and Tulin Erdem (2011), "The Complementarity of Vices," Marketing Science Conference, Rice University.

Fan, Tingting and Peter N. Golder (2011), "The Dynamics of Brand Preferences Along Consumers' Life Paths," Marketing Science Conference, Rice University.

Golder, Peter N. (2011), "Beyond New Products: Innovation for Growth," MSI 50th Anniversary Conference, Boston.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2011), "Will You Still Try Me, Will You Still Buy Me, When I'm 64? How Economic Conditions and Category Types Affect Long-Term Brand Leadership Persistence," invited presentation, Cornell University.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2010), "Will You Still Try Me, Will You Still Buy Me, When I'm 64? How Economic Conditions and Category Types Affect Long-Term Brand Leadership Persistence," invited presentation, Peking University.

Chang, Sue Ryung, Peter N. Golder, Joel Steckel (2010), "Global Market Share Dynamics," Marketing Science Conference, University of Cologne.

Shacham, Rachel, Tulin Erdem and Peter N. Golder (2010), "A Cigarettte, a Six Pack or Porn: Are Vices Substitutes or Complements?" Marketing Science Conference, University of Cologne.

Golder, Peter N. (2010), "Attribute-Level Innovation and Its Opportunities for Marketing Strategy Research," The Practice and Impact of Marketing Science, MSI/ISMS Conference, Massachusetts Institute of Technology.

Golder, Peter N. (2009), "Why Your Firm Can't Innovate," Luxury Lab Innovation Forum, Times Center, New York City, talk on youtube.

Golder, Peter N., Julie R. Irwin and Debanjan Mitra (2009), "How Do Economic Conditions Affect Long-Term Brand Leadership Persistence," New York City Marketing Modelers Meeting.

Shacham, Rachel, Peter N. Golder, and Sha Yang (2009), "On the Importance of Ignorance," Marketing Science Conference, University of Michigan.

Mitra, Debanjan, Peter N. Golder, Jinhong Xie (2009), "The Weakness of Strong Ties: Homophily, Heterophily, and the Valence of Buzz," Marketing Science Conference, University of Michigan.

Golder, Peter N., Tingting Fan, Kevin L. Keller (2009), "Branding for China: The Role of Next Generation Consumers," Innovation in India and China: How to Create Value from Emerging Markets, Cambridge University Judge Business School.

Shacham, Rachel, Peter N. Golder, and Sha Yang (2009), "Exploring the Unknown: Incorporating Awareness in New Product Adoption," Collaborative & Multidisciplinary Research Conference, Yale School of Management.

Golder, Peter N., Tingting Fan, and Kevin L. Keller (2009), "Evolving Brand Preferences of Young Chinese Consumers," China India Consumer Insights Conference, Yale School of Management.

Mitra, Debanjan and Peter N. Golder (2008), "Competing for the Future of Business Schools: Does Academic Research Help or Hurt MBA Programs?" Marketing Science Conference, University of British Columbia.

Markovitch, Dmitri and Peter N. Golder (2007), "Can the Stock Market Predict Sales Takeoff and the Long-Term Survival of Firms?" Marketing Science Conference, Singapore Management University.

Golder, Peter N. (2007), "Will and Vision: How Latecomers Grow to Dominate Markets,"  Wuhan University's First International Conference on Corporate Governance and Innovation.

Golder, Peter N., Rachel Shacham, and Debanjan Mitra (2006), "Innovations' Origins: When, By Whom, and How are Radical Innovations Developed?" Guanghua School of Management, Peking Univeristy.

Mitra, Debanjan and Peter N. Golder (2006), "The Buzz on Business Schools: A Longitudinal Analysis of Scholarly Research and Perceptions," Marketing Science Conference, University of Pittsburgh.

Mitra, Debanjan and Peter N. Golder (2006), "Why Today's Business School Rankings are Yesterday's News: A Long-Term Analysis of the Impact of Academic Research," University of Southern California Marketing Camp.

A-11

Golder, Peter N., Rachel Shacham, and Debanjan Mitra (2005), "The Continuity of Seemingly Discontinuous, Radical Innovations," conference on Bridging Operations and Marketing, Catholic University, Lisbon, Portugal.

Mitra, Debanjan and Peter N. Golder (2005), "Why Today's Business School Rankings are Yesterday's News: A Long-Term Analysis of the Impact of Academic Research," ERIM Conference at Erasmus University, Rotterdam, Netherlands.

Golder, Peter N. (2005), "Continuous Innovation: The Key to Market Leadership," AMA Doctoral Consortium, University of Connecticut.

Golder, Peter N., Rachel Shacham, and Debanjan Mitra (2005), "The Continuity of Seemingly Discontinuous, Radical Innovations," Marketing Science Conference, Emory University.

Golder, Peter N., Rachel Shacham and Debanjan Mitra (2004), "A Discontinuous Perspective on Seemingly Radical Innovations," Hot Thoughts on Innovation: Insights at the Intersection of Marketing and Technology, MSI-AMA Conference at AMA Summer Educators' Conference, Boston, MA.

Golder, Peter N. (2004), "Comments on Research with Impact and Collaborating with your Advisor: Promise, Perils, and Solutions," AMA Doctoral Consortium, Texas A&M University.

Golder, Peter N. (2004), "Will and Vision: How Latecomers Grow to Dominate Markets," opening presentation at AMA Strategic Marketing Conference, Chicago, Illinois (based on book co-authored with Gerry Tellis).

Chandy, Rajesh K., Peter N. Golder, and Gerard J. Tellis (2003), "Historical Research: Method, Myths, and Applications," Cool Tools Conference for Marketing Strategy Research, AMA Summer Educators' Conference, Chicago, Illinois.

Foster, Joseph A., Peter N. Golder, and Gerard J. Tellis (2003), "Will It Ever Fly? Application of Takeoff Model at Whirlpool," ISMS Practice Prize Competition, Marketing Science Conference, University of Maryland.

Mitra, Debanjan, Peter N. Golder, and Qi Wang (2003), "Running Hard to Stand Still? Analyzing Persistence and the Duration of Market Performance," Marketing Science Conference, University of Maryland.

Golder, Peter N. (2003), "Historical Research and Innovation: How Does Looking Back Help Us Understand How to Look Ahead?" American Marketing Association Winter Educators' Conference, Orlando, FL.

Markovitch, Dmitri and Peter N. Golder (2002), "Competing Through Speed: Product Development and Alliance Speed and Their Impact on Firm Performance," Marketing Science Conference, University of Alberta.

Mitra, Debanjan and Peter N. Golder (2002), "When Do Firms Become Truly Multinational? A Study of the Dynamics of 'Near-Market' Knowledge on Entry Timing Decisions," Marketing Science Conference, University of Alberta.

Golder, Peter N. (2002), "Secondary Data," AMA Doctoral Consortium, Emory University.

Golder, Peter N. (2001), "Historical Research in Marketing," Special Session, AMA Summer Educators' Conference, Washington DC.

Mitra, Debanjan and Peter N. Golder (2001), "When Will They Ever Learn? An Econometric Analysis of the Long-Term Effects of Product Quality (or Why the Business School Ratings are always Yesterday's News?)," Marketing Science Conference, University of Mainz.

Golder, Peter N. and Julie R. Irwin (2001), "If They Could See Us Now: A Look at How Category Relationships Drive Long-Term Brand Leadership Persistence," Marketing Science Institute's Young Scholars Conference.

Golder, Peter N. and Julie R. Irwin (2000), "If They Could See Us Now: A Look at How Category Relationships Drive Long-Term Brand Leadership Persistence," New York Marketing Modelers Group.

Golder, Peter N. and Julie R. Irwin (2000), "If They Could See Us Now: A Look at How Consumers Relate to Their Products and How These Relationships Explain Why Leading Brands Succeed or Fail," special session at ACR Conference, Salt Lake City.

Bohlmann, Jonathan D. and Peter N. Golder (2000), " Deconstructing the Pioneer's Advantage: An Examination of the Relative Success and Failure of Market Pioneers," Marketing Science Conference, UCLA.

Mitra, Debanjan and Peter N. Golder (2000), "Veni, Vidi, Vici: Modern Insights for Selecting and Succeeding in New Country Markets," Marketing Science Conference, UCLA.

Golder, Peter N. (1999), "Contemporary Knowledge versus Historical Data: Other Examples of How the Past Catches Up with the Present," AMA Doctoral Consortium, University of Southern California.

Golder, Peter N. and Gerard J. Tellis (1999), "How Long Can This Keep Going On? Modeling the Growth of Radically New Products," Marketing Science Conference, Syracuse University.

A-13

Golder, Peter N. (1999), "Historical Method in Marketing Research with New Evidence on Long-Term Market Share Stability," invited presentation at University of Chicago.

Golder, Peter N. (1998), "Does Early Leadership Lock-in Long-term Leadership?" Fall INFORMS Conference, Seattle.

Golder, Peter N. and Gerard J. Tellis (1998), "Is There Life in the Product Life Cycle? New Formulation and Generalizations on a Dormant Concept," Marketing Science Conference, INSEAD.

Golder, Peter N. and Gerard J. Tellis (1998), "Great Expectations: How the Market Really Responds to Really New Products," invited presentation at University of Mainz, Germany.

Golder, Peter N. (1998), "Contemporary Knowledge versus Historical Data: Another Example of How the Past Catches Up with the Present," Columbia-NYU-Wharton-Yale Marketing Colloquium, New Haven, CT.

Golder, Peter N. and Gerard J. Tellis (1998), "Evaluating New Product Growth: When Will Sales Slow Down?" invited presentation at University of Houston.

Tellis, Gerard J. and Peter N. Golder (1996), "First to Market, First to Fail? Real Causes of Enduring Market Leadership," The Conference Board's 1996 Marketing Conference, New York, NY.

Golder, Peter N. and Gerard J. Tellis (1996), "Who are long-term leaders? When and how do they enter?" INFORMS Conference, Atlanta, GA.

Golder, Peter N. and Gerard J. Tellis (1996), "Evaluating New Product Growth: When Will Sales Slow Down?" Marketing Science Conference, University of Florida.

Golder, Peter N. and Gerard J. Tellis (1995), "When Will It Fly? Modeling the Takeoff of Really New Consumer Durables," New York City Marketing Modelers Group.

Golder, Peter N. and Gerard J. Tellis (1995), "When Will It Fly? Modeling the Takeoff of Really New Consumer Durables," Product Development Management Association Conference, Minneapolis, MN.

Golder, Peter N. and Gerard J. Tellis (1995), "Evaluating New Product Growth: Will Sales Ever Take Off," Marketing Science Conference, Australian Graduate School of Management.

Tellis, Gerard J. and Peter N. Golder (1994), "Forecasting Market Opportunities: Predicting the Takeoff of New Durables," Marketing Science Institute Conference, Boston, MA.

Golder, Peter N. (1994), "An Alternative Explanation for Order of Entry Effects Among Surviving Brands," Marketing Science Conference, University of Arizona.

Tellis, Gerard J. and Peter N. Golder (1993), "The Real Causes of Enduring Market Leadership," ORSA/TIMS Meeting, Phoenix, Arizona.

Golder, Peter N. (1993), "The Disadvantage of Being a Pioneer," Marketing Science Conference, Washington University.

Golder, Peter N. and Gerard J. Tellis (1993), "Pioneer Advantage: Marketing Logic or Marketing Legend?" Marketing Science Institute Conference, Atlanta, GA.

Golder, Peter N. and Gerard J. Tellis (1992), "Market Building vs. Pioneering: What Causes Long-term Leadership?" ORSA/TIMS Meeting, San Francisco, CA.

Golder, Peter N. and Gerard J. Tellis (1992), "Pioneer Advantage: Marketing Logic or Marketing Legend?" Marketing Science Conference, London Business School.

**RESEARCH INTERESTS**
Market Entry, New Products, Market Leadership, Quality, Global Marketing, Branding

**TEACHING INTERESTS**
Marketing Concepts, Global Marketing, New Products, Marketing Strategy

**PROFESSIONAL EXPERIENCE**
Northrop Corporation, 1986-1990
Conoco, 1984-1986

**GRANTS**
NYU Stern Berkley Center grant from Kauffman Foundation (2006)
NYU Stern Berkley Center grant from Kauffman Foundation (2005)
Marketing Science Institute (2000)
Richard D. Irwin Dissertation Fellowship - National Award Winner (1993)
U.S. Department of Education - Awarded through Center for International Business Education and Research at University of Southern California (1993)
Dissertation Fellowship from Center for International Business Education and Research at University of Southern California (1992)
Marketing Science Institute (1992)
Fellowship, University of Southern California (1990-1994)

**ACADEMIC SERVICE**
Editorial Review Boards: *International Journal of Research in Marketing*, *Journal of Marketing, Marketing Science*
Ad-hoc Reviewer: *Journal of Marketing Research*
Dissertation Committee Chair/Co-Chair:
Debanjan Mitra (placement: University of Florida)

Rachel Shacham (placement: University of Minnesota)
Tingting Fan (placement: Chinese University of Hong Kong)
Dissertation Committee: Jane Gu, Dmitri Markovitch, Sergio Meza
Co-Chair, Hot Thoughts on Innovation: Insights at the Intersection of Marketing and
      Technology, special interest conference sponsored by MSI and AMA, 2004.
Chair, Strategy Track, Winter AMA 2005, San Antonio, Texas

**ASSOCIATIONS**
American Marketing Association
Institute for Operations Research and Management Science (INFORMS)

*Revised May 18, 2021*

**APPENDIX B**

**EXPERT TESTIMONY**

## APPENDIX B

### Peter N. Golder
### Expert Testimony

United States Tax Court, *Amazon.com, Inc. & Subsidiaries vs. Commissioner of Internal Revenue*, Docket No. 31197-12, deposed September 13, 2014, testified at trial November 20, 2014.

United States International Trade Commission, *In The Matter of: Certain Footwear Product*, Investigation No. 337-TA-936, deposed May 20, 2015, testified at trial August 6-7, 2015.

United States District Court, District of Oregon, Portland Division, *adidas America, Inc. and adidas AG v. Skechers USA, Inc.*, 3:16-cv-01400-AC, deposed September 28, 2016, testified at hearing November 1, 2016.

United States District Court, Western District of Texas, Austin Division, *YETI Coolers, LLC, v. RTIC Coolers, LLC; John Jacobsen; and James Jacobsen*, Civil Action No. 1:15-cv-00597-RP, deposed December 9, 2016.

United States District Court, Eastern District of Wisconsin, *Glenn Burton, Jr., Minor, by his guardian ad litem, Susan M. Gramling, v. American Cyanamid Co.*, 2:07-cv-0303, deposed May 17, 2017.

United States District Court, Eastern District of Wisconsin, *Ravon Owens, Minor, by his guardian ad litem Susan M. Gramling, v. American Cyanamid Co.*, 2:07-cv-0441, deposed May 17, 2017.

United States District Court, Eastern District of Wisconsin, *Cesar Sifuentes, Minor, by his guardian ad litem Susan M. Gramling v. American Cyanamid Co.*, 2:10-cv-0075, deposed May 17, 2017.

United States District Court, District of Minnesota, *HealthPartners, Inc. v. Wal-Mart Stores, Inc. and Sam's West Inc.*, 16-cv-02970, deposed August 17, 2017.

United States District Court, Central District of California, Western Division, *Forever 21, Inc. v. Gucci America, Inc.*, 2:17-cv-4706, deposed June 27, 2018.

United States District Court, Western District of Missouri, Western Division, *In Re: Dollar General Corp. Motor Oil Marketing and Sales Practice Litigation*, Master Case No. 16-02709-MD-W-GAF, deposed July 9, 2018.

*Ballet Beauty, LLC, V. Lions Gate Films Inc.*, JAMS Arbitration Reference No. 1210034307, deposed January 26, 2019.

United States District Court of New Jersey, *Merck & Co., Inc., and Merck Sharp & Dohme*

*Corp. v. Merck KGAA*, 2:16-cv-00266-ES-MAH, deposed March 3, 2019.

United States District Court for the District of Delaware, *LiQWD, Inc. and Olaplex LLC v. L'Oréal USA, Inc. et al.*, Civil Action No. 17-14 (JFB) (SRF), deposed March 10, 2019.

United States District Court, Southern District of New York, *Sprint Spectrum L.P., Sprintcom, Inc., and Sprint/United Management Company v. AT&T Mobility LLC*, Case No. 1:19-CV-01215-VSB, deposed April 3, 2019.

In the Court of Chancery of the State of Delaware, *Outlaw Beverage, Inc. v. Lance Collins and A Shoc Beverage, LLC*, C.A. No. 2019-0342-AGB, report filed, no deposition.

United States District Court, District of Arizona, *CDK Global, LLC and The Reynolds and Reynolds Company v. Mark Brnovich, Attorney General of the State of Arizona, and John S. Halikowski, Director of the Arizona Department of Transportation,* Case No. 2:19-cv-04849-GMS, deposed February 4, 2020.

United States District Court, Northern District of California, *The American Beverage Association et al., v. City of San Francisco*, 3:15-cv-03415, reports filed, no deposition.

State of New Mexico County of Santa Fe First Judicial District Court, *State of New Mexico, ex rel. Hector H. Balderas, Attorney General v. Dolgencorp, LLC (d/b/a/ Dollar General, Corporation), a Kentucky limited liability company*, Case No. D-101-CV-2017-01562, report filed, no deposition.

United States District Court, Southern District of New York, *Tiffany and Company and Tiffany (NJ) LLC v. Costco Wholesale Corp.*, C.A. No. 1:13-cv-01041-LJL-DCF, deposed June 2, 2021.

United States District Court, Southern District of Ohio, Eastern Division, *The Scotts Company LLC, and OMS Investments, Inc. v. Central Garden & Pet Company, and Pennington Seed, Inc.*, Case No. 2:19-cv-02185-MHW-CMV, reports filed, no deposition.

United States District Court, District of Connecticut, *BBAM Aircraft Management LP and BBAM US LP v. Babcock & Brown LLC, Burnham Sterling & Company LLC, Babcock & Brown Securities LLC, Babcock & Brown Investment Management LLC*, Case No. 3:20-cv-01056-VLB, deposed October 14, 2021.

United States District Court, District of Maryland, Southern Division, *R80 LLC v. Société des Produits Nestlé S.A., et al*, 8:21-cv-01455-PWG, reports filed, no deposition.

**APPENDIX C**

**MATERIALS RELIED UPON**

**APPENDIX C**
**MATERIALS RELIED UPON**

## Legal Documents

"Complaint for a Temporary Restraining Order and Preliminary Injunctive Relief Pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C § 53(b)," *Federal Trade Commission v. Intuit Inc.,* No. 3:22-cv-1973-CRB, United States District Court Norther District of California San Jose Division

## Expert Reports and Declarations

Declaration of Diana F. Shiller, *Federal Trade Commission v. Intuit Inc.*, No. 3:22-cv-1973, United States District Court District of California San Francisco Division, March 28, 2022.

Declaration of Nathan Novemsky, *Federal Trade Commission v. Intuit Inc.*, No. 3:22-cv-1973, United States District Court Northern District of California San Francisco Division, March 28, 2022.

Expert Report of John R. Hauser, SC.D, *Federal Trade Commission v. Intuit Inc.,* No. 3:22-cv-1973-CRB, United States District Court Norther District of California San Francisco Division, April 4, 2022.

Kirk Fair, Rebecca, "Analysis of Consumer Choices in a Test and Control Study of TurboTax Upgrade Screens," Submission to the Federal Trade Commission, November 4, 2020.

## Academic Literature

Ariely, D., "Controlling the Information Flow: Effects on Consumers' Decision Making and Preferences," *Journal of Consumer Research,* Vol. 27(2), 2000, pp. 233-248.

Assael, H., "Consumer Behavior: A Strategic Approach," Houghton Mifflin Company, Boston, MA*,* 2004.

Bettman, J., Luce, M., and Payne, J., "Constructive Consumer Choice Processes," *Journal of Consumer Research,* Vol. 25, 1998, pp. 187-217.

Craig, A., et al., "Suspicious Minds: Exploring Neural Processes During Exposure to Deceptive Advertising," *Journal of Marketing Research*, Vol. 49, No.3, June 2012, pp. 361-372.

Held, J., and Germelmann, C. C., "Deception in Consumer Behavior Research: A Literature Review on Objective and Perceived Deception," *Carin.Info*, Vol. 3, No. 21, 2018, pp. 119-145.

Kerin, R., and Hartley, S., *Marketing 15th Edition*, McGraw-Hill, New York, New York, 2020.

Kotler, P., and Keller, K., *Marketing Management 15th Global Edition,* Pearson Education Limited, London, 2016.

Perreault et al., *Essentials of Marketing*, McGraw-Hill Education, New York, New York, 2019.

Roman, S., "Relational Consequences of Perceived Deception in Online Shopping: The Moderating Roles of Type of Product, Consumer's Attitude Toward the Internet and Consumer's Demographics," *Journal of Business Ethics,* Vol. 95, No. 3, September 2012, pp. 373-391.

Stewart, D. W., and Martin, I. M., "Advertising Disclosures: Clear and Conspicuous or Understood and Used?" *Journal of Public Policy & Marketing*, Vol. 23, No. 2, 2004, pp. 183-192.

Xie, G., Madrigal, R., and Boush, D. M., "Disentangling the Effects of Perceived Deception and Anticipated Harm on Consumer Responses to Deceptive Advertising," *Journal of Business Ethics*, Vol. 29, April 2014, pp. 281-293.

## Intuit Internal Materials

Intuit, "Brand Sentiment Mid-Season TY18," March 2019.

Intuit, "Brand Sentiment Tracking Total Market and PYA Mid Season TY2 [sic]," February 2022.

Intuit, "CG Marketing Function Review," April 11, 2019.

Intuit, "Consumer Group Business Models," May 16, 2019.

Intuit, "Consumer Group GTM Plan FY'21/TY'20."

Intuit, "Copy of QTTX0023000H_Dance_Workout_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4."

Intuit, "Copy of QTTX0027000H_Dog_Show_REV1_WEB_HD_30_LCD20_TurboTax_30.mp4."

Intuit, "E2E Experience Review Our Competitors," March 27, 2019.

Intuit, "Free Consumer Insights."

Intuit, "FY17 Go-To-Market White Paper," October 2016.

Intuit, "FY18 Go-To-Market White Paper," October 2017.

Intuit, "What is a World-Class NPS Score?"

Intuit, "Sentiment TY16 Mid-Season Tracking Results, with YOY comparisons As input into planning," March 7, 2017.

Intuit, "FY15 Go-To-Market White Paper."

Intuit, "Tax Year 2015 Go-To-Market Plan White Paper."

Intuit, "TurboTax Online TY20 NPS Study," August 2021.

Intuit, "TY18 CG Portfolio Business Review."

## Data

Intuit Detailed Customer-Level Data.

## Publicly Available Documents

Benefits.gov, "Volunteer Income Tax Assistance (VITA)," available at https://www.benefits.gov/benefit/1543.

Benefits.gov, "Tax Counseling for the Elderly," available at https://www.benefits.gov/benefit/722.

Bernazzani, S., "Net Promoter Score Benchmarks to Help You Understand Customer Loyalty," *HubSpot*, October 30, 2019, available at https://blog.hubspot.com/service/net-promoter-score-benchmarks.

Better Business Bureau, "Intuit Inc. Business Profile," available at https://www.bbb.org/us/ca/mountain-view/profile/computer-hardware/intuit-inc-1216-202832.

Bradbury, D., "Tech Tips: Tax software for your clients," *Investment Executive*, April 5, 2019, available at https://www.investmentexecutive.com/newspaper_/building-your-business-newspaper/tech-tips-tax-software-for-your-clients/.

Chen, E., "What is the Net Promoter Score (NPS)?" *MIT Orbit*, available at https://orbit-kb.mit.edu/hc/en-us/articles/206440723-What-is-the-Net-Promoter-Score-NPS-.

FTC, ".com Disclosures: How to Make Effective Disclosures in Digital Advertising," March 2013, available at https://www.ftc.gov/sites/default/files/attachments/press-releases/ftc-staff-revises-online-advertising-disclosure-guidelines/130312dotcomdisclosures.pdf.

H&R Block, "File online. Free Online," accessed on March 18, 2022, available at https://www.hrblock.com/online-tax-filing/free-online-tax-filing/.

H&R Block, "Online Tax Filing," accessed on March 30, 2022, available at https://www.hrblock.com/online-tax-filing/.

H&R Block TV ad, "Free Online File," February 14, 2022, available at https://www.youtube.com/watch?v=EnzdfD0bcr4.

Influenster, "Tax Preparation Services," accessed on April 1, 2022, available at https://www.influenster.com/reviews/tax-preparation-services.

Intuit, "How TurboTax Live Works," accessed on April 2, 2022, available at https://turbotax.intuit.com/personal-taxes/online/live/how-it-works.htm.

Intuit, "Investor Day 2021," September 2021, available at https://s23.q4cdn.com/935127502/files/doc_presentations/2021/Intuit-Investor-Day-2021-Presentation.pdf.

Intuit, "Last chance to file for FREE with expert help: Simple tax returns only," accessed on March 31, 2022, available at https://turbotax.intuit.com/.

Intuit, "Personal Taxes Online," accessed March 2022, available at https://turbotax.intuit.com/personal-taxes/online/.

Intuit, "Simple tax returns" pop-up, accessed on March 16, 2022, available at https://turbotax.intuit.com/personal-taxes/online/.

Intuit, "TurboTax Deluxe," available at https://turbotax.intuit.com/personal taxes/online/deluxe.jsp#tax-forms.

Intuit TV ad, "TurboTax Live TV Spot, 'Stephen: Free Simple Tax Returns,'" January 19, 2022, available at ispot.tv/ad/q3SW/turbotax-live-stephen-free-simple-tax-returns.

Intuit TV ad, "TurboTax Free Edition TV Spot, 'Auctioneer,'" March 8, 2021, available at https://www.ispot.tv/ad/t40r/turbotax-free-edition-auctioneer.

IRS, "Free File Fillable Forms," available at https://www.irs.gov/e-file-providers/free-file-fillable-forms.

IRS, "Internal Revenue Service 2020 Data Book," June 2021, available at https://www.irs.gov/pub/irs-pdf/p55b.pdf.

The MITRE Corporation, "Independent Assessment of the Free File Program," October 3, 2019.

Morgan Stanley, "Assessing the Key Debates Leaves Us Bullish – Reiterate OW," February 2, 2021.

OECD, "Improving Online Disclosures with Behavioral Insights," *OECD Digital Economy Papers*, April 2018.

Parys, S., and Orem, T., "TurboTax Review 2022," *NerdWallet,* March 3, 2022, available at https://www.nerdwallet.com/article/taxes/turbotax-review.

Pinola, M, "The Best Tax Filing Software," *Wirecutter*, February 15, 2022, available at https://www.nytimes.com/wirecutter/reviews/best-tax-software/.

ProPublica, "Electronic Filings via Online Tax Software Companies," 2019, available at https://assets.documentcloud.org/documents/6788961/ProPublica-Analysis-of-IRS-Electronic-Filing-Data.pdf.

TaxAct, "Online Tax Filing Products," accessed on March 18, 2022, available at https://www.taxact.com/taxes-online/bundle.

TaxAct TV ad, "Michele Lepe | TaxAct Commercial 2021 | Stranded Don't Get Stuck on Taxes," January 21, 2021, available at https://www.youtube.com/watch?v=JUcHrJF4IUA.

TaxAct, "TaxAct Free," available at https://www.taxact.com/individual-taxes/online/free/.

TaxSlayer TV ad, "TaxSlayer 2022 Commercial 'Cash Cow' (Official TV Ad: 30)," January 4, 2022, available at https://www.youtube.com/watch?v=nSaryc0WZB0.

TaxSlayer, "Compare our online tax software," accessed on March 18, 2022, available at https://www.taxslayer.com/tax-tools/compare-tax-software.

TaxSlayer, "TaxSlayer Simply Free," available at https://www.taxslayer.com/products/taxslayer-free-tax-filing.

Wallace, C., "The 5 Stages of the Consumer Decision Making Process," *Zoovu*, 2016, available at https://zoovu.com/blog/how-to-leverage-the-5-stages-of-the-customer-decision-making-process/.

White, G., "How the Tax-Prep Industry Takes Advantage of Low-Income Filers," *The Atlantic*, April 14, 2016, available at https://www.theatlantic.com/business/archive/2016/04/eict-tax-prep/478305/.

Zalani, C., "Consumer Decision-Making Process Mastery," *The Ecom Academy,* 2018, available at https://ecomacademy.com/consumer-decision-making-process/.

Zhu, Emily, "TurboTax Review 2022," *SmartAsset*, February 14, 2022, available at https://smartasset.com/taxes/turbo-tax-review.