SONAL N. MEHTA (SBN 222086)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
 Sonal.Mehta@wilmerhale.com

SETH P. WAXMAN (*pro hac vice*)
HOWARD M. SHAPIRO (*pro hac vice* forthcoming)
JONATHAN E. PAIKIN (*pro hac vice*)
DEREK A. WOODMAN (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
 Seth.Waxman@wilmerhale.com
 Howard.Shapiro@wilmerhale.com
 Jonathan.Paikin@wilmerhale.com
 Derek.Woodman@wilmerhale.com

DAVID Z. GRINGER (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8864
 David.Gringer@wilmerhale.com

Attorneys for Defendant
INTUIT INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>INTUIT INC.,<br><br>  Defendant. | Case No. 3:22-cv-01973-CRB<br><br>**DEFENDANT'S [PROPOSED] ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Federal Trade Commission's Emergency Motion for Temporary Restraining Order and Preliminary Injunction is DENIED.  SO ORDERED.

Dated: _____    By: _____

Hon. Charles R. Breyer

United States District Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:    */s/ Sonal N. Mehta*

*Attorney for Intuit Inc.*