

# Government Exhibit 307

## "Steven Spit Take" (iSpot TV) 14-second Video

(electronic filename: 2022-04-06_TurboTax Live TV Spot, 'Steven'_iSpotTV)