

# Government Exhibit 308

## "Steven Spit Take" (iSpot TV) 14-second Captures

(electronic filename: 2022-04-06_TurboTax Live TV Spot, 'Steven'_iSpotTV)

## 2022-04-06_TurboTax Live TV Spot, 'Steven'_iSpotTV



0:02



0:04

**2022-04-06_TurboTax Live TV Spot, 'Steven'_iSpotTV**



0:06



0:08

**2022-04-06_TurboTax Live TV Spot, 'Steven'_iSpotTV**



0:10



0:12

## 2022-04-06_TurboTax Live TV Spot, 'Steven'_iSpotTV



0:14