

# Government Exhibit 309

## "Steven Spit Take" (iSpot TV) 28-second Video

(electronic filename: 2022-04-06_TurboTax Live TV Spot, 'Stephen  Free Simple Tax Returns'_iSpotTV)