GOVERNMENT EXHIBIT
**310**

# Government Exhibit 310

## "Steven Spit Take" (iSpot TV) 28-second Captures

(electronic filename: 2022-04-06_TurboTax Live TV Spot, 'Stephen  Free Simple Tax Returns'_iSpotTV)

**2022-04-06_TurboTax Live TV Spot, 'Stephen  Free Simple Tax Returns'_iSpotTV**



0:02



0:04

**2022-04-06_TurboTax Live TV Spot, 'Stephen Free Simple Tax Returns'_iSpotTV**



**0:06**



**0:08**

**2022-04-06_TurboTax Live TV Spot, 'Stephen Free Simple Tax Returns'_iSpotTV**



0:10



0:12

## 2022-04-06_TurboTax Live TV Spot, 'Stephen Free Simple Tax Returns'_iSpotTV



0:14



0:16

**2022-04-06_TurboTax Live TV Spot, 'Stephen Free Simple Tax Returns'_iSpotTV**



0:18



0:20

**2022-04-06_TurboTax Live TV Spot, 'Stephen Free Simple Tax Returns'_iSpotTV**



0:22



0:24

**2022-04-06_TurboTax Live TV Spot, 'Stephen  Free Simple Tax Returns'_iSpotTV**



0:26