GOVERNMENT EXHIBIT 311

**SECOND DECLARATION OF DIANA F. SHILLER**
**Pursuant to 28 U.S.C. § 1746**

I, Diana F. Shiller, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. I am an Investigator with the Federal Trade Commission ("FTC").

2. On March 28, 2022, the FTC filed a civil enforcement action in the U.S. District Court Northern District of California San Jose Division against Intuit, Inc.

3. Intuit's advertising for TurboTax continues to convey the message that it offers a free service. Intuit's "free" claims are ongoing. Below is a summary of the TurboTax ads I have identified since the filing of my original declaration on March 28, 2022.

**TURBOTAX ADVERTISING**

**A. ADVERTISING SPENDING**

4. According to Kantar's, an advertising monitoring service, May 1, 2021 to April 5, 2022 data, Intuit TurboTax spent approximately $265 million in advertising (52.9% in TV, 46.8% in Digital, and 0.3% in Radio ads).

5. Below is a list of advertising spending for four other tax preparation providers (based on Kantar's data from May 1, 2021 to April 5, 2022 data):

1) H&R Block Tax Service spent approximately $108 million in advertising (51.9% in Digital, 48.1% in TV, and the remaining in Outdoor and Radio ads).

2) Jackson Hewitt Tax Service Inc spent approximately $25 million in advertising (70% in TV, 15.1% in Radio, 14.7% in Digital, and .2% in Outdoor ads).

3) TaxAct spent approximately $42 million in advertising (71.9% in Digital, 21.7% in TV, 6.0% in Radio, and the remaining in Magazine and Outdoor ads).

4) Tax Slayer spent approximately $23 million in advertising (82.7% in Digital, 15.1 % in TV, and 2.2% in Radio ads).

**B. ISPOT.TV**

6. On April 6, 2022, I visited iSpot.TV's website, a company that tracks and measures TV advertising, and copied the 14-second "Steven/Spit Take" ad by TurboTax available at *https://www.ispot.tv/ad/bY2p/turbotax-live-steven*.

7. **GX 307** is a video recording of the TurboTax 14-second "Steven/Spit Take" television commercial I copied from iSpot TV. **GX 308** is comprised of screenshots taken at 2-second intervals of the 14-second "Steven/Spit Take" television commercial.

8. The 14-second "Steven/Spit Take" ad shows a man sitting on a table drinking coffee. A screenshot of one of the scenes in the ad appears below:




9. A transcription I prepared of the ad appears below:

> VOICEOVER: "Steven, did you know that a TurboTax Live expert can do your simple tax return for you?
>
> Steven: "Umm"
>
> VOICEOVER: "For free. It is true. For limited time TurboTax is free for simple returns even when an expert files for you."

10. On April 6, 2022, I visited iSpot.TV's website and copied the 28-second "Steven/Spit Take" ad by TurboTax available at *https://www.ispot.tv/ad/q3SW/turbotax-live-stephen-free-simple-tax-returns*.

11. **GX 309** is a video recording of the TurboTax 28-second "Steven/Spit Take" television commercial I copied from iSpot TV. **GX 310** is comprised of screenshots taken at 2-second intervals of the 28-second "Steven/Spit Take" television commercial.

12. Similar to **GX 307,** the 28-second "Steven/Spit Take" ad shows a man sitting on a table drinking coffee and other man is sitting with him. A screenshot of one of the scenes in the ad appears below:




13. A transcription I prepared of the ad appears below:

VOICEOVER: "Steven, did you know that TurboTax is free no matter how you want to file?"

Steven: "I don't believe that."

VOICEOVER: "It's true. Anyone with a simple tax return can get help from an expert, for free."

Steven: "That can't be true."

VOICEOVER: "It is and with TurboTax Live our experts will even do your taxes for you for free."

Other man: "Honestly, that sounds amazing."

VOICEOVER: "For a limited time TurboTax is free for simple returns no matter how you file."

**C. Apple News, Bing, Google, and Reddit Advertising**

14. On March 30, 2022, while on the Apple News application, I was reviewing the news and saw the two ads below.




15. On April 7, 2022, while on the Apple News application, I was reviewing the news and the same ads mentioned above in paragraph 14 appeared again. I have seen these TurboTax ads appear repeatedly on the Apple New application from March 30, 2022 to April 7, 2022.

16. On March 31, 2022, I went to *google.com* and searched for "file my taxes for free" and saw a TurboTax ad that said, "TurboTax® Free Edition - $0 Fed. $0 State. $0 to




17. On April 7, 2022, I went to *google.com* and searched for "free tax filing" and saw a TurboTax ad that said, "TurboTax® Free Edition - $0 Fed. $0 State. $0 to File." Below is a partial capture of the TurboTax ad I saw on Google.




18. On March 31, 2022, I went to *bing.com* and searched for "file my taxes for free" and saw a TurboTax ad that said, "TurboTax® Free Edition | $0 Fed. $0 State. $0 to File." Below is a partial capture of the TurboTax ad I saw on Bing.




19. On April 7, 2022, I went to *bing.com* and searched for "file my taxes for free" and saw a TurboTax ad that said, "TurboTax® Free Edition | $0 Fed. $0 State. $0 to File." Below is a partial capture of the TurboTax ad I saw on Bing.




20. On April 8, 2022, a paralegal with the FTC emailed me TurboTax ads she saw on *reddit.com*. Below are two partial ads that an FTC paralegal saw on April 7, 2022.




21. Below is a partial TurboTax ad that an FTC paralegal saw on April 8, 2022.

File FREE with TurboTax: $0 Fed. $0 State. $0 to File. Simple tax returns only.

File Fed & State for $0

Simple tax returns only.

Download the app now.

turbotax.intuit.com

Download

Vote 0 Share

**D. Social Media Advertising**

22. On March 31, 2022, I visited Facebook's Ad Library, a public website where you can search ads posted on Facebook (*https://www.facebook.com/ads/library),* searched for TurboTax ads, and saw an active TurboTax ad that said, "America's #1 Free Tax Prep Provider," with a 10-second video. Below are captures of the ad.




23. As of April 7, 2022, the TurboTax's Facebook ad "America's #1 Free Tax Prep Provider" featured above is still active and prominently displays the phrase "FREE $0 $0 $0."

## TURBOTAX WEBSITE

24. On April 1, 2022, I visited the TurboTax Official Site, I visited the home page, clicked "Sign In," and went into the TurboTax service to test various tax scenarios. Using SnagIt, a tool that facilitates capturing computer screens shots, I captured the screenshots of the home.

25. Using an undercover name, date of birth, social security number, email, telephone number, and address, on April 4, 2022 I logged in to TurboTax and went through the tax scenarios for TY 2021: Alimony Paid and Received, Child Under 24 Years Old with Income, Debt Cancellation, Educator Expenses, Higher Education Expenses, Self-Employment, Unemployment, and Unreported Tips and all of these scenarios contained hard stops.

**A. "Free" Claims on the TurboTax Website**

26. Below is a partial screenshot of the TurboTax Official Site as it appeared on March 31, 2022.






28. Also, after selecting the TurboTax's Bing ad mentioned in paragraph 18, I selected "File Online For Free" and it led me to TurboTax Official Site. Below is a partial screenshot of the TurboTax Official Site as it appeared on March 31, 2022.




29. As of April 7, 2022, the webpage above is still active.

turbotax

Sign in

FREE

$0 Fed. $0 State. $0

For simple tax returns on

Transfer last year's info fo with TurboTax Free Editio

File for $0

**You can file with TurboTax Free Edition, TurboTax Live Basic, or TurboTax Live Full Service Basic if you have a simple tax return.***

***A simple tax return is Form 1040 only.**

**Situations covered by TurboTax Free Edition, TurboTax Live Basic, and TurboTax Live Full Service Basic**

- W-2 income
- Limited interest and dividend income reported on a 1099-INT or 1099-DIV
- Claiming the standard deduction
- Earned Income Tax Credit (EIC)
- Child tax credits
- Student Loan Interest deduction

**Situations not covered by TurboTax Free Edition, TurboTax Live Basic, and TurboTax Live Full Service Basic**

- Itemized deductions
- Unemployment income reported on a 1099-G
- Business or 1099-NEC income
- Stock sales
- Rental property income
- Credits, deductions and income reported on schedules 1-3

**How does TurboTax make any money?**

Customers with more complex tax situations will file with our paid TurboTax products that provide all the additional forms and guidance they need. We also offer additional benefits that go beyond filing your taxes, but they are optional and are not required to file simple taxes for free. We hope that, over time, as our customers with simple returns need more capabilities as their financial situations change (for example owning a home, having a child, managing investments), they have loved our products and services so much that they will choose our paid TurboTax offerings to prepare and file their returns.

turbotax

your taxes for you

Get unlimited tax advice or even have it all done for you with TurboTax Live.

See all options

31. On April 7, 2022, while on TurboTax Official Site, I visited the Free Edition webpage. Below is a partial screenshot of the Free Edition tax filing webpage on TurboTax Official Site.




32. Similar to the English TurboTax home page mentioned in paragraph 26, the Spanish version had a similar tax preparation offering and made "free" claims in Spanish using the word "GRATIS" and a large red $0. Below is a partial screenshot of the TurboTax Official Site in Spanish as it appeared on March 31, 2022.




I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 08, 2022
Alexandria, Virginia

Diana F. Shiller