GOVERNMENT
EXHIBIT
**313**

**SECOND DECLARATION OF NATHAN NOVEMSKY**

**Pursuant to 28 U.S.C. § 1746**

I, Nathan Novemsky, hereby declare as follows:

1.      I have personal knowledge of the facts set forth in this Declaration, and the opinions expressed represent my professional opinion. If called to testify, I could testify competently to the facts and opinions discussed in this Declaration.

**I.      Summary**

2.      I have previously provided a declaration on behalf of Plaintiff Federal Trade Commission ("FTC") in this matter, marked as GX 302, with related materials marked as GX 304-305. I understand that Intuit Inc., the defendant in this matter, has provided two expert declarations, which are listed in the table below. Given my professional expertise with consumer decision making, consumer experiences, consumer information processing, marketing research, and consumer psychology, which are described in greater detail at GX 302, ¶¶ 5-11, & GX 304, counsel for the FTC asked me to evaluate declarations Intuit produced from Professor Peter Golder and Professor John Hauser and the claims made in them.

3.      Based on my review of the expert reports, my conclusions are as follows:

1)      Professor Hauser's criticisms of the TurboTax Perception Survey are not persuasive. The Perception Survey was properly designed, was performed on a representative sample of the proper target population, and used proper questions.

2)      Professor Hauser's survey does not support his conclusions that consumers do not rely on advertisements and do conduct substantial research before selecting a tax provider, that "free" is not a priority for a substantial number of consumers, and that most consumers do not feel "locked in" to a tax preparation software after beginning to enter information.

3)      Professor Golder's Report is not persuasive. Contrary to his assertions, the current manner in which Intuit markets TurboTax does not benefit

consumers or sufficiently disclose the eligibility restrictions of Free Edition. Further, consumer satisfaction and retention do not indicate a lack of consumer deception.

## II.    Description of Materials Reviewed and Research Conducted

4.    Over the course of my engagement as an expert for the FTC, I received and reviewed a variety of materials. I reviewed, among other things, the materials listed in my previous declaration (GX 302) and those listed in the table below:

| Ex. No./ Dkt No. | Title | Description |
|---|---|---|
| Dkt. No. 45-5 | Hauser Declaration | Expert Declaration and Exhibits |
| Dkt. No. 45-6 | Golder Declaration | Expert Declaration and Exhibits |

## III.   The Hauser Report

5.    Professor Hauser reviewed the TurboTax Perception Survey and provided his opinions, and conducted his own survey ("Hauser Survey") to evaluate consumer preferences for various tax preparations solutions, behaviors consumers exhibit in the buying process, and factors that contribute to their tax filing solution selection.[1]

### A.    Criticism of the Perception Survey

6.    Professor Hauser raises a variety of concerns with the design of the TurboTax Perception Survey, none of which I find persuasive.

#### 1.    TurboTax Perception Survey Design

7.    First, Professor Hauser criticizes the Perception Survey design because, in analyzing consumer impressions and the sources of consumer impressions about whether consumers can file their taxes for free with TurboTax, I did not present them with one of the advertisements or marketing at issue.[2] In particular, Professor Hauser claims that consumer impressions cannot be ascribed to any "misrepresentations made by Intuit versus any other source of information that respondents may have encountered."[3] Professor Hauser further cites to

---

[1] Hauser Dec. ¶¶ 6, 30.
[2] Hauser Dec. ¶ 16.
[3] Hauser Dec. ¶ 32.

2

Second Declaration of Nathan Novemsky

1  academic literature that explains that failure to show consumers a stimulus encourages them to

2  guess at answers.[4]

3       8.    The decision not to show consumers a stimulus in assessing their perception was

4  deliberate and considered. Preliminary testing revealed that most consumers had existing beliefs

5  about their ability to file for free using TurboTax, which indicates that consumers have been

6  exposed to Intuit's marketing already. Hauser's criticism begs the question what, other than

7  Intuit's advertisement and marketing, consumers would be reacting to when they indicate that

8  they believe TurboTax is free. It would be hard to conceive that large numbers of consumers

9  would arrive at that conclusion based on any source other than advertisements and marketing

10 from Intuit. For example, if consumers visit the third-party review websites described by Hauser

11 as offering information about TurboTax products,[5] those consumers would be unlikely to find

12 information that would leave them with the misimpression that they can file their taxes for free

13 with TurboTax. If they did, that information would almost certainly be echoing TurboTax

14 marketing. And while consumers may be exposed to advertising by other tax service providers

15 that may offer a free product, considering TurboTax's spending on advertisement compared to its

16 next-largest competitor is more than double, it seems much more likely that consumers would

17 have seen and relied on Intuit's own advertising.[6] Other sources communicating that TurboTax is

18 "free" would be merely parroting Intuit's own marketing, and therefore would also be the direct

19 result of Intuit's marketing strategy and messaging. Moreover, academic literature provides

20 solutions to prevent guessing, for example quasi-filters allowing consumers to select "don't

21 know" or "not sure" options[7]—the precise measure I applied in my survey design. In addition,

22

23

24     [4] Hauser Dec. ¶ 32.
    [5] Hauser Dec. ¶ 67.

25     [6] Counsel has represented to me that from May 1, 2021, to April 5, 2022, Intuit TurboTax spent approximately $265 million in advertising (52.9% in TV, 46.8% in Digital, and 0.3% in Radio

26 ads), outspending what its biggest rivals spent combined. For the same timeframe, H&R Block spent approximately, $108 million in advertising (51.9% in Digital, 48.1% in TV, and the

27 remaining in Outdoor and Radio ads), while Jackson Hewitt Tax Service Inc spent approximately $25 million, TaxAct spent approximately $42 million, and Tax Slayer spent approximately $23

28 million.
    [7] Diamond, S. S., 2011. "Reference Guide on Survey Research." In Reference Manual
    on Scientific Evidence, 359-423. National Academies Press, p. 389-91.

Second Declaration of Nathan Novemsky

1  respondents were explicitly directed not to guess when they do not know an answer or have an

2  opinion as part of the instructions of the Perception Survey

3       9.     Second, Professor Hauser criticizes that the TurboTax Perception Survey does not

4  use a test-and-control survey design.[8] I agree that using control groups is appropriate when

5  feasible. As noted above, in this instance using a control group was not feasible. Early testing

6  revealed that most consumers had existing beliefs that they could file their taxes for free using

7  TurboTax. Therefore, identifying a control group untouched by Intuit's marketing and

8  advertising would not have been practicable, and even if it had been, there would have been a

9  risk that those consumers would not be reasonably representative. This is particularly true given

10  Intuit's long-running, pervasive, and vivid ad campaigns.

11       10.    Professor Hauser next focuses on the question in the TurboTax Perception Survey

12  that asks consumers which sources played a role in their forming the impression that they could

13  or could not file their taxes for free with TurboTax.[9] Professor Hauser claims that the question

14  creates a demand artifact, prompting consumers to "change their behavior to align with what

15  they believe is desired by the experimenter, leading consumers to guess that advertisements or

16  websites are sources of origin for their belief."[10] However, the survey clearly instructs consumers

17  not to guess at answers,[11] meaning that the experimental demand would create the opposite effect

18  and lead consumers to answer without guessing and to indicate if they did not know an answer.

19  Using the full-filter that Hauser advocates[12] has been shown to lead to underreporting of opinions

20  held by respondents.[13] Furthermore, even if consumers were merely guessing without relying on

21  Intuit's marketing, it is unlikely that consumers would guess that the product was free when the

22  vast majority of products are not free.

23

24

---

[8] Hauser Dec. ¶¶ 17, 43.

[9] Hauser Dec. ¶ 40.

[10] Hauser Dec. ¶ 42.

[11] GX 305 (In the introduction and screening, instructing consumers that "[i]f you don't know an answer to a question, or if you don't have an opinion, please indicate this in your response" and in TAT10 to "[p]lease answer the questions based on the information you have and do not guess! If you do not have enough information to answer a question, please indicate so.").

[12] Hauser Dec. ¶ 47.

[13] Diamond, S. S., 2011. "Reference Guide on Survey Research." In Reference Manual on Scientific Evidence, 359-423. National Academies Press, p. 390.

Second Declaration of Nathan Novemsky

1       11.    Professor Hauser next critiques the list of options available for consumers to

2    select from. Professor Hauser claims that the "list of options is incomplete and biased toward a

3    finding that the source of information is Plaintiff's hypothesis."[14] In particular, Professor Hauser

4    claims that the list was missing the option to select prior experience as a source of forming the

5    consumers' impression.[15] However, if consumers were not able to indicate their prior experience

6    as a source of their information and randomly selected among other sources, one would expect

7    those guesses to be evenly distributed among the answer options, not concentrated on any of the

8    options presented. This process would not produce the observed result that TurboTax

9    advertisements and the TurboTax website were chosen substantially more than any other options

10    as the source of respondents' impression that they can file for free with TurboTax.

11       12.    Professor Hauser next claims that recall is subject to many biases, and that

12    consumers may have "source amnesia" and not be able to remember how they learned that

13    TurboTax was free to use.[16] I am unfamiliar with "source amnesia" and was unable to find peer-

14    reviewed literature supporting such a construct among healthy adults. Hauser cites to

15    unpublished work which in turn cites to a NY Times article for this term. I am familiar with the

16    concept of "source monitoring," which is psychologists' term for knowing where a memory

17    comes from.[17] This academic literature does not support a broad conclusion that people do not

18    know what the source of their memories are, as Professor Hauser proposes.

19       13.    Professor Hauser claims that consumers may not remember advertisements they

20    likely saw in the last few days, weeks or maybe months, and may answer the Perception Survey

21    based on faulty recall.[18] However, Professor Hauser employs similar recall-reliant questions in

22    his survey. He fielded his survey in July, months after the tax filing season had concluded.[19] He

23    then asked consumers about things they did in researching tax preparation methods and what

24    factors were important to consumers in making their tax filing decisions, including whether they

25

26

---

[14] Hauser Dec. ¶ 43.

27    [15] Hauser Dec. ¶ 43.

[16] Hauser Dec. ¶ 45.

28    [17]Johnson et al. (1993). Source monitoring. Psychological Bulletin, 114(1), 3–28.

[18] Hauser Dec. ¶ 46.

[19] Hauser Dec. ¶ 70.

Second Declaration of Nathan Novemsky

viewed advertisements.[20] He asks consumers to answer questions about their behavior and decisions several months in the past, whereas the TurboTax Perception Survey asked consumers about their impressions about tax filing during a time that consumers are likely to be engaged with decisions around tax filing. Additionally, in pretesting, no consumers indicated that they had trouble remembering the source of their knowledge.

## 2.      Sampling Methodology

14.     Professor Hauser argues that TurboTax Perception Survey's sample is biased and not representative.[21] Professor Hauser argues that the sampling of consumers who had not yet filed their taxes in March means that survey participants were not representative because the survey excluded consumers who file their taxes early in the filing season.[22] The target population for the survey, consumers who had not yet filed their taxes, was important because these are the consumers who would be immediately protected by changes to Intuit's marketing requested in this matter.

15.     Professor Hauser also argues that the sample was not representative because it included consumers who did not directly make tax filing decisions, and because consumers were given the opportunity of opting out of the survey at the conclusion after being presented with information about the purpose of the survey.[23]

16.     As an initial matter, there is no evidence that consumers who contribute to their households' tax filing decisions, but do not make the decisions, are not well-versed in their own tax situation. Beyond that, excluding consumers who selected that option and including only those who make tax filing decisions on their own or jointly with others in their household does not significantly change the TurboTax Perception Survey results. Excluding consumers who indicated that they did not make tax filing decisions still revealed that 52% of consumers who did not use TurboTax in the last three years and cannot file their taxes for free using TurboTax thought that they could.[24] Of consumers who had used a paid version of TurboTax in the last

---

[20] *See, e.g.*, Hauser Dec. Exhibits 6a, 8a.
[21]  Hauser Dec. ¶¶ 18, 49.
[22] Hauser Dec. ¶ 50.
[23] Hauser Dec. ¶ 51, 54.
[24] GX 315 (Sensitivity Table 2).

Second Declaration of Nathan Novemsky

1    three years, 25% thought they could file for free when they could not, even when screening out

2    the group of consumers who did not make tax filing decisions.

3          17.      Similarly, even presuming that all consumers who opted out of the survey fell

4    within Group A and were not deceived, the survey results still show that 37% of consumers who

5    did not use TurboTax in the last three years were under the misimpression that they could use

6    TurboTax for free.[25] In other words, there is strong evidence of substantial deception no matter

7    how conservatively the Perception Survey data are analyzed.

8                          **3.      Survey Questions**

9          18.      Professor Hauser raises a variety of concerns regarding the design of the

10   questions.[26] First, Professor Hauser argues that the TurboTax Perception Survey encourages

11   consumers to guess at answers[27] and that it creates demand artifacts whereby consumers respond

12   in the way that they think the survey taker wants them to.[28] However, the survey includes

13   instructions explicitly directing consumers not to guess.[29] To the extent consumers engage in

14   "pleasing behavior," they are as likely to comply with such instructions. Additionally, even if

15   consumers were guessing at answers and had no other knowledge about the price of the product,

16   it is more likely consumers would guess a product was not free rather than free, as the vast

17   majority of products are indeed not free.

18         19.      Professor Hauser also claims that because consumers in Group A did not use

19   TurboTax in the last three years to file their taxes, and because they were not shown a stimulus,

20   they were particularly prone to guess about whether they could file their taxes for free or not.[30]

21   That assertion ignores that even if consumers did not use TurboTax in the last three years, they

---

22      [25] GX 314 (Sensitivity Table 1). I am informed by counsel that federal law requires the
disclosure of an agency's authority, purpose, routine uses, whether the survey is voluntary or
23   mandatory, and the consequences (or lack thereof) if the requested information is not provided.
That information can be provided at the beginning of the survey, allowing consumers to make an
24   informed decision about whether to participate in the survey, or at the end, with an option to opt
out. To avoid biasing consumers, my survey design includes the disclosures and option to opt out
25   at the conclusion of the survey.
        [26] Hauser Dec. ¶¶ 19, 56.
26      [27] Hauser Dec. ¶ 60.
        [28] Hauser Dec. ¶ 61.
27      [29] GX 305 (In the introduction and screening, instructing consumers that "[i]f you don't know
an answer to a question, or if you don't have an opinion, please indicate this in your response"
28   and in TAT10 to "[p]lease answer the questions based on the information you have and do not
guess! If you do not have enough information to answer a question, please indicate so.").
        [30] Hauser Dec. ¶ 61.

Second Declaration of Nathan Novemsky

1  may very well have been exposed to Intuit's ubiquitous advertising and marketing. High

2  response rates in Group B (whose personal experience is that they have paid to use TurboTax

3  recently) indicating that consumers believe they can file for free are evidence of the reach of

4  Intuit's marketing campaign, clearly overcoming consumers' reliance on their experience of

5  paying for TurboTax.

6      20.    Professor Hauser expands on this theory that consumers are merely guessing

7  when discussing consumers in Group B who paid to file their taxes with TurboTax in the last

8  three years. He claims that consumers in Group B have prior knowledge of the TurboTax product

9  and that they cannot file for free, and any inconsistent responses are evidence of guessing.[31] But

10  to the contrary, these consumers may have been convinced by Intuit's persistent claims that it

11  offers a free product despite their prior experience, particularly if their tax situation has changed,

12  or if they think that qualification criteria for the free TurboTax product have changed over time

13  (a possibility that Professor Hauser raises himself).[32]

14      21.    Professor Hauser further argues that Group A respondents in the TurboTax

15  Perception Survey who have not used TurboTax to file their taxes for free but believe that they

16  may have come to that aspirational conclusion based on marketing conducted by TurboTax's

17  competitors. However, as noted above, Intuit's TV advertising spending far outpaced its largest

18  competitor,[33] making it much more likely that consumers formed their opinions based on

19  TurboTax advertisements.

20      22.    Professor Hauser also criticizes a question in the TurboTax Perception Survey

21  because it uses a yes/no answer format.[34] He claims that such formats are much more likely to

22  create a "yes" response, producing an inflation effect of up to 10%.[35] However, Professor Hauser

23  relies on a yes/no format in his own survey, [36] which he characterizes as "properly designed".[37]

24  Further, even accounting for possible inflation of 10%, the TurboTax Perception Survey would

25

26  [31] Hauser Dec. ¶ 63.
   [32] Hauser Dec. ¶ 62.

27  [33] *Supra* note 6.
   [34] Hauser Dec. ¶ 65.

28  [35] Hauser Dec. ¶ 65, 66.
   [36] Hauser Dec. p. 130 (D-4 & D-5).
   [37] Hauser Dec. ¶ 95

Second Declaration of Nathan Novemsky

1   still show significant number of consumers, approximately 45% of consumers in Group A and

2   18% of consumers in Group B, who did not have what Intuit considered a "simple return" having

3   the misimpression that they did have a "simple return."[38] Moreover, assuming that the yes/no

4   question format by default produces unreliable results is unpersuasive, particularly as such

5   questions are used universally, including in court proceedings.

6   **B.   Professor Hauser's Survey**

7   23.   Professor Hauser conducted his own survey to study the process of information

8   acquisition in consumer tax filing service selection. To do so, Professor Hauser asks a

9   combination of open- and closed-ended questions about whether or not consumers considered

10   switching or did switch their tax filing service year over year, why they did or did not switch or

11   consider switching tax filing methods, what they did to research tax filing options, and which

12   factors were important to consumers in selecting their tax filing service.[39]

13   24.   He concludes that his survey demonstrates that (1) consumers conduct substantial

14   research before selecting a tax preparation provider and do not rely solely on advertisements;

15   (2) "Free" is not a universal priority for consumers in selecting tax preparation providers; and

16   (3) most consumers do not feel "locked in" to a provider after entering information.

17   25.   I do not agree with Professor Hauser's conclusions.

18   26.   Professor Hauser claims that his survey shows that consumers conduct research

19   before selecting a tax preparation product, and that they do not rely solely on advertisements.

20   While I agree that consumers do not rely solely on advertisements in making tax product

21   selections, and that consumers may conduct additional research, the claims that Intuit makes

22   about the cost of its product are likely to affect what consumers research. Consumers are unlikely

23   to seek out additional information about price if they believe they have that information already.

24   This is the case here: an advertiser makes ubiquitous and repeated claims about the price of a

25   product, therefore consumers are less likely to conduct additional research about the price.

26

27

28
_____

[38] GX 302, Table 3.
[39] *See* Hauser Dec. Ex. 4-8b.

Second Declaration of Nathan Novemsky

27.     Moreover, Professor Hauser's data shows that over a quarter of consumers reported using 0 or 1 source in deciding which tax preparation product to use,[40] which could indicate a significant number of consumers who do not conduct additional research that could have the potential to dispel any of Intuit's deceptive claims. Additionally, while Professor Hauser claims that, on average, consumers consulted three sources in making their tax service decision,[41] that number is overstated. Hauser includes several options among his sources that could all be marketing communications from Intuit, for example "[r]eviewed marketing emails," "explored tax preparation software / service websites," and "viewed advertisements."[42] Professor Hauser did not account for this, and it is possible that consumers conduct their research by relying exclusively on TurboTax marketing materials as their source, which is unlikely to dispel any misperceptions.

28.     Further, the other sources that consumers in Professor Hauser's survey claim to rely most often on in conducting their research about tax preparation services (family and friends and reading online reviews)[43] are unlikely to provide consumers with information about whether or not they can file their taxes for free using TurboTax. Friends and family are unlikely to understand the consumers' tax situation or be able to explain all of TurboTax's eligibility criteria. Online reviews are also unlikely to provide granular information about eligibility to the reader. While some online sources (like those cited by Professor Hauser) may provide such detail, these are not common, and it is not clear how many consumers visit such sites in conducting their research.

29.     Professor Hauser claims that consumers are particularly likely to conduct research because they are skeptical of free offers.[44] However, Intuit's own data show that large numbers of consumers are not skeptical of Intuit's free claims.[45] Further, evidence from the TurboTax Perception Survey indicates that many consumers are not skeptical of Intuit's free offers, even

---

[40] Hauser Dec. ¶ 72.
[41] Hauser Dec. ¶ 72.
[42] Hauser Dec. Ex. 7.
[43] *See* Hauser Dec. Ex. 6a.
[44] Hauser Dec. ¶ 75.
[45] Golder Dec. ¶ 51 (showing that "49 percent of consumers are confident that Free Edition offerings were truly free").

Second Declaration of Nathan Novemsky

1   when those consumers are not eligible for those offers.[46] Moreover, as I explain in my previous

2   declaration, consumers are likely to be open to Intuit's free offer.[47]

3       30.    Professor Hauser claims that his survey indicates that "free" is not a universal

4   priority for consumers selecting tax preparation providers. However, his survey, which asks

5   consumer about factors that were important to them in selecting tax preparation services,

6   indicates that price is the most common factor selected by consumers, with 70% indicating that

7   the price of the product was an important factor to them.[48] Professor Hauser seems to make the

8   claim that because consumers also consider other important factors and conduct their own

9   research when making tax product selection decisions, deception about the price does not

10  matter.[49] That does not follow. While it may be true that price was not the sole factor important to

11  consumers, Professor Hauser's survey certainly shows it is the most common and an important

12  factor for consumers. While consumers may consider other factors, deception about one

13  important factor in the presence with other important factors is deception that can obviously

14  influence consumer behavior.

15      31.    Professor Hauser further claims that "that consumers pay more for products they

16  perceive as higher quality or value, even if there is a free alternative,"[50] and that just because

17  "price" matters to them, it does not mean that "free" is the only option consumers will consider.[51]

18  He points to his survey results that show that, while over 43% of participants indicated that

19  "affordability" was an important factor to them, 14% indicated that whether a product was "free"

20  was an important factor.[52] But this does not take into account the colloquial understanding that

21  consumers have of the term "affordability," which may include a consumer's understanding that

22  "free is affordable" and that "affordability" is a euphemism for the lowest available price

23  (including no cost at all). Some consumers may just want something for free. In fact, consumers

24  often prefer free things. At the same time, consumers do want to appear cheap or purely price

25

26  _____
    [46] GX 302 ¶¶ 23, 24.
    [47] GX 302 ¶¶ 27, 28.
27  [48] Hauser Dec. ¶ 79.
    [49] Hauser Dec. ¶ 84.
28  [50] Hauser Dec. ¶ 80.
    [51] Hauser Dec. ¶ 82.
    [52] Hauser Dec. ¶ 82.

driven. This may create demand artifact that consumers, who want to please the survey taker and do not want to appear cheap, would select more than just the price option when selecting important factors. Moreover, academic literature also shows that making "free" claims leads to a significant increase in demand, showing that claims that a product are "free" are significant drivers of consumer behavior.[53] Finally, Professor Hauser's survey may not actually be capable of measuring what consumers recall as an important factor in their tax preparation decision making. Consumers may not know how important each factor was in their decision making process.[54]

32.    Professor Hauser claims that consumers do not feel "locked-in" to their selection of TurboTax. Though he acknowledges that his survey was not designed to measure this, he claims that consumers are comfortable conducting research after beginning to enter their information online, as shown by the more than 21% of consumers in his survey who indicated that they tried more than one website when making their tax preparation service selection.[55] Hauser claims that these results are consistent with the idea that consumers feel comfortable switching to other tax products.[56] However, conversely, Hauser's data shows that 79% of consumers did *not* try another website, possibly indicating that those consumers did in fact feel locked in. Hauser also points to the fact that 30% of users who logged into TurboTax in 2019 did not ultimately file with a TurboTax product as evidence that consumers could switch to other tax preparers mid-filing season.[57] Similarly, this analysis is flawed because, even if 30% of consumers had the wherewithal to overcome potential sunk costs of starting with TurboTax, 70% did not. Honoring sunk costs is a ubiquitous finding in consumer behavior.[58]

33.    Hauser next claims that his survey shows that consumers are comfortable switching tax preparation methods because overall, 43% of consumers said they changed or

---

[53] Shampanier, K., Mazar, N. and Ariely, D. (2007). Zero as a Special Price: The True Value of Free Products," Marketing Science, 26(6), 742-757.
[54] Nisbett, R.E. and Wilson, T.D., 1977. "Telling More Than We Can Know: Verbal Reports on Mental Processes." Psychological Review, 84(3). 231-259.
[55] Hauser Dec. ¶ 85.
[56] Hauser Dec. ¶ 85.
[57] Hauser Dec. ¶ 85.
[58] Arkes & Blumer. (1985). The Psychology of Sunk Cost. Organizational Behavior and Human Decision Processes, 35, 124-140.

Second Declaration of Nathan Novemsky

1    considered changing tax preparation products.[59] Here, the fact that less than half of the surveyed

2    consumers indicated that they even considered a different filing option is not evidence that

3    consumers do not feel locked in to their preparation method year-over-year. Clearly, 57% did not

4    even consider switching and many of those who *considered* switching may have felt too locked

5    in to ultimately switch. Moreover, considerations about switching tax products year-over-year

6    have no bearing on switching mid-filing season after incurring sunk costs of entering information

7    in the TurboTax product.

8        34.    Professor Hauser goes on to describe that of survey participants who used

9    TurboTax last year did not consider switching, in part "because their current choice was familiar,

10   satisfactory, and easy to use."[60] Professor Hauser further points to customer satisfaction rates as

11   evidence that consumers were not deceived.[61] As an initial matter, as with other data relied on by

12   Professor Hauser, even though 45% of prior-year TurboTax customers did not consider

13   switching, the remaining 55% did, so Professor Hauser cannot draw any conclusions about the

14   majority of consumers here. Moreover, just because consumers are happy with the TurboTax

15   product they used does not mean that they were not deceived in the process of selecting it, or that

16   they would not have been happy with a different filing option they may have considered absent

17   Intuit's "free" marketing. Additionally, familiarity with last year's choice is precisely the issue

18   that locks consumers into a product, and Professor Hauser's report shows that of consumers who

19   did not consider switching products, 61% indicated that familiarity with the product was a

20   factor.[62] Moreover, as Intuit's expert Professor Golder points out, tax preparation involves

21   negative emotions.[63] Consumers tend to avoid negative emotions and are more likely to stick

22   with the status quo. [64] This "status quo bias" is one of the most robust findings in consumer

23   behavior research.[65]

24   _____

25   [59] Hauser Dec. ¶ 86.
     [60] Hauser Dec. ¶ 88.
     [61] Hauser Dec. ¶ 88.

26   [62] Hauser Dec. Ex. 5.

27   [63] *See* Golder Dec. ¶¶ 98, 102, (calling tax filing "an annual event that most consumers do not
     look forward to" and characterizing filing tax returns a "relatively unpopular activit[y]").

28   [64] Luce, M. F. (1998). Choosing to avoid: Coping with negatively emotion-laden consumer
     decisions. Journal of consumer research, 24(4), 409-433.
     [65] Arkes & Blumer. (1985). The Psychology of Sunk Cost. Organizational Behavior and
     Human Decision Processes, 35, 124-140.

                                                                   Second Declaration of Nathan Novemsky

1        35.    Professor Hauser next relies on results of the Kirk Fair survey to support his

2  assertion that consumers do not feel "trapped" in the TurboTax product because, after they have

3  begun to enter their information in the TurboTax Product and encounter a screen informing them

4  that they cannot continue using their current product, consumers in a stimulus environment that

5  exposes them to information about additional free options continue with their current paid

6  product at a similar rate as consumers in the control group that do not see the additional free

7  options.[66] However, the data show the exact opposite. The fact that consumers do not select free

8  options when presented with them, after presumably having invested some time and effort in

9  entering their tax information, shows that consumers would not switch even when presented with

10  a cheaper option that requires them to ignore their sunk time and effort and start over.

11       36.    Professor Hauser then points to results of open-ended responses in the Kirk Fair

12  survey that indicate that 39% of consumers felt they had agency to identify the right tax product

13  for their situation and preferences.[67] The other side of the coin for that data is that 61% of

14  consumers did *not* indicate that they had agency. And though Hauser points to low incidence of

15  consumers saying that they "had" to upgrade in response to Intuit's upgrade screens,[68] consumers

16  often do not like to admit that they feel forced to do anything.

17       37.    Further, a careful review of the open-ended responses reveals that a majority of

18  respondents (53%) say the reason they chose to upgrade to a paid TurboTax product is because of

19  their "tax situation."[69] It is interesting to note that that is precisely the reason given on the

20  upgrade screen.[70] Therefore, one could suspect that respondents are referencing their tax

21  situation to please the experimenter, who indeed told them they needed to upgrade because of

22  their tax situation. This seems akin to a demand artifact that Professor Hauser was concerned

23  about in the Perception Survey. It seems he is less concerned about it in the Kirk Fair Survey.

---

[66] Hauser Dec. ¶¶ 91, 92. I have concerns with the design of the Kirk Fair survey and the analysis of the results. However, I do not believe those need to be addressed for the purpose of this declaration, because even if reliable, Ms. Kirk Fair's results do not support the conclusion Professor Hauser is attempting to draw.
[67] Hauser Dec. ¶ 93.
[68] Hauser Dec. ¶ 93.
[69] Hauser Dec. at 199, Ex. 6.
[70] *See, e.g.* Hauser Dec. at 252 D.1-10.

Second Declaration of Nathan Novemsky

38.     In that same question, it seems only one third of respondents (33%) claim to be upgrading because they have a positive preference for TurboTax,[71] suggesting the other two-thirds are doing it for other reasons, likely including the fact they have already begun with TurboTax and do not want to waste their investment of time and effort.

**IV.     The Golder Report**

39.     Intuit also provided a declaration from Professor Peter Golder. Professor Golder opined on the negative effect of eliminating Intuit's "free" advertisements and the sufficiency of the disclosures Intuit provides for its Free Edition version. Professor Golder evaluated these issues based on his review of documents provided by Intuit and a review of relevant literature.

40.     Professor Golder makes several arguments about Intuit's "free" advertising. He argues that: A) Intuit's "free" advertisements benefit consumers; B) Intuit's disclosures occur early and repeatedly on its website, and C) Intuit's high customer satisfaction rates indicate consumers are not deceived.

41.     I disagree with Professor Golder's conclusions. Contrary to Professor Golder's conclusions, I believe that Intuit's advertising of TurboTax likely misleads consumers.

**A.     The Manner in Which Intuit Markets Its Free Edition Does Not Benefit Consumers**

42.     At the outset, Professor Golder mistakenly surmises that the FTC seeks to enjoin Intuit from marketing its free product offerings.[72] That is contrary to my understanding of the relief the FTC is seeking. My understanding is that the FTC is seeking to enjoin Intuit from making claims that its product is free unless 1) it is free for all consumers; or 2) all the terms, conditions and obligations upon which receipt and retention of the "Free" good or service are contingent are set forth Clearly and Conspicuously at the outset of the offer.[73]

43.     Next, Professor Golder claims that Intuit's marketing of its free products increased consumer awareness of free options, and thus likely increased the number of

---

[71] Hauser Dec. at 199, Ex. 6.
[72] *See, e.g.*, Golder Dec. at III ("Eliminating the TurboTax Free Edition Commercials is Likely to Have the Perverse Effect of Decreasing Free Tax Filing").
[73] Pl. Proposed Order for Temporary Restraining Order, Dkt. No. 6-1.

Second Declaration of Nathan Novemsky

consumers filing their taxes for free.[74] Professor Golder relies on the number of consumers who filed for free using TurboTax to support his claim.[75] Professor Golder claims that because millions of consumers can file for free with TurboTax, and because Intuit's marketing increases consumer awareness of Intuit's free product, Intuit's marketing benefits consumers.[76] However, Professor Golder does not account for millions of consumers who begin filing in the Free Edition, but do not complete filing their taxes for free in that version.[77]

44.    Professor Golder further claims that the majority of consumers who started filing their taxes in the Free Edition actually filed their taxes for free.[78] His data shows that the number of consumers who started in Free Edition and finished filing in the Free Edition varied, with 67% doing so in 2018, and 73% doing so in 2020.[79] However, Professor Golder does not address the nearly 30% (i.e. millions) of consumers who begin filing their taxes in the Free Edition and are likely prompted to upgrade. It also is not clear from Professor Golder's data whether these rates include consumers who declined an upgrade and abandoned TurboTax entirely. According to Intuit's data, 30% of all consumers who log in to TurboTax do not ultimately file with TurboTax.[80] If his analysis excludes those 30% who switch away from TurboTax entirely, then the number of consumers who ultimately file with Free Edition is less than half of those who start Free Edition.

**B.    Intuit Does Not Sufficiently Disclose the Eligibility Restrictions of the Free Edition Product.**

**1.    Intuit's TV Ads Do Not Disclose Limitations of the Free Edition Product.**

45.    Professor Golder claims that Intuit discloses the eligibility limitations of the Free Edition throughout the consumer buying process. First, presumably to defend Intuit's inconspicuous disclosures in TV advertisements, Professor Golder argues that TV advertisements

---

[74] Golder Dec. ¶¶ 22, 25.
[75] Golder Dec. ¶ 24.
[76] Golder Dec. ¶¶ 15, 16.
[77] *See* Golder Dec. ¶ 28 & Fig. 3 (showing that, from tax years 2018 to 2020, an average of 29% of TurboTax customers started in Free Edition but ultimately paid Intuit).
[78] Golder Dec. ¶ 26
[79] Golder Dec. ¶ 27.
[80] Hauser Dec. ¶ 85.

Second Declaration of Nathan Novemsky

are not an effective way to disseminate information to consumers,[81] and that TV advertising is not intended to provide all the necessary information to determine consumer choice.[82] Professor Golder argues that Intuit's video advertisements "appropriately include a disclosure that clarifies the qualifications for Free Edition[83] and claims that if Intuit were "forced to incorporate cumbersome additional disclosures . . . it would  make those advertisements less attractive, entertaining, or streamlined"[84] He claims that this is consistent with brand-building.[85] He further notes that Intuit's ads are designed to emphasize that the product is free because of "consumers' inherent skepticism that a product can be free"[86] and that prior buying experiences would have informed consumers that tax perpetration products are not free.[87]

46.     However, my survey, as well as Intuit's data have revealed that consumers are not skeptical of free offers.[88] For example, many consumers who have experience filing their taxes for a fee with TurboTax, and who arguably have the most relevant "Consumer Buying" experience, still believe the product is free for them when it is not.[89] Additionally, millions of consumers start but do not finish filing their taxes in the Free Edition.[90] Therefore, it is likely that Intuit's failure to sufficiently disclose eligibility limitations in its TV advertisements lead to some consumer deception.

### 2.     Many Consumers Do Not Conduct Additional Research, and Those that Do May Not Learn More About Free Edition's Eligibility Criteria.

47.     Professor Golder, in support of the notion that consumers are not deceived, characterizes consumers considering tax preparation options as "highly motivated, highly involved, and risk averse," which he argues means they research different options—including

---

[81] Golder Dec. ¶ 44.
[82] Golder Dec. ¶ 45.
[83] Golder Dec. ¶ 47.
[84] Golder Dec. ¶ 48.
[85] Golder Dec. ¶ 50.
[86] Golder Dec. ¶ 51.
[87] Golder Dec. ¶ 52.
[88] *Supra* at ¶ 29.
[89] GX 302 ¶ 26.
[90] *See* Golder Dec. ¶ 28 & Fig. 3 (showing that, from tax years 2018 to 2020, an average of 29% of TurboTax customers started in Free Edition but ultimately paid Intuit).

Second Declaration of Nathan Novemsky

restrictions on free offerings—and seek out recommendations from friends and family.[91] While

the time commitment and amount of money at stake in filing taxes can increase consumers'

motivation to process information, negative feelings that consumers have associated with filing

taxes[92] and feeling overwhelmed with the process can decrease motivation to process

information and even cause consumers to seek closure prematurely.[93]

48. Professor Golder argues that the Hauser Survey supports his characterization of

consumer research of tax preparation products because the survey found that, on average,

consumers reported using three different types of information in their research process, and

73.6% of respondents reported using two or more sources of information when researching.[94]

Given the structure of the question in the Hauser Survey, however, all three of those sources

could have originated with TurboTax (advertisements, the website, and marketing emails).[95]

49. Professor Golder further cites to the Hauser Survey, which found that 36.8% of

respondents sought out articles or reviews in their research, to show that consumers obtain

information about Free Edition from sources other than Intuit.[96] While some consumers may

avail themselves of such information, this is clearly much more effortful to access than

disclosures on Intuit's own website. Hence it is not surprising that this information still leaves

many consumers confused and attempting to file for free.[97] Additionally, many of these sources

do little more than parrot verbiage on the TurboTax website and cannot, by their nature, provide

individual consumers with specific guidance about whether their tax situations enable them to

use Free Edition.[98] Moreover, as in many instances above, the inverse conclusion for this data is

that 64% of consumers do *not* seek out articles during their research.

---

[91] Golder Dec. ¶ 54.
[92] Professor Golder even admits as much in his report. *See* Golder Dec. ¶¶ 98, 102 (calling tax filing "an annual event that most consumers do not look forward to" and characterizing filing tax returns as a "relatively unpopular activit[y]").
[93] Luce, M. F. (1998). Choosing to avoid: Coping with negatively emotion-laden consumer decisions. *Journal of consumer research*, *24*(4), 409-433.
[94] Golder Dec. ¶ 55.
[95] *Supra* ¶ 27.
[96] Golder Dec. ¶ 57.
[97] *See* Golder Dec. ¶ 28 & Fig. 3 (showing that, from tax years 2018 to 2020, an average of 29% of TurboTax customers started in Free Edition but ultimately paid Intuit).
[98] *Supra* ¶ 8.

Second Declaration of Nathan Novemsky

50.     Professor Golder argues that, because of the high-involvement nature of tax preparation services, consumers are likely to commit time and energy into evaluating their options.[99] Professor Golder argues that consumers are likely to evaluate the levels of services they would like with their tax preparation service, for example assistance from a tax professional.[100] He further argues that the Hauser survey shows that consumers consider a variety of important factors in their tax preparation service selection besides price, including ease of use and reliability,[101] and that many may consider switching to a different service.[102]

51.     However, none of the arguments raised by Professor Golder here are persuasive for reason I have outlined above. He claims that because some consumers may research tax preparation products, they are unlikely to move from viewing ads (that repeat the claim "free") to purchasing a product without conducting research.[103] However, while consumers may conduct research about products, they are less likely to conduct research about price if they believe to already have price information (here, that the product is free).[104]

### 3.     The TurboTax Website Does Not Sufficiently Disclose the Eligibility Restrictions of Its Free Product.

52.     Professor Golder also claims that because consumers must visit Intuit's website to use the product, any television advertisements must be considered in conjunction with the website.[105] In the context of the website, Professor Golder claims that Intuit provides "disclosures and pricing information throughout these many steps [consumers must engage in prior to purchase] dispelling any impression that every individual tax situation is free."[106] Professor Golder argues that Intuit's hyperlinked disclosures about "simple returns" comply with the FTC guidelines on disclosures, and that "[t]he TurboTax website includes disclosures in simple language, keeps them free of distraction, and repeats them at various points."[107] Professor

---

[99] Golder Dec. ¶ 54.
[100] Golder Dec. ¶ 61.
[101] Golder Dec. ¶ 62.
[102] Golder Dec. ¶ 63.
[103] Golder Dec. ¶ 64.
[104] *Supra* ¶ 26.
[105] Golder Dec. ¶ 65.
[106] Golder Dec. ¶ 66.
[107] Golder Dec. ¶¶ 68-69.

Second Declaration of Nathan Novemsky

Golder then goes on to describe, in detail, the various places that Intuit's hyperlinked disclosures appear.[108]

53.     There is no doubt that Intuit included a hyperlink for "simple" disclosures in various places on its website. However, these disclosures are not conspicuous. They appear in much smaller font than the claim they are trying to modify ("free" or "$0").[109] For example, in some places, it appears in font smaller than even the action button prompting consumers to click to "File for $0" Smaller than the action button to file for free.[110] Additionally, consumers process information differently, depending on whether the information is merely available, or whether it is salient. Most available information is not processed by most consumers. Information that a marketer wants consumers to process is generally made salient to consumers, not merely available. TurboTax marketing makes "free" very salient and the eligibility parameters behind the hyperlink merely available, suggesting it was not something Intuit wanted consumers to process on its webpage. This likely leads to consumers thinking about TurboTax being free but not thinking about or accessing the hyperlinked disclosures about the requirements for using it.

54.     Professor Golder further notes that the "simple return" hyperlink complies with FTC guidance that keeping a disclosure "short and prominently displayed increases the likelihood that consumers notice the disclosure and are able to understand and recall this information."[111] However, there is a difference between a short and prominent disclosure and a short and prominent hyperlink, whose label consumers do not understand and that communicates very little to consumers about the disclosure. The TurboTax Perception Survey shows that consumers do not understand the meaning of "simple return" because many who do not have a simple return, per Intuit's definition, nonetheless believe that they do.[112] Therefore, including such a hyperlink in several places is the equivalent of shouting a confusing message more often. It does little to dispel any consumer misperceptions.

---

[108] Golder Dec. Fig. 12-14.
[109] Golder Dec. Fig. 12-14.
[110] *See, e.g.*, Golder Dec. Fig. 13.
[111] Golder Dec. ¶ 72
[112] GX 302 ¶ 30.

Second Declaration of Nathan Novemsky

55.     Professor Golder next discusses Intuit's "Products and Pricing" page.[113] Professor Golder points out that the page includes details about product pricing and that consumers can check tiles about different tax situations to see which products cover those tax situation.[114] He also explains how the site can be accessed,[115] though it is not clear whether the Products and Pricing page is a required part of a consumer journey, or how common it is for consumers to interact with it. Even if the page is shown to every consumer in their journey, the tiles available for consumers to check to test their eligibility do not cover all, or even common, tax situations.[116] For example, they do not include retirement or unemployment income,[117] so consumers with those types of income would not learn anything about their eligibility by interacting with the tiles. Further undermining Professor Golder's argument that consumers would know the cost of the product they must use[118] is that many consumers still start in the Free Edition product when they cannot file in that product.[119] Professor Golder's notion that consumers would invest time and effort into entering their tax information into a product they are likely aware they cannot actually use[120] seems to lack face validity. It is much more likely that those who are starting in Free Edition are doing so with the knowledge or hope that they do or might qualify for filing their taxes using that software.

56.     Professor Golder also points out that Intuit clearly discloses pricing information of its various products.[121] But that disclosure does not include the price of state returns.[122] When the Deluxe product is disclosed to have a price of $59, the vast majority of consumers will have to pay $108 to fully file their income tax for that year because they must file a state return.[123] In addition, consumers who "pay with their refund "have that possibility offered to them at the

---

[113] *See, e.g.*, Golder Dec. Fig. 12.
[114] Golder Dec. ¶¶ 76, 78
[115] Golder Dec. ¶ 75.
[116] Golder acknowledges that some uncommon tax situations are not covered by the tiles. Golder Dec. ¶ 85.
[117] Golder Dec. Fig. 12
[118] Golder Dec. ¶ 79.
[119] *See* Golder Dec. ¶ 28 & Fig. 3 (showing that, from tax years 2018 to 2020, an average of 29% of TurboTax customers started in Free Edition but ultimately paid Intuit).
[120] Golder Dec. ¶ 79.
[121] Golder De. ¶ 82.
[122] *See* Golder Dec. Fig. 13 & 16.
[123] *See* Golder Dec. Fig. 18.

Second Declaration of Nathan Novemsky

1    beginning of the process but the cost of that option offered only at the end of the product

2    process.[124] In other words, consumers who grudgingly upgrade after starting the Free Edition

3    because they are willing to swallow the $59 cost of Deluxe with the promise that they can pay

4    out of their refund, ultimately have to $147 to complete their filing process with TurboTax. This

5    is neither clearly nor conspicuously disclosed on the Products and Pricing Page.

6         57.    Finally, Professor Golder argues that when consumers are shown pricing

7    eligibility criteria at later points in the product journey, after consumers have created accounts

8    and begun entering personal information, consumers do not feel locked in at that point, and that

9    many could switch to other preparers.[125] However, based on the data cited by Professor Golder,

10   and as I describe above, many consumers may in fact feel locked in after entering their tax

11   information.[126]

12        **C.    Customer Satisfaction and Retention Do Not Indicate Lack of Deception.**

13        58.    Professor Golder points to TurboTax's high customer satisfaction scores and

14   retention rates as evidence that consumers were not misled about TurboTax's products.[127]

15   However, high customer satisfaction could be in spite of initial confusion rather than indicating a

16   lack of confusion. Dissonance reduction (i.e., "I paid to use TurboTax, so I must have valued it")

17   and high switching costs could contribute to positive scores and retention rates.[128] The action of

18   paying alone causes consumers to like a product more, as does the action of honoring one's sunk

19   costs and continuing with the product.

20        59.    Professor Golder discusses this point in further detail, including Intuit's high

21   customer retention rate.[129] He presents this high retention rate as evidence that consumers were

22   never deceived. However, if consumers were deceived but continued with TurboTax so as not to

23   waste their sunk time and effort in entering information, then they might continue to use

24

25   [124] *See, e.g.*, Golder Dec. Fig.17 (providing the option to pay with refund, but not disclosing the price).
     [125] Golder Dec. ¶ 93.
26   [126] *Supra* ¶¶ 32-38.
     [127] Golder Dec. ¶ 105.
27   [128] Festinger, L. (1962). A theory of cognitive dissonance. Stanford Univer. Press.; Bem, D. J. (1967). Self-perception: An alternative interpretation of cognitive dissonance phenomena. Psychological Review, 74(3), 183–200. Arkes & Blumer. (1985). The Psychology of Sunk Cost.
28   Organizational Behavior and Human Decision Processes, 35, 124-140.
     [129] Golder Dec. ¶ 104.

Second Declaration of Nathan Novemsky

1  TurboTax in subsequent years because of the status quo bias, a well-known bias in consumer

2  behavior.[130] Their lack of awareness of this bias will lead them to infer that they are in fact using

3  TurboTax because they like it, not just because it's the status quo.[131] Additionally, Professor

4  Hauser's survey indicates that high retention rates may not be driven by consumer satisfaction, as

5  he shows that 61% of respondents who stick with their tax filing choice from the previous year

6  are doing so in part because they are familiar with it.[132]

7      60.    Golder also focuses on consumers' impressions of TurboTax after they file.[133] In

8  particular, he touts their net promotor score of 42 as evidence that there are not substantial

9  numbers of consumers being deceived. However, a net promoter score of 42 could be achieved

10  with up to 29% of consumers being unhappy about their experience with TurboTax.

11      61.    Contrary to Golder's conclusions, high customer satisfaction does not necessarily

12  indicate a lack of deception. Those who have been subject to bait-and-switch do not necessarily

13  feel bad if they are not aware that it was done intentionally by Intuit and perhaps believe it was

14  not foreseeable that they would be ineligible for the Free Edition. The language, especially

15  "Based on what you've told us about your tax situation, you need to upgrade to …" on the

16  upgrade screen,[134] encourages an attribution to their situation rather than to Intuit marketing,

17  subtly shifting the attribution for their ineligibility for Free Edition to the consumer rather than to

18  poor communication from the company.

19  **V.    Conclusion**

20      62.    In conclusion, I disagree with the conclusions offered by Professors Hauser and

21  Golder. Contrary to their assertions, and explained in greater detail above:

22          1)    The TurboTax Perception Survey reliably shows that consumers are

23                confused about their ability to use TurboTax for free, and Intuit's

24                advertising plays a significant role in their mistaken impression.

25

26  ────────────

27  [130] Samuelson & Zekhauser. (1988). Status Quo Bias in Decision Making. Journal of Risk and Uncertainty. Vol.1, No. 1, pp 7-59.

[131] Festinger, L. (1957). A theory of cognitive dissonance. Stanford University. Press.

28  [132] Golder Dec. ¶ 63; Hauser Decl. Ex. 5.
[133] Golder Dec. ¶ 102.
[134] *See, e.g.*, Hauser Dec. at 252 D.1-10.

Second Declaration of Nathan Novemsky

2)      Professor Hauser's survey does not support his conclusions that consumers conduct substantial research before purchasing a tax preparation product, do not have a priority for "free" when selecting tax preparation products, and do not feel "locked in" to a tax preparation provider after beginning to enter their information.

3)      Intuit's current advertising and presentation of TurboTax deceives a substantial number of consumers, and TurboTax does not present sufficient disclosures about the eligibility limitations of its free products.

Executed on: April 8, 2022
New Haven, CT

_____
Nathan Novemsky

Second Declaration of Nathan Novemsky