PERCEPTION SURVEY 4/7/22

Opt-out Sensitivity A, Table 1

## Summary of Responses to Question TAT240
*Which of the following best describes your understanding of
filing your 2021 income taxes for free using TurboTax online software?*

GOVERNMENT
EXHIBIT

**314**

| Response[2] | Group A[1] | | Group B[1] | |
|---|---|---|---|---|
| | N | Percent | N | Percent |
| 1. I think I can file for free using TurboTax | 213 | 37.5% | 49 | 24.1% |
| 2. I don't think I can file for free using TurboTax | 111 | 19.5% | 133 | 65.5% |
| 3. I do not have enough information | 61 | 10.7% | 14 | 6.9% |
| 4. I'm not sure | 19 | 3.3% | 7 | 3.4% |
| 5. Respondents who opted out of the survey[3] | 164 | 28.9% | - | - |
| Total | 568 | 100.0% | 203 | 100.0% |

Source:  TurboTax Perception Survey Results

Note:
[1]  Group A consists of respondents who did not use TurboTax when filing income taxes in the past 3 years.  Group B consists of respondents who used TurboTax but did not use a free TurboTax product when filing income taxes in the past 3 years.
[2]  The response options in the survey were:  (1) "I think I can file my 2021 income taxes for free using TurboTax online software;" (2) "I don't think I can file my 2021 income taxes for free using TurboTax online software;" and (3) "I do not have enough information to say whether or not I can file my 2021 income taxes for free using TurboTax online software."
[3]  At the end of the survey, respondents selected one of the following response options:  (1) "Please delete my submission, I want to opt-out;" and (2) "Please keep my submission, I do not want to opt-out."  This sensitivity assumes that all respondents who opted out would have been in Group A.

**PERCEPTION SURVEY 4/7/22**                                     Opt-out Sensitivity B, Table 1

### Summary of Responses to Question TAT240
*Which of the following best describes your understanding of*
*filing your 2021 income taxes for free using TurboTax online software?*

| Response[2] | Group A[1] | | Group B[1] | |
|---|---|---|---|---|
| | N | Percent | N | Percent |
| 1. I think I can file for free using TurboTax | 213 | 41.7% | 49 | 18.8% |
| 2. I don't think I can file for free using TurboTax | 111 | 21.7% | 133 | 51.1% |
| 3. I do not have enough information | 61 | 11.9% | 14 | 5.4% |
| 4. I'm not sure | 19 | 3.7% | 7 | 2.7% |
| 5. Respondents who opted out of the survey[3] | 107 | 20.9% | 57 | 22.0% |
| Total | 511 | 100.0% | 260 | 100.0% |

Source:  TurboTax Perception Survey Results

Note:
[1]  Group A consists of respondents who did not use TurboTax when filing income taxes in the past 3 years.  Group B consists of respondents who used TurboTax but did not use a free TurboTax product when filing income taxes in the past 3 years.
[2]  The response options in the survey were:  (1) "I think I can file my 2021 income taxes for free using TurboTax online software;" (2) "I don't think I can file my 2021 income taxes for free using TurboTax online software;" and (3) "I do not have enough information to say whether or not I can file my 2021 income taxes for free using TurboTax online software."
[3]  At the end of the survey, respondents selected one of the following response options:  (1) "Please delete my submission, I want to opt-out;" and (2) "Please keep my submission, I do not want to opt-out."  This sensitivity assumes that 65% of respondents who opted out would have been in Group A and the remainder would have been in Group B.

**PERCEPTION SURVEY 4/7/22**                                    **Opt-out Sensitivity A, Table 4**

## Summary of Responses to Question TAT290
*In some of its advertisements, TurboTax mentions*
*"simple U.S. returns". Do you think that your 2021 income tax return*
*meets TurboTax's definition of a "simple U.S. return"?*

| | Response[2] | Group A[1] | | Group B[1] | |
|---|---|---|---|---|---|
| | | N | Percent | N | Percent |
| 1. | Yes | 222 | 39.1% | 58 | 28.6% |
| 2. | No | 130 | 22.9% | 124 | 61.1% |
| 3. | Don't know / Not sure | 52 | 9.2% | 21 | 10.3% |
| 4. | Respondents who opted out of the survey[3] | 164 | 28.9% | - | - |
| | Total | 568 | 100.0% | 203 | 100.0% |

Source:  TurboTax Perception Survey Results

Note:
[1]  Group A consists of respondents who did not use TurboTax when filing income taxes in the past 3 years.  Group B consists of respondents who used TurboTax but did not use a free TurboTax product when filing income taxes in the past 3 years.
[2]  The response options in the survey were:  (1) "Yes, I think my 2021 income tax return meets TurboTax's definition of a 'simple U.S. return;'" and (2) "No, I don't think my 2021 income tax return meets TurboTax's definition of a 'simple U.S. return.'"
[3]  At the end of the survey, respondents selected one of the following response options:  (1) "Please delete my submission, I want to opt-out;" and (2) "Please keep my submission, I do not want to opt-out."  This sensitivity assumes that all respondents who opted out would have been in Group A.

**PERCEPTION SURVEY 4/7/22**                                    **Opt-out Sensitivity B, Table 4**

## Summary of Responses to Question TAT290
*In some of its advertisements, TurboTax mentions*
*"simple U.S. returns". Do you think that your 2021 income tax return*
*meets TurboTax's definition of a "simple U.S. return"?*

| | Response[2] | Group A[1] | | Group B[1] | |
|---|---|---|---|---|---|
| | | N | Percent | N | Percent |
| 1. | Yes | 222 | 43.5% | 58 | 22.3% |
| 2. | No | 130 | 25.5% | 124 | 47.6% |
| 3. | Don't know / Not sure | 52 | 10.2% | 21 | 8.1% |
| 4. | Respondents who opted out of the survey[3] | 107 | 20.9% | 57 | 22.0% |
| | Total | 511 | 100.0% | 260 | 100.0% |

Source:  TurboTax Perception Survey Results

Note:
[1]  Group A consists of respondents who did not use TurboTax when filing income taxes in the past 3 years.  Group B consists of respondents who used TurboTax but did not use a free TurboTax product when filing income taxes in the past 3 years.
[2]  The response options in the survey were:  (1) "Yes, I think my 2021 income tax return meets TurboTax's definition of a 'simple U.S. return;'" and (2) "No, I don't think my 2021 income tax return meets TurboTax's definition of a 'simple U.S. return.'"
[3]  At the end of the survey, respondents selected one of the following response options:  (1) "Please delete my submission, I want to opt-out;" and (2) "Please keep my submission, I do not want to opt-out."  This sensitivity assumes that 65% of respondents who opted out would have been in Group A and the remainder would have been in Group B.