**PERCEPTION SURVEY 4/7/22**                                                                                   **S70 Sensitivity, Table 1**

GOVERNMENT
EXHIBIT

**315**

## Summary of Responses to Question TAT240, for Respondents Who Make Tax-filing Decisions Alone or Jointly in Their Household[1]
### Which of the following best describes your understanding of filing your 2021 income taxes for free using TurboTax online software?

| Response[3] | Group A[2] N | Group A[2] Percent | Group B[2] N | Group B[2] Percent |
|---|---|---|---|---|
| 1. I think I can file for free using TurboTax | 199 | 52.4% | 49 | 25.0% |
| 2. I don't think I can file for free using TurboTax | 107 | 28.2% | 128 | 65.3% |
| 3. I do not have enough information | 56 | 14.7% | 13 | 6.6% |
| 4. I'm not sure | 18 | 4.7% | 6 | 3.1% |
| Total | 380 | 100.0% | 196 | 100.0% |

Source:  TurboTax Perception Survey Results

Note:
[1]  Includes respondents who indicated that they alone make the tax-filing decisions; or they make the tax-filing decisions jointly with others in their household.
[2]  Group A consists of respondents who did not use TurboTax when filing income taxes in the past 3 years.  Group B consists of respondents who used TurboTax but did not use a free TurboTax product when filing income taxes in the past 3 years.
[3]  The response options in the survey were:  (1) "I think I can file my 2021 income taxes for free using TurboTax online software;" (2) "I don't think I can file my 2021 income taxes for free using TurboTax online software;" and (3) "I do not have enough information to say whether or not I can file my 2021 income taxes for free using TurboTax online software."

## Summary of Responses to Questions TAT255, for Respondents Who Make Tax-filing Decisions Alone or Jointly in Their Household[1]

*You have stated that you think you can file your*
*2021 income taxes for free using TurboTax online software.*
*Which of the following sources played a role in you forming that impression?*

| | Response[3] | Group A[2] | | Group B[2] | |
|---|---|---|---|---|---|
| | | N | Percent | N | Percent |
| 1. | TurboTax advertisements | 93 | 46.7% | 23 | 46.9% |
| 2. | TurboTax website | 90 | 45.2% | 30 | 61.2% |
| 3. | Either TurboTax advertisements or TurboTax website | 143 | 71.9% | 36 | 73.5% |
| 4. | Word-of-mouth | 52 | 26.1% | 15 | 30.6% |
| 5. | Financial Professional | 35 | 17.6% | 4 | 8.2% |
| 6. | Online, not from TurboTax | 64 | 32.2% | 17 | 34.7% |
| 7. | Other | 11 | 5.5% | 3 | 6.1% |
| 8. | Don't know / Not sure | 10 | 5.0% | 1 | 2.0% |
| | Total | 199 | | 49 | |

Source:  TurboTax Perception Survey Results

Note:
[1]   Includes respondents who indicated that they alone make the tax-filing decisions; or they make the tax-filing decisions jointly with others in their household.
[2]  Group A consists of respondents who did not use TurboTax when filing income taxes in the past 3 years.  Group B consists of respondents who used TurboTax but did not use a free TurboTax product when filing income taxes in the past 3 years.
[3]  The response options in the survey were:  (4) "Word-of-mouth (such as information from family, friends, etc.);" (5) "Advice from a financial professional (such as an accountant or a tax-preparer);" and (6) "Information online not from TurboTax (such as articles on websites, blog posts, etc.)."

## Summary of Responses to Questions TAT265, for Respondents Who Make Tax-filing Decisions Alone or Jointly in Their Household[1]

*You have stated that you don't think you can file your 2021 income taxes for free using TurboTax online software.  Which of the following sources played a role in you forming that impression?*

| Response[3] | Group A[2] | | Group B[2] | |
| | N | Percent | N | Percent |
|---|---|---|---|---|
| 1.  TurboTax advertisements | 30 | 28.0% | 22 | 17.2% |
| 2.  TurboTax website | 34 | 31.8% | 76 | 59.4% |
| 3.  Word-of-mouth | 26 | 24.3% | 19 | 14.8% |
| 4.  Financial Professional | 10 | 9.3% | 9 | 7.0% |
| 5.  Online, not from TurboTax | 35 | 32.7% | 18 | 14.1% |
| 6.  Other | 14 | 13.1% | 22 | 17.2% |
| 7.  Don't know / Not sure | 3 | 2.8% | 7 | 5.5% |
| Total | 107 | | 128 | |

Source:  TurboTax Perception Survey Results

Note:
[1]  Includes respondents who indicated that they alone make the tax-filing decisions; or they make the tax-filing decisions jointly with others in their household.
[2]  Group A consists of respondents who did not use TurboTax when filing income taxes in the past 3 years.  Group B consists of respondents who used TurboTax but did not use a free TurboTax product when filing income taxes in the past 3 years.
[3]  The response options in the survey were:  (3) "Word-of-mouth (such as information from family, friends, etc.);" (4) "Advice from a financial professional (such as an accountant or a tax-preparer);" and (5) "Information online not from TurboTax (such as articles on websites, blog posts, etc.)."

**S70 Sensitivity, Table 3**

# Summary of Responses to Question TAT267, for Respondents Who Learned They Cannot File for Free from the TurboTax Website, and Make Tax-filing Decisions Alone or Jointly in Their Household[1]

*Which of the following best describes your experience on the TurboTax website?*

| Response[3] | Group A[2] | | Group B[2] | |
|---|---|---|---|---|
| | N | Percent | N | Percent |
| 1. Learned without inputting personal tax information | 15 | 44.1% | 32 | 42.1% |
| 2. Learned after inputting personal tax information | 16 | 47.1% | 42 | 55.3% |
| 3. Don't know / Not sure | 3 | 8.8% | 2 | 2.6% |
| Total | 34 | 100.0% | 76 | 100.0% |

Source:  TurboTax Perception Survey Results

Note:
[1]  Includes respondents who indicated that they alone make the tax-filing decisions; or they make the tax-filing decisions jointly with others in their household.
[2]  Group A consists of respondents who did not use TurboTax when filing income taxes in the past 3 years.  Group B consists of respondents who used TurboTax but did not use a free TurboTax product when filing income taxes in the past 3 years.
[3]  The response options in the survey were:  (1) "I learned that I cannot file income taxes for free using TurboTax on the TurboTax website without entering my personal tax information;" and (2) "I learned that I cannot file income taxes for free using TurboTax on the TurboTax website after I started entering my personal tax information."

**PERCEPTION SURVEY 4/7/22**                                    **S70 Sensitivity, Table 4**

## Summary of Responses to Question TAT290, for Respondents Who Make Tax-filing Decisions Alone or Jointly in Their Household[1]

*In some of its advertisements, TurboTax mentions "simple U.S. returns".*
*Do you think that your 2021 income tax return*
*meets TurboTax's definition of a "simple U.S. return"?*

|  | Response[3] | Group A[2] | | Group B[2] | |
|---|---|---|---|---|---|
|  |  | N | Percent | N | Percent |
| 1. | Yes | 202 | 53.2% | 56 | 28.6% |
| 2. | No | 129 | 33.9% | 120 | 61.2% |
| 3. | Don't know / Not sure | 49 | 12.9% | 20 | 10.2% |
|  | Total | 380 | 100.0% | 196 | 100.0% |

Source:  TurboTax Perception Survey Results

Note:
[1]  Includes respondents who indicated that they alone make the tax-filing decisions; or they make the tax-filing decisions jointly with others in their household.
[2]  Group A consists of respondents who did not use TurboTax when filing income taxes in the past 3 years.  Group B consists of respondents who used TurboTax but did not use a free TurboTax product when filing income taxes in the past 3 years.
[3]  The response options in the survey were:  (1) "Yes, I think my 2021 income tax return meets TurboTax's definition of a 'simple U.S. return;'" and (2) "No, I don't think my 2021 income tax return meets TurboTax's definition of a 'simple U.S. return.'"