**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> v. <br><br> **Intuit Inc.**, <br><br> Defendant. | Case No. 22-cv-01973-CRB <br><br> [Proposed] **Order Granting Plaintiff FTC's Administrative Motion For A Ruling On Plaintiff's Emergency Motion for Temporary Restraining Order Based on the Briefs Alone or to Advance the Hearing Date** |

Plaintiff, the Federal Trade Commission, has filed an Administrative Motion For A Ruling On Plaintiff's Emergency Motion for Temporary Restraining Order Based on the Briefs Alone or to Advance the Hearing Date. For good cause shown, Plaintiff's Administrative Motion is granted.

☐ The Court will rule on the FTC's emergency motion for a temporary restraining order on the briefs alone before April 18. The hearing scheduled for April 21, 2022 is vacated.

☐ The hearing on the FTC's motion for emergency relief is advanced and rescheduled to April ___, 2022 at _____ a.m./p.m.

**IT IS SO ORDERED.**

Dated:

CHARLES R. BREYER
United States District Judge