| | |
|---|---|
| SONAL N. MEHTA (SBN 222086) <br> WILMER CUTLER PICKERING <br>  HALE AND DORR LLP <br> 2600 El Camino Real, Suite 400 <br> Palo Alto, CA 94306 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 <br>  Sonal.Mehta@wilmerhale.com | DAVID Z. GRINGER (*pro hac vice*) <br> WILMER CUTLER PICKERING <br>  HALE AND DORR LLP <br> 7 World Trade Center <br> 250 Greenwich St. <br>  New York, NY 10007 <br> Telephone: (212) 230-8800 <br>  David.Gringer@wilmerhale.com |

SETH P. WAXMAN (*pro hac vice*)
HOWARD M. SHAPIRO (*pro hac vice*)
JONATHAN E. PAIKIN (*pro hac vice*)
DEREK A. WOODMAN (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
 Seth.Waxman@wilmerhale.com
 Howard.Shapiro@wilmerhale.com
 Jonathan.Paikin@wilmerhale.com
 Derek.Woodman@wilmerhale.com

*Attorneys for Defendant*
INTUIT INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> INTUIT INC., <br><br> Defendant. | Case No. 3:22-cv-01973-CRB <br><br> **DECLARATION OF DAVID GRINGER IN SUPPORT OF INTUIT INC.'S ADMINISTRATIVE MOTION TO STRIKE EXHIBITS** |

I, David Gringer, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Intuit Inc. in the above-captioned action.

2. I submit this declaration in support of Intuit's Administrative Motion to Strike Exhibits and Statement Responding to Plaintiff's Administrative Motions to Consider Whether Another Party's Material Should Be Sealed, which moves to strike all exhibits filed by the FTC that are not cited in the FTC's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, the FTC's reply in support of its TRO Motion, or supporting declarations.

3. On March 28, 2022, the FTC filed suit against Intuit along with a TRO Motion. The FTC numbered 306 exhibits. Approximately 45 of the 306 exhibits are "intentionally omitted." Thus, 261 exhibits were actually filed, spanning over 3,000 pages. *See* ECF No. 7.

5. Of the 261 exhibits filed on March 28, 2022, most are not used: only 125 are cited in the amended TRO Motion and supporting declarations. Of the cited exhibits, 58 are cited in the TRO Motion itself, while 67 additional exhibits are cited in supporting declarations. The 136 remaining exhibits are not cited at all.

6. Intuit seeks to strike the 136 documents filed with the TRO Motion but not cited. Attached as Exhibit A is a true and correct list of the 136 exhibits filed by the FTC that are not cited in the TRO Motion or its supporting declarations.

7. Attorneys under my direct supervision spent over 70 hours reviewing the 261 exhibits filed by the FTC to assist Intuit in determining whether any portion of those exhibits should remain under seal. A substantial portion of that time was spent reviewing the 136 exhibits that are not cited by the FTC.

8. On March 30 and 31, 2022, counsel for the parties conferred by email regarding Intuit's request that the irrelevant exhibits be removed from the docket. During those communications, counsel for Intuit requested that the FTC agree to withdraw exhibits that have no bearing on or relation to the TRO Motion. The FTC refused this request, suggesting that it was proper for the FTC to file its "complete investigational hearing record" under Local Rule 30-

2(b)(3), which governs "Numbering of Deposition Pages and Exhibits."

9. Attached as Exhibit B is a true and correct copy of the March 30 and 31, 2022 email exchange between counsel for Intuit and counsel for the FTC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of April, 2022, in New York, New York.

By: */s/ David Gringer*
David Gringer

**ATTORNEY ATTESTATION**

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest David Gringer has concurred in this filing.

By: <u>/s/ Sonal N. Mehta</u>
Sonal N. Mehta