## EXHIBIT A TO
## GRINGER DECLARATION

| | | | | |
|---|---|---|---|---|
| 1. | GX 1 | | 24. | GX 26 |
| 2. | GX 2 | | 25. | GX 27 |
| 3. | GX 3 | | 26. | GX 28 |
| 4. | GX 5 | | 27. | GX 29 |
| 5. | GX 6 | | 28. | GX 30 |
| 6. | GX 7 | | 29. | GX 31 |
| 7. | GX 8 | | 30. | GX 32 |
| 8. | GX 9 | | 31. | GX 33 |
| 9. | GX 10 | | 32. | GX 34 |
| 10. | GX 11 | | 33. | GX 35 |
| 11. | GX 12 | | 34. | GX 36 |
| 12. | GX 13 | | 35. | GX 37 |
| 13. | GX 14 | | 36. | GX 38 |
| 14. | GX 15 | | 37. | GX 39 |
| 15. | GX 16 | | 38. | GX 40 |
| 16. | GX 17 | | 39. | GX 41 |
| 17. | GX 18 | | 40. | GX 42 |
| 18. | GX 19 | | 41. | GX 43 |
| 19. | GX 20 | | 42. | GX 44 |
| 20. | GX 21 | | 43. | GX 46 |
| 21. | GX 22 | | 44. | GX 48 |
| 22. | GX 24 | | 45. | GX 49 |
| 23. | GX 25 | | 46. | GX 50 |

| | | | | |
|---|---|---|---|---|
| 47. | GX 52 | | 72. | GX 78 |
| 48. | GX 53 | | 73. | GX 79 |
| 49. | GX 54 | | 74. | GX 81 |
| 50. | GX 55 | | 75. | GX 82 |
| 51. | GX 56 | | 76. | GX 83 |
| 52. | GX 57 | | 77. | GX 84 |
| 53. | GX 58 | | 78. | GX 85 |
| 54. | GX 60 | | 79. | GX 86 |
| 55. | GX 61 | | 80. | GX 87 |
| 56. | GX 62 | | 81. | GX 89 |
| 57. | GX 63 | | 82. | GX 90 |
| 58. | GX 64 | | 83. | GX 91 |
| 59. | GX 65 | | 84. | GX 92 |
| 60. | GX 66 | | 85. | GX 93 |
| 61. | GX 67 | | 86. | GX 94 |
| 62. | GX 68 | | 87. | GX 99 |
| 63. | GX 69 | | 88. | GX 100 |
| 64. | GX 70 | | 89. | GX 104 |
| 65. | GX 71 | | 90. | GX 105 |
| 66. | GX 72 | | 91. | GX 106 |
| 67. | GX 73 | | 92. | GX 107 |
| 68. | GX 74 | | 93. | GX 108 |
| 69. | GX 75 | | 94. | GX 109 |
| 70. | GX 76 | | 95. | GX 110 |
| 71. | GX 77 | | 96. | GX 111 |

| | | | |
|---|---|---|---|
| 97. | GX 112 | 117. | GX 133 |
| 98. | GX 113 | 118. | GX 134 |
| 99. | GX 114 | 119. | GX 135 |
| 100. | GX 116 | 120. | GX 136 |
| 101. | GX 117 | 121. | GX 137 |
| 102. | GX 118 | 122. | GX 138 |
| 103. | GX 119 | 123. | GX 139 |
| 104. | GX 120 | 124. | GX 140 |
| 105. | GX 121 | 125. | GX 141 |
| 106. | GX 122 | 126. | GX 142 |
| 107. | GX 123 | 127. | GX 143 |
| 108. | GX 124 | 128. | GX 144 |
| 109. | GX 125 | 129. | GX 145 |
| 110. | GX 126 | 130. | GX 146 |
| 111. | GX 127 | 131. | GX 147 |
| 112. | GX 128 | 132. | GX 148 |
| 113. | GX 129 | 133. | GX 149 |
| 114. | GX 130 | 134. | GX 151 |
| 115. | GX 131 | 135. | GX 153 |
| 116. | GX 132 | 136. | GX 154 |