# **EXHIBIT B TO GRINGER DECLARATION**

(March 30-31, 2022 Communications with Opposing Counsel)

| | |
|---|---|
| **From:** | Gringer, David |
| **Sent:** | Thursday, March 31, 2022 6:27 PM |
| **To:** | Evans, James; Plett, Rebecca; Anguizola, Roberto; Kern, Frances; Greisman, Lois C. |
| **Cc:** | Paikin, Jonathan; Mehta, Sonal; Woodman, Derek |
| **Subject:** | RE: Case No. 22-01973 |
| **Attachments:** | 2022-3-31 DRAFT Stipulation to Extend Time(194263202.1).docx |

James,

We are struggling to understand your position regarding the exhibits. This is not a motion going to the ultimate merits of the FTC's claim. As you are aware, the FTC seeks only a PI/TRO during the pendency of an Administrative Proceeding. Further, the local rule you cite, L.R. 30-2(b)(3), addresses deposition exhibits and is not applicable in this context. It certainly does not come close to justifying filing the entire investigative record (as you describe it), which is plainly improper. While we are disappointed that you will not consider withdrawing these exhibits, we appreciate your willingness to stipulate to additional time to seek to seal or strike them. Please let us know if you are amenable to the attached proposed stipulation as written.

Sincerely,

David


**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Evans, James <jevans1@ftc.gov>
**Sent:** Thursday, March 31, 2022 10:55 AM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Plett, Rebecca <rplett@ftc.gov>; Anguizola, Roberto <ranguizola@ftc.gov>; Kern, Frances <fkern@ftc.gov>; Greisman, Lois C. <LGREISMAN@ftc.gov>
**Cc:** Paikin, Jonathan <Jonathan.Paikin@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Woodman, Derek <Derek.Woodman@wilmerhale.com>
**Subject:** RE: Case No. 22-01973

**EXTERNAL SENDER**

David,

We filed the complete investigational hearing record for the sake of completeness. You should feel free to cite to our exhibits (in fact, the Court requires this for deposition exhibits, we just got a head start with the IHs, *see* L.R. 30-2(b)(3)). We plan to continue to cite to those exhibits, without renumbering or refiling them, for the duration of the action. They are not specifically *government exhibits in support of the motion for a TRO*, rather, they are the beginning of the government exhibits for the life of the case. We expect to use these as part of our deposition and hearing exhibits on an ongoing basis. To discuss further, we would be happy to hold our Local Rule 30-2(b)(1) meet and confer sooner, rather than later.

We can certainly stipulate to allow additional time for you to seek to seal the exhibits. Please feel free to send us a proposed stipulation.

Thanks,
James


**James Evans**
Federal Trade Commission
Bureau of Consumer Protection
Division of Marketing Practices

600 Pennsylvania Avenue NW • CC-5201
Washington, DC 20580
(202) 326-2026
james.evans@ftc.gov


**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Wednesday, March 30, 2022 6:22 PM
**To:** Evans, James <jevans1@ftc.gov>; Plett, Rebecca <rplett@ftc.gov>; Anguizola, Roberto <ranguizola@ftc.gov>; Kern, Frances <fkern@ftc.gov>; Greisman, Lois C. <LGREISMAN@ftc.gov>
**Cc:** Paikin, Jonathan <Jonathan.Paikin@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Woodman, Derek <Derek.Woodman@wilmerhale.com>
**Subject:** Case No. 22-01973

Counsel,

We have reviewed your renewed motion for a TRO and accompanying declarations, and it appears that the vast majority of the exhibits you filed are not cited, and do not relate, to your motion. As best we can tell, 188 exhibits fall into this category. We have attached the relevant list for your convenience. This imposes substantial burden on the Court. It also imposes substantial burden on us. So that Intuit may fairly evaluate a reasonable number of exhibits for sealing within the time period proscribed by the local rules, we ask that you promptly re-file only those documents and testimony necessary to the motion, and withdraw those exhibits not cited or otherwise relevant to the cause of action.

If you are unwilling to do so, Intuit requests that you stipulate to allow it an additional 7 days to seek to seal or strike the exhibits to the motion.

Finally, we also note that on a number of occasions over the last couple days, the FTC has not complied with the local rules, including ignoring meet and confer requirements, not providing Intuit's position on contested administrative motions, and filing an unauthorized reply. We have not raised these issues with the Court, but respectfully request that you familiarize yourself with the local rules and comply with them going forward.

Sincerely,

David



**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.