```
1   Roberto Anguizola (IL Bar No. 6270874)
    Frances Kern (MN Bar No. 395233)
2   Rebecca Plett (VA Bar No. 90988)
    James Evans (VA Bar No. 83866)
3   Federal Trade Commission
    600 Pennsylvania Ave., NW, Mailstop CC-5201
4   Washington, DC 20580
    (202) 326-3284 / ranguizola@ftc.gov
5   (202) 326-2391 / fkern@ftc.gov
    (202) 326-3664 / rplett@ftc.gov
6   (202) 326-2026 / james.evans@ftc.gov

7   Attorneys for Plaintiff
    Federal Trade Commission
8
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **Federal Trade Commission**, | No. 22-cv-1973-CRB |
| Plaintiff, | **Notice of Filing Third Declaration of FTC Investigator Diana F. Shiller (GX 319) in Support of Plaintiff Federal Trade Commission's Emergency Motion for Temporary Restraining Order and Preliminary Injunction** |
| v. | |
| **Intuit Inc.**, | |
| Defendant. | |

**Please take notice** that Plaintiff Federal Trade Commission hereby files the **Third Declaration of FTC Investigator Diana F. Shiller (GX 319)** as well as two exhibits cited in that Declaration (GX 317 & 318).

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: April 19, 2022 | |
| 3 | | /s/ James Evans |
| | | **Roberto Anguizola**, IL Bar No. 6270874 |
| 4 | | **Frances Kern**, MN Bar No. 395233 |
| | | **Rebecca Plett**, VA Bar No. 90988 |
| 5 | | **James Evans**, VA Bar No. 83866 |
| | | Federal Trade Commission |
| 6 | | 600 Pennsylvania Ave., NW, CC-5201 |
| | | Washington, DC 20580 |
| 7 | | (202) 326-3284 / ranguizola@ftc.gov |
| 8 | | (202) 326-2391 / fkern@ftc.gov |
| | | (202) 326-3664 / rplett@ftc.gov |
| 9 | | (202) 326-2026 / james.evans@ftc.gov |
| 10 | | **Attorneys for Plaintiff** |
| | | **Federal Trade Commission** |