


# Filing Season Statistics for Week Ending May 21, 2021

## 2021 FILING SEASON STATISTICS

### Cumulative statistics comparing 5/22/2020 and 5/21/2021

| Individual Income Tax Returns: | 2020 | 2021 | % Change |
|---|---|---|---|
| Total Returns Received | 132,351,000 * | 148,012,000 | 11.8 |
| Total Returns Processed | 119,722,000 | 135,773,000 | 13.4 |
| | | | |
| **E-filing Receipts:** | | | |
| TOTAL | 119,544,000 * | 138,563,000 | 15.9 |
| Tax Professionals | 60,372,000 | 74,195,000 | 22.9 |
| Self-prepared | 59,172,000 | 64,368,000 | 8.8 |
| | | | |
| **Web Usage:** | | | |
| Visits to IRS.gov | 1,198,616,000 | 1,372,697,000 | 14.5 |
| | | | |
| **Total Refunds:** | | | |
| Number | 89,840,000 | 95,632,000 | 6.4 |

| Individual Income Tax Returns: | 2020 | | 2021 | | % Change |
|---|---|---|---|---|---|
| Amount | $249.041 | Billion | $270.345 | Billion | 8.6 |
| Average refund | $2,772 | | $2,827 | | 2.0 |
| **Direct Deposit Refunds:** | | | | | |
| Number | 74,808,000 | | 87,045,000 | | 16.4 |
| Amount | $217.923 | Billion | $252.374 | Billion | 15.8 |
| Average refund | $2,913 | | $2,899 | | -0.5 |

**\*** Total includes returns filed to obtain Economic Impact Payments by those who would not usually file income tax returns.

*Page Last Reviewed or Updated: 28-Mar-2022*