Case 3:22-cv-01973-CRB   Document 57-2   Filed 04/19/22   Page 1 of 2




# Filing Season Statistics for Week Ending October 22, 2021

## 2021 FILING SEASON STATISTICS

### Cumulative statistics comparing 10/23/2020 and 10/22/2021

| Individual Income Tax Returns: | 2020 | 2021 | % Change |
|---|---|---|---|
| Total Returns Received | 166,255,000 * | 167,634,000 | 0.8 |
| Total Returns Processed | 160,171,000 * | 166,342,000 | 3.9 |
| | | | |
| E-filing Receipts: | | | |
| TOTAL | 152,066,000 * | 151,681,000 | -0.3 |
| Tax Professionals | 80,186,000 | 84,422,000 | 5.3 |
| Self-prepared | 71,880,000 | 67,259,000 | -6.4 |
| | | | |
| Web Usage: | | | |
| Visits to IRS.gov | 1,573,404,000 | 1,871,475,000 | 18.9 |
| | | | |
| Total Refunds: | | | |
| Number | 124,164,000 | 128,064,000 | 3.1 |

| Individual Income Tax Returns: | 2020 | | 2021 | | % Change |
|---|---|---|---|---|---|
| Amount | $309.750 | Billion | $355.365 | Billion | 14.7 |
| Average refund | $2,495 | | $2,775 | | 11.2 |
| | | | | | |
| **Direct Deposit Refunds:** | | | | | |
| Number | 101,773,000 | | 112,267,000 | | 10.3 |
| Amount | $263.783 | Billion | $320.114 | Billion | 21.4 |
| Average refund | $2,592 | | $2,851 | | 10.0 |

**\*** CY2020 includes more than 8.2 million returns filed for individuals who did not have a filing obligation but filed to request their Economic Impact Payments.

*Page Last Reviewed or Updated: 29-Oct-2021*