GOVERNMENT EXHIBIT 319

# THIRD DECLARATION OF DIANA F. SHILLER
## Pursuant to 28 U.S.C. § 1746

I, Diana F. Shiller, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. I am an Investigator with the Federal Trade Commission ("FTC").

2. On March 28, 2022, the FTC filed a civil enforcement action in the U.S. District Court Northern District of California against Intuit, Inc.

3. Intuit's advertising for TurboTax continues to convey the message that it offers a free service. Intuit's "free" claims are ongoing. Below is a summary of the TurboTax ads I have identified since the filing of my second declaration on April 8, 2022.

## TURBOTAX ADVERTISING

**A.    Apple News, Bing, Google, Other Advertising**

4. On April 18, 2022, while on the Apple News application, I was reviewing the news and saw the two ads below.



Third Declaration of Diana F. Shiller

5. On April 18, 2022, I went to *google.com* and searched for "file my taxes for free" and saw a TurboTax ad that said, "TurboTax® Free Edition - $0 Fed. $0 State. $0 to File." Below is a partial capture of the TurboTax ad I saw on Google.



6. On April 19, 2022, I went to *google.com* and searched for "file tax extension" and saw a TurboTax ad that said, "File An Extension For Free – TurboTax® Free Tax Filing" Below is a partial capture of the TurboTax ad I saw on Google.



7. On April 18, 2022, I went to *bing.com* and searched for "file my taxes for free" and saw a TurboTax ad that said, "TurboTax® Free Edition | $0 Fed. $0 State. $0 to File." Below is a partial capture of the TurboTax ad I saw on Bing.



8. On April 14, 2022, I visited *jsonline.com/travel/* and saw the TurboTax ad below.



Third Declaration of Diana F. Shiller

9. On April 18, 2022, an FTC staff attorney forwarded me a TurboTax email that a consumer received that day. Below is a partial redacted image of the email.



B. **Social Media Advertising**

10. On April 18, 2022, I visited Facebook's Ad Library, a public website where you can search ads posted on Facebook (*https://www.facebook.com/ads/library*), searched for TurboTax ads, and saw an active TurboTax ad that said, "America's #1 Free Tax Prep Provider," with a 10-second video and the ad prominently displays the phrase "FREE $0 $0 $0." Below are two partial captures of the ad.

Third Declaration of Diana F. Shiller

4



**TURBOTAX WEBSITE**

A.  "Free" Claims on the TurboTax Website

11.    Below is a partial screenshot of the TurboTax Official Site as it appeared on April 18, 2022.

Third Declaration of Diana F. Shiller



12. Below is a partial screenshot of another TurboTax Official Site home page as it appeared on April 18, 2022.



13. On April 18, 2022, while on TurboTax Official Site, I visited the Free Edition webpage. Below is a partial screenshot of the Free Edition tax filing webpage on TurboTax Official Site.



14. On April 19, 2022, while on TurboTax Official Site, I visited the "Did you Miss the Tax Deadline? 3 Steps You can Take Next" blog webpage (https://blog.turbotax.intuit.com/tax-planning-2/did-you-miss-the-tax-deadline-3-steps-you-can-take-next-19629/). Below is a partial screenshot of the blog.



15. I clicked on the orange "Start for free" button that appeared in the blog in paragraph 14 and it directed me to the TurboTax webpage below.

Third Declaration of Diana F. Shiller



**INTERNAL REVUE SERVICE WEBSITE**

16. On April 19, 2022, I visited the Internal Revenue Service (IRS) and reviewed the "Filing Season Statistics for Week Ending May 21, 2021" (*https://www.irs.gov/newsroom/filing-season-statistics-for-week-ending-may-21-2021*) and "Filing Season Statistics for Week Ending October 22, 2021" (*https://www.irs.gov/newsroom/filing-season-statistics-for-week-ending-october-22-2021*), which are IRS cumulative statics reports that include tax returns filed.

17. **Government Exhibit ("GX") 317** is a true and correct copy of Filing Season Statistics for Week Ending May 21, 2021.

18. **GX 318** is a true and correct copy of Filing Season Statistics for Week Ending October 22, 2021.

Third Declaration of Diana F. Shiller

1	19.	According to the Filing Season Statistics for Week Ending May 21, 2021 (**GX 317**), the IRS received 64,368,000 self-prepared tax returns.

2	20.	According to the Filing Season Statistics for Week Ending October 22, 2021 (**GX 318**), the IRS received 67,259,000 self-prepared tax returns.

3	21.	This shows that in 2021, the IRS received approximately 2.89 million self-prepared tax returns after Tax Day (for 2021 the IRS extended the Tax Day to May 17, 2021) and October 22, 2021 (which includes the IRS tax extension date October 15, 2021).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 19, 2022
Alexandria, Virginia

_____
Diana F. Shiller