SONAL N. MEHTA (SBN 222086)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
 Sonal.Mehta@wilmerhale.com

SETH P. WAXMAN (*pro hac vice*)
HOWARD M. SHAPIRO (*pro hac vice*)
JONATHAN E. PAIKIN (*pro hac vice*)
DEREK A. WOODMAN (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
 Seth.Waxman@wilmerhale.com
 Howard.Shapiro@wilmerhale.com
 Jonathan.Paikin@wilmerhale.com
 Derek.Woodman@wilmerhale.com

DAVID Z. GRINGER (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
 David.Gringer@wilmerhale.com

*Attorneys for Defendant*
INTUIT INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>  v.<br><br>INTUIT INC.,<br><br>                Defendant. | Case No. 3:22-cv-01973-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT INTUIT INC.'S ADMINISTRATIVE MOTION TO FILE TEMPORARILY UNDER SEAL CONFIDENTIAL NOTICE OF RECENT DEVELOPMENT AND DECLARATION OF THOMAS HENRY** |

THIS MATTER, having come before the Court on Defendant Intuit Inc.'s Administrative Motion to File Temporarily Under Seal, and the Court having considered the Declaration of Thomas Henry in support thereof, and other appropriate papers:

The Court finds compelling reasons to support the temporary filing under seal of the documents described herein. Accordingly,

IT IS ORDERED that the following portions of documents shall be filed temporarily under seal and sealed from the public record:

| Document | Reason for Temporary Sealing |
|---|---|
| Confidential Notice of Recent Development | The document contains sensitive and nonpublic information that is subject to important confidentiality restrictions. *See* Henry Decl. ¶¶ 4-5. |
| Declaration of Thomas Henry | The document contains sensitive and nonpublic information that is subject to important confidentiality restrictions. *See* Henry Decl. ¶¶ 4-5. |

**IT IS SO ORDERED.**

Dated: April _____, 2022

_____
The Honorable Charles R. Breyer
United States District Court Judge