SONAL N. MEHTA (SBN 222086)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
Sonal.Mehta@wilmerhale.com

DAVID Z. GRINGER (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone:  (212) 230-8800
David.Gringer@wilmerhale.com

SETH P. WAXMAN (*pro hac vice*)
HOWARD M. SHAPIRO (*pro hac vice*)
JONATHAN E. PAIKIN (*pro hac vice*)
DEREK A. WOODMAN (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
Seth.Waxman@wilmerhale.com
Howard.Shapiro@wilmerhale.com
Jonathan.Paikin@wilmerhale.com
Derek.Woodman@wilmerhale.com

*Attorneys for Defendant*
INTUIT INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

FEDERAL TRADE COMMISSION,

                              Plaintiff,

        v.

INTUIT INC.,

                              Defendant.

Case No. 3:22-cv-01973-CRB

**DEFENDANT INTUIT INC.'S ANSWER TO PLAINTIFF'S COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Judge: Hon. Charles R. Breyer

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT INTUIT INC.**

Respondent Intuit Inc., by and through its attorneys, hereby answers the Complaint served by the Federal Trade Commission on March 30, 2022, in the above-captioned matter and asserts affirmative and other defenses:

**RESPONSE TO THE SPECIFIC ALLEGATIONS IN THE COMPLAINT**

Except to the extent specifically admitted herein, Intuit denies each and every allegation contained in the Complaint.[1]

**SUMMARY OF THE CASE**

1.      Intuit admits the allegations in Paragraph 1.

2.      Paragraph 2 purports to describe Intuit's television advertisements, the contents of which speak for themselves and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 2.

3.      Intuit admits that TurboTax is free for the approximately 14 million taxpayers who file their taxes using TurboTax Free Edition.  Intuit further admits that some taxpayers, those without simple tax returns, are not eligible to file for free using TurboTax Free Edition.  In all other respects, Intuit denies the allegations in Paragraph 3.

4.      Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 7 is required.  To the extent a response is required, Intuit admits that the IRS Free File program was a public-private partnership with the IRS.  Intuit otherwise denies the allegations in Paragraph 4.

5.      Paragraph 5 sets forth legal conclusions as to which no response is required. To the extent a response is required, Intuit denies the allegations in Paragraph 5.

---

[1] The Complaint contains section titles and organizational headings to which no response is required.  To the extent that the headings may be construed to contain allegations of fact as to which a response is required, Intuit denies all such allegations.

**JURISDICTION AND VENUE**

6.     Paragraph 6 sets forth legal conclusions as to which no response is required. To the extent a response is required, Intuit admits the allegations in Paragraph 6.

7.     Paragraph 7 sets forth legal conclusions as to which no response is required. To the extent a response is required, Intuit admits the allegations in Paragraph 7.

8.     Paragraph 8 sets forth legal conclusions as to which no response is required. To the extent a response is required, Intuit admits the allegations in Paragraph 8.

9.     Paragraph 9 quotes statutory language that speaks for itself and as to which no response is required.

10.    Paragraph 10 sets forth legal conclusions as to which no response is required. To the extent a response is required, Intuit admits the allegations in Paragraph 10.

**PLAINTIFF**

11.    Paragraph 11 sets forth legal conclusions as to which no response is required. To the extent a response is required, Intuit admits the allegations in Paragraph 11.

12.    Paragraph 12 sets forth legal conclusions as to which no response is required. To the extent a response is required, Intuit admits the allegations in Paragraph 12.

**DEFENDANT**

13.    Intuit admits the allegations in Paragraph 13.

14.    Intuit admits the allegations in Paragraph 14.

**COMMERCE**

15.    Paragraph 15 sets forth legal conclusions as to which no response is required. To the extent a response is required, Intuit admits the allegations in Paragraph 15.

**DEFENDANT'S BUSINESS ACTIVITIES**

**I.    TurboTax's "Freemium" Version: TurboTax Free Edition**

16.    Intuit admits that since at least 2016 it has offered free online tax filing for customers with simple returns in the hope that, over time, as their financial situations change and their tax situations become more complicated, they will choose to use Intuit's paid offerings.  Intuit otherwise denies the allegations in Paragraph 16.

17.     Intuit admits the allegations in Paragraph 17.

18.     Intuit denies the allegations in Paragraph 18.

19.     Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in Paragraph 19.  Intuit otherwise denies the allegations in Paragraph 19.

20.     Intuit admits that the free version of TurboTax has been called Free Edition since 2017.  Intuit further admits that in 2016 a free version of TurboTax was called Federal Free Edition.  Intuit otherwise denies the allegations in Paragraph 20.

21.     Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in Paragraph 21.  Intuit admits that consumers with simple tax returns are eligible to prepare and file their taxes for free using TurboTax Free Edition.  Intuit otherwise denies the allegations in Paragraph 21.

22.     Intuit admits the allegations in Paragraph 22.

23.     Intuit admits the allegations in Paragraph 23.

24.     Intuit admits the allegations in Paragraph 24.

25.     Intuit admits that it defines a simple tax return as including a return that can be filed on Form 1040; Intuit further admits that its definition of simple tax returns includes certain attached schedules.  Intuit otherwise denies the allegations in Paragraph 25.

26.     Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in the first sentence of Paragraph 26. Intuit otherwise denies the allegations in Paragraph 26.

27.     Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in Paragraph 27.  Intuit otherwise denies the allegations in Paragraph 27.

1    **II.    Advertising Practices: Intuit's Ads Misrepresent that Consumers Can File**

2    **Their Taxes for Free Using TurboTax**

3    28.    Intuit admits that since 2016 it has promoted TurboTax through advertising.

4    Intuit further admits that since 2016 it has promoted TurboTax Free Edition.   Intuit

5    otherwise denies the allegations in Paragraph 28.

6    29.    Intuit admits that the approximation set forth in Paragraph 29 is generally

7    correct.  Intuit otherwise denies the allegations in Paragraph 29.

8    30.    Intuit is without knowledge of what constitutes the "freemium version of

9    TurboTax" and on that basis denies the allegations in Paragraph 30.  Intuit otherwise denies

10   the allegations in Paragraph 30.

11   31.    Paragraph 31 purports to describe Intuit's advertisements, the contents of

12   which speak for themselves and as to which no response is required.  Intuit otherwise denies

13   the allegations in Paragraph 31.

14   32.    Intuit denies the allegations in Paragraph 32.

15   33.    Paragraph 33 purports to describe Intuit's advertisements, the contents of

16   which speak for themselves and as to which no response is required.  Intuit otherwise denies

17   the allegations in Paragraph 33.

18   34.    Paragraph 34 purports to describe Intuit's advertisements, the contents of

19   which speak for themselves and as to which no response is required.  Intuit otherwise denies

20   the allegations in Paragraph 34.

21   35.    Intuit admits that its ads disclose that Free Edition is available to consumers

22   with simple tax returns or "simple U.S. returns only."   Intuit otherwise denies the

23   allegations in Paragraph 35.

24   36.    Paragraph 36 does not provide sufficient information to identify the ad

25   being discussed, which would speak for itself, and thus Intuit is without knowledge of the

26   facts alleged in Paragraph 36 and on that basis denies the allegations in Paragraph 36.

27

28

37. Paragraph 37 does not provide sufficient information to identify the ad being discussed, which would speak for itself, and thus Intuit is without knowledge of the facts alleged in Paragraph 37 and on that basis denies the allegations in Paragraph 37.

38. Intuit denies the allegations in Paragraph 38.

39. Intuit admits that it has never offered a product called "TurboTax Free." Paragraph 39 does not provide sufficient information to identify the ad being discussed, which would speak for itself, and thus Intuit is without knowledge of the remainder of the facts alleged in Paragraph 39 and on that basis denies the allegations in Paragraph 39.

40. Paragraph 40 does not provide sufficient information to identify the ad being discussed, which would speak for itself, and thus Intuit is without knowledge of the facts alleged in Paragraph 40 and on that basis denies the allegations in Paragraph 40.

41. Paragraph 41 does not provide sufficient information to identify the ad being discussed, which would speak for itself, and thus Intuit is without knowledge of the facts alleged in Paragraph 41 and on that basis denies the allegations in Paragraph 41.

42. The first sentence of Paragraph 42 sets forth a legal conclusion as to which no response is required.  To the extent a response is required, Intuit denies the allegation in the first sentence of Paragraph 42.  Intuit admits that at least one company has offered a free online tax preparation and filing service to all customers for five years.  Intuit is without knowledge of the facts alleged in the third sentence of Paragraph 42 and on that basis denies the allegations in Paragraph 42.

## III. Website Practices

### A. Intuit's TurboTax Home Page Misleads Consumers into Believe They Can File Their Taxes for Free Using TurboTax

43. Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in Paragraph 43.  Intuit otherwise denies the allegations in Paragraph 43.

44.     Paragraph 44 purports to describe Intuit's website, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 44.

45.     The first sentence of Paragraph 45 sets forth a legal conclusion as to which no response is required.  To the extent a response is required, Intuit denies the allegations in the first sentence of Paragraph 45.  Intuit otherwise denies the allegations in Paragraph 45.

46.     Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in paragraph 46.  Intuit otherwise denies the allegations in Paragraph 46.

47.     The first sentence of Paragraph 47 purports to describe Intuit's website, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 47.  Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis too denies the allegations in Paragraph 47.

48.     Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in Paragraph 48.  Intuit otherwise denies the allegations in Paragraph 48.

49.     Paragraph 49 purports to describe Intuit's website, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 49.

50.     Paragraph 50 purports to describe Intuit's website, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 50.

51.     Intuit denies the allegations in the first sentence of Paragraph 51.  The second sentence of Paragraph 51 sets forth a legal conclusion as to which no response is required.  To the extent a response is required, Intuit denies the allegations in the second sentence of Paragraph 51.

**B.     The TurboTax Interview Process Uses Required Upgrades Called "Hard Stops" to Induce Consumers to Upgrade from Free to Paid Versions of TurboTax**

52.     Intuit is without knowledge of what constitutes the "freemium version of TurboTax," and on that basis denies the allegations in the first sentence of Paragraph 45. Intuit admits that it informs consumers of required upgrades.  Intuit otherwise denies the allegations in Paragraph 52.

53.     Intuit is without knowledge of what constitutes the "freemium version of TurboTax," and on that basis denies the allegations in Paragraph 53.

54.     Intuit denies the allegations in the first sentence of Paragraph 54.  Intuit is without knowledge of what constitutes the "freemium version of TurboTax," and on that basis denies the allegations in the second sentence of Paragraph 54.  The third and fourth sentences of Paragraph 54 purport to describe certain aspects of Intuit's website, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in the third and fourth sentence of Paragraph 54.  Intuit admits the allegations in the fifth sentence of Paragraph 54.

55.     Paragraph 55 purports to describe a webpage, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 55.

56.     Paragraph 56 purports to describe a webpage, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 56.  Intuit is also without knowledge of what constitutes the "freemium version of TurboTax" and on that basis too denies the allegations in Paragraph 56.

57.     Paragraph 57 purports to describe a webpage, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 57.

58.     Paragraph 58 purports to describe a webpage, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 58.

59.     Paragraph 59 purports to describe a webpage, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 59.

60.     Paragraph 60 purports to describe a webpage, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 60.

61.     Paragraph 61 purports to describe a webpage, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 61.  Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis too denies the allegations in Paragraph 61.

62.     Paragraph 62 purports to describe a webpage, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 62.  Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis too denies the allegations in Paragraph 62.

63.     Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in Paragraph 63.  Intuit otherwise denies the allegations in Paragraph 63.

64.     Paragraph 64 sets forth a legal conclusion as to which no response is required.  To the extent a response is required, Intuit denies the allegations in Paragraph 64.

65.     Paragraph 65 purports to describe a webpage, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 65.

**IV.   Intuit's Truly Free Version of TurboTax: The Free File Version**

66.     Intuit denies the allegations in Paragraph 66.

67.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 67 is required.  To the extent a response is required, Intuit denies the allegations in Paragraph 67.

68.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 68 is required.  To the extent a response is required, Intuit admits that the numbers set forth in Paragraph 68 are generally correct.  Intuit otherwise denies the allegations in Paragraph 68.

69.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 69 is required.  To the extent a response is required, Intuit admits that the software it previously donated to the IRS Free File program included all IRS tax forms, so long as consumers fell within the prescribed adjusted gross income threshold. Intuit otherwise denies the allegations in Paragraph 69.

**A.      The IRS Free File Program**

70.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 70 is required.  To the extent a response is required, Intuit denies the allegations in Paragraph 70.

71.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 71 is required.  To the extent a response is required, Intuit is without knowledge of the allegations in Paragraph 71 and on that basis the allegations are denied.

72.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 72 is required.  To the extent a response is required, Intuit admits

1    the first three sentences of allegations in Paragraph 72.  Intuit otherwise denies the

2    allegations in Paragraph 72.

3         **B.    The Free File Version of TurboTax**

4         73.    Allegations regarding the IRS Free File program and the software that Intuit

5    previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

6    no response to Paragraph 73 is required.  To the extent a response is required, Intuit denies

7    the allegations in Paragraph 73.

8         74.    Intuit is without knowledge of what constitutes the "freemium version of

9    TurboTax" and on that basis denies the allegations in Paragraph 74.  Intuit admits that the

10   IRS Free File program is a competitor of TurboTax commercial software and that Intuit

11   employees acknowledged this fact.  Intuit otherwise denies the allegations in Paragraph 74.

12        75.    Allegations regarding the IRS Free File program and the software that Intuit

13   previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

14   no response to Paragraph 75 is required.  To the extent a response is required, Intuit admits

15   the allegations in Paragraph 75.

16        76.    Allegations regarding the IRS Free File program and the software that Intuit

17   previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

18   no response to Paragraph 76 is required.  To the extent a response is required, Intuit admits

19   the allegations in Paragraph 76.

20        77.    Allegations regarding the IRS Free File program and the software that Intuit

21   previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

22   no response to Paragraph 77 is required.  To the extent a response is required, Intuit admits

23   the allegations in Paragraph 77.

24        78.    Allegations regarding the IRS Free File program and the software that Intuit

25   previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

26   no response to Paragraph 78 is required.  To the extent a response is required, Intuit is

27   without knowledge of what constitutes the "freemium version of TurboTax" and on that

28

1   basis denies the allegations in Paragraph 78.  Intuit otherwise denies the allegations in

2   Paragraph 78.

3       79.     Allegations regarding the IRS Free File program and the software that Intuit

4   previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

5   no response to Paragraph 79 is required.  To the extent a response is required, Intuit denies

6   the allegations in Paragraph 79.

7       80.     Allegations regarding the IRS Free File program and the software that Intuit

8   previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

9   no response to Paragraph 80 is required.  To the extent a response is required, Intuit admits

10  the allegations in the first sentence of Paragraph 80.  Intuit is without knowledge of what

11  constitutes the "internet landing page for TurboTax Freedom Edition" and on that basis

12  denies the allegations in the second sentence of Paragraph 80.

13      81.     Allegations regarding the IRS Free File program and the software that Intuit

14  previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

15  no response to Paragraph 81 is required.  To the extent a response is required, Intuit admits

16  the allegations in the first sentence of Paragraph 81.  Intuit is without knowledge of what

17  constitutes the "internet landing page for TurboTax Freedom Edition" and on that basis

18  denies the allegations in the second sentence of Paragraph 81.

19      82.     Allegations regarding the IRS Free File program and the software that Intuit

20  previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

21  no response to Paragraph 82 is required.  To the extent a response is required, Intuit denies

22  the allegations in Paragraph 82.

23      83.     Allegations regarding the IRS Free File program and the software that Intuit

24  previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

25  no response to Paragraph 83 is required.  To the extent a response is required, Intuit denies

26  the allegations in Paragraph 83.

27      84.     Allegations regarding the IRS Free File program and the software that Intuit

28  previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

1   no response to Paragraph 84 is required.  To the extent a response is required, Intuit denies

2   the allegations in the first sentence of Paragraph 84.  Intuit admits the allegations in the

3   second sentence of Paragraph 84.  Intuit is without knowledge of what constitutes the

4   "internet landing page for the IRS Free File Program Delivered by TurboTax," and on that

5   basis denies the allegations in the third sentence of Paragraph 84.

6        **C.    The Tension Between the Free File and "Freemium" Versions of**

7              **TurboTax**

8        85.    Allegations regarding the IRS Free File program and the software that Intuit

9   previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

10  no response to Paragraph 85 is required.  To the extent a response is required, Intuit denies

11  the allegations in Paragraph 85.

12       86.    Allegations regarding the IRS Free File program and the software that Intuit

13  previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

14  no response to Paragraph 86 is required.  To the extent that a response is required,

15  Paragraph 86 purports to describe testimony, the content of which speaks for itself.  Intuit

16  otherwise denies the allegations in Paragraph 86.

17       87.    Allegations regarding the IRS Free File program and the software that Intuit

18  previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

19  no response to Paragraph 87 is required.   To the extent a response is required, Intuit denies

20  the allegations in the first sentence of Paragraph 87.  The second and third sentences of

21  Paragraph 87 purport to describe publicly filed documents, the contents of which speak for

22  themselves and as to which no response is required.  Intuit otherwise denies the allegations

23  in Paragraph 87.

24       88.    Allegations regarding the IRS Free File program and the software that Intuit

25  previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

26  no response to Paragraph 88 is required.  Paragraph 88 purports to describe a publicly filed

27  document, the content of which speaks for itself and as to which no response is required.

28  Intuit otherwise denies the allegations in Paragraph 88.

89.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 89 is required.  To the extent a response is required, Intuit denies the allegations in Paragraph 89.

90.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 90 is required.  To the extent a response is required, Intuit denies the allegations in Paragraph 90.

91.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 91 is required.  Paragraph 91 purports to describe a document, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 91.

**D.**     **Consumer Confusion About the Names of the Free File and "Freemium" Versions of TurboTax and Intuit's Decision to Change the Name of the Free File Version of TurboTax**

92.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 92 is required.  To the extent a response is required, Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in Paragraph 92.

93.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 93 is required.  To the extent a response is required, Intuit denies the allegations in Paragraph 93.

94.     Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in Paragraph 94.

95.     Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in Paragraph 95.

96.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 96 is required.  To the extent a response is required, Intuit admits that from TY 2015 through TY 2017, the name of the software that Intuit donated to the IRS Free File Program was Freedom Edition.  Intuit otherwise denies the allegations in Paragraph 96.

97.     Paragraph 97 purports to describe a document, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 97.

98.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 98 is required.  To the extent a response is required, Intuit denies the allegations in Paragraph 98.

99.     Paragraph 99 purports to describe online stories about Intuit, the contents of which speak for themselves and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 99.

100.     Allegations regarding the IRS Free File program and the software Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 100 is required.  To the extent a response is required, Intuit denies the allegations in Paragraph 100.

101.     Intuit is without knowledge as to what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in Paragraph 101.  Paragraph 101 also purports to describe a document, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 101.

102.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

1  no response to Paragraph 102 is required.  To the extent a response is required, Intuit admits

2  that in TY 2018, the name of the software it donated to the IRS Free File Program changed

3  to TurboTax Free File Program.  Intuit otherwise denies the allegations in Paragraph 102.

4        103.    Allegations regarding the IRS Free File program and the software that Intuit

5  previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

6  no response to Paragraph 103 is required.  To the extent a response is required, Intuit admits

7  that in 2019, the name of the software it previously donated to the IRS Free File program

8  was changed to IRS Free File Program Delivered by TurboTax, as required by the IRS.

9  Intuit otherwise denies the allegations in Paragraph 103.

10      **E.**    **For TY 2018, Intuit Hid Its Free File Landing Page from Search**

11              **Engines for Approximately Five Months During the Peak of Tax**

12              **Season**

13        104.    Intuit is without knowledge of what constitutes the "freemium version of

14  TurboTax" and on that basis denies the allegations in Paragraph 104.  Intuit otherwise

15  denies the allegations in Paragraph 104.

16        105.    Allegations regarding the IRS Free File program and the software that Intuit

17  previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

18  no response to Paragraph 105 is required.  To the extent a response is required, Intuit is

19  without knowledge of what constitutes the "freemium version of TurboTax" and on that

20  basis denies the allegations in Paragraph 105.  Intuit otherwise denies the allegations in

21  Paragraph 105.

22        106.    Paragraph 106 purports to describe a document, the content of which speaks

23  for itself and as to which no response is required.  Intuit is otherwise without knowledge

24  of what constitutes the "freemium version of TurboTax" and on that basis denies the

25  allegations in Paragraph 106.

26        107.    The first sentence of Paragraph 107 purports to describe a document, the

27  content of which speaks for itself and as to which no response is required.  Intuit otherwise

28  denies the allegations in Paragraph 107.

108.     Paragraph 108 purports to describe a document, the content of which speaks for itself and as to which no response is required.  Intuit otherwise denies the allegations in Paragraph 108.

109.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and on thus no response to Paragraph 109 is required.  To the extent a response is required, Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis denies the allegations in the first sentence of Paragraph 109.  Intuit otherwise denies the allegations in Paragraph 109.

110.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 110 is required.  To the extent a response is required, Intuit admits the number of consumers alleged in the first sentence of Paragraph 110.  Intuit otherwise denies the allegations in Paragraph 110.

**F.     Intuit Used Paid Search Terms to Direct Consumers Searching for the IRS Free File Program to the "Freemium" and Paid Versions of TurboTax**

111.     Intuit admits the allegations in the first sentence of Paragraph 111.  Intuit otherwise denies the allegations in Paragraph 111.

112.     Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 112 is required.  To the extent a response is required, Intuit is without knowledge of the allegations in Paragraph 112 because it does not know what it means for "search terms" to be "relevant to the IRS Free File Program," and on that basis denies the allegations in Paragraph 112.  Intuit otherwise denies the allegations in Paragraph 112.

113.     Intuit is without knowledge of the allegations in Paragraph 113 because it does not know what it means for "search terms" to be "relevant to the IRS Free File

1  Program," nor does it know whether consumers were "searching for information about, or

2  links to reach the website for, the IRS Free File Program," and on that basis denies the

3  allegations in Paragraph 113.

4       114.    Allegations regarding the IRS Free File program and the software that Intuit

5  previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

6  no response to Paragraph 114 is required.  To the extent a response is required, Intuit is

7  without knowledge of what constitutes the "freemium version of TurboTax" and on that

8  basis denies the allegations in Paragraph 114.  Intuit otherwise denies the allegations in

9  Paragraph 114.

10       115.    Allegations regarding the IRS Free File program and the software that Intuit

11  previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus

12  no response to Paragraph 115 is required.  To the extent a response is required, Intuit is

13  without knowledge of what constitutes the "freemium version of TurboTax" and on that

14  basis denies the allegations in Paragraph 115.  Intuit otherwise denies the allegations in

15  Paragraph 115.

16       116.    Intuit denies the allegations in Paragraph 116.

17      **G.**    **Intuit's TurboTax Website Does Not Mention the Free File Version of**

18            **TurboTax and Funnels Customers to the Paid and "Freemium"**

19            **Versions of TurboTax**

20       117.    Intuit admits that the TurboTax website includes a "Products and Pricing

21  Screen", which speaks for itself and as to which no response is required.  To the extent a

22  response is required, Intuit denies the allegations in Paragraph 117.

23       118.    Paragraph 118 purports to describe a webpage, the contents of which speak

24  for itself and as to which no response is required.  To the extent a response is required,

25  Intuit denies the allegations in Paragraph 118.

26       119.    Paragraph 119 purports to describe a webpage, the content of which speaks

27  for itself and as to which no response is required.  Intuit otherwise denies the allegations in

28

Paragraph 119.  Intuit is without knowledge of what constitutes the "freemium version of TurboTax" and on that basis too denies the allegations in Paragraph 119.

120.   Intuit is without knowledge of what "These screens" refers to, and on that basis denies the allegations in Paragraph 120.

121.   Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 121 is required.  Paragraph 121 purports to describe a webpage, the contents of which speak for itself and as to which no response is required.  To the extent a response is required, Intuit denies the allegations in Paragraph 121.

**H.    Summary**

122.   Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 122 is required.  To the extent a response is required, Intuit admits that the product it formerly donated to the IRS Free File program covered all tax situations, forms, and deductions.  Intuit otherwise denies the allegations in Paragraph 122.

123.   Intuit is without knowledge of what constitutes the "freemium version of TurboTax," and on that basis denies the allegations in Paragraph 123.

124.   Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 124 is required.  To the extent a response is required, Intuit denies the allegations in the first sentence of Paragraph 124.  Intuit admits the revenue number alleged in Paragraph 124.  Intuit otherwise denies the allegations in Paragraph 124.

125.   Allegations regarding the IRS Free File program and the software that Intuit previously donated to the IRS Free File program are irrelevant to the FTC's claim, and thus no response to Paragraph 125 is required.  To the extent a response is required, Intuit admits the number of consumers and revenue numbers alleged in the first and second sentence of Paragraph 125.  Intuit is without knowledge of the allegations in the last sentence of Paragraph 125.  Intuit otherwise denies the allegations in Paragraph 125.

1                                         \*      \*      \*

2       126.    Paragraph 126 sets forth legal conclusions as to which no response is

3 required.   To the extent a response is required, Intuit denies the allegations in

4 Paragraph 126.

5                     **VIOLATIONS OF THE FTC ACT**

6       127.    Paragraph 127 quotes statutory language which speaks for itself and as to

7 which no response is required.

8       128.    Paragraph 128 sets forth a legal conclusion as to which no response is

9 required.  To the extent a response is required, Intuit denies the allegations in Paragraph

10 128.

11                         **COUNT I**

12                   **Deceptive Advertisements**

13       129.    Intuit denies the allegations in Paragraph 129.

14       130.    Intuit denies the allegations in Paragraph 130.

15       131.    Paragraph 131 sets forth a legal conclusion as to which no response is

16 required.   To the extent a response is required, Intuit denies the allegations in

17 Paragraph 131.

18                       **CONSUMER INJURY**

19       132.    Paragraph 132 sets forth legal conclusions as to which no response is

20 required.   To the extent a response is required, Intuit denies the allegations in

21 Paragraph 132.

22               **LIKELIHOOD OF SUCCESS ON THE MERITS,**

23        **BALANCE OF THE EQUITIES, AND NEED FOR RELIEF**

24       133.    Paragraph 133 sets forth legal conclusions as to which no response is

25 required.  To the extent a response is required, Intuit denies the allegations in Paragraph

26 133.

27

28

1    134.    Paragraph 134 sets forth legal conclusions as to which no response is

2  required.    To the extent a response is required, Intuit denies the allegations in

3  Paragraph 134.

4    135.    Paragraph 135 sets forth legal conclusions as to which no response is

5  required.    To the extent a response is required, Intuit denies the allegations in

6  Paragraph 135.

7                          **PRAYER FOR RELIEF**

8    Intuit denies that any of the relief set forth in the Complaint's Prayer for Relief, or

9  the subparts thereto, is justified by fact or law, or in equity.

10                         **<u>FURTHER DEFENSES</u>**

11    The inclusion of any defense within this section does not constitute an admission

12  that Intuit bears the burden of proof on each or any of the issues, nor does it excuse Plaintiff

13  for establishing each element of its purported claim for relief.

14                          **<u>First Defense</u>**

15    The allegations of the Complaint are moot insofar as Intuit has discontinued the

16  purportedly unfair and deceptive advertising campaigns before the institution of the current

17  proceeding.

18                         **<u>Second Defense</u>**

19    The requested injunctive relief is overbroad and impermissibly vague because it

20  exceeds the scope of the allegations in the Complaint and does not provide guidance as to

21  permissible representations regarding free products.

22                          **<u>Third Defense</u>**

23    The Complaint is barred in whole or part by laches and/or estoppel, based on the

24  Commission's prior investigations of the same conduct alleged in the Complaint and its

25  decisions not to take action.

26                         **<u>Fourth Defense</u>**

27    To the extent the complaint seeks to impose liability for conduct that occurred

28  before March 31, 2018, it is barred by the applicable statute of limitations.

## Fifth Defense

The FTC is unlikely to prevail on the merits in the administrative proceedings because they violate the United States Constitution in a number of ways, including: (1) Intuit's Fifth Amendment Due Process right to adjudication before a neutral arbiter because of prejudgment on the merits; (2) because the structure of the Commission as an independent agency that wields significant executive power, and the associated constraints on the removal of the Commissioners and other FTC officials, violates the doctrine of separation of powers; (3) the structure of the FTC administrative proceedings, in which the Commission both initiates and finally adjudicates the Complaint against Intuit, violates Intuit's Fifth Amendment Due Process right to adjudication before a neutral arbiter; (4) the Commission's procedures violate Intuit's right to procedural due process under the Due Process Clause of the Fifth Amendment; and (5) the Commission's procedures arbitrarily subject Intuit to administrative proceedings rather than to proceedings before an Article III judge in violation of Intuit's right to Equal Protection under the Fifth Amendment.

## OTHER DEFENSES

Intuit reserves the right to assert other defenses as discovery and the proceedings continue.

\*      \*      \*

Wherefore, Intuit respectfully requests that the Court (i) dismiss the Complaint in its entirety with prejudice, (ii) award its costs of suit, including attorneys' fees, and (iii) award such other and further relief as the Court may deem proper.

Dated:  April 20, 2022                              Respectfully submitted,

By:*/s/ David Z. Gringer*
David Z. Gringer (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center

250 Greenwich St.
New York, NY 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
David.Gringer@wilmerhale.com

Sonal N. Mehta (SBN: 222086)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100
Sonal.Mehta@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Howard M. Shapiro (*pro hac vice*)
Jonathan E. Paikin (*pro hac vice*)
Derek A. Woodman (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
Seth.Waxman@wilmerhale.com
Howard.Shapiro@wilmerhale.com
Jonathan.Paikin@wilmerhale.com
Derek.Woodman@wilmerhale.com


*Attorneys for Defendant Intuit Inc.*