Roberto Anguizola (IL Bar No. 6270874)
Frances Kern (MN Bar No. 395233)
Rebecca Plett (VA Bar No. 90988)
James Evans (VA Bar No. 83866)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC- 6316
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISO DIVISION**

| | |
|---|---|
| **Federal Trade Commission**, | No. 3:22-cv-1973-CRB |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO STRIKE** |
| **Intuit Inc.**, | |
| Defendant. | |

The Court, having considered Defendant's Administrative Motion to Strike certain exhibits filed with the FTC's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction and the Plaintiff's Response to Defendant's Administrative Motion to Strike:

    1.    The Court finds no cause to strike exhibits filed by the Federal Trade Commission, and accordingly, the Defendant's Administrative Motion to Strike is DENIED.

SO ORDERED, this _____ day of _____, 2022, at _____.m.

_____
Hon. Charles R. Breyer
United States District Judge