SONAL N. MEHTA (SBN 222086)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
 Sonal.Mehta@wilmerhale.com

SETH P. WAXMAN (*pro hac vice*)
HOWARD M. SHAPIRO (*pro hac vice*)
JONATHAN E. PAIKIN (*pro hac vice*)
DEREK A. WOODMAN (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
 Seth.Waxman@wilmerhale.com
 Howard.Shapiro@wilmerhale.com
 Jonathan.Paikin@wilmerhale.com
 Derek.Woodman@wilmerhale.com

DAVID Z. GRINGER (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
 David.Gringer@wilmerhale.com

*Attorneys for Defendant*
INTUIT INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>INTUIT INC.,<br><br>        Defendant. | Case No. 3:22-cv-01973-CRB<br><br>**DEFENDANT INTUIT INC.'S NOTICE OF SETTLEMENT AND WITHDRAWAL OF ADMINISTRATIVE MOTION TO FILE TEMPORARILY UNDER SEAL CONFIDENTIAL NOTICE OF RECENT DEVELOPMENT AND DECLARATION OF THOMAS HENRY** |

Defendant Intuit Inc. files this Notice to apprise the Court that it has entered a public, nationwide settlement with the State Attorneys General of all 50 states and the District of Columbia to settle potential claims related to Intuit's marketing of its online tax-preparation products. Copies of Assurances of Voluntary Compliance entered into with New York and Texas, both of which memorialize the settlement, are attached hereto as Exhibits A and B. Substantively identical agreements have been filed in other state courts pursuant to those states' laws. Intuit did not admit liability in the settlement, and if necessary, it will continue to defend its practices in this litigation and the FTC administrative proceeding.

In connection with the recent TRO Hearing, Intuit filed an administrative motion (ECF No. 58) notifying the Court that a settlement in principle had been reached, and requesting that the information remain under seal until the settlement was finalized and publicly announced. The FTC opposed the request to temporarily seal (ECF No. 63), which, because it also discussed the settlement was itself subject to an administrative motion to seal (ECF Nos. 64 and 67). Now that the settlement is public, the basis for sealing has expired and the following documents can be unsealed and placed on the public docket:

- Intuit's Confidential Notice of Recent Development and Declaration of Thomas Henry in Support of Intuit's Administrative Motion to File Temporarily Under Seal, filed on April 20, 2022 (ECF Nos. 58-2 and 58-3).
- FTC's Opposition to Intuit's Administrative Motion to File Temporarily Under Seal, filed on April 22, 2022 (ECF No. 64-1).

To avoid any confusion, Intuit's Statement Responding to Plaintiff's Administrative Motions to Consider Whether Another Party's Material Should Be Sealed and Administrative Motion to Strike Exhibits (ECF No. 56), to which the FTC responded (ECF No. 65), remains pending. The documents at issue in that administrative motion do not relate to the settlement.

Dated: May 4, 2022                                                            Respectfully submitted,

By: */s/ David Z. Gringer*
David Z. Gringer (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
  David.Gringer@wilmerhale.com

Sonal N. Mehta (SBN: 222086)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
  Sonal.Mehta@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
Howard M. Shapiro (*pro hac vice*)
Jonathan E. Paikin (*pro hac vice*)
Derek A. Woodman (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
  Seth.Waxman@wilmerhale.com
  Howard.Shapiro@wilmerhale.com
  Jonathan.Paikin@wilmerhale.com
  Derek.Woodman@wilmerhale.com

*Attorneys for Defendant Intuit Inc.*