```
1   Roberto Anguizola (IL Bar No. 6270874)
    Frances Kern (MN Bar No. 395233)
2   Rebecca Plett (VA Bar No. 90988)
    James Evans (VA Bar No. 83866)
3   Federal Trade Commission
    600 Pennsylvania Ave., NW, Mailstop CC-5201
4   Washington, DC 20580
    (202) 326-3284 / ranguizola@ftc.gov
5   (202) 326-2391 / fkern@ftc.gov
    (202) 326-3664 / rplett@ftc.gov
6   (202) 326-2026 / james.evans@ftc.gov

7   Attorneys for Plaintiff
    Federal Trade Commission
8
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| **Federal Trade Commission**, | No. 5:22-cv-1973 |
| Plaintiff, | **Administrative Motion to Consider Whether Another Party's Material Should be Sealed** : ORDER |
| v. | |
| **Intuit Inc.**, | |
| Defendant. | |

Plaintiff, the Federal Trade Commission, respectfully files this Administrative Motion to Consider Whether Another Party's Material Should be Sealed regarding material produced by Defendant Intuit Inc. to the FTC in the course of the FTC's investigation of Intuit's acts and practices. Regarding this Administrative Motion, the FTC states the following:

1.  Local Rule 79-5(f) provides when a Filing Party, here the FTC, seeks to file material that has been designated as confidential by a Designating Party, here Intuit, the Filing Party must identify each document or portions thereof for which sealing is sought, and must serve the Administrative Motion on the Designating Party.

2.  The material that Intuit has designated confidential and that is the subject of this Administrative Motion is the portion of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion for TRO," Docket No. 28) that is redacted in the

FTC's public filing. A copy of the Motion for TRO with the redacted material visible and highlighted is attached.

Dated: March 29, 2022

Respectfully submitted,

/s/ James Evans

**Roberto Anguizola**, IL Bar No. 6270874
**Frances Kern**, MN Bar No. 395233
**Rebecca Plett**, VA Bar No. 90988
**James Evans**, VA Bar No. 83866
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-5201
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**

Date: June 28, 2022

APPROVED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA