SONAL N. MEHTA (SBN 222086)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
 Sonal.Mehta@wilmerhale.com

DAVID Z. GRINGER (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
 New York, NY 10007
Telephone: (212) 230-8800
 David.Gringer@wilmerhale.com

SETH P. WAXMAN (*pro hac vice*)
HOWARD M. SHAPIRO (*pro hac vice*)
JONATHAN E. PAIKIN (*pro hac vice*)
DEREK A. WOODMAN (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
 Seth.Waxman@wilmerhale.com
 Howard.Shapiro@wilmerhale.com
 Jonathan.Paikin@wilmerhale.com
 Derek.Woodman@wilmerhale.com

*Attorneys for Defendant*
INTUIT INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

FEDERAL TRADE COMMISSION,

                              Plaintiff,

        v.

INTUIT INC.,

                              Defendant.

Case No. 3:22-cv-01973-CRB

~~PROPOSED~~ ORDER REGARDING
DEFENDANT'S STATEMENT
RESPONDING TO PLAINTIFF'S
ADMINISTRATIVE MOTIONS TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE
SEALED AND ADMINISTRATIVE
MOTION TO STRIKE EXHIBITS

THIS MATTER, having come before the Court on Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed, and the Court having considered the Declaration of Cathleen Ryan in Support of Defendant Intuit's Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed to Seal, and other appropriate papers:

The Court finds compelling reasons to support the filing under seal of the documents, or portions thereof, described herein, including certain exhibits cited in Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction.  Accordingly,

IT IS ORDERED that the following documents, or portions thereof, shall be filed under seal and sealed from the public record:

| Information in Complaint (ECF Nos. 1, 7-1) Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
| --- | --- | --- |
| Redacted information at ¶ 16 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 17 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 18 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 19 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 29 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 56 | Contains non-public information regarding confidential business metrics and marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| | | |
|---|---|---|
| Redacted information at ¶ 63 | Contains non-public information regarding confidential business metrics and marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 66 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 68 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 94 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 101 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 105 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 106 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 107 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 109 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 113 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 114 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Redacted information at ¶ 123 | Contains non-public information regarding confidential business metrics and marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 124 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at ¶ 125 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| **Information in TRO Motion (ECF Nos. 6, 7-2) Sought to Be Sealed** | **Reason for Sealing** | **Sealed: Y/N** |
| --- | --- | --- |
| 4:9-11 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 4:18-19 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 4:21-23 (footnote 14) | Contains non-public information regarding marketing strategy and business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 4:26-28, 5:8-11 (footnote 17) | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 5:1-3 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 5:11-15 (footnote 18) | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 5:15-19 (footnote 19) | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| | |
|---|---|
| 5:21-28 (footnote 20) | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. |
| 7:10-11 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. |
| 7:20-21 (footnote 30) | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. |
| 7:26 (footnote 32) | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. |
| 8:22-24 (footnote 35) | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. |
| 19:17-24 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. |
| 20:9-10 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |
| 20:26-27 (footnote 89) | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |
| 20:15-21:4 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |
| 21:10-12 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |
| 21:27-28 (footnote 96) | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |

| 21:16-22:1 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 22:16-17 (footnote 97) | Contains non-public information and trade secrets regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 22:19 (footnote 98) | Contains non-public information regarding confidential business metrics, which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 26:15 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Amended TRO Motion (ECF No. 28, 29-1) Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| 2:23-3:2 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 3:9-4:2 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 3:13-15 (footnote 9) | Contains non-public information regarding confidential business metrics and marketing and advertising strategy, which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 3:19-28 (footnote 12) | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 4:10-14 (footnote 13) | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 4:15-17 (footnote 14) | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| | | |
|---|---|---|
| 4:18-26 (footnote 15) | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 6:12-7:1 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 6:19-22 (footnote 25) | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 7:13-14 (footnote 27) | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 7:20-23 (footnote 30) | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 14:22-15:5 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 15:15-16:1 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 16:6-10 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 16:15-19 (footnote 75) | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 17:3-5 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 17:8-9 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| 17:21-25 (footnote 82) | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 17:26-28 (footnote 83) | Contains non-public information and trade secrets regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 18:18-19 (footnote 84) | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 21:25 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 4 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
| --- | --- | --- |
| Redacted information at INTUIT-FFA-FTC-000069973 | Contains non-public information regarding confidential testing of consumer behavior which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 80 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
| --- | --- | --- |
| Redacted information at INTUIT_FFA_FTC_C013.03 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT_FFA_FTC_C013.04 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT_FFA_FTC_C013.05 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT_FFA_FTC_C013.06 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT_FFA_FTC_C013.010 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| | |
|---|---|
| Redacted information at INTUIT_FFA_FTC_C013.011 | Contains non-public information regarding marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. |
| Redacted information at INTUIT_FFA_FTC_C013.012 | Contains non-public information and trade secrets regarding confidential business metrics and marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. |
| Redacted information at INTUIT_FFA_FTC_C013.013 | Contains non-public information and trade secrets regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |
| Redacted information at INTUIT_FFA_FTC_C013.015 | Contains non-public information regarding business strategy which, if revealed to competitors, could cause competitive harm to Intuit. |
| Redacted information at INTUIT_FFA_FTC_C013.027 | Contains non-public information and trade secrets regarding to confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit |
| Redacted information at INTUIT_FFA_FTC_C013.033 | Contains non-public information regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |
| Redacted information at INTUIT_FFA_FTC_C013.034 | Contains non-public information regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |
| Redacted information at INTUIT_FFA_FTC_C013.035 | Contains non-public information regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |
| Redacted information at INTUIT_FFA_FTC_C013.036 | Contains non-public information regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |
| Redacted information at INTUIT_FFA_FTC_C013.037 | Contains non-public information regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |
| Redacted information at INTUIT_FFA_FTC_C013.038 | Contains non-public information regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. |

| Redacted information at INTUIT_FFA_FTC_C013.039 | Contains non-public information regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
|---|---|---|
| Redacted information at INTUIT_FFA_FTC_C013.041 | Contains non-public information regarding business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT_FFA_FTC_C013.042 | Contains non-public information regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT_FFA_FTC_C013.043 | Contains non-public information regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT_FFA_FTC_C013.051 | Contains non-public information and trade secrets regarding confidential business metrics used to track customer usage of products which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT_FFA_FTC_C013.052 | Contains non-public information and trade secrets regarding confidential business metrics used to track customer usage of products which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT_FFA_FTC_C013.053 | Contains non-public information and trade secrets regarding confidential business metrics used to track customer usage of products which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 98 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT_FFA_FTC_C002.010 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT_FFA_FTC_C002.011 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

Redacted information at
INTUIT_FFA_FTC_C002.012

| Information in Exhibit 103 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Seal in Full | Contains non-public information and trade secrets regarding confidential business metrics and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 115 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000509483 | Contains non-public information and trade secrets regarding confidential business metrics and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000509484 | Contains non-public information and trade secrets regarding business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 150 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| 78:23-25 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 79:5-6 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 152 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| 18:21-19:2 | Contains non-public information regarding non-party employee which, if revealed, would violate their right to privacy and cause undue embarrassment. | |
| 35:24-37:14 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| 148:8-22 | Contains non-public information regarding non-party former employee which, if revealed, would violate their right to privacy and cause undue embarrassment. | |
| 157:5-6 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 189:9 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 189:19 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 190:6 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 190:12 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 155 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
| --- | --- | --- |
| 177:12-178:6 | Contains non-public information regarding marketing strategy and confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 178:13-22 | Contains non-public information regarding marketing strategy and confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 182:3-21 | Contains non-public information regarding marketing strategy and confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 187:24-189:25 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| 190:3-5 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 190:8-9 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 190:11-22 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 190:25 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 191:3-20 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 191:23-192:17 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 192:23-24 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 193:2 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 196:13-199:3 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 199:20-21 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 156 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
| --- | --- | --- |

| 66:25 | Contains non-public information regarding marketing strategy and confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
|---|---|---|
| 67:14 | Contains non-public information regarding marketing strategy and confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 67:24-68:2 | Contains non-public information regarding marketing strategy and confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 68:5-6 | Contains non-public information regarding marketing strategy and confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 69:18-72:6 | Contains non-public information regarding marketing strategy and confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 75:10 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 75:17 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 75:24-25 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 76:7-8 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 76:12-14 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| 80:2-81:20 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 83:1-12 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 84:20-25 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 85:15-18 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 86:4-7 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 86:11-21 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 149:12-151:12 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 157:22-158:3 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 181:25 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 182:11-18 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 284 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
| --- | --- | --- |

| Redacted information at INTUIT-FFA-FTC-000132489 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 296 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000067105 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067106 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067108 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067109 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067110 | Contains non-public information and trade secrets regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067111 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067112 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067115 | Contains non-public information regarding confidential testing of consumer behavior which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067116 | Contains non-public information regarding confidential marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Redacted information at INTUIT-FFA-FTC-000067119 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000067120 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067121 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067122 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067123 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067124 | Contains non-public information regarding marketing strategy and confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067125 | Contains non-public information regarding confidential marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067126 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067127 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067128 | Contains non-public information regarding marketing strategy and confidential business projections which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067129 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| | | |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000067130 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067131 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067132 | Contains non-public information and trade secrets regarding confidential marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067133 | Contains non-public information regarding confidential marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067134 | Contains non-public information regarding confidential marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067135 | Contains non-public information regarding confidential marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067136 | Contains marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067137 | Contains business metrics and marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067138 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067139 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067140 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| | | |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000067141 | Contains non-public information regarding marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067142 | Contains non-public information regarding marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067143 | Contains non-public information regarding marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067144 | Contains non-public information regarding marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067145 | Contains non-public information regarding marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067146 | Contains non-public information regarding marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067147 | Contains non-public information regarding marketing research and strategy and business projections, which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067148 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067149 | Contains non-public information regarding marketing research and strategy and business projections, which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067150 | Contains non-public information regarding marketing research and strategy and business projections, which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Redacted information at INTUIT-FFA-FTC-000067152 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067154 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067155 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000067156 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 297 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
| --- | --- | --- |
| Redacted information at INTUIT-FFA-FTC-000478240-008 | Contains non-public information and trade secrets regarding marketing metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-015 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-016 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-017 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-018 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-019 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Redacted information at INTUIT-FFA-FTC-000478240-021 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000478240-022 | Contains non-public information regarding confidential business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-024 | Contains non-public information regarding financial strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-025 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-026 | Contains non-public information regarding financial strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-027 | Contains non-public information regarding financial and marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-028 | Contains non-public information regarding financial and marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-029 | Contains non-public information regarding financial strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000478240-030 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 298 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000105760 | Contains non-public information regarding confidential revenue projections which, if revealed to competitors, could cause competitive harm to Intuit. | |

| | | |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000105761 | Contains non-public information regarding confidential revenue projections which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000105762 | Contains non-public information regarding confidential revenue projections and business strategy, which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000105763 | Contains non-public information regarding confidential revenue projections which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000105764 | Contains non-public information regarding confidential revenue projections which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000105765 | Contains non-public information regarding confidential revenue projections and business strategy, which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000105766 | Contains non-public information regarding confidential revenue projections and strategy, which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000105769 | Contains non-public information regarding confidential revenue projections and business strategy, which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000105770 | Contains non-public information regarding confidential financial projections, which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000105771 | Contains non-public information regarding confidential financial projections, which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000105772 | Contains non-public information regarding confidential financial projections, which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Redacted information at INTUIT-FFA-FTC-000105773 | Contains non-public information regarding confidential revenue projections and business strategy, which, if revealed to competitors, could cause competitive harm to Intuit. | |
| --- | --- | --- |
| Redacted information at INTUIT-FFA-FTC-000105774 | Contains non-public information regarding confidential financial projections, which, if revealed to competitors, could cause competitive harm to Intuit. | |

FURTHER, the Court having considered Defendant's Administrative Motion to Strike certain exhibits filed with the Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, the Declaration of David Gringer in Support of Defendant Intuit's Motion to Strike, and other appropriate papers:

The Court finds sufficient cause to strike exhibits filed by the Federal Trade Commission that have not been cited in its papers.  Accordingly,

1.   The Defendant's Administrative Motion to Strike is GRANTED.

2.   The 136 exhibits identified in Exhibit A to the Declaration of David Gringer in Support of Intuit's Motion to Strike are stricken from the docket.

3.   The stricken exhibits will not appear on the docket, and Intuit has no obligation to request that those exhibits remain sealed.

IN THE ALTERNATIVE to striking the exhibits not cited in Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, the Court finds good cause to seal those exhibits in their entirety.

IT IS ORDERED that the 136 exhibits identified in Exhibit A to the Declaration of David Gringer in Support of Intuit's Motion to shall be filed under seal and sealed from the public record.

IN THE ALTERNATIVE to sealing the exhibits not cited in Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction in their entirety, the Court

finds compelling reasons to support the filing under seal certain of those exhibits identified herein:

IT IS ORDERED that the following documents, or portions thereof, shall be filed under seal and sealed from the public record:

| Information in Exhibit 12 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000111543 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111545 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111547 | Contains non-public information and regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111548 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111549 | Contains non-public information and regarding confidential business projections which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111550 | Contains non-public information and regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111553 | Contains non-public information and regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111554 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| | | |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000111555 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111556 | Contains non-public information regarding confidential financial strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111558 | Contains non-public information regarding confidential financial strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111561 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111563 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111564 | Contains non-public information regarding confidential business metrics and marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111565 | Contains non-public information regarding confidential business metrics and business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111566 | Contains non-public information regarding confidential business metrics and projections which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111567 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111568 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Redacted information at INTUIT-FFA-FTC-000111569 | Contains non-public information regarding confidential business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111570 | Contains non-public information regarding confidential business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111574 | Contains non-public information regarding confidential business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111577 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111578 | Contains non-public information regarding confidential business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111579 | Contains non-public information regarding business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111581 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000111588 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 21 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
| --- | --- | --- |
| Redacted information at INTUIT-FFA-FTC-000359177 | Contains non-public information regarding confidential financial data which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 26 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Seal in Full | Contains non-public information and trade secrets regarding business metrics and marketing and advertising strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 49 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000528406 | Contains non-public information regarding confidential marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000528407 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000528408 | Contains non-public information regarding confidential marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000528410 | Contains non-public information regarding confidential marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at NTUIT-FFA-FTC-000528412 | Contains non-public information regarding confidential marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000528413 | Contains non-public information regarding confidential marketing research and strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 66 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000040604 | Contains non-public information regarding financial data which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 67 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted Information at INTUIT-FFA-FTC-000012646 | Contains non-public information regarding online marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 68 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted Information at INTUIT-FFA-FTC-000012670 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted Information at INTUIT-FFA-FTC-000012673 | Contains non-public information and trade secrets regarding business metrics and online marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 69 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000012733 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000012734 | Contains non-public information and trade secrets regarding business metrics and online marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 70 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000012705 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000012715 | Contains non-public information and trade secrets regarding business metrics and online marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 71 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000013696 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000013698 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at NTUIT-FFA-FTC-000013704 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000013705 | Contains non-public information and trade secrets regarding business metrics and online marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000013706 | Contains non-public information and trade secrets regarding business metrics and marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000013716 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000013717 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000013718 | Contains non-public information and trade secrets regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000013724 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000013725 | Contains non-public information and trade secrets regarding business metrics and online marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Redacted information at INTUIT-FFA-FTC-000013726 | Contains non-public information and trade secrets regarding business metrics and online marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000013728 | Contains non-public information and trade secrets regarding business metrics and marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 74 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000068143 | Contains non-public information and trade secrets regarding online marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 75 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000369012 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000369013 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000369014 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 76 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted Information at INTUIT-FFA-FTC-0000526024 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 79 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-009101745-004 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Redacted information at INTUIT-FFA-FTC-009101745-005 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-009101745-006 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC--009101745-007 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-009101745-008 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 92 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000012688 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000012698 | Contains non-public information and trade secrets regarding business metrics and online marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 107 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000101799 | Contains non-public information and trade secrets regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 108 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000013513 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Redacted information at INTUIT-FFA-FTC-000013519 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 109 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000495189 | Contains non-public information regarding confidential marketing metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000495190 | Contains non-public information and trade secrets regarding business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 112 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000119704 | Contains non-public information and trade secrets regarding business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000119705 | Contains non-public information and trade secrets regarding business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000119706 | Contains non-public information and trade secrets regarding business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000119709 | Contains non-public information regarding confidential marketing metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 113 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| Redacted information at INTUIT-FFA-FTC-000550079 | Contains non-public information and trade secrets regarding business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| Redacted information at INTUIT-FFA-FTC-000550080 | Contains non-public information and trade secrets regarding business strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 151 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| 82:5-13 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 82:22-24 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 83:1-20 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 127:16-128:6 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 128:10-24 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 129:5-11 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 129:14-24 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 130:3-6 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 131:2-134:8 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 134:10-18 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 134:21-23 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| 135:1-7 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 135:11-136:9 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 136:12-137:10 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 137:15-16 | Contains non-public information regarding confidential marketing metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 137:24-139:12 | Contains non-public information regarding confidential marketing metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 139:15-21 | Contains non-public information regarding confidential marketing metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 157:1-21 | Contains non-public information regarding marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 170:6-7 | Contains non-public information regarding confidential business metrics which, if revealed to competitors, could cause competitive harm to Intuit. | |

| Information in Exhibit 154 Sought to Be Sealed | Reason for Sealing | Sealed: Y/N |
|---|---|---|
| 184:4-15 | Contains non-public information regarding confidential business metrics and marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
| 185:10-21 | Contains non-public information regarding confidential business metrics and marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

| 187:2-5 | Contains non-public information regarding confidential business metrics and marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |
|---------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|
| 187:8-11 | Contains non-public information regarding confidential business metrics and marketing strategy which, if revealed to competitors, could cause competitive harm to Intuit. | |

**IT IS SO ORDERED.**

Dated: ___June 28_____, 2022

_____

Hon. Charles R. Breyer
United States District Judge