Roberto Anguizola (IL Bar No. 6270874)
Frances Kern (MN Bar No. 395233)
Rebecca Plett (VA Bar No. 90988)
James Evans (VA Bar No. 83866)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-6316
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**Federal Trade Commission**,

    Plaintiff,

    v.

**Intuit Inc.**,

    Defendant.

No. 3:22-cv-1973-CRB

**Administrative Motion to Consider Whether Another Party's Material Should Be Sealed** ; ORDER

Plaintiff, the Federal Trade Commission, respectfully files this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed regarding material designated by Defendant Intuit Inc. as confidential in its Administrative Motion to File Temporarily Under Seal Confidential Notice of Recent Developments and Declaration of Thomas Henry (Dkt. No. 58). Regarding this Administrative Motion, the FTC states the following:

1. Local Rule 79-5(f) provides that, when a Filing Party, here the FTC, seeks to file material that has been designated as confidential by a Designating Party, here Intuit, the Filing Party must identify each document or portions thereof for which sealing is sought.

2. The material that Intuit has designated confidential and that is the subject of this Administrative Motion is the portions of the FTC's Opposition to Defendant Intuit Inc.'s Administrative Motion to File Temporarily Under Seal Confidential Notice of Recent Developments and Declaration of Thomas Henry (Dkt. No. 62) that are redacted in the FTC's

Pl.'s Admin. Mot. to Consider Sealing
No. 3:22-cv-1973-CJB

1

public filing. A copy of the FTC's Response with redacted material visible and highlighted is attached.

Dated: April 22, 2022

Respectfully submitted,

/s/ Frances L. Kern
**Roberto Anguizola**, IL Bar No. 6270874
**Frances Kern**, MN Bar No. 395233
**Rebecca Plett**, VA Bar No. 90988
**James Evans**, VA Bar No. 83866
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**

Date: June 28, 2022

[APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California]

2

Pl.'s Admin. Mot. to Consider Sealing
No. 3:22-cv-1973-CJB