```
1   Roberto Anguizola (IL Bar No. 6270874)
    Frances Kern (MN Bar No. 395233)
2   Rebecca Plett (VA Bar No. 90988)
    James Evans (VA Bar No. 83866)
3   Federal Trade Commission
    600 Pennsylvania Ave., NW, Mailstop CC-6316
4   Washington, DC 20580
    (202) 326-3284 / ranguizola@ftc.gov
5   (202) 326-2391 / fkern@ftc.gov
    (202) 326-3664 / rplett@ftc.gov
6   (202) 326-2026 / james.evans@ftc.gov

7   Attorneys for Plaintiff
    Federal Trade Commission
8
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Federal Trade Commission**, | No. 5:22-cv-1973-CRB |
| Plaintiff, | **Notice of Change in Counsel** |
| v. | |
| **Intuit Inc.**, | |
| Defendant. | |

Pursuant to Local Rule 5-1(c)(2)(C), notice is hereby given that Frances Kern, counsel for the Federal Trade Commission, will no longer be involved with this case. The Federal Trade Commission will continue to be represented by Roberto Anguizola, James Evans, and Rebecca Plett.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: August 25, 2022 | /s/ Frances Kern |

**Roberto Anguizola**, IL Bar No. 6270874
**Frances Kern**, MN Bar No. 395233
**Rebecca Plett**, VA Bar No. 90988
**James Evans**, VA Bar No. 83866
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2391 / fkern@ftc.gov
(202) 326-3664 / rplett@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**