Roberto Anguizola (IL Bar No. 6270874)
Rebecca Plett (VA Bar No. 90988)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-6316
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-3664 / rplett@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Federal Trade Commission**,<br>Plaintiff,<br>v.<br>**Intuit Inc.**,<br>Defendant. | No. 22-cv-01973-CRB<br><br>**Statement of Non-Opposition to Defendant Intuit's Unopposed Motion to Dismiss Without Prejudice** |

Plaintiff Federal Trade Commission submits this Statement of Non-Opposition to Defendant Intuit's Unopposed Motion to Dismiss Without Prejudice (ECF No. 80). In its motion, Defendant seeks a dismissal without prejudice. The FTC does not oppose the relief requested in the motion.

Respectfully submitted,

Dated: September 11, 2026

/s/ Roberto Anguizola

**Roberto Anguizola**, IL Bar No. 6270874
**Rebecca Plett**, VA Bar No. 90988
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-3664 / rplett@ftc.gov

**Attorneys for Plaintiff**
**Federal Trade Commission**