SONAL N. MEHTA (SBN 222086)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Sonal.Mehta@wilmerhale.com

DAVID Z. GRINGER (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800
David.Gringer@wilmerhale.com

SETH P. WAXMAN (*pro hac vice*)
HOWARD M. SHAPIRO (*pro hac vice*)
JONATHAN E. PAIKIN (*pro hac vice*)
DEREK A. WOODMAN (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Seth.Waxman@wilmerhale.com
Howard.Shapiro@wilmerhale.com
Jonathan.Paikin@wilmerhale.com
Derek.Woodman@wilmerhale.com

*Attorneys for Defendant*
INTUIT INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC.,<br><br>Defendant. | Case No. 3:22-cv-01973-CRB<br><br>**~~[PROPOSED]~~ ORDER ON DEFENDANT INTUIT INC.'S MOTION TO DISMISS**<br><br>Hearing Date: October 9, 2026<br>Hearing Time: 10:00 a.m.<br><br>Judge: Hon. Charles R. Breyer |

**[~~PROPOSED~~] ORDER**

The Court, having considered the Motion to Dismiss filed by Intuit Inc., the accompanying Memorandum, and the materials cited therein, concludes that it lacks subject matter jurisdiction over the Federal Trade Commission's claims because those claims are moot.

IT IS HEREBY ORDERED that Intuit Inc.'s Motion is GRANTED, and the FTC's claims against Intuit Inc. are DISMISSED without prejudice.

DATED: September 15, 2026

By: ______________________
Charles R. Breyer
United States District Judge